**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN   DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Storj Labs Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-3146506 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1201 W Peachtree St. NW Ste 2625 Atlanta, GA 30309-2955 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Fulton | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

No. 5:26-bk-00512     Doc 1     Filed 07/26/26     Entered 07/26/26 13:41:06     Page 2 of 12

Case number (if known)

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

Case number (if known)

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 26, 2026
               MM / DD / YYYY

**X** /s/ Dr Sayed Shuja Ali                         Dr Sayed Shuja Ali
Signature of authorized representative of debtor      Printed name

Title    Vice President-Chief Restructuring Officer

**18. Signature of attorney**    **X** /s/ Christopher Arthur            Date    July 26, 2026
                                 Signature of attorney for debtor              MM / DD / YYYY

Christopher Arthur 9192
Printed name

Spilman Thomas & Battle, PLLC
Firm name

300 Kanawha Boulevard East
Charleston, WV 25301
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    carthur@spilmanlaw.com

WV
Bar number and State

**Fill in this information to identify the case:**

Debtor name ___Storj Labs Inc.___

United States Bankruptcy Court for the:   ___NORTHERN   DISTRICT OF WEST VIRGINIA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 26, 2026___          **X** /s/ Dr Sayed Shuja Ali
                                          Signature of individual signing on behalf of debtor

                                          Dr Sayed Shuja Ali
                                          Printed name

                                          Vice President-Chief Restructuring Officer
                                          Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Storj Labs Inc. |
| United States Bankruptcy Court for the: | NORTHERN   DISTRICT OF WEST VIRGINIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 66Degrees LLC 425 W Randolph St, Suite 300 Chicago, IL 60606 | | | | | | $551,144.59 |
| Avalara 255 S King St, Suite 1800, Seattle, WA 98104, USA | | | | | | $27,780.53 |
| Deel 425 Market Street, Suite 600 San Francisco, CA 94105 | | | | | | $60,932.20 |
| Georgia Department of Revenue PO Box 740392, Atlanta, GA 30374-0392 Atlanta, GA 30374-0392 | | | | | | $121,642.00 |
| Integrated Digital Solutions Inc. 647 Wilton Grove Rd, London, ON N6N 1N7, Canada | | | | | | $40,500.00 |
| Inveniam Capital Partners, Inc. 39500 High Pointe Boulevard, Suite 220 Novi, MI 48375 | | | | | | $4,037,963.40 |
| Magickly LLP 61 Bridge Street, Kington, Herefordshire, HR5 3DJ HR5 3DJ | | | | | | $52,200.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   Storj Labs Inc.                                                       Case number *(if known)*   _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mauve Corporate Systems Singapore Ltd 10 Anson Road, #33-03 International Plaza, Singapore 079903 | | | | | | $49,234.60 |
| Mauve Malta Ltd. Office 7, 2nd Floor, Airways House, High Street, Sliema SLM 1549, Malta SLM 1549 | | | | | | $66,622.29 |
| Mauve UK Ltd 1 Royal Exchange Avenue, London EC3V 3LT, United Kingdom EC3V 3LT | | | | | | $270,121.21 |
| NPE Ihnatiuk Viktor Vladimirovich Kaunasska 12/1, Kyiv, Kyiv, 2160, UKR | | | | | | $56,431.68 |
| Perkins Coie 1201 Third Avenue, Suite 4900, Seattle, WA 98101, USA 98101 | | | | | | $20,876.50 |
| Ramp Business Corporation 28 West 23rd Street, Floor 2 New York, NY 10010 | | | | | | $94,500.00 |
| SNO liability C/O Storj Labs Inc., Heather Trowbridge, Finance Department, 3423 Piedmont Rd NE Atlanta, GA 30305 | | | | | | $296,316.79 |
| TIMETOEXIT LIMITED 71?75 Shelton Street, Covent Garden, London WC2H 9JQ, United Kingdom WC2H 9JQ | | | | | | $70,875.00 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 2

Debtor    Storj Labs Inc.
                Name
                                                          Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Up and Running Software, Inc. 535 Mission Street, 14th Floor, San Francisco, CA 94105, USA San Francisco, CA 94105 | | | | | | $25,210.00 |
| US Department of the Treasury, Internal Kansas City, MO 64999-0012 Ogden, UT 84201-0012 | | | | | | $3,741,537.00 |
| Utropicmedia, LLC 8 The Green, Suite B Dover, DE 19901 | | | | | | $36,000.00 |
| White Coral Consulting DMCC DMCC Free Zone, Jumeirah Lakes Towers, Dubai, UAE | | | | | | $41,071.65 |
| Workman Nydegger 60 E South Temple, Suite 1000 Salt Lake City, UT 84111 | | | | | | $55,323.08 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

66Degrees LLC
425 W Randolph St, Suite 300
Chicago, IL 60606


Aleksei Aleksandrovich Leonov
144/121 Chom Thian 2 Alley Jomtien Beach


Andril Kotko
14 Budivel'nykiv street Apt. 79, Ukraink


Artur Wolff
Walerego Wróblewskiego 21P/99, Łódz, Łód
Sunnyvale, CA


Avalara
255 S King St, Suite 1800, Seattle, WA 9


Axiom Global Inc
1 World Trade Center, Suite 8500
New York, NY 10007


Cambridge Enterprise Ltd
Hauser Forum, 3 Charles Babbage Road, Ca


Deel
425 Market Street, Suite 600
San Francisco, CA 94105


Gardner Law PLLC
221 Main St N, Suite 300
Stillwater, MN 55082


Georgia Department of Revenue
PO Box 740392, Atlanta, GA 30374-0392
Atlanta, GA 30374-0392


IBC
The Brew Eagle House, 163 City Road, Lon


Inovo Studios Llc
35 S Peachtree St,
Norcross, GA 30071


Integrated Digital Solutions Inc.
647 Wilton Grove Rd, London, ON N6N 1N7,


Inveniam Capital Partners, Inc.
39500 High Pointe Boulevard, Suite 220
Novi, MI 48375


iXsystems
2490 Kruse Dr, San Jose, CA 95131, USA
95131

Jenna Pangborn
C/O Storj Labs Inc., Heather Trowbridge,
Atlanta, GA 30305


Linkedin Corporation
1000 W Maude Ave, Sunnyvale, CA 94085, U
Sunnyvale, CA  94085


Literate Computing, LLC
1819 Capers Ave,
Nashville, TN 37212


Magickly LLP
61 Bridge Street, Kington, Herefordshire
HR5 3DJ


Mauve Corporate Systems Singapore Ltd
10 Anson Road, #33-03 International Plaz


Mauve Malta Ltd.
Office 7, 2nd Floor, Airways House, High
SLM 1549


Mauve UK Ltd
1 Royal Exchange Avenue, London EC3V 3LT
EC3V 3LT


Morrison Cohen LLP
909 Third Avenue
New York, NY 10022


NPE Ihnatiuk Viktor Vladimirovich
Kaunasska 12/1, Kyiv, Kyiv, 2160, UKR


Oktay Technology LLC
350 Main St, Suite 9, Bedminster
Bedminster, NJ 07921


Perkins Coie
1201 Third Avenue, Suite 4900, Seattle,
98101


Rafael Antonio Ribeiro Gomes
Rua Monte Alegre 90, Uberaba, Minas Gera


Ramp Business Corporation
28 West 23rd Street, Floor 2
New York, NY 10010


Schwell Wimpfheimer & Associates LLP
551 Fifth Avenue, Suite 1600
New York, NY 10176

Segment.io, Inc.
100 California St
San Francisco, CA 94111


Sellnet LLC
30 N Gould St, Suite R, Sheridan, WY 828
Sheridan, WY  82801


Shadow Magic Studios
5 South Charlotte Street, Edinburgh EH2


SNO liability
C/O Storj Labs Inc., Heather Trowbridge,
Atlanta, GA 30305


Tada Technologies
4700 Millenia Blvd, Suite 500
Orlando, FL 32839


TIMETOEXIT LIMITED
71-75 Shelton Street, Covent Garden, Lon
WC2H 9JQ


Up and Running Software, Inc.
535 Mission Street, 14th Floor, San Fran
San Francisco, CA 94105


US Department of the Treasury, Internal
Kansas City, MO 64999-0012
Ogden, UT 84201-0012


Utropicmedia, LLC
8 The Green, Suite B
Dover, DE 19901


Verady, Inc.
3423 Piedmont Road NE, Suite 320
Atlanta, GA 30305


White Coral Consulting DMCC
DMCC Free Zone, Jumeirah Lakes Towers, D


Workman Nydegger
60 E South Temple, Suite 1000
Salt Lake City, UT 84111


WorkRamp, Inc.
548 Market Street, PMB 57274
San Francisco, CA 94104-5401


WywCorp - Michal Niewrzal
Os Slaskie 23B/2, Zielona Góra, lubuskie

## United States Bankruptcy Court
### Northern  District of West Virginia

In re     Storj Labs Inc.

Debtor(s)

Case No. _____

Chapter     11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Storj Labs Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Inveniam Capital Partners, Inc.
39500 High Pointe Boulevard, Suite 220
Novi, MI 48375

☐ None [*Check if applicable*]

July 26, 2026

Date

/s/ Christopher Arthur

Christopher Arthur 9192

Signature of Attorney or Litigant

Counsel for   Storj Labs Inc.

Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard East
Charleston, WV 25301
 Fax:
carthur@spilmanlaw.com