**UNITED STATES BANKRUPTCY COURT**

Northern District of West Virginia

In Re: Storj Labs Inc.
Debtor

Case No.: 5:26−bk−00512

Chapter: 11

**DEFICIENCY NOTICE**

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed according to time periods prescribed by law and as hereafter set forth:

List of Equity Security Holders due 08/10/2026
Schedule A/B due 08/10/2026
Schedule D due 08/10/2026
Aty Disclosure Stmt. due 08/10/2026
Schedule E/F due 08/10/2026
Summary of Schedules due 08/10/2026
Schedule G due 08/10/2026
Schedule H due 08/10/2026
Statement of Financial Affairs due 08/10/2026

Corporate Resolution due 08/10/2026

Pursuant to Rule of Bankruptcy Procedure 1007 and Local Rule 1007−1.01, the Debtor(s) has 14 days from the date of filing the above−entitled case to file the required statements, schedules and lists. If the required statements, schedules and lists are not filed by , or by the date of an extension granted by Court order, prior to the original due date, the Court may enter an ORDER DISMISSING your case without further notice or hearing unless you make a written request for a hearing prior to the above deadline.

**IF YOU HAVE NOT FILED THE LIST OF CREDITORS, INCLUDING ADDRESSES, IT IS DUE IMMEDIATELY. FAILURE TO FILE THE LIST OF CREDITORS WITHIN 7 DAYS OF THIS NOTICE WILL RESULT IN DISMISSAL OF THIS CASE.**

IF YOU ARE NOT EMPLOYED OR DO NOT RECEIVE PAYMENT ADVICES, YOU MUST SUBMIT ***THE STATEMENT UNDER PENALTY OF PERJURY CONCERNING PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. §521(a)(1)(B)(iv).*** THIS FORM MAY BE FOUND ON OUR WEBSITE.

Please visit our website at www.wvnb.uscourts.gov for a link to the above−referenced Official Forms.

Dated: July 27, 2026

Clerk of Court
U.S. Bankruptcy Court
Northern District of WV
PO Box 70
Wheeling, WV 26003
304−233−1655