IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re

STORJ LABS, INC.,

Debtor-In-Possession.

Case No.: 5:26-bk-00512

Chapter 11

# NOTICE OF APPEARANCE

Please take notice that the United States Trustee is represented in this proceeding by Shari L. Collias.

Dated: July 27, 2026

MATTHEW W. CHENEY
ACTING UNITED STATES TRUSTEE
REGION 4

By Counsel

*/s/ Shari L. Collias*
Shari L. Collias [WV Bar No. 4997]
Trial Attorney, Office of U.S. Trustee
2025 United States Courthouse
300 Virginia Street, East
Charleston, WV 25301
304-347-3417
Shari.Collias@usdoj.gov