**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

---

In Re: Storj Labs Inc.
Debtor

Case No.: 5:26−bk−00512

Chapter: 11

---

**ORDER SETTING CHAPTER 11 SCHEDULING CONFERENCE**

Upon examination of the file, it appears to the Court that this is an appropriate case in which to conduct a telephonic conference, pursuant to § 105(d). **Parties may participate in the conference/hearing telephonically at the dial in number of: 1−646−828−7666 and entering access code: 161 666 5385.**

**DATE/TIME:** 8/4/26 at 01:00 PM

At the conference counsel for the Debtor−in−Possession should be prepared to discuss the following matters:

1. Preliminary outline of Debtor's plan.

2. Establishment of a date for the filing, the disclosure statement and plan.

3. Anticipated litigation that may be necessary to facilitate the processing of this case.

4. Setting a budget for compensation to be paid to counsel for the Debtor, any committee, and any other professionals retained under an order of the court.

5. Conversion of this case to another chapter.

6. Bar date for filing claims.

7. Applications to employ and orders, as applicable.

8. Status of any pending motions.

9. The need for the appointment of a privacy or healthcare ombudsman.

DATED: 7/27/26

*David L Bissett*

U.S. Bankruptcy Judge