**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

In Re: Storj Labs Inc.
Debtor

Case No.: 5:26−bk−00512

Chapter: 11

**ORDER SETTING CHAPTER 11 SCHEDULING CONFERENCE**

Upon examination of the file, it appears to the Court that this is an appropriate case in which to conduct a telephonic conference, pursuant to § 105(d). **Parties may participate in the conference/hearing telephonically at the dial in number of: 1−646−828−7666 and entering access code: 161 666 5385.**

**DATE/TIME:** 8/4/26 at 01:00 PM

At the conference counsel for the Debtor−in−Possession should be prepared to discuss the following matters:

1. Preliminary outline of Debtor's plan.

2. Establishment of a date for the filing, the disclosure statement and plan.

3. Anticipated litigation that may be necessary to facilitate the processing of this case.

4. Setting a budget for compensation to be paid to counsel for the Debtor, any committee, and any other professionals retained under an order of the court.

5. Conversion of this case to another chapter.

6. Bar date for filing claims.

7. Applications to employ and orders, as applicable.

8. Status of any pending motions.

9. The need for the appointment of a privacy or healthcare ombudsman.

DATED: 7/27/26

*David L Bissett*

U.S. Bankruptcy Judge

United States Bankruptcy Court
Northern District of West Virginia

In re:
Storj Labs Inc.
Debtor

Case No. 26-00512-dlb
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0424-5
Date Rcvd: Jul 27, 2026

User: ad
Form ID: ch11schd

Page 1 of 1
Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Storj Labs Inc., 1202 W Peachtree St. NW Ste 2625, Atlanta, GA 30309-2955 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 3