**UNITED STATES BANKRUPTCY COURT**

Northern District of West Virginia

In Re: Storj Labs Inc.
Debtor

Case No.: 5:26–bk–00512

Chapter: 11

**DEFICIENCY NOTICE**

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed according to time periods prescribed by law and as hereafter set forth:

List of Equity Security Holders due 08/10/2026
Schedule A/B due 08/10/2026
Schedule D due 08/10/2026
Aty Disclosure Stmt. due 08/10/2026
Schedule E/F due 08/10/2026
Summary of Schedules due 08/10/2026
Schedule G due 08/10/2026
Schedule H due 08/10/2026
Statement of Financial Affairs due 08/10/2026

Corporate Resolution due 08/10/2026

Pursuant to Rule of Bankruptcy Procedure 1007 and Local Rule 1007–1.01, the Debtor(s) has 14 days from the date of filing the above–entitled case to file the required statements, schedules and lists. If the required statements, schedules and lists are not filed by , or by the date of an extension granted by Court order, prior to the original due date, the Court may enter an ORDER DISMISSING your case without further notice or hearing unless you make a written request for a hearing prior to the above deadline.

**IF YOU HAVE NOT FILED THE LIST OF CREDITORS, INCLUDING ADDRESSES, IT IS DUE IMMEDIATELY. FAILURE TO FILE THE LIST OF CREDITORS WITHIN 7 DAYS OF THIS NOTICE WILL RESULT IN DISMISSAL OF THIS CASE.**

IF YOU ARE NOT EMPLOYED OR DO NOT RECEIVE PAYMENT ADVICES, YOU MUST SUBMIT ***THE STATEMENT UNDER PENALTY OF PERJURY CONCERNING PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. §521(a)(1)(B)(iv).*** THIS FORM MAY BE FOUND ON OUR WEBSITE.

Please visit our website at www.wvnb.uscourts.gov for a link to the above–referenced Official Forms.

Dated: July 27, 2026

Clerk of Court
U.S. Bankruptcy Court
Northern District of WV
PO Box 70
Wheeling, WV 26003
304–233–1655

United States Bankruptcy Court
Northern District of West Virginia

In re:
Storj Labs Inc.
Debtor

Case No. 26-00512-dlb
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0424-5
Date Rcvd: Jul 27, 2026

User: ad
Form ID: defntc

Page 1 of 1
Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Storj Labs Inc., 1202 W Peachtree St. NW Ste 2625, Atlanta, GA 30309-2955 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026    Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 2