IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re: Storj Labs Inc.

Debtor.

BK Case No. 5:26-bk-0012

Chapter 11 Reorganization

DECLARATION OF CHRIS ARTHUR IN SUPPORT OF THE DEBTOR'S APPLICATION TO RETAIN AND EMPLOY SPILMAN THOMAS & BATTLE PLLC AS COUNSEL FOR THE NUNC PRO TUNC TO THE PETITION DATE

I, Chris R. Arthur, being duly sworn, submit this declaration in support of the Debtor's Application to Retain and Employ Spilman Thomas & Battle, PLLC as Counsel for Debtor Nunc Pro Tunc to the Petition Date (the "Application"), and state the following under penalty of perjury:

1. I am an attorney at the firm of Spilman Thomas & Battle ("Spilman"), in the Charleston, West Virginia office, located at 300 Virginia Street, Charleston, West Virginia 25301. I am a member in good standing of the West Virginia Bar and have been practicing in the State of West Virginia since 2002. I have been admitted to appear before this Court. There are no disciplinary proceedings pending against me.

2. I submit this declaration in support of the Debtor's Application to Retain and Employ Spilman Thomas & Battle PLLC as Counsel for Debtor Nunc Pro Tunc to the Petition Date (the "Application").

3. To the best of my knowledge, information, and belief, I and Spilman have any interests adverse to the Debtor.

4. To the best of my knowledge, information, and belief, I and Spilman are disinterested persons as defined by 11 U.S.C § 101(14).

5. Pursuant to Fed. R. Bankr. P. 2014, I and Spilman have reasonably reviewed any connections to the Debtor, creditors, any other party and their respective attorneys and accountants, the United States Trustee and any person employed in the Office of the United States Trustee. In conducting such search, I was mindful that the term "connections" as used in Fed R. Bankr. P. 2014 is somewhat ambiguous. "The 'connections; cited by the courts run to fee sharing arrangements and the like that might affect the court's decision to approve the employment." 9 Collier on Bankruptcy § 2014.05. Based on this standard, I disclose the following connections:

A. Debtor

I and Spilman represented the Debtor pre-petition in preparing the Debtor's petition and schedules and counseling the Debtor with regards to the Chapter 11 process. Spilman and I have no claims against the Debtor.

B. Creditors

I and Spilman reviewed the Debtor's list of creditors and have no adverse claims and/or connections with any creditors of the Debtor.

C. Parties of Interest

I and Spilman have reviewed the list of directors for the Debtor and do not have any known connections with the Debtor's directors and/or any insiders.

**Qualifications**

6. The Debtor seeks to retain Spilman because of Spilman's expertise and experience in Chapter 11 Cases representing a variety of parties, including creditors, debtors, creditors' committees, lessors, lenders and contract parties.

7. In preparing for its representation of the Debtor in this Chapter 11 Case, Spilman has become familiar with the Debtor's business and many of the potential legal issues that may arise in the context of the Chapter 11 Case.

8. I believe Spilman is both well-qualified and uniquely able to represent the Debtor in this Chapter 11 Case in an efficient and timely manner.

9. I have practiced in bankruptcy courts since 2002, including making appearances in more than thousand matters in my career.

10. My experiences include more than eight years representing the interests of the United States and its various agencies in bankruptcy related matters in the Southern District of West Virginia as an Assistant United States Attorney with the Department of Justice in the Southern District of West Virginia. My experiences also include representing banks, creditors, companies, individuals in every aspects of bankruptcy.

11. I also have represented entities assisting with negotiations for DIP financing.

12. I served as the Chairperson on the West Virginia State Bar's subcommittee for bankruptcy during 2011 through 2013.

13. I also have a degree in Accounting from West Virginia University and worked in accounting firms for approximately seven years prior to attending law school which included assisting entities with restructuring and cutting expenses.

14. Additionally, Spilman's team of professionals who will assist the Debtor includes professionals who have extensive experience representing debtors in chapter 11s, and serving as law clerk to bankruptcy judges.

**Services to Be Provided**

15. Subject to further order of the Court and the terms set forth in the Application herein, the Debtor retained Spilman to render, without limitation, the following legal services:

a. advising the Debtor with respect to their powers and duties and the operation of its business and property;

b. advising and consulting on the conduct of this Chapter 11 Case, including all of the legal and administrative requirements of operating in chapter 11;

c. attending meetings and negotiating with representatives of creditors and other parties in interest;

d. taking all necessary actions to protect and preserve the Debtor's estate, including prosecuting actions on the Debtor's behalf, defending any be disclosed herein; and

e. representing Debtor in any legal matter that is required, including, but not limited to, adversarial proceedings, labor, tax, environmental, corporate, and any other legal issues that the Debtor may require assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed: August 2, 2026

/s/ Christopher R. Arthur
W.Va. Bar No. 9192