## Storj Estimated Cash Requirements

| | Interim | Total 12 Week | 12-Week Cash Flow | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Funding | Funding | Week 1 (p) | Week 2 | Week 3 | Week 4 (p) | Week 4 (p) | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 |
| *USD $0* | 8/4-8/25 | 8/4-10/25 | 8/4-8/9 | 8/10-8/16 | 8/17-8/23 | 8/24-8/25 | 8/26-8/30 | 8/31-9/6 | 9/7-9/13 | 9/14-9/20 | 9/21-9/27 | 9/28-10/4 | 10/5-10/11 | 10/12-10/18 | 10/19-10/25 |
| ***Cash Inflows:*** | | | | | | | | | | | | | | | |
| Customer Billings | 302,331 | 930,634 | 134,811 | 152,617 | 14,903 | 0 | 21,571 | 114,962 | 147,980 | 14,214 | 35,851 | 109,962 | 147,980 | 14,214 | 21,571 |
| **Total Cash Inflows** | **302,331** | **930,634** | **134,811** | **152,617** | **14,903** | **0** | **21,571** | **114,962** | **147,980** | **14,214** | **35,851** | **109,962** | **147,980** | **14,214** | **21,571** |
| ***Cash Outflows:*** | | | | | | | | | | | | | | | |
| Cost of Goods Sold | 191,000 | 390,854 | 0 | 0 | 0 | 191,000 | 0 | 0 | 0 | 0 | 199,854 | 0 | 0 | 0 | 0 |
| W-2 Employees | 18,752 | 46,881 | 0 | 9,376 | 0 | 9,376 | 0 | 0 | 9,376 | 0 | 9,376 | 0 | 0 | 9,376 | 0 |
| EOR Employees | 133,337 | 362,973 | 0 | 133,337 | 0 | 0 | 0 | 0 | 0 | 114,818 | 0 | 0 | 0 | 114,818 | 0 |
| Contractors | 27,990 | 52,093 | 3,888 | 0 | 0 | 24,103 | 0 | 0 | 0 | 0 | 0 | 24,103 | 0 | 0 | 0 |
| Accounting Contractor (*Pre-paid Through Week 4* ) | 3,000 | 35,000 | 3,000 | 0 | 0 | 0 | 0 | 3,000 | 6,500 | 0 | 6,500 | 3,000 | 6,500 | 0 | 6,500 |
| Final Paychecks for Terminated Employees | 49,663 | 49,663 | 38,340 | 11,323 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Employee Benefits Expense | 32,339 | 45,177 | 653 | 1,402 | 30,283 | 0 | 0 | 62 | 198 | 6,159 | 0 | 62 | 198 | 6,159 | 0 |
| *Gross Employee Benefits* | 43,339 | 56,177 | *653* | *1,402* | *41,283* | *0* | *0* | *62* | *198* | *6,159* | *0* | *62* | *198* | *6,159* | *0* |
| *Net of Accrue Solutions Medical Benefits Inflows* | (11,000) | (11,000) | *0* | *0* | *(11,000)* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| Partner Revenue Share | 10,439 | 20,878 | 0 | 0 | 0 | 10,439 | 0 | 0 | 0 | 0 | 0 | 10,439 | 0 | 0 | 0 |
| Payment Processor Fees | 8,573 | 24,114 | 3,440 | 3,895 | 661 | 577 | 0 | 3,077 | 3,961 | 380 | 547 | 2,915 | 3,752 | 360 | 547 |
| Technology Subscriptions | 7,000 | 21,000 | 7,000 | 0 | 0 | 0 | 0 | 7,000 | 0 | 0 | 0 | 7,000 | 0 | 0 | 0 |
| R&D expenses | 6,000 | 18,000 | 6,000 | 0 | 0 | 0 | 0 | 6,000 | 0 | 0 | 0 | 6,000 | 0 | 0 | 0 |
| Infrastructure - Non Variable | 44,500 | 125,500 | 0 | 0 | 44,500 | 0 | 0 | 20,000 | 0 | 30,500 | 0 | 0 | 0 | 30,500 | 0 |
| Insurance | 100 | 300 | 50 | 0 | 50 | 0 | 0 | 50 | 0 | 50 | 0 | 50 | 0 | 50 | 0 |
| Other Expense | 500 | 1,500 | 0 | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 500 | 0 | 0 | 0 | 500 |
| Continue Employee Payroll Taxes and Other Expenses | 1,464 | 3,660 | 0 | 732 | 0 | 732 | 0 | 0 | 732 | 0 | 732 | 0 | 0 | 732 | 0 |
| Expected Commission Expense (*4.5% of Revenue* ) | 14,576 | 41,236 | 6,066 | 6,868 | 671 | 971 | 0 | 5,173 | 6,659 | 640 | 971 | 4,948 | 6,659 | 640 | 971 |
| Professional Fees (Accounting, Legal) | 2,500 | 30,000 | 0 | 0 | 2,500 | 0 | 0 | 0 | 0 | 2,500 | 0 | 25,000 | 0 | 0 | 0 |
| **Cash Outflows, Before Trustee Fees and Safety Margin** | **551,733** | **1,268,829** | **68,438** | **166,933** | **79,165** | **237,198** | **0** | **44,362** | **27,426** | **155,047** | **218,479** | **83,517** | **17,110** | **162,636** | **8,518** |
| Trustee Fee (*0.4% of Quarterly Disbursements* ) | 0 | 5,075 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,075 |
| Cash Outflow Safety Margin (*5% of Net Outflows* ) | 0 | 35,855 | | | | | 0 | 2,218 | 1,371 | 7,752 | 10,924 | 4,176 | 855 | 8,132 | 426 |
| **Total Cash Outflows** | **551,733** | **1,309,759** | **68,438** | **166,933** | **79,165** | **237,198** | **0** | **46,581** | **28,798** | **162,800** | **229,403** | **87,693** | **17,965** | **170,767** | **14,019** |
| **Net Cash Inflows / (Outflows)** | **(249,402)** | **(379,125)** | **66,373** | **(14,316)** | **(64,262)** | **(237,198)** | **21,571** | **68,382** | **119,182** | **(148,586)** | **(193,553)** | **22,269** | **130,015** | **(156,554)** | **7,552** |
| **Cumulative Funding Surplus / (Shortfall)** | | | **66,373** | **52,057** | **(12,205)** | **(249,402)** | **(227,832)** | **(159,450)** | **(40,268)** | **(188,854)** | **(382,407)** | **(360,138)** | **(230,123)** | **(386,677)** | **(379,125)** |
| Debtor In Possession Financing | 260,000 | 388,000 | 100,000 | | 160,000 | | | | 128,000 | | | | | | |
| ***Post DIP Financing:*** | | | | | | | | | | | | | | | |
| **Net Cash Inflows / (Outflows)** | | | **166,373** | **(14,316)** | **95,738** | **(237,198)** | **21,571** | **68,382** | **247,182** | **(148,586)** | **(193,553)** | **22,269** | **130,015** | **(156,554)** | **7,552** |
| **Cumulative Funding Surplus / (Shortfall)** | | | **166,373** | **152,057** | **247,795** | **10,598** | **32,168** | **100,550** | **347,732** | **199,146** | **5,593** | **27,862** | **157,877** | **1,323** | **8,875** |