**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) SETTING AN EXPEDITED HEARING ON "FIRST DAY PLEADINGS," AND (II) GRANTING RELATED RELIEF**

Storj Labs, Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Case"), respectfully states as follows in support of this motion (this "Motion"):

**Relief Requested**

1. The Debtor seek entry of an order, substantially in the form attached hereto as Exhibit A (respectfully, the "Order"): (a) setting an expedited hearing (the "First Day Hearing") at the Court's earliest convenience on the Debtor's "first day" pleadings (collectively, the "First Day Pleadings") described on the proposed first day agenda set forth on Exhibit 1 annexed to the Order (the "Proposed First Day Agenda"); (b) deeming the Debtor's Notice of Filing of Chapter 11 Petition and First Day Pleadings and of Proposed Hearing on First Day Pleadings substantially in the form attached as Exhibit 2 to the Order (the "Notice of First Day Hearing") to be adequate and appropriate notice under the circumstances; and (c) granting related relief.

2. On August 2, 2026, the Debtor filed the First Day Pleadings to be heard by this Court on an expedited basis. Prompt entry of the relief requested in the First Day Pleadings is critical to maintaining the Debtor's ongoing operations and the value of its bankruptcy estate. Accordingly, by this Motion, the Debtor seeks this Court's entry of an order setting an expedited First Day Hearing at the Court's earliest available time to consider the First Day Pleadings and deeming the Notice of

First Day Hearing to be adequate and appropriate notice under the circumstances. The Debtor further requests that the requirement of filing a written response to the First Day Pleadings is waived.

## Jurisdiction and Venue

3. The United States Bankruptcy Court for the Northern District of West Virginia (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. The Debtor confirms its consent, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the entry of a final order by the Court in connection with this motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

4. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The bases for the relief requested herein are sections 102(1) and 105(a) of the Bankruptcy Code Bankruptcy Rules 2002, 9006, and 9007, and Local Rule 9013-1.

## Basis for Relief

### I. The Court Should Set an Expedited Hearing on the First Day Motions.

6. Local Bankruptcy Rule 9013-1 contemplates and allows for the setting of a hearing on an expedited basis as requested herein. An expedited hearing on the First Day Motions is appropriate under these circumstances and is consistent with past practices in virtually every significant chapter 11 case, where various relief is required at the outset of the case to ensure a smooth transition into chapter 11.

7. Additionally, section 105(a) of the Bankruptcy Code provides this Court with the power to set an expedited First Day Hearing on the First Day Pleadings. Section 105(a) states that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

8. The relief sought in the First Day Pleadings is essential to avoid substantial disruption to the normal operations of the Debtor's business.

## Notice

9. The Debtor will provide notice of this Motion to: (i) the Office of the U.S. Trustee; (ii) the Debtor's prepetition secured lenders and their counsel, if known, (iii) holders of the twenty (20) largest unsecured claims against the Debtor, (iv) the Bank, (v) the Fintechs. and (vi) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

## No Prior Request

10. No previous request for the relief sought herein has been made by the Debtor to this or any other court.

## Conclusion

WHEREFORE, for the reasons set forth herein, the Debtor respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested in the Motion and such other and further relief as is just and proper.

Dated August 2, 2026

**STORJ LABS, INC.**

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com

*Proposed Debtor's Counsel*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all parties participating in the same, including:

Shari Lynne Collias, Esquire
Trial Attorney, Office of the U.S. Trustee
United States Courthouse, Room 2025
300 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 347-3417
Facsimile: (304) 347-3402
shari.collias@usdoj.gov
*Counsel for U.S. Trustee*

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)

# Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) SETTING AN EXPEDITED HEARING ON "FIRST DAY PLEADINGS," AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the above-captioned debtor in possession (the "Debtor") for entry of an order (this "Order"): (a) setting an expedited hearing at the Court's earliest convenience on the Debtor's First Day Pleadings, (b) deeming the Debtor's Notice of First Day Hearing to be adequate and appropriate notice under the circumstances, and (c) granting related relief all as more fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, their creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and that no other notice need be provided;

and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth in this Order.

2. A hearing will be held on **August ___, 2026, at ____**, prevailing Eastern Time (the "First Day Hearing"), to hear and consider the "first day" motions and applications listed on the proposed agenda attached hereto as **Exhibit 1** (collectively, the "First Day Pleadings").

3. The form of the Debtor's Notice of Filing of Chapter 11 Petitions and First Day Motions and of Proposed Hearing on First Day Pleadings attached hereto as **Exhibit 2** (the "Notice of First Day Hearing") is approved.

4. As soon as practicable after the commencement of this chapter 11 case, the Debtor shall serve notice of the Motion and the First Day Pleadings via hand, electronic mail, overnight delivery, or facsimile to the Notice Parties.

5. The requirement of filing a written response to the First Day Motions is waived.

6. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Prepared by:

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com

## Exhibit 1

**First Day Agenda**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**FIRST DAY AGENDA FOR HEARING ON AUGUST XX, 2026, AT X:XX X.M. (PREVAILING EASTERN TIME)**

PLEASE TAKE NOTICE that the following matters are scheduled for hearing on August ______ , 2026 at __________ (prevailing Eastern Time).

## I. MOTION TO EXPEDITE

1. Motion to Expedite First Day Hearings. *Debtor's Motion for an Order (I) Setting an Expedited Hearing on "First Day Pleadings," and (II) Granting Related Relief* [ECF No. ].

## II. OPERATIONAL PLEADINGS

2. Cash Management Motion. *Motion for Entry of Order (I) Authorizing Use of Prepetition Bank Accounts, and (II) Waiving the Requirements of Section (345)(b) of the Bankruptcy Code* [ECF No. ].

3. Interim DIP Financing Motion. *Motion to Authorize Post-Petition Financing and Use of Cash Collateral, and Schedule Final Hearing* [ECF No. ].

4. Debtor Counsel Employment Application. *Application to Retain and Employ Spilman Thomas & Battle, PLLC as Counsel for Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date* [ECF No. ].

5. Extend Schedules Motion. *Motion Pursuant to Bankruptcy Court Rule 1007(c) and Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and*

*Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs* [ECF No. ].

Dated August 2, 2026

**STORJ LABS, INC.**

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com

*Proposed Debtor's Counsel*

**Exhibit 2**

**Notice of First Day Hearing**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**NOTICE OF FILING CHAPTER 11 PETITION AND FIRST DAY PLEADINGS AND OF PROPOSED HEARING ON FIRST DAY PLEADINGS**

**PLEASE TAKE NOTICE THAT** on July 26, 2026 (the "Petition Date"), the above-captioned debtor and debtor in possession (the "Debtor") filed with the United States Bankruptcy Court for the Northern District of West Virginia, Wheeling Division (the "Court"), its voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") commencing the above-captioned chapter 11 case.

**PLEASE TAKE FURTHER NOTICE THAT** together with its chapter 11 petition, the Debtor also requested an expedited hearing before the Court (the "First Day Hearing") to consider certain motions and applications filed on the Petition Date and listed on the Proposed First Day Agenda attached hereto (collectively, the "First Day Pleadings").

**PLEASE TAKE FURTHER NOTICE THAT** the Court has scheduled the First Day Hearing on **August __ , 2026, at , ________ prevailing Eastern Time** in the United States Bankruptcy Court for the Northern District of West Virginia, Wheeling Division, U.S. Bankruptcy Court, Frederick P. Stamp, Jr. Federal Building and United States Courthouse, 1125 Chapline Street, Wheeling, WV 26003.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of each of the First Day Pleadings may be viewed on the Court's website at http://www.wvnb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE THAT your rights may be affected. You should carefully read the First Day Pleadings and discuss them with your attorney, if you have one in these chapter 11 cases. If you do not have an attorney, then you may wish to consult with one.**

**PLEASE TAKE FURTHER NOTICE THAT** if you do not want the Court to grant the relief requested in the First Day Pleadings, or if you want the Court to consider your views on the First Day Pleadings, then you or your attorney must attend the First Day Hearing. If you or your attorney do not take these steps, then the Court may decide that you do not oppose the relief sought

in the First Day Pleadings and may enter orders granting the relief requested in the First Day Pleadings.

Dated August 2, 2026

**STORJ LABS, INC.**

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com

*Proposed Debtor's Counsel*