David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26 bk 00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) SETTING AN EXPEDITED HEARING ON "FIRST DAY PLEADINGS," AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the above-captioned debtor in possession (the "Debtor") for entry of an order (this "Order"): (a) setting an expedited hearing at the Court's earliest convenience on the Debtor's First Day Pleadings, (b) deeming the Debtor's Notice of First Day Hearing to be adequate and appropriate notice under the circumstances, and (c) granting related relief all as more fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, their creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and that no other notice need be provided;

and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth in this Order.

2. A hearing will be held on **August 4, 2026, at 1:00 p.m.**, prevailing Eastern Time (the "First Day Hearing"), to hear and consider the "first day" motions and applications listed on the proposed agenda attached hereto as **Exhibit 1** (collectively, the "First Day Pleadings").

3. The form of the Debtor's Notice of Filing of Chapter 11 Petitions and First Day Motions and of Proposed Hearing on First Day Pleadings attached hereto as **Exhibit 2** (the "Notice of First Day Hearing") is approved.

4. As soon as practicable after the commencement of this chapter 11 case, the Debtor shall serve notice of the Motion and the First Day Pleadings via hand, electronic mail, overnight delivery, or facsimile to the Notice Parties.

5. The requirement of filing a written response to the First Day Motions is waived.

6. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Prepared by:

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com

# Exhibit 1

## First Day Agenda

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26 bk 00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**<u>FIRST DAY AGENDA FOR HEARING ON AUGUST XX, 2026, AT X:XX X.M. (PREVAILING EASTERN TIME)</u>**

PLEASE TAKE NOTICE that the following matters are scheduled for hearing on August 4, 2026 at 1:00 p.m. (prevailing Eastern Time).

**I. MOTION TO EXPEDITE**

1. <u>Motion to Expedite First Day Hearings.</u> *Debtor's Motion for an Order (I) Setting an Expedited Hearing on "First Day Pleadings," and (II) Granting Related Relief* [ECF No. 16].

**II. OPERATIONAL PLEADINGS**

2. <u>Cash Management Motion.</u> *Motion for Entry of Order (I) Authorizing Use of Prepetition Bank Accounts, and (II) Waiving the Requirements of Section (345)(b) of the Bankruptcy Code* [ECF No. 12 ].

3. <u>Interim DIP Financing Motion.</u> *Motion to Authorize Post-Petition Financing and Use of Cash Collateral, and Schedule Final Hearing* [ECF No. 14].

4. <u>Debtor Counsel Employment Application.</u> *Application to Retain and Employ Spilman Thomas & Battle, PLLC as Counsel for Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date* [ECF No. 11].

5. Extend Schedules Motion. *Motion Pursuant to Bankruptcy Court Rule 1007(c) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs* [ECF No. 9].

Dated August 3, 2026

**STORJ LABS, INC.**

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com

*Proposed Debtor's Counsel*

# **Exhibit 2**

## Notice of First Day Hearing

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26 bk 00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**NOTICE OF FILING CHAPTER 11 PETITION AND FIRST DAY PLEADINGS AND OF PROPOSED HEARING ON FIRST DAY PLEADINGS**

**PLEASE TAKE NOTICE THAT** on July 26, 2026 (the "Petition Date"), the above-captioned debtor and debtor in possession (the "Debtor") filed with the United States Bankruptcy Court for the Northern District of West Virginia, Wheeling Division (the "Court"), its voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") commencing the above-captioned chapter 11 case.

**PLEASE TAKE FURTHER NOTICE THAT** together with its chapter 11 petition, the Debtor also requested an expedited hearing before the Court (the "First Day Hearing") to consider certain motions and applications filed on the Petition Date and listed on the Proposed First Day Agenda attached hereto (collectively, the "First Day Pleadings").

**PLEASE TAKE FURTHER NOTICE THAT** the Court has scheduled the First Day Hearing on **August 4, 2026, at 1:00 p.m. prevailing Eastern Time** in the United States Bankruptcy Court for the Northern District of West Virginia, Wheeling Division, U.S. Bankruptcy Court, Frederick P. Stamp, Jr. Federal Building and United States Courthouse, 1125 Chapline Street, Wheeling, WV 26003.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of each of the First Day Pleadings may be viewed on the Court's website at http://www.wvnb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE THAT your rights may be affected. You should carefully read the First Day Pleadings and discuss them with your attorney, if you have one in these chapter 11 cases. If you do not have an attorney, then you may wish to consult with one.**

**PLEASE TAKE FURTHER NOTICE THAT** if you do not want the Court to grant the relief requested in the First Day Pleadings, or if you want the Court to consider your views on the First Day Pleadings, then you or your attorney must attend the First Day Hearing. If you or your attorney do not take these steps, then the Court may decide that you do not oppose the relief sought

in the First Day Pleadings and may enter orders granting the relief requested in the First Day Pleadings.

Dated August 3, 2026

**STORJ LABS, INC.**

*/s/ Christopher R. Arthur*

Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com

*Proposed Debtor's Counsel*