**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0424–5 | User: ad | Date Created: 8/6/2026 |
| Case: 5:26–bk–00512 | Form ID: 309F1 | Total: 62 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Storj Labs Inc.          1202 W Peachtree St. NW Ste 2625          Atlanta, GA 30309–2955
ust         United States Trustee          2025 United States Courthouse          300 Virginia Street East          Charleston, WV 25301
aty         Christopher R. Arthur          Spilman Thomas & Battle          300 Kanawha Blvd E          Charleston, WV 25301
aty         Shari Lynne Collias          DOJ–Ust          300 Virginia Street East          Ste. 2025          Charleston, WV 25301
1731103     Atty General Of WV          BLDG 1 E–26 Ground Floor Main Unit          Capitol Building          Charleston WV 25301
1731104     Internal Revenue Service          Post Office Box 7346          Philadelphia PA 19101–7346
1731105     Regional Bankruptcy Contact          U.S. Environmental Protection Agency          Region III          1650 Arch Street (3RC00)          Philadelphia PA 19103
1731106     Secretary Of The Treasury          15th St & Pennsylvania Avenue          Washington DC 20220
1731107     Social Security Administration          300 Spring Garden Street          Philadelphia PA 19123
1731108     US Attorney          Northern District of WV          PO Box 591          Wheeling WV 26003
1731109     WV Dept of Tax & Revenue          Bankruptcy Unit          Post Office Box 766          Charleston WV 25323–0766
1731110     West Virginia Insurance Commission          Legal Division – Bankruptcy          Post Office Box 50540          Charleston WV 25305–0540
1731112     66Degrees LLC          425 W Randolph St, Suite 300          Chicago, IL 60606
1731113     Aleksei Aleksandrovich Leonov          144/121 Chom Thian          2 Alley Jomtien Beach
1731115     Artur Wolff          Walerego Wrblewskiego 21P/99, Ldz, Ld          Sunnyvale, CA
1731118     Cambridge Enterprise Ltd          Hauser Forum          3 Charles Babbage Road          Ca
1731120     Gardner Law PLLC          221 Main St N, Suite 300          Stillwater, MN 55082
1731123     Inovo Studios Llc          35 S Peachtree St, Norcross, GA 30071
1731141     Segment.io, Inc.          100 California St          San Francisco, CA 94111
1731142     Sellnet LLC          30 N Gould St, Suite R          Sheridan, WY 82801
1731116     Avalara          255 S King St, Suite 1800          Seattle, WA 98104
1731119     Deel          425 Market Street          Suite 600          San Francisco, CA 94105
1731121     Georgia Department of Revenue          PO Box 740392          Atlanta, GA 30374–0392
1731125     Inveniam Capital Partners, Inc.          39500 High Pointe Boulevard          Suite 220          Novi, MI 48375
1731144     SNO Liability          c.o. Storj Labs Inc.          Heather Trowbridge, Finance Dept          3423 Piedmont Rd, NE          Atlanta, GA 30305
1731147     Up and Running Software, Inc.          535 Mission Street, 14th Floor          San Francisco, CA 94105
1731148     US Department of the Treasury          Internal Revenue Service          Kansas City, MO 64999–0012
1731149     US Department of the Treasury          Internal Revenue Service          Ogden, UT 84201–0012
1731150     Utropicmedia, LLC          8 The Green          Suite B          Dover, DE 19901
1731153     Workman Nydegger          60 E South Temple          Suite 1000          Salt Lake City, UT 84111
1731117     Axiom Global Inc          1 World Trade Center          Suite 8500          New York, NY 10007
1731126     iXsystems          2490 Kruse Dr          San Jose, CA 95131
1731127     Jenna Pangborn          C/O Storj Labs Inc.          Heather Trowbridge          Atlanta, GA 30305
1731128     Linkedin Corporation          1000 W Maude Ave          Sunnyvale, CA 94085
1731129     Literate Computing, LLC          1819 Capers Ave          Nashville, TN 37212
1731122     IBC          The Brew Eagle House          163 City Road          London, ON N6N 1N7          CANADA
1731114     Andril Kotko          14 Budivel'nykiv Street Apt. 79          UKRAINE
1731130     Magickly LLP          61 Bridge Street          Kington, Herefordshire HR5 3DJ          ENGLAND
1731124     Integrated Digital Solutions Inc.          647 Wilton Grove Rd          London, ON N6N 1N7          CANADA
1731131     Mauve Corporate Systems          Singapore Ltd          10 Anson Road          #33–03 International Plaza          Singapore 079903          SINGAPORE
1731131     Mauve Corporate Systems          Singapore Ltd          10 Anson Road          #33–03 International Plaza          Singapore 079903
1731132     Mauve Malta Ltd.          Office 7, 2nd Floor          Airways House          High Street          Malta SLM 1549          MALTA
1731133     Mauve UK Ltd          1 Royal Exchange Avenue          London EC3V 3LT          UNITED KINGDOM
1731134     Morrison Cohen LLP          909 Third Avenue          New York, NY 10022
1731135     NPE Ihnatiuk          Viktor Vladimirovich          Kaunasska 12/1          Kyiv, Kyiv, 2160          UKRAINE
1731138     Rafael Antonio Ribeiro Gomes          Rua Monte Alegre 90          Uberaba, Minas Gera          BRAZIL
1731135     NPE Ihnatiuk          Viktor Vladimirovich          Kaunasska 12/1          Kyiv, Kyiv, 2160          UKRAINE
1731136     Oktay Technology LLC          350 Main St, Suite 9          Bedminster, NJ 07921
1731143     Shadow Magic Studios          5 South Charlotte Street          Edinburgh EH2          SCOTLAND
1731137     Perkins Cole          1201 Third Avenue          Suite 4900          Seattle, WA 98101
1731139     Ramp Business Corporation          28 West 23rd Street          Floor 2          New York, NY 10010
1731140     Schwell Wimpfheimer & Associates LLP          551 Fifth Avenue          Suite 1600          New York, NY 10176
1731152     White Coral Consulting DMCC          DMCC Free Zone          Jumeirah Lakes Towers          Dubai          UAE
1731145     Tada Technologies          4700 Millenia Blvd          Suite 500          Orlando, FL 32839
1731146     TIMETOEXIT LIMITED          71–75 Shelton Street          Covent Garden          London WC2H 9JQ          UNITED KINGDOM
1731151     Verady, Inc.          3423 Piedmont Road NE          Suite 320          Atlanta, GA 30305
1731154     WorkRamp, Inc.          548 Market Street          PMB 57274          San Francisco, CA 94104–5401
1731155     WywCorp – Michal Niewrzal          Os Slaskie 23B/2          Zielona Gra, lubuskie          POLAND
1732166     Damein Morgan          2896 E Christopher Dr          Fresno, CA 93720

1732185    Steven D Hood    7127 Warner Rd    Saline, MI 48176
1732263    Jennifer Johnson    146 Osner Dr.    Atlanta, GA 30342
1732274    Helene Emmi Karin Unland    5052 N SANDERS RD    TUCSON, AZ 85743

TOTAL: 62