David L. Bissett
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: Storj Labs Inc. | BK Case No. 5:26-bk-512 |
| Debtor. | Chapter 11 Reorganization |

**ORDER GRANTING APPLICATION TO RETAIN AND EMPLOY SPILMAN THOMAS & BATTLE, PLLC AS COUNSEL FOR DEBTOR NUNC PRO TUNC TO THE PETITION DATE ON AN INTERIM BASIS**

Upon the application (the “Application”) of the Debtor, Storj Labs Inc. (the “Debtor”) for the entry of an INTERIM order (this “Order”) authorizing the Debtor to retain and employ Spilman Thomas & Battle PLLC (“Spilman”) as counsel effective nunc pro tunc to the Petition Date, pursuant to sections 327(a) and 330 of title 11 of the United States Code (as amended, the “Bankruptcy Code”), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the “Bankruptcy Rules”), and Rule 9013-l of the Local Rules for the Northern District of West Virginia (the “Local Rules”); and the Court being satisfied based on the representations made in the Application and in the Ali and Arthur Declarations that Spilman represents no interest adverse to the Debtor’s estate with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and that its employment is necessary and in the best interests of the Debtor’s estate; and the terms set forth in the Application are reasonable terms for the purposes of section 328(a) of the Bankruptcy Code; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and due and proper notice of the Application having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing, it is hereby ordered that:

The Application is **GRANTED on an interim basis**, subject to final approval after affording any interested party an opportunity to object to the application prior to the final hearing, which is scheduled to occur on **August 25, 2026, at 1:30 p.m.** in the L. Edward Friend II Bankruptcy Courtroom, 1125 Chapline Street, Wheeling, West Virginia. Objections must be filed no later than **August 21, 2026, at 4:00 p.m**. (EST). In the absence of any timely filed objection, the Court may, in its discretion, enter a final order and cancel the hearing on August 25, 2026.

The terms and conditions of this Order shall be immediately effective and enforceable upon its entry. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Prepared by:

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com

United States Bankruptcy Court
Northern District of West Virginia

In re: Storj Labs Inc.
Debtor

Case No. 26-00512-dlb
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0424-5 User: ad Page 1 of 1
Date Rcvd: Aug 05, 2026 Form ID: pdfdoc Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Storj Labs Inc., 1202 W Peachtree St. NW Ste 2625, Atlanta, GA 30309-2955 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com rmoss@spilmanlaw.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 3