**Information to identify the case:**

| Debtor | **Storj Labs Inc.** | EIN | **47–3146506** |
|---|---|---|---|
| | Name | | |

United States Bankruptcy Court   **Northern District of West Virginia**

Case number:   **5:26–bk–00512**

Date case filed for chapter  **11**   **7/26/26**

Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

12/1/2024

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Storj Labs Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 1202 W Peachtree St. NW Ste 2625<br>Atlanta, GA 30309–2955 | |
| **4. Debtor's attorney**<br>Name and address | Christopher R. Arthur<br>Spilman Thomas & Battle<br>300 Kanawha Blvd E<br>Charleston, WV 25301 | Contact phone  304–531–9520<br><br>Email:  carthur@spilmanlaw.com |
| **5. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | U.S. Bankruptcy Court<br>Northern District Of West Virginia<br>P.O. Box 70 – 12th and Chapline Streets<br>Wheeling, WV 26003–0008 | Hours open:<br>Monday – Friday<br>8:30 AM – 5:00 PM<br><br>Contact phone  304–233–1655<br><br>Date: 8/6/26 |
| **6. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **August 31, 2026 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting, Go to Zoom.us/join, Meeting ID 165 6949 6480, Passcode 1523832042, OR Call 1–646–828–7666**<br><br>For additional meeting information go to www.justice.gov/ust/moc |

**For more information, see page 2 >**

| **7. Deadlines** | **Deadline for filing proof of claim:** | |
|---|---|---|
| | **For all creditors (except a governmental unit):** | 10/5/26 |
| | **For a governmental unit:** | 1/22/27 |

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- your claim is designated as *disputed*, *contingent*, or *unliquidated;*
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to venue:**                    **Filing deadline:**  Within 21 days after the meeting of creditors

| **8. Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:**         10/30/26 |
|---|---|
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court
Northern District of West Virginia

In re: | Case No. 26-00512-dlb

Storj Labs Inc. | Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0424-5 | User: ad | Page 1 of 3 |
| Date Rcvd: Aug 06, 2026 | Form ID: 309F1 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Storj Labs Inc., 1202 W Peachtree St. NW Ste 2625, Atlanta, GA 30309-2955 |
| aty | + | Shari Lynne Collias, DOJ-Ust, 300 Virginia Street East, Ste. 2025, Charleston, WV 25301-2535 |
| 1731112 | + | 66Degrees LLC, 425 W Randolph St, Suite 300, Chicago, IL 60606-1530 |
| 1731114 | | Andril Kotko, 14 Budivel'nykiv Street Apt. 79, UKRAINE |
| 1731115 | | Artur Wolff, Walerego Wrblewskiego 21P/99, Ldz, Ld, Sunnyvale, CA |
| 1731103 | | Atty General Of WV, BLDG 1 E-26 Ground Floor Main Unit, Capitol Building, Charleston WV 25301 |
| 1731117 | + | Axiom Global Inc, 1 World Trade Center, Suite 8500, New York, NY 10007-0089 |
| 1732166 | + | Damein Morgan, 2896 E Christopher Dr, Fresno, CA 93720-4499 |
| 1731119 | + | Deel, 425 Market Street, Suite 600, San Francisco, CA 94105-5417 |
| 1731120 | + | Gardner Law PLLC, 221 Main St N, Suite 300, Stillwater, MN 55082-6773 |
| 1732274 | + | Helene Emmi Karin Unland, 5052 N SANDERS RD, TUCSON, AZ 85743-9469 |
| 1731122 | | IBC, The Brew Eagle House, 163 City Road, London, ON N6N 1N7, CANADA |
| 1731123 | | Inovo Studios Llc, 35 S Peachtree St, Norcross, GA 30071 |
| 1731124 | | Integrated Digital Solutions Inc., 647 Wilton Grove Rd, London, ON N6N 1N7, CANADA |
| 1731125 | + | Inveniam Capital Partners, Inc., 39500 High Pointe Boulevard, Suite 220, Novi, MI 48375-5530 |
| 1731127 | | Jenna Pangborn, C/O Storj Labs Inc., Heather Trowbridge, Atlanta, GA 30305 |
| 1732263 | + | Jennifer Johnson, 146 Osner Dr., Atlanta, GA 30342-2204 |
| 1731129 | + | Literate Computing, LLC, 1819 Capers Ave, Nashville, TN 37212-3105 |
| 1731130 | | Magickly LLP, 61 Bridge Street, Kington, Herefordshire HR5 3DJ, ENGLAND |
| 1731131 | | Mauve Corporate Systems, Singapore Ltd, 10 Anson Road, #33-03 International Plaza, Singapore 079903 SINGAPORE |
| 1731131 | | Mauve Corporate Systems, Singapore Ltd, 10 Anson Road, #33-03 International Plaza, Singapore 079903 |
| 1731132 | | Mauve Malta Ltd., Office 7, 2nd Floor, Airways House, High Street, Malta SLM 1549 MALTA |
| 1731133 | | Mauve UK Ltd, 1 Royal Exchange Avenue, London EC3V 3LT, UNITED KINGDOM |
| 1731134 | + | Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022-4784 |
| 1731135 | | NPE Ihnatiuk, Viktor Vladimirovich, Kaunasska 12/1, Kyiv, Kyiv, 2160, UKRAINE |
| 1731136 | + | Oktay Technology LLC, 350 Main St, Suite 9, Bedminster, NJ 07921-2689 |
| 1731137 | + | Perkins Cole, 1201 Third Avenue, Suite 4900, Seattle, WA 98101-3095 |
| 1731138 | | Rafael Antonio Ribeiro Gomes, Rua Monte Alegre 90, Uberaba, Minas Gera, BRAZIL |
| 1731144 | + | SNO Liability, c.o. Storj Labs Inc., Heather Trowbridge, Finance Dept, 3423 Piedmont Rd, NE, Atlanta, GA 30305-1751 |
| 1731140 | + | Schwell Wimpfheimer & Associates LLP, 551 Fifth Avenue, Suite 1600, New York, NY 10176-1603 |
| 1731106 | + | Secretary Of The Treasury, 15th St & Pennsylvania Avenue, Washington DC 20220-0001 |
| 1731141 | + | Segment.io, Inc., 100 California St, San Francisco, CA 94111-4505 |
| 1731142 | + | Sellnet LLC, 30 N Gould St, Suite R, Sheridan, WY 82801-6317 |
| 1731143 | | Shadow Magic Studios, 5 South Charlotte Street, Edinburgh EH2, SCOTLAND |
| 1732185 | + | Steven D Haupt, 7127 Warner Rd, Saline, MI 48176-9081 |
| 1731146 | | TIMETOEXIT LIMITED, 71-75 Shelton Street, Covent Garden, London WC2H 9JQ, UNITED KINGDOM |
| 1731145 | + | Tada Technologies, 4700 Millenia Blvd, Suite 500, Orlando, FL 32839-6019 |
| 1731147 | + | Up and Running Software, Inc., 535 Mission Street, 14th Floor, San Francisco, CA 94105-3253 |
| 1731150 | + | Utropicmedia, LLC, 8 The Green, Suite B, Dover, DE 19901-3618 |
| 1731151 | + | Verady, Inc., 3423 Piedmont Road NE, Suite 320, Atlanta, GA 30305-1751 |
| 1731110 | | West Virginia Insurance Commission, Legal Division - Bankruptcy, Post Office Box 50540, Charleston WV 25305-0540 |
| 1731152 | | White Coral Consulting DMCC, DMCC Free Zone, Jumeirah Lakes Towers, Dubai, UAE |
| 1731154 | | WorkRamp, Inc., 548 Market Street, PMB 57274, San Francisco, CA 94104-5401 |

Date Rcvd: Aug 06, 2026          Form ID: 309F1          Total Noticed: 56

| | | |
|---|---|---|
| 1731153 | + | Workman Nydegger, 60 E South Temple, Suite 1000, Salt Lake City, UT 84111-1011 |
| 1731155 | | WywCorp - Michal Niewrzal, Os Slaskie 23B/2, Zielona Gra, lubuskie, POLAND |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: carthur@spilmanlaw.com | Aug 06 2026 19:03:00 | Christopher R. Arthur, Spilman Thomas & Battle, 300 Kanawha Blvd E, Charleston, WV 25301 |
| ust | + | Email/Text: ustpregion04.ct.ecf@usdoj.gov | Aug 06 2026 19:04:00 | United States Trustee, 2025 United States Courthouse, 300 Virginia Street East, Charleston, WV 25301-2503 |
| 1731116 | | Email/Text: legal@avalara.com | Aug 06 2026 19:04:00 | Avalara, 255 S King St, Suite 1800, Seattle, WA 98104 |
| 1731121 | | EDI: GADEPTOFREV | Aug 06 2026 23:05:00 | Georgia Department of Revenue, PO Box 740392, Atlanta, GA 30374-0392 |
| 1731104 | | EDI: IRS.COM | Aug 06 2026 23:05:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 1731128 | | Email/Text: LCE_Mail@linkedin.com | Aug 06 2026 19:04:00 | Linkedin Corporation, 1000 W Maude Ave, Sunnyvale, CA 94085 |
| 1731139 | | Email/Text: bankruptcy@ramp.com | Aug 06 2026 19:04:00 | Ramp Business Corporation, 28 West 23rd Street, Floor 2, New York, NY 10010 |
| 1731105 | ^ | MEBN | Aug 06 2026 19:00:25 | Regional Bankruptcy Contact, U.S. Environmental Protection Agency, Region III, 1650 Arch Street (3RC00), Philadelphia PA 19103-2029 |
| 1731107 | + | Email/Text: ssa.bankruptcy@ssa.gov | Aug 06 2026 19:04:00 | Social Security Administration, 300 Spring Garden Street, Philadelphia PA 19123-2924 |
| 1731108 | ^ | MEBN | Aug 06 2026 19:00:31 | US Attorney, Northern District of WV, PO Box 591, Wheeling WV 26003-0011 |
| 1731109 | | EDI: WVTAX | Aug 06 2026 23:05:00 | WV Dept of Tax & Revenue, Bankruptcy Unit, Post Office Box 766, Charleston WV 25323-0766 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1731113 | | Aleksei Aleksandrovich Leonov, 144/121 Chom Thian, 2 Alley Jomtien Beach |
| 1731118 | | Cambridge Enterprise Ltd, Hauser Forum, 3 Charles Babbage Road, Ca |
| 1731135 | * | NPE Ihnatiuk, Viktor Vladimirovich, Kaunasska 12/1, Kyiv, Kyiv, 2160, UKRAINE |
| 1731149 | * | US Department of the Treasury, Internal Revenue Service, Ogden, UT 84201-0012 |
| 1731148 | * | US Department of the Treasury, Internal Revenue Service, Kansas City, MO 64999-0012 |
| 1731126 | ##+ | iXsystems, 2490 Kruse Dr, San Jose, CA 95131-1234 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Date Rcvd: Aug 06, 2026                  Form ID: 309F1                Total Noticed: 56

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026             Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com  rmoss@spilmanlaw.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 3