**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

| | | |
|---|---|---|
| In Re: | Storj Labs Inc.<br>Debtor(s) | Case No.: 5:26–bk–00512<br><br>Chapter: 11 |

**ORDER**

The Debtor failed to timely file its initial operating report as required by the court's Operating Order.

Therefore, the court does hereby

**ORDER** that the Debtor show cause, in writing, within five days from the date of entry of this order why the court should not dismiss this case based upon the Debtor's failure. The filing of the report by that deadline will dissolve the effect of this order.

DATED: August 11, 2026

*David L Bissett*
_____
U.S. Bankruptcy Judge