**Notice Recipients**

District/Off: 0424–5           User: admin                Date Created: 08/11/2026
Case: 5:26–bk–00512           Form ID: osciopr           Total: 4

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee        ustpregion04.ct.ecf@usdoj.gov
aty        Christopher R. Arthur         carthur@spilmanlaw.com
aty        Shari Lynne Collias        shari.collias@usdoj.gov

                                                            TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Storj Labs Inc.        1202 W Peachtree St. NW Ste 2625        Atlanta, GA 30309–2955

                                                            TOTAL: 1