# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–5 | User: ad | Date Created: 8/13/2026 |
| Case: 5:26–bk–00512 | Form ID: pdfdoc | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| aty | Christopher R. Arthur | carthur@spilmanlaw.com |
| aty | Shari Lynne Collias | shari.collias@usdoj.gov |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Storj Labs Inc. | 1202 W Peachtree St. NW Ste 2625 | Atlanta, GA 30309–2955 |

TOTAL: 1