**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

| | |
|---|---|
| In Re: Storj Labs Inc. Debtor(s) | Case No.: 5:26–bk–00512 |
| | Chapter: 11 |

**ORDER**

The Debtor failed to timely file its initial operating report as required by the court's Operating Order.

Therefore, the court does hereby

**ORDER** that the Debtor show cause, in writing, within five days from the date of entry of this order why the court should not dismiss this case based upon the Debtor's failure. The filing of the report by that deadline will dissolve the effect of this order.

DATED: August 11, 2026

*David L Bissett*
_____
U.S. Bankruptcy Judge

United States Bankruptcy Court
Northern District of West Virginia

In re:                                                                        Case No. 26-00512-dlb

Storj Labs Inc.                                                               Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0424-5                          User: admin                              Page 1 of 1

Date Rcvd: Aug 11, 2026                       Form ID: osciopr                     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Storj Labs Inc., 1202 W Peachtree St. NW Ste 2625, Atlanta, GA 30309-2955 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com  rmoss@spilmanlaw.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 3