| Invoice no. | Description | Vendor | Chart of account | Created date | Invoice date | Due date | Currency | Invoice amount (may include prepetition amt) | Post Petition Balance due |
|---|---|---|---|---|---|---|---|---|---|
| 13356 | Office Space for Pierre and Gem | Cambridge Enterprise Ltd | 6050 - Office Rent & Parking | 7/7/2026 | 7/1/2026 | 7/31/2026 | GBP | 498 | 80.32 |
| 13534 | Office Space for Gem Taylor | Cambridge Enterprise Ltd | 6050 - Office Rent & Parking | 8/13/2026 | 8/3/2026 | 9/2/2026 | GBP | 390 | 390 |
| INV0594 | July 2026 On Demand & June 2026 Rev Share | Denvr (Valdi) | 5050 - CGS - Valdi GPU Cost + 6014 Partner Revenue Share | 8/6/2026 | 7/31/2026 | 7/31/2026 | USD | 12238.44 | 1933.38 |
| 548692819 | June 2026 888-171, 888-178, On Demand | DigitalOcean LLC (Valdi) | 5050 - CGS - Valdi GPU Cost | 7/1/2026 | 6/30/2026 | 7/31/2026 | USD | 91950.56 | 14006.83 |
| HBSP-11008 | WO 888-174 07/06/2026 - 08/06/2026 | Hydra Host Inc. (Valdi) | 5050 - CGS - Valdi GPU Cost | 7/6/2026 | 7/6/2026 | 7/6/2026 | USD | 2920 | 941.94 |
| HBSP-11018 | WO 888-172 07/12/2026 - 08/12/2026 | Hydra Host Inc. (Valdi) | 5050 - CGS - Valdi GPU Cost | 7/13/2026 | 7/12/2026 | 7/12/2026 | USD | 13315.2 | 6872.36 |
| HBSP-11073 | WO 888-174 08/06/2026 - 09/06/2026 | Hydra Host Inc. (Valdi) | 5050 - CGS - Valdi GPU Cost | 8/13/2026 | 8/6/2026 | 8/6/2026 | USD | 2920 | 2920 |
| HBSP-11087 | WO 888-172 08/12/2026 - 09/12/2026 | Hydra Host Inc. (Valdi) | 5050 - CGS - Valdi GPU Cost | 8/13/2026 | 8/12/2026 | 8/12/2026 | USD | 13315.2 | 13315.2 |
| | | | | | | | | | **$ 40,460.03** |