Western Alliance Bank®

PO Box 26237 • Las Vegas, NV 89126-0237

**Return Service Requested**

Last statement: June 30, 2026
This statement: July 31, 2026
Total days in statement period: 31

Page 1 of 8
XXXXXX2757
( 0)

Direct inquiries to:
888 995-2265

Western Alliance Bank
Clientcare@westernalliancebank.com
Westernalliancebank.com

STORJ LABS INC
OPERATING ACCOUNT
1201 W PEACHTREE ST NW SUITE 2625
PMB 75268
ATLANTA GA 30309-3499

***THANK YOU FOR BANKING WITH US!***

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX2757 | Beginning balance | $-16,563.90 |
| Low balance | $-123,067.05 | Total additions | 682,703.09 |
| Average balance | $53,952.34 | Total subtractions | 663,436.82 |
| Avg collected balance | $53,952 | Ending balance | $2,702.37 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 07-01 | ' ACH Debit<br>Unum Life PAYMENT 260701<br>141798510816152 | 140.98 |
| 07-01 | ' ACH Debit<br>Unum Life PAYMENT 260701<br>141797971138626 | 306.14 |
| 07-01 | ' ACH Debit<br>Unum Life PAYMENT 260701<br>141781444185261 | 329.70 |
| 07-01 | ' ACH Debit<br>Unum Life PAYMENT 260701<br>141802260829266 | 968.77 |
| 07-01 | ' ACH Debit<br>RAMP STATEMENT CC448CN78B NTE*ZZZ*PAYMENT S3<br>558753\ | 131,678.01 |
| 07-01 | ' Od Fee<br>FOR CONTINUOUS OD ON 07-01-26 | 10.00 |

| Date | Description | Subtractions |
|---|---|---|
| 07-03 | ' ACH Debit<br>RAMP STATEMENT BLFTURMVDN NTE*ZZZ*PAYMENT S3 573819\ | 131,678.01 |
| 07-06 | ' ACH Debit<br>Xero US INV-7537 PURCHASE X 260706 | 90.00 |
| 07-06 | ' ACH Debit<br>Deel, Inc. PURCHASE D 260706 ST-I8A9Y7B9S1R9 | 1,110.12 |
| 07-07 | ' ACH Debit<br>Bill.com Payables Multiple Payments Bill.com Payables 996DVEBFM13LIYA | 52,520.17 |
| 07-08 | ' ACH Debit<br>Bill.com Payables Multiple Payments Bill.com Payables 996XMGXBB13MKXF | 63,449.03 |
| 07-09 | ' ACH Debit<br>Bill.com Payables Multiple Payments Bill.com Payables 996BOGUQM13U4VC | 1,608.99 |
| 07-09 | ' ACH Debit<br>PAYROLL-BAMBOOHR PAYROLL 260709 12961114 | 10,932.72 |
| 07-13 | ' ACH Debit<br>CIGNA REVENUE RMR*IV*79162\NTE*ZZZ*2026-07-10 15:40:35.621939_0001_3 | 1,402.02 |
| 07-15 | ' ACH Debit<br>Bill.com Payables Heather Trowbridge Bill.com 996MBVWEC14PGJL Inv 2026-072 | 6,500.00 |
| 07-16 | ' ACH Debit<br>CIGNA EDGE TRANS COLLECTION 260716 601001315992 | 41,283.02 |
| 07-17 | ' ACH Debit<br>STRIPE TRANSFER 260717 ST-G5S2H4S8S8P2 | 19.70 |
| 07-20 | ' ACH Debit<br>Bill.com Payables DigitalOcean LLC B ill.com 996VYSOQP15GHWI Inv 546157447 | 9,999.99 |
| 07-20 | ' ACH Debit<br>Bill.com Payables Multiple Payments Bill.com Payables 996KTYSTD15F3BO | 155,869.59 |
| 07-21 | ' ACH Debit<br>STRIPE TRANSFER 260721 ST-M0H7W8A4I6D4 | 54.61 |
| 07-21 | ' Analysis Results Chg<br>ANALYSIS CHARGES FOR 06/26 | 485.25 |
| 07-24 | ' Wire Dr O/L Usd<br>WIRE-OUT;BNF-SPILMAN THOMAS AND BATTLE PLLC;OBI-STORJ; TRN-620507076148 | 40,000.00 |

| Date | | Description | Subtractions |
|---|---|---|---|
| 07-24 | ' | ACH Debit<br>Bill.com Payables Heather Trowbridge<br>Bill.com 996AIXTZV15YV0G Multiple invoices | 13,000.00 |

**CREDITS**

| Date | | Description | Additions |
|---|---|---|---|
| 07-01 | ' | Online Transfer Cr<br>REF 1820720L FUNDS TRANSFER FRMDEP XXXXXX8299<br>FROM | 22,670.00 |
| 07-01 | ' | ACH Credit<br>STRIPE TRANSFER 260701<br>ST-H9U3Z1T7I2J1 | 3,150.50 |
| 07-01 | ' | ACH Credit<br>KENT BLOSIL SENDER 872109228 | 934.88 |
| 07-01 | ' | ACH Credit<br>STRIPE TRANSFER 260701<br>ST-X2T8E3M4O4D6 | 165.07 |
| 07-01 | ' | Return Item<br>RAMP STATEMENT CC448CN78B NTE*ZZZ*PAYMENT S3<br>558753\ | 131,678.01 |
| 07-02 | ' | ACH Credit<br>STRIPE TRANSFER 260702<br>ST-M7E6Z8O4T3J7 | 970.70 |
| 07-03 | ' | ACH Credit<br>VIVINT LLC ACCT REFER 260703<br>260207657170223 | 129,860.65 |
| 07-03 | ' | ACH Credit<br>Kraken KRAKEN FTh 260703 | 3,839.02 |
| 07-03 | ' | ACH Credit<br>STRIPE TRANSFER 260703<br>ST-H7A0N8A0D0Z5 | 1,209.10 |
| 07-03 | ' | ACH Credit<br>Storj Labs Inc MercuryACH 260703<br>MRCR-UPDECTTYUV | 85.71 |
| 07-06 | ' | ACH Credit<br>OVERCLOCK LABS, OVERCLOCK Labs via Brex | 6,932.03 |
| 07-06 | ' | ACH Credit<br>OVERCLOCK LABS, OVERCLOCK Labs via Brex | 2,920.00 |
| 07-06 | ' | ACH Credit<br>STRIPE TRANSFER 260706<br>ST-E4E4C8V4N7O5 | 970.70 |
| 07-06 | ' | ACH Credit<br>OVERCLOCK LABS, OVERCLOCK Labs via Brex | 643.20 |
| 07-07 | ' | ACH Credit<br>STRIPE TRANSFER 260707<br>ST-F8T7N7Q5Z7B8 | 105,800.97 |

| Date | | Description | Additions |
|---|---|---|---|
| 07-07 | ' | ACH Credit<br>STRIPE TRANSFER 260707<br>ST-A2B8L0O6P2V1 | 29,285.84 |
| 07-07 | ' | ACH Credit<br>STRIPE TRANSFER 260707<br>ST-Y1P4O1D6G1V6 | 3,782.93 |
| 07-07 | ' | ACH Credit<br>STRIPE TRANSFER 260707<br>ST-L6Q2Q6K6B2O1 | 970.70 |
| 07-07 | ' | ACH Credit<br>Bill.com ACCTVERIFY 260707<br>996QJNHOB13GCVO | 0.01 |
| 07-08 | ' | ACH Credit<br>STRIPE TRANSFER 260708<br>ST-B4Z7U0U6R8J0 | 1,988.90 |
| 07-08 | ' | ACH Credit<br>STRIPE TRANSFER 260708<br>ST-G1H0H3X9W5L5 | 1,063.63 |
| 07-08 | ' | ACH Credit<br>STRIPE TRANSFER 260708<br>ST-T3K2T0G7H8E9 | 759.24 |
| 07-08 | ' | ACH Credit<br>STRIPE TRANSFER 260708<br>ST-M1Y9L9U1V4G1 | 131.07 |
| 07-09 | ' | ACH Credit<br>STRIPE TRANSFER 260709<br>ST-Z4H8E9A2G8L2 | 1,270.04 |
| 07-09 | ' | ACH Credit<br>STRIPE TRANSFER 260709<br>ST-Z2W9A0J5E5C8 | 1,018.20 |
| 07-09 | ' | ACH Credit<br>STRIPE TRANSFER 260709<br>ST-I0E6F5Y3T1R0 | 10.09 |
| 07-10 | ' | ACH Credit<br>STRIPE TRANSFER 260710<br>ST-L2I1I5W8E7B1 | 6,824.45 |
| 07-10 | ' | ACH Credit<br>STRIPE TRANSFER 260710<br>ST-B8R6T7C5L0K4 | 1,067.50 |
| 07-10 | ' | ACH Credit<br>STRIPE TRANSFER 260710<br>ST-J3I8M6E9X7U3 | 29.94 |
| 07-10 | ' | ACH Credit<br>STRIPE TRANSFER 260710<br>ST-P3W7F8J8Z7F9 | 5.47 |

| Date | Description | Additions |
|---|---|---|
| 07-13 | ' ACH Credit<br>STRIPE TRANSFER 260713<br>ST-A2R4I5W9U0M6 | 1,274.63 |
| 07-13 | ' ACH Credit<br>STRIPE TRANSFER 260713<br>ST-Z1M3K3N6Q9Q0 | 1,038.37 |
| 07-14 | ' ACH Credit<br>STRIPE TRANSFER 260714<br>ST-W2Q7Y1G0H8S9 | 4,096.31 |
| 07-14 | ' ACH Credit<br>STRIPE TRANSFER 260714<br>ST-X1P9T0D4Z2A8 | 1,018.20 |
| 07-14 | ' ACH Credit<br>STRIPE TRANSFER 260714<br>ST-F2Q7O9C7C6W4 | 488.24 |
| 07-15 | ' ACH Credit<br>OVERCLOCK LABS, OVERCLOCK Labs via Brex | 109,304.44 |
| 07-15 | ' Wire Cr-Usd<br>WIRE-IN;ORG-TREATMENT LIMITED USD;OBI-A5374E38-0030;TR<br>N-619607031093 | 34,147.52 |
| 07-15 | ' ACH Credit<br>STRIPE TRANSFER 260715<br>ST-J7S1O6Q7K3B7 | 1,977.50 |
| 07-15 | ' ACH Credit<br>STRIPE TRANSFER 260715<br>ST-J7G3S1U1H0Q3 | 255.38 |
| 07-15 | ' ACH Credit<br>STRIPE TRANSFER 260715<br>ST-S3W9R1L9Y2K6 | 41.42 |
| 07-15 | ' ACH Credit<br>STRIPE TRANSFER 260715<br>ST-U8R6O5H9D1U0 | 29.91 |
| 07-16 | ' ACH Credit<br>HOSTED AI INC MercuryACH From HOSTED AI INC<br>via mercury.com for invoice INV-0244 | 2,087.04 |
| 07-16 | ' ACH Credit<br>STRIPE TRANSFER 260716<br>ST-T3J8X6E9U0D3 | 868.50 |
| 07-16 | ' ACH Credit<br>STRIPE TRANSFER 260716<br>ST-L0D6P2Q9R0W7 | 11.23 |
| 07-16 | ' ACH Credit<br>STRIPE TRANSFER 260716<br>ST-W1M8T4W1E0S8 | 4.45 |
| 07-16 | ' ACH Credit<br>STRIPE TRANSFER 260716<br>ST-J4X1X0U6D2D7 | 3.82 |

| Date | | Description | Additions |
|---|---|---|---|
| 07-17 | ' | Wire Cr-Usd<br>WIRE-IN;ORG-INVENIAM CAPITAL PARTNERS INC;OBI-NOT PROV<br>IDED;TRN-619807048716 | 40,000.00 |
| 07-17 | ' | ACH Credit<br>STRIPE TRANSFER 260717<br>ST-L6U3C0Q2H8S8 | 868.50 |
| 07-17 | ' | ACH Credit<br>STRIPE TRANSFER 260717<br>ST-R4K8H4V9T8K3 | 132.88 |
| 07-17 | ' | ACH Credit<br>STRIPE TRANSFER 260717<br>ST-I8Q3I3P2E9C1 | 17.16 |
| 07-20 | ' | ACH Credit<br>Care Access Rese Receivable 996OBLVOX15JP5Z Ca<br>re Access Rese Bill.com Inv 6RB6669J-0001 | 782.71 |
| 07-20 | ' | ACH Credit<br>STRIPE TRANSFER 260720<br>ST-O2O1V1Z8C3Z3 | 47.50 |
| 07-20 | ' | ACH Credit<br>STRIPE TRANSFER 260720<br>ST-O0V5W5I2O4E0 | 4.47 |
| 07-21 | ' | ACH Credit<br>STRIPE TRANSFER 260721<br>ST-Z2P0T8H2L3G6 | 8,864.40 |
| 07-21 | ' | ACH Credit<br>STRIPE TRANSFER 260721<br>ST-I9X9A9Y8V1B0 | 193.90 |
| 07-21 | ' | ACH Credit<br>STRIPE TRANSFER 260721<br>ST-D7Y2A8Y5S3G7 | 4.45 |
| 07-22 | ' | ACH Credit<br>ACCRUE SOLUTIONS ACH Pmt Jun 2026 COBRA Rem<br>ittance | 13,505.97 |
| 07-22 | ' | ACH Credit<br>STRIPE TRANSFER 260722<br>ST-E6B6J7Z4F7N8 | 141.66 |
| 07-22 | ' | ACH Credit<br>STRIPE TRANSFER 260722<br>ST-K3M5I1Q5H1D6 | 47.50 |
| 07-22 | ' | ACH Credit<br>STRIPE TRANSFER 260722<br>ST-Y6A7H4R8H9U8 | 21.98 |
| 07-22 | ' | ACH Credit<br>STRIPE TRANSFER 260722<br>ST-Y5Y0E2S9R3L0 | 8.79 |

| Date | Description | Additions |
|---|---|---|
| 07-23 | ' ACH Credit<br>STRIPE TRANSFER 260723<br>ST-O0F7F2V0Q9R9 | 72.01 |
| 07-23 | ' ACH Credit<br>STRIPE TRANSFER 260723<br>ST-A8H0O7T4S2Y4 | 60.95 |
| 07-23 | ' ACH Credit<br>STRIPE TRANSFER 260723<br>ST-C1X9D4Y2F0N1 | 53.49 |
| 07-24 | ' ACH Credit<br>STRIPE TRANSFER 260724<br>ST-S3U4S6Y9T1T2 | 154.11 |
| 07-24 | ' ACH Credit<br>STRIPE TRANSFER 260724<br>ST-A0P2P5M7R4V2 | 4.48 |
| 07-27 | ' ACH Credit<br>STRIPE TRANSFER 260727<br>ST-D0K6C9I8B3Z8 | 47.50 |
| 07-27 | ' ACH Credit<br>STRIPE TRANSFER 260727<br>ST-J0K3X3A1Z7Y3 | 8.80 |
| 07-27 | ' ACH Credit<br>STRIPE TRANSFER 260727<br>ST-N1N2D0U3J2T6 | 7.32 |
| 07-28 | ' ACH Credit<br>STRIPE TRANSFER 260728<br>ST-W6P1H9S1D2K9 | 161.30 |
| 07-28 | ' ACH Credit<br>STRIPE TRANSFER 260728<br>ST-P1F1P9W9F8O1 | 28.08 |
| 07-28 | ' ACH Credit<br>STRIPE TRANSFER 260728<br>ST-C2H2L7S9S9V9 | 13.50 |
| 07-29 | ' ACH Credit<br>STRIPE TRANSFER 260729<br>ST-Z3U1U9X1G3F8 | 179.41 |
| 07-29 | ' ACH Credit<br>STRIPE TRANSFER 260729<br>ST-O0F4D3X8H0T5 | 63.01 |
| 07-29 | ' ACH Credit<br>STRIPE TRANSFER 260729<br>ST-H4W5F2V6H8O9 | 47.50 |
| 07-29 | ' ACH Credit<br>STRIPE TRANSFER 260729<br>ST-K6Y6Z2U4I3P6 | 13.37 |

| Date | | Description | Additions |
|---|---|---|---|
| 07-30 | ' | ACH Credit<br>STRIPE TRANSFER 260730<br>ST-P5C5V0K6O5L1 | 166.12 |
| 07-30 | ' | ACH Credit<br>STRIPE TRANSFER 260730<br>ST-H1S1E8C9X0L2 | 156.33 |
| 07-30 | ' | ACH Credit<br>STRIPE TRANSFER 260730<br>ST-N2R1G9C1O9J7 | 77.38 |
| 07-30 | ' | ACH Credit<br>STRIPE TRANSFER 260730<br>ST-T2Q6O6O7D4W0 | 13.55 |
| 07-31 | ' | ACH Credit<br>STRIPE TRANSFER 260731<br>ST-K7Q6M7P0G3U8 | 47.50 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | -16,563.90 | 07-10 | 48,652.01 | 07-22 | 54,326.66 |
| 07-01 | 8,600.96 | 07-13 | 49,562.99 | 07-23 | 54,513.11 |
| 07-02 | 9,571.66 | 07-14 | 55,165.74 | 07-24 | 1,671.70 |
| 07-03 | 12,888.13 | 07-15 | 194,421.91 | 07-27 | 1,735.32 |
| 07-06 | 23,153.94 | 07-16 | 156,113.93 | 07-28 | 1,938.20 |
| 07-07 | 110,474.22 | 07-17 | 197,112.77 | 07-29 | 2,241.49 |
| 07-08 | 50,968.03 | 07-20 | 32,077.87 | 07-30 | 2,654.87 |
| 07-09 | 40,724.65 | 07-21 | 40,600.76 | 07-31 | 2,702.37 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $10.00 | $10.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**To Reconcile Your Checking Account:**

1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

**IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT**

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (APPLIES TO CONSUMER ACCOUNTS ONLY)**

Write us at One E Washington Street, Suite 1400, Phoenix, AZ 85004, telephone us at (888) 995-2265 or E-mail us at clientcare@westernalliancebank.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED**

**Revolving Lines of Credit**- We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016

In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION-**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS-**If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (888) 995-2265 to find out if the deposit has been made.



Member FDIC

EQUAL HOUSING LENDER