# Alliance Bank - Storj Inc MM 8299 Reconciliation Summary

## Storj

## As of July 31, 2026

## Alliance Bank - Storj Inc MM 8299

| DATE | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|

### Totals Summary

| | | | |
|---|---|---|---|
| Jul 31, 2026 | Balance in Xero | | 2.19 |
| | Plus outstanding payments | | - |
| | Less outstanding receipts | | - |
| | Plus unreconciled statement lines | | - |
| Jul 31, 2026 | Statement balance (calculated) | | 2.19 |
| Jul 31, 2026 | Bank statement ending balance | | 2.19 |
| Jul 31, 2026 | Calculated balance out by | | - |

### Balance in Xero

| | | | |
|---|---|---|---|
| Jul 31, 2026 | | | 2.19 |

### Statement Balances

| | | | |
|---|---|---|---|
| Jul 31, 2026 | Statement balance (calculated) | | 2.19 |
| Jul 31, 2026 | Bank statement ending balance | | 2.19 |
| Jul 31, 2026 | Calculated balance out by | | - |

# Bank Statement

## Storj
## For the period July 1, 2026 to July 31, 2026
## Alliance Bank - Storj Inc MM 8299

| DATE | DESCRIPTION | DATE IMPORTED INTO XERO | REFERENCE | RECONCILED | SOURCE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | |
| Jul 1, 2026 | | | | | | - | 22,672.19 |
| **Statement Lines** | | | | | | | |
| Jul 1, 2026 | | Jul 3, 2026 | BOOK TRANSFER DEBIT REF 1820720L FUNDS TRANSFER TO DEP XXXXXX2757 FROM | Yes | Bank Feed | (22,670.00) | 2.19 |
| **Closing Balance** | | | | | | | |
| Jul 31, 2026 | | | | | | - | 2.19 |

# Statement Exceptions

**Storj**

**For the period July 1, 2026 to July 31, 2026**

**Alliance Bank - Storj Inc MM 8299**