# Alliance Bank Storj Inc Ckg 2757 Reconciliation Summary

## Storj
## As of July 31, 2026
## Alliance Bank Storj Inc Ckg 2757

| DATE | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|
| **Totals Summary** | | | |
| Jul 31, 2026 | Balance in Xero | | 2,702.37 |
| | Plus outstanding payments | | - |
| | Less outstanding receipts | | - |
| | Plus unreconciled statement lines | | - |
| Jul 31, 2026 | Statement balance (calculated) | | 2,702.37 |
| Jul 31, 2026 | Bank statement ending balance | | 2,702.37 |
| Jul 31, 2026 | Calculated balance out by | | - |
| **Balance in Xero** | | | |
| Jul 31, 2026 | | | 2,702.37 |
| **Statement Balances** | | | |
| Jul 31, 2026 | Statement balance (calculated) | | 2,702.37 |
| Jul 31, 2026 | Bank statement ending balance | | 2,702.37 |
| Jul 31, 2026 | Calculated balance out by | | - |

# Bank Statement

## Storj
## For the period July 1, 2026 to July 31, 2026
## Alliance Bank Storj Inc Ckg 2757

| DATE | DESCRIPTION | DATE IMPORTED INTO XERO | REFERENCE | RECONCILED | SOURCE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | |
| Jul 1, 2026 | | | | | | - | (16,563.90) |
| **Statement Lines** | | | | | | | |
| Jul 1, 2026 | | Jul 2, 2026 | BOOK TRANSFER CREDIT REF 1820720L FUNDS TRANSFER FRMDEP XXXXXX8299 FROM | Yes | Bank Feed | 22,670.00 | 6,106.10 |
| Jul 1, 2026 | | Jul 2, 2026 | PREAUTHORIZED ACH CREDIT KENT BLOSIL SENDER 872109228 | Yes | Bank Feed | 934.88 | 7,040.98 |
| Jul 1, 2026 | | Jul 2, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260701 ST-H9U3Z1T7I2J1 | Yes | Bank Feed | 3,150.50 | 10,191.48 |
| Jul 1, 2026 | | Jul 2, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260701 ST-X2T8E3M4O4D6 | Yes | Bank Feed | 165.07 | 10,356.55 |
| Jul 1, 2026 | Unum Life | Jul 2, 2026 | PREAUTHORIZED ACH DEBIT Unum Life PAYMENT 260701 141781444185261 | Yes | Bank Feed | (329.70) | 10,026.85 |
| Jul 1, 2026 | Unum Life | Jul 2, 2026 | PREAUTHORIZED ACH DEBIT Unum Life PAYMENT 260701 141797971138626 | Yes | Bank Feed | (306.14) | 9,720.71 |
| Jul 1, 2026 | Unum Life | Jul 2, 2026 | PREAUTHORIZED ACH DEBIT Unum Life PAYMENT 260701 141798510816152 | Yes | Bank Feed | (140.98) | 9,579.73 |
| Jul 1, 2026 | Unum Life | Jul 2, 2026 | PREAUTHORIZED ACH DEBIT Unum Life PAYMENT 260701 141802260829266 | Yes | Bank Feed | (968.77) | 8,610.96 |
| Jul 2, 2026 | | Jul 3, 2026 | OVERDRAFT FEE 796,070126182,968,,FOR CONTINUOUS OD ON 07-01-26 | Yes | Bank Feed | (10.00) | 8,600.96 |

| DATE | DESCRIPTION | DATE IMPORTED INTO XERO | REFERENCE | RECONCILED | SOURCE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| Jul 2, 2026 | | Jul 3, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260702 ST-M7E6Z8O4T3J7 | Yes | Bank Feed | 970.70 | 9,571.66 |
| Jul 3, 2026 | | Jul 5, 2026 | PREAUTHORIZED ACH CREDIT Kraken KRAKEN FTh 260703 | Yes | Bank Feed | 3,839.02 | 13,410.68 |
| Jul 3, 2026 | | Jul 5, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260703 ST-H7A0N8A0D0Z5 | Yes | Bank Feed | 1,209.10 | 14,619.78 |
| Jul 3, 2026 | | Jul 5, 2026 | PREAUTHORIZED ACH CREDIT Storj Labs Inc MercuryACH 260703 MRCR-UPDECTTYUV | Yes | Bank Feed | 85.71 | 14,705.49 |
| Jul 3, 2026 | | Jul 5, 2026 | PREAUTHORIZED ACH CREDIT VIVINT LLC ACCT REFER 260703 260207657170223 | Yes | Bank Feed | 129,860.65 | 144,566.14 |
| Jul 3, 2026 | | Jul 5, 2026 | PREAUTHORIZED ACH DEBIT RAMP STATEMENT BLFTURMVDN NTE*ZZZ*PAYMENT S3573819\ | Yes | Bank Feed | (131,678.01) | 12,888.13 |
| Jul 6, 2026 | | Jul 7, 2026 | PREAUTHORIZED ACH CREDIT OVERCLOCK LABS, OVERCLOCK Labs via Brex | Yes | Bank Feed | 6,932.03 | 19,820.16 |
| Jul 6, 2026 | | Jul 7, 2026 | PREAUTHORIZED ACH CREDIT OVERCLOCK LABS, OVERCLOCK Labs via Brex | Yes | Bank Feed | 2,920.00 | 22,740.16 |
| Jul 6, 2026 | | Jul 7, 2026 | PREAUTHORIZED ACH CREDIT OVERCLOCK LABS, OVERCLOCK Labs via Brex | Yes | Bank Feed | 643.20 | 23,383.36 |
| Jul 6, 2026 | | Jul 7, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260706 ST-E4E4C8V4N7O5 | Yes | Bank Feed | 970.70 | 24,354.06 |
| Jul 6, 2026 | Deel Inc. | Jul 7, 2026 | PREAUTHORIZED ACH DEBIT Deel, Inc. PURCHASE D | Yes | Bank Feed | (1,110.12) | 23,243.94 |

| DATE | DESCRIPTION | DATE IMPORTED INTO XERO | REFERENCE | RECONCILED | SOURCE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | 260706 ST-I8A9Y7B9S1R9 | | | | |
| Jul 6, 2026 | Xero | Jul 7, 2026 | PREAUTHORIZED ACH DEBIT Xero US INV-7537 PURCHASE X 260706 | Yes | Bank Feed | (90.00) | 23,153.94 |
| Jul 7, 2026 | | Jul 8, 2026 | PREAUTHORIZED ACH CREDIT Bill.com ACCTVERIFY 260707 996QJNHOB13GC VO | Yes | Bank Feed | 0.01 | 23,153.95 |
| Jul 7, 2026 | | Jul 8, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260707 ST-A2B8L0O6P2V1 | Yes | Bank Feed | 29,285.84 | 52,439.79 |
| Jul 7, 2026 | | Jul 8, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260707 ST-F8T7N7Q5Z7B8 | Yes | Bank Feed | 105,800.97 | 158,240.76 |
| Jul 7, 2026 | | Jul 8, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260707 ST-L6Q2Q6K6B2O1 | Yes | Bank Feed | 970.70 | 159,211.46 |
| Jul 7, 2026 | | Jul 8, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260707 ST-Y1P4O1D6G1V6 | Yes | Bank Feed | 3,782.93 | 162,994.39 |
| Jul 7, 2026 | | Jul 8, 2026 | PREAUTHORIZED ACH DEBIT Bill.com Payables Multiple Payments Bill.com Payables 996DV EBFM13LIYA | Yes | Bank Feed | (52,520.17) | 110,474.22 |
| Jul 8, 2026 | | Jul 9, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260708 ST-B4Z7U0U6R8J0 | Yes | Bank Feed | 1,988.90 | 112,463.12 |
| Jul 8, 2026 | | Jul 9, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260708 ST-G1H0H3X9W5L5 | Yes | Bank Feed | 1,063.63 | 113,526.75 |
| Jul 8, 2026 | | Jul 9, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER | Yes | Bank Feed | 131.07 | 113,657.82 |

| DATE | DESCRIPTION | DATE IMPORTED INTO XERO | REFERENCE | RECONCILED | SOURCE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | 260708 ST-M1Y9L9U1V4G1 | | | | |
| Jul 8, 2026 | | Jul 9, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260708 ST-T3K2T0G7H8E9 | Yes | Bank Feed | 759.24 | 114,417.06 |
| Jul 8, 2026 | | Jul 9, 2026 | PREAUTHORIZED ACH DEBIT Bill.com Payables Multiple Payments Bill.com Payables 996XM GXBB13MKXF | Yes | Bank Feed | (63,449.03) | 50,968.03 |
| Jul 9, 2026 | | Jul 10, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260709 ST-I0E6F5Y3T1R0 | Yes | Bank Feed | 10.09 | 50,978.12 |
| Jul 9, 2026 | | Jul 10, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260709 ST-Z2W9A0J5E5C8 | Yes | Bank Feed | 1,018.20 | 51,996.32 |
| Jul 9, 2026 | | Jul 10, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260709 ST-Z4H8E9A2G8L2 | Yes | Bank Feed | 1,270.04 | 53,266.36 |
| Jul 9, 2026 | | Jul 10, 2026 | PREAUTHORIZED ACH DEBIT Bill.com Payables Multiple Payments Bill.com Payables 996BO GUQM13U4VC | Yes | Bank Feed | (1,608.99) | 51,657.37 |
| Jul 9, 2026 | | Jul 10, 2026 | PREAUTHORIZED ACH DEBIT PAYROLL-BAMBOOHR PAYROLL 260709 12961114 | Yes | Bank Feed | (10,932.72) | 40,724.65 |
| Jul 10, 2026 | | Jul 12, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260710 ST-B8R6T7C5L0K4 | Yes | Bank Feed | 1,067.50 | 41,792.15 |
| Jul 10, 2026 | | Jul 12, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260710 ST-J3I8M6E9X7U3 | Yes | Bank Feed | 29.94 | 41,822.09 |
| Jul 10, 2026 | | Jul 12, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER | Yes | Bank Feed | 6,824.45 | 48,646.54 |

| DATE | DESCRIPTION | DATE IMPORTED INTO XERO | REFERENCE | RECONCILED | SOURCE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | 260710 ST-L2I1I5W8E7B1 | | | | |
| Jul 10, 2026 | | Jul 12, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260710 ST-P3W7F8J8Z7F9 | Yes | Bank Feed | 5.47 | 48,652.01 |
| Jul 13, 2026 | | Jul 14, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260713 ST-A2R4I5W9U0M6 | Yes | Bank Feed | 1,274.63 | 49,926.64 |
| Jul 13, 2026 | | Jul 14, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260713 ST-Z1M3K3N6Q9Q0 | Yes | Bank Feed | 1,038.37 | 50,965.01 |
| Jul 13, 2026 | Cigna | Jul 14, 2026 | PREAUTHORIZED ACH DEBIT CIGNA REVENUE RMR*IV*79162\NTE*ZZZ*2026-07-10 15:40:35.621939_0001_3 | Yes | Bank Feed | (1,402.02) | 49,562.99 |
| Jul 14, 2026 | | Jul 15, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260714 ST-F2Q7O9C7C6W4 | Yes | Bank Feed | 488.24 | 50,051.23 |
| Jul 14, 2026 | | Jul 15, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260714 ST-W2Q7Y1G0H8S9 | Yes | Bank Feed | 4,096.31 | 54,147.54 |
| Jul 14, 2026 | | Jul 15, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260714 ST-X1P9T0D4Z2A8 | Yes | Bank Feed | 1,018.20 | 55,165.74 |
| Jul 15, 2026 | | Jul 16, 2026 | INCOMING MONEY TRANSFER WIRE-IN;ORG-TREATMENT LIMITED USD;OBI-A5374E38-0030;TRN-619607031093 | Yes | Bank Feed | 34,147.52 | 89,313.26 |
| Jul 15, 2026 | | Jul 16, 2026 | PREAUTHORIZED ACH CREDIT OVERCLOCK LABS, OVERCLOCK Labs via Brex | Yes | Bank Feed | 109,304.44 | 198,617.70 |

| DATE | DESCRIPTION | DATE IMPORTED INTO XERO | REFERENCE | RECONCILED | SOURCE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| Jul 15, 2026 | | Jul 16, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260715 ST-J7G3S1U1H0Q3 | Yes | Bank Feed | 255.38 | 198,873.08 |
| Jul 15, 2026 | | Jul 16, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260715 ST-J7S1O6Q7K3B7 | Yes | Bank Feed | 1,977.50 | 200,850.58 |
| Jul 15, 2026 | | Jul 16, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260715 ST-S3W9R1L9Y2K6 | Yes | Bank Feed | 41.42 | 200,892.00 |
| Jul 15, 2026 | | Jul 16, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260715 ST-U8R6O5H9D1U0 | Yes | Bank Feed | 29.91 | 200,921.91 |
| Jul 15, 2026 | | Jul 16, 2026 | PREAUTHORIZED ACH DEBIT Bill.com Payables Heather Trowbridge Bill.com 996MBVWEC14PG JL Inv 2026-072 | Yes | Bank Feed | (6,500.00) | 194,421.91 |
| Jul 16, 2026 | | Jul 17, 2026 | PREAUTHORIZED ACH CREDIT HOSTED AI INC MercuryACH From HOSTED AI INC via mercury.com for in voice INV-0244 | Yes | Bank Feed | 2,087.04 | 196,508.95 |
| Jul 16, 2026 | | Jul 17, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260716 ST-J4X1X0U6D2D7 | Yes | Bank Feed | 3.82 | 196,512.77 |
| Jul 16, 2026 | | Jul 17, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260716 ST-L0D6P2Q9R0W7 | Yes | Bank Feed | 11.23 | 196,524.00 |
| Jul 16, 2026 | | Jul 17, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260716 ST-T3J8X6E9U0D3 | Yes | Bank Feed | 868.50 | 197,392.50 |
| Jul 16, 2026 | | Jul 17, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260716 | Yes | Bank Feed | 4.45 | 197,396.95 |

| DATE | DESCRIPTION | DATE IMPORTED INTO XERO | REFERENCE | RECONCILED | SOURCE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | ST-W1M8T4W1E0S8 | | | | |
| Jul 16, 2026 | Cigna | Jul 17, 2026 | PREAUTHORIZED ACH DEBIT CIGNA EDGE TRANS COLLECTION 260716 601001315992 | Yes | Bank Feed | (41,283.02) | 156,113.93 |
| Jul 17, 2026 | | Jul 19, 2026 | INCOMING MONEY TRANSFER WIRE-IN;ORG-INVENIAM CAPITAL PARTNERS INC;OBI-NOT PROVIDED;TRN-619807048716 | Yes | Bank Feed | 40,000.00 | 196,113.93 |
| Jul 17, 2026 | | Jul 19, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260717 ST-I8Q3I3P2E9C1 | Yes | Bank Feed | 17.16 | 196,131.09 |
| Jul 17, 2026 | | Jul 19, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260717 ST-L6U3C0Q2H8S8 | Yes | Bank Feed | 868.50 | 196,999.59 |
| Jul 17, 2026 | | Jul 19, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260717 ST-R4K8H4V9T8K3 | Yes | Bank Feed | 132.88 | 197,132.47 |
| Jul 17, 2026 | | Jul 19, 2026 | PREAUTHORIZED ACH DEBIT STRIPE TRANSFER 260717 ST-G5S2H4S8S8P2 | Yes | Bank Feed | (19.70) | 197,112.77 |
| Jul 20, 2026 | | Jul 21, 2026 | PREAUTHORIZED ACH CREDIT Care Access Rese Receivable 996OBLVOX15JP5 Z Care Access Rese Bill.com Inv 6RB6669J-0001 | Yes | Bank Feed | 782.71 | 197,895.48 |
| Jul 20, 2026 | | Jul 21, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260720 ST-O0V5W5I2O4E0 | Yes | Bank Feed | 4.47 | 197,899.95 |
| Jul 20, 2026 | | Jul 21, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260720 ST-O2O1V1Z8C3Z3 | Yes | Bank Feed | 47.50 | 197,947.45 |
| Jul 20, 2026 | | Jul 21, 2026 | PREAUTHORIZED ACH DEBIT | Yes | Bank Feed | (9,999.99) | 187,947.46 |

| DATE | DESCRIPTION | DATE IMPORTED INTO XERO | REFERENCE | RECONCILED | SOURCE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | Bill.com Payables DigitalOcean LLC Bill.com 996VYSOQP15GH WI Inv 546157447 | | | | |
| Jul 20, 2026 | | Jul 21, 2026 | PREAUTHORIZED ACH DEBIT Bill.com Payables Multiple Payments Bill.com Payables 996KT YSTD15F3BO | Yes | Bank Feed | (155,869.59) | 32,077.87 |
| Jul 21, 2026 | | Jul 22, 2026 | MISCELLANEOUS FEES ANALYSIS CHARGES FOR 06/26 | Yes | Bank Feed | (485.25) | 31,592.62 |
| Jul 21, 2026 | | Jul 22, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260721 ST-D7Y2A8Y5S3G7 | Yes | Bank Feed | 4.45 | 31,597.07 |
| Jul 21, 2026 | | Jul 22, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260721 ST-I9X9A9Y8V1B0 | Yes | Bank Feed | 193.90 | 31,790.97 |
| Jul 21, 2026 | | Jul 22, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260721 ST-Z2P0T8H2L3G6 | Yes | Bank Feed | 8,864.40 | 40,655.37 |
| Jul 21, 2026 | | Jul 22, 2026 | PREAUTHORIZED ACH DEBIT STRIPE TRANSFER 260721 ST-M0H7W8A4I6D4 | Yes | Bank Feed | (54.61) | 40,600.76 |
| Jul 22, 2026 | | Jul 23, 2026 | PREAUTHORIZED ACH CREDIT ACCRUE SOLUTIONS ACH Pmt Jun 2026 COBRA Remittance | Yes | Bank Feed | 13,505.97 | 54,106.73 |
| Jul 22, 2026 | | Jul 23, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260722 ST-E6B6J7Z4F7N8 | Yes | Bank Feed | 141.66 | 54,248.39 |
| Jul 22, 2026 | | Jul 23, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260722 ST-K3M5I1Q5H1D6 | Yes | Bank Feed | 47.50 | 54,295.89 |
| Jul 22, 2026 | | Jul 23, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260722 ST-Y5Y0E2S9R3L0 | Yes | Bank Feed | 8.79 | 54,304.68 |

No. 5:26-bk-00512 Doc 36-6 Filed 08/14/26 Entered 08/14/26 17:47:07 Page 10 of 13

| DATE | DESCRIPTION | DATE IMPORTED INTO XERO | REFERENCE | RECONCILED | SOURCE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| Jul 22, 2026 | | Jul 23, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260722 ST-Y6A7H4R8H9U8 | Yes | Bank Feed | 21.98 | 54,326.66 |
| Jul 23, 2026 | | Jul 24, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260723 ST-A8H0O7T4S2Y4 | Yes | Bank Feed | 60.95 | 54,387.61 |
| Jul 23, 2026 | | Jul 24, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260723 ST-C1X9D4Y2F0N1 | Yes | Bank Feed | 53.49 | 54,441.10 |
| Jul 23, 2026 | | Jul 24, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260723 ST-O0F7F2V0Q9R9 | Yes | Bank Feed | 72.01 | 54,513.11 |
| Jul 24, 2026 | | Jul 25, 2026 | OUTGOING MONEY TRANSFER WIRE-OUT;BNF-SPILMAN THOMAS AND BATTLE PLLC;OBI-STORJ;TRN-620507076148 | Yes | Bank Feed | (40,000.00) | 14,513.11 |
| Jul 24, 2026 | | Jul 25, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260724 ST-A0P2P5M7R4V2 | Yes | Bank Feed | 4.48 | 14,517.59 |
| Jul 24, 2026 | | Jul 25, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260724 ST-S3U4S6Y9T1T2 | Yes | Bank Feed | 154.11 | 14,671.70 |
| Jul 24, 2026 | | Jul 25, 2026 | PREAUTHORIZED ACH DEBIT Bill.com Payables Heather Trowbridge Bill.com 996AIXTZV15YV 0G Multiple invoices | Yes | Bank Feed | (13,000.00) | 1,671.70 |
| Jul 27, 2026 | | Jul 29, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260727 ST-D0K6C9I8B3Z8 | Yes | Bank Feed | 47.50 | 1,719.20 |
| Jul 27, 2026 | | Jul 29, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260727 ST-J0K3X3A1Z7Y3 | Yes | Bank Feed | 8.80 | 1,728.00 |

No. 5:26-bk-00512 Doc 36-6 Filed 08/14/26 Entered 08/14/26 17:47:07 Page 11 of 13

| DATE | DESCRIPTION | DATE IMPORTED INTO XERO | REFERENCE | RECONCILED | SOURCE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| Jul 27, 2026 | | Jul 29, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260727 ST-N1N2D0U3J2T6 | Yes | Bank Feed | 7.32 | 1,735.32 |
| Jul 28, 2026 | | Jul 29, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260728 ST-C2H2L7S9S9V9 | Yes | Bank Feed | 13.50 | 1,748.82 |
| Jul 28, 2026 | | Jul 29, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260728 ST-P1F1P9W9F8O1 | Yes | Bank Feed | 28.08 | 1,776.90 |
| Jul 28, 2026 | | Jul 29, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260728 ST-W6P1H9S1D2K9 | Yes | Bank Feed | 161.30 | 1,938.20 |
| Jul 29, 2026 | | Jul 30, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260729 ST-H4W5F2V6H8O9 | Yes | Bank Feed | 47.50 | 1,985.70 |
| Jul 29, 2026 | | Jul 30, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260729 ST-K6Y6Z2U4I3P6 | Yes | Bank Feed | 13.37 | 1,999.07 |
| Jul 29, 2026 | | Jul 30, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260729 ST-O0F4D3X8H0T5 | Yes | Bank Feed | 63.01 | 2,062.08 |
| Jul 29, 2026 | | Jul 30, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260729 ST-Z3U1U9X1G3F8 | Yes | Bank Feed | 179.41 | 2,241.49 |
| Jul 30, 2026 | | Jul 31, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260730 ST-H1S1E8C9X0L2 | Yes | Bank Feed | 156.33 | 2,397.82 |
| Jul 30, 2026 | | Jul 31, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260730 ST-N2R1G9C1O9J7 | Yes | Bank Feed | 77.38 | 2,475.20 |
| Jul 30, 2026 | | Jul 31, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260730 | Yes | Bank Feed | 166.12 | 2,641.32 |

No. 5:26-bk-00512 Doc 36-6 Filed 08/14/26 Entered 08/14/26 17:47:07 Page 12 of 13

| DATE | DESCRIPTION | DATE IMPORTED INTO XERO | REFERENCE | RECONCILED | SOURCE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | ST-P5C5V0K6O5L1 | | | | |
| Jul 30, 2026 | | Jul 31, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260730 ST-T2Q6O6O7D4W0 | Yes | Bank Feed | 13.55 | 2,654.87 |
| Jul 31, 2026 | | Aug 1, 2026 | PREAUTHORIZED ACH CREDIT STRIPE TRANSFER 260731 ST-K7Q6M7P0G3U8 | Yes | Bank Feed | 47.50 | 2,702.37 |

## Closing Balance

| | | |
|---|---|---|
| Jul 31, 2026 | - | 2,702.37 |

# Statement Exceptions

## Storj

## For the period July 1, 2026 to July 31, 2026

## Alliance Bank Storj Inc Ckg 2757

| DATE | DESCRIPTION | REFERENCE | RECONCILED | SOURCE | REASON | AMOUNT |
|---|---|---|---|---|---|---|
| Jul 1, 2026 | | PREAUTHORIZED ACH DEBIT RAMP STATEMENT CC448CN78B NTE*ZZZ*PAYMENT S3558753\ | No | Bank Feed | Deleted (Manually) | (131,678.01) |
| Jul 2, 2026 | | CHECK POSTED AND RETURNED 709,070126182,640,, RAMP STATEMENT CC448CN78B NTE*ZZZ*PAYMENT S3558753\ | No | Bank Feed | Deleted (Manually) | 131,678.01 |