**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |

**DEBTOR'S INITIAL OPERATING REPORT**

The above-captioned debtor and debtor-in-possession (the "Debtor"), by its undersigned proposed counsel, hereby submits this Initial Operating Report pursuant to the *Operating Order* entered on July 27, 2026 (Docket No. 3), and respectfully state as follows:

**I. Debtor's Operations During the 21 Days Succeeding the Petition Date**

1. During the first three weeks following July 26, 2026 (the "Petition Date"), the Debtor will operate through the use of cash collateral pursuant to the Approved Budget attached to the *Emergency Motion to Authorize Post-Petition Financing and Use of Cash Collateral Post-Petition Credit or Incur Post-Petition Debt* (Docket No. 11), and approved by *Order Granting Interim Order Authorizing Post-Petition Financing and Use of Cash Collateral and Schedule Final Hearing* (Docket No. 15) (the "Approved Budget").

2. The Debtor's actual costs of operation for the three weeks succeeding the Petition Date (ending August 15, 2026 ) was $211,893.96. During that same period, the cash balance increased from $22,670 to $138,121 due to the Debtor's receipts exceeding disbursements.

3. Per the Approved Budget, the Debtor's estimated cost of operations for the two weeks ending August 15, 2026 is $212,000. During that same period, the Debtor's cash balance is expected to decrease by an amount approximately $50,000 to $75,000 due to disbursements exceeding receipts. The DIP approved by the Court in the amount of $288,000 for a 12 week period will bridge the deficiency gap.

4. The estimated costs of operation for the twenty-one days (21) days succeeding the Petition Date are approximately $225,000.00.

## II. The Debtor's Bank Accounts

5. As of the date hereof, the Debtor maintains the following bank account.

| Account Location | Account Number | Account Type | Balance (8/15/26 ) |
|---|---|---|---|
| Western Alliance Bank | XXXXXX8299 | Checking | $138,121.77 |

## III. The Debtor's Insurance Policies

6. The Debtor maintains the following insurance policies:

| Carrier Name | Address | Insured Entity | Policy Number | Policy Period | Type of Coverage |
|---|---|---|---|---|---|
| The Hartford | RSC Insurance Brokerage Inc. One Belmont Ave Ste 500 Bala Cynwyd, PA 19004 | Inveniam Capital Partners, Inc. Storj Labs, Inc. | 44 SBA AU8JEU | 11/3/25 to 11/3/26 | Property General Liability Business Automobile Crime Commercial Umbrella |

7. As of the date hereof, the above policy remains in full force and effect. In addition to the above, the Debtor maintains policies for health, vision, dental, life and other employee benefits.

Dated August 17, 2026

**STORJ LABS, INC.**

*/s/ Christopher R. Arthur*

Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com

*Debtor's proposed Counsel*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all parties participating in the same, including:

Shari Lynne Collias, Esquire
Trial Attorney, Office of the U.S. Trustee
United States Courthouse, Room 2025
300 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 347-3417
Facsimile: (304) 347-3402
shari.collias@usdoj.gov
*Counsel for U.S. Trustee*

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)