**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-00512** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**APPLICATION OF THE DEBTOR FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ROBERT L. NISTENDIRK AND WOOMER NISTENDIRK ASSOCIATES, PLLC AS FINANCIAL CONSULTANTS FOR THE DEBTOR STORJ LABS INC. NUNC PRO TUNC TO THE PETITION DATE**

Storj Labs Inc, ("Debtor") by its undersigned counsel, makes application to this Court for entry of an Order authorizing the employment and retention of Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC as its financial consultants. Section 327 of the United States Bankruptcy Code authorizes a debtor-in-possession to employee, one or more attorneys, accountants, appraisers, auctioneers, or other professional persons. Section 327 requires that the person(s) to be employed did not hold an interest adverse to the debtor's estate and that the person(s) are disinterested person(s) to represent or assist the debtor-in-possession. The person(s) must be willing and able to carry out the debtor's duties under 11 U.S.C. § 327 of the United States Bankruptcy Code and Rule 2014 of the Bankruptcy Rules of Procedure. Section 327 and Rule 2014 also requires a statement of the proposed professional stating that to the best of the professional's knowledge that the professional has no connections with the debtor, creditor and parties of interest.

In support of this application and in compliance with 11 U.S.C. § 327 and Rule 2014, the Debtor states as follows:

1. On July 26, 2026, (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. Debtor continues to manage and operate its businesses and property as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee, examiner, or committee of creditors has been appointed in this case.

**RELIEF SOUGHT**

3. The Debtor desires to employ Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC as financial consultants in this chapter 11 case, pursuant to section 327 of the Bankruptcy Code nunc pro tunc to the Petition Date. *See* Exhibit A, Declaration of Dr. Ali

4. Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC is well suited to the type of representation required by the Debtor in this chapter 11 case as it has substantial bankruptcy and insolvency experience in both representation of debtors and creditors. In particular, Robert L. Nistendirk of the accounting firm of Woomer Nistendirk Associates, PLLC has extensive chapter 11 experience and has represented debtors in numerous chapter 11 cases. *Id.*

5. The Debtor anticipates that Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC will assist in its capacity as financial consultants as follows:

i. compiling, preparing, and presenting financial information to the Court;

ii. preparing and presenting to the Court any proposed sales of the Debtor's assets;

iii. appearing and testifying at hearings to provide testimony in support of approval from the Court to allow the sale to proceed in a formal manner which may include a public auction;

iv. reviewing and assisting with preparation of required schedules and/or required operating reports;

v. appearing and testifying at hearings to address any financial questions that the Court and/or the United States Trustee may have regarding those financial schedules; and

vi. providing general financial and accounting guidance as required by the Debtor.

*Id.*

6. The Debtor requires knowledgeable accountants to render these professional services. As noted above, Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC have substantial expertise in all of these areas. As a result, it is well qualified to perform these services and represent the Debtor's interests in this chapter 11 case. *Id.*

**PAYMENT OF FEES AND EXPENSES**

7. Subject to the Court's approval, Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC will charge for its accounting services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered. *See* Exhibit B, Declaration of Robert L. Nistendirk and Exhibit C, Engagement Letter. These rates may change from time to time in accordance with Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC established billing practices and procedures. *Id.* Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC will maintain detailed records of its time spent and any actual and necessary expenses incurred in connection with the rendering of the accounting services described above by category and nature of the services rendered. *Id.*

8. Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC will apply to the Court for compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court, and pursuant to any additional procedures that may be established by the Court in this case. *Id.*

9. Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC submitted an engagement letter that the Debtor approved. *Id.*

**DISINTERESTEDNESS**

10. To the best of the Debtor's knowledge, information and belief, Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC (a) have no connection with the Debtor, its creditors, the United States Trustee or any other party, or their respective attorneys or accountants, (b) are "disinterested persons," as that term is defined in § 101(14) of the Bankruptcy Code and (c) does not hold or represent any interest adverse to the Debtors in the matters for which it is proposed to be employed. *See* Exhibit B.

**NOTICE**

11. Copies of this Application were served to Debtor's creditors. In light of the fact that no trustee, examiner or committee of creditors has been appointed in this case, Debtor submits that no further notice be given.

WHEREFORE, the Debtor respectfully moves that the Court enter an Order substantially in the form attached hereto: (i) authorizing and approving the Debtor's employment and retention of Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC as its financial consultants in this Chapter 11 case, pursuant to § 1103 of the Bankruptcy Code; and (ii) granting such other and further relief as the Court may deem proper.

**STORJ LABS, INC.**

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Charleston, WV 25301
(304) 531-9520; (304) 291-7979 *(facsimile)*
carthur@spilmanlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-0012** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher R. Arthur, hereby certify that on August 17, 2026, I electronically filed the foregoing **Application of the Debtor for an Order Authorizing the Employment and Retention of Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC as Financial Consultants for the Debtor STORJ LABS INC. Nunc Pro Tunc to the Petition Date** with the Clerk of the Court using the CM/ECF system, which will send notice to all parties participating in the same, including:

Shari Lynne Collias, Esquire
Trial Attorney, Office of the U.S. Trustee
United States Courthouse, Room 2025
300 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 347-3417
Facsimile: (304) 347-3402
shari.collias@usdoj.gov
*Counsel for U.S. Trustee*

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)

# WOOMER NISTENDIRK ASSOCIATES, PLLC

## STAFF BILLING RATES

2026

| Title | Rate($/hr) |
|---|---|
| Staff Accountant | 130 - 170 |
| Senior Accountant / Supervisor | 170 - 200 |
| Manager | 200 - 250 |
| Partner | 250 - 340 |

Rates are subject to change semi-annually.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re: Storj Labs Inc.

Debtor.

BK Case No. 5:26-bk-0012

Chapter 11 Reorganization

ORDER

This _____ day of August 2026, upon consideration of the Debtors' Application for an Order Authorizing the Employment and Retention of Woomer Nistendirk Associates, PLLC as accountants for the Debtor, it is hereby ORDERED that said Application is GRANTED. The Debtor is authorized to employ Woomer Nistendirk Associates, PLLC as accountants Nunc Pro Tunc to the Petition Date.

Presented by:

/s/_________________