# DECLARATION OF ROBERT L. NISTENDIRK, C.P.A.

Pursuant to 28 U.S.C. § 1746, I, Robert L. Nistendirk, declare that I am over the age of eighteen (18) years old and I am of sound mind and capable to testify to the matters set forth herein. I submit this declaration in support of Debtor-in-Possession Storj Labs Inc.'s ("Debtor") application to employ Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC as financial consultants pursuant to 11 U.S.C. §§ 327 and 329 of the United States Bankruptcy Code and Rule 2014 of the Bankruptcy Rules of Procedure. I declare as follows:

1. I am a certified public accountant licensed in the State of West Virginia, and I am in good standing with the State of West Virginia and the West Virginia Board of Accountancy.

2. Woomer Nistendirk Associates, PLLC is an accounting firm with its office located in Charleston, West Virginia. I am the principal member of Woomer Nistendirk Associates, PLLC My office is in the Charleston office. I and Woomer Nistendirk Associates, PLLC are in good standing with the State of West Virginia and the West Virginia Board of Accountancy.

3. I and Woomer Nistendirk Associates, PLLC I and WNA are qualified to provide accounting, consulting and other financial services described in the Debtor's application, including, but not limited to, assisting the Debtor with compiling, preparing, and presenting financial information to the Court.

4, I and Woomer Nistendirk Associates, PLLC are qualified to assist the Debtor with preparing and presenting to the Court any proposed sales of the Debtor's assets which may include approval from the Court to allow the sale to proceed in a formal manner which may include a public auction.

5. I and Woomer Nistendirk Associates, PLLC are qualified to assist the Debtor with preparing and presenting to the Court Any required schedules and/or required operating reports,

and to address any financial questions that the Court and/or the United States Trustee may have regarding those financial schedules.

6. As of the Debtor's Chapter 11 petition date of July 26, 2026, the Debtor did not owe Woomer Nistendirk Associates, PLLC any amounts for pre-petition services.

7. Woomer Nistendirk Associates, PLLC is not a creditor of the Debtor's bankruptcy estate.

8. Woomer Nistendirk Associates, PLLC is not an equity security holder or insider of the Debtor.

9. Woomer Nistendirk Associates, PLLC is not, and was not within two years before the date of the following of the Debtor's petition a Director, Officer, or Employee of the Debtor.

10. Woomer Nistendirk Associates, PLLC does not have an interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders.

11. Woomer Nistendirk Associates, PLLC does not have any direct relationship or connection with or interest in the debtor.

12. Woomer Nistendirk Associates, PLLC has no connections with the United States Trustee, or any person employed in the office U Woomer Nistendirk Associates, PLLC has agreed to accept employment on the terms set forth in the engagement letter attached to the application as Exhibit B.

13. I understand that Woomer Nistendirk Associates, PLLC's compensation is subject to approval of the Court, and will submit fee application seeking approval of any professional fees and expenses incurred in this bankruptcy.

The foregoing statements are made to the best of my knowledge, information, and belief. If any of the information contained herein requires correction or supplementation, I will amend this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17 day of August, 2026.

Woomer Nistendirk Associates, PLLC
Robert L. Nistendirk
231 Capitol Street Ste 400
Charleston, West Virginia25301

Taken, subscribed and sworn to before me, this 17 day of August, 2026.

My commission expires: August 22, 2028

JOYCE A. OXLEY
Notary Public Official Seal
State of West Virginia
My Comm. Expires Aug 22, 2028
Woomer Nistendirk dba WNA CPA's
231 Capitol St Ste 400 Charleston WV 25301

Notary Public