WOOMER • NISTENDIRK

ASSOCIATES

Certified Public Accountants

August 13, 2026

Dr. Sayed Shuja Ali
Storj Labs Inc.

Dear Dr. Ali:

This letter is to confirm our understanding of the terms and objectives of our engagement and the nature and limitations of the services we will provide.

We will assist you and your accounting staff with accounting and consulting assistance as needed.

Because of the importance of oral and written representations to the effective performance of our services, you will release and indemnify our firm and its personnel from any and all claims, liabilities, costs and expenses attributable to any misrepresentation by you and your representatives.

In connection with this engagement, we may communicate with you or others via email transmission. Although we take reasonable measures to secure your confidential information, email can be intercepted or misdelivered. We cannot guarantee that emails from us will be delivered and read only by the addressee. Therefore, we disclaim liability for any unauthorized disclosure or loss via email.

You agree that you are not and will not be entitled to rely on any advice unless your request and our response are provided in writing.

Management is responsible for compliance with all laws and regulations applicable to its activities. As we are not rendering any legal services under the terms of this engagement, you understand and agrees that we will have no responsibility to address or advise on any legal, regulatory, or employment-related matters. If you have any questions regarding such issues, we strongly encourage you to consult with legal counsel experienced in such matters.

In the interest of enhancing efficiency while maintaining service quality and timeliness, we may use third party service providers to assist us in the provision of services to you. Any provider will have established procedures and controls designed to protect client confidentiality and maintain data security. As your paid provider of professional services, our firm remains responsible for exercising reasonable care in providing such services, and our work product will be subjected to our firm's customary quality control procedures.

Our firm may use generative artificial intelligence ("AI") tools to improve efficiencies in research, document drafting and other analysis to assist us with rendering services to you under the terms of this agreement. We maintain reasonable safeguards to ensure responsible use of AI in accordance with applicable laws and our professional standards.

It is our policy to keep records related to this engagement for 7 years; however, we will return all original records and documents that you have provided us at the conclusion of the engagement. It is your responsibility to retain and protect

your records for possible future use, including potential audit or examination by government or regulatory agencies. Our records and files are the property of the firm and not a substitute for your own records. We do not accept responsibility for hosting client information; therefore, you have the sole responsibility for ensuring you retain and maintain in your possession all your financial and non-financial information, data and records. Catastrophic events or physical deterioration may result in our firm's records being unavailable before the expiration of the above-mentioned period.

**Fees**

Our fees for these services will billed be at our standard hourly rates for the professional services provided , plus out-of-pocket expenses. We reserve the right to suspend or terminate our work due to non-payment.

As part of our commitment to sustainability and efficiency, we provide all deliverables electronically. If you request an additional physical (paper) copy of your tax return or other documents an additional fee will apply to cover processing and assembly.

If you fail to comply with any of the terms of this engagement, as outlined herein, we reserve the right to withdraw from this engagement without completing our work product. In such case, Woomer Nistendirk will not be responsible for failure to submit the work product on a timely basis.

If the foregoing fairly represents your understanding of our services please sign and return this letter. Please note that you are affirming to Woomer Nistendirk your understanding of, and agreement to, the terms and conditions of this engagement letter by any one of the following actions: returning your signed engagement letter; providing your income tax information to us for use in the preparation of your returns; the submission of the tax returns we have prepared for you to the taxing authorities; or the payment of our return preparation fees.

As always we appreciate the opportunity to provide services to our clients and encourage year round communication to answer questions and be involved in your planning needs.

Very truly yours,

*Woomer Nistendirk*

Accepted by: DR SAYED SHUJA ALI ____________ SS ALI

Title: Storj - VP & Chief Restructuring Officer

Date: Aug 13, 2026