**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY ROBERT L. NISTENDIRK AND WOOMER NISTENDIRK ASSOCIATES, PLLC AS FINANCIAL CONSULTANTS FOR NUNC PRO TUNC TO THE PETITION DATE**

Upon the application (the "Application") of Storj Labs, Inc. (the "Debtor"), for entry of an order, pursuant to sections 327(a), 329, 330, 331, and 1107(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), authorizing the Debtor to employ Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC as financial consultants *Nunc Pro Tunc* to the Petition Date; and due and adequate notice of the Application having been given; and it appearing that no other or further notice need be provided; and the Court being satisfied that Robert L. Nisentdirk and Woomer Nistendirk Associates, PLLC is a "disinterested person" as such term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b); and it appearing that no other or further notice need be provided; and it appearing that the relief requested in the Application is in the best interests of the estate, its creditors, and other parties-in-interest; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. Pursuant to sections 327(a) and 1107(b) of the Bankruptcy Code, the Debtor is hereby authorized to retain and employ Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC as financial consultants Nunc Pro Tunc to the Petition Date.

2. Robert L. Nistendirk and Woomer Nistendirk Associates, PLLC shall be compensated in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court, and pursuant to any additional procedures that may be established by the Court in this case.

3. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry, and any applicable stay of this Order is waived.

4. The Debtor is empowered to take all actions necessary to effectuate the relief granted pursuant to this Order and in accordance with the Application.

5. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

Prepared by:

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com