**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

In Re: Storj Labs Inc.
Debtor

Case No.: 5:26−bk−00512
Chapter: 11

**NOTICE TO PARTIES IN INTEREST**

On August 18, 2026 the following document was filed:

***42*** − Application to Employ Robert Nistendirk and Accounting Firm of Woomer Nistendirk Associates, PLLC, 213 Capitol Street Ste 400, Charleston, V 25301 as Financial Consultant with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (Attachments: # 1 Exhibit Declaration of Dr Ali # 2 Exhibit Declaration of Nistendirk CPA # 3 Exhibit Engagement Letter) (Arthur, Christopher)

**It is the responsibility of the moving party to ensure adequate service of the above−mentioned document. Nothing herein excuses the moving party from their responsibility in that regard.**

Unrelatedly, you may contact the moving party for a copy of the document if you believe you are entitled to service but did not receive the document. Also, the document is on file in the Clerk's Office, and you may review it during regular business hours. You may also view the document electronically through the Public Access to Court Electronic Records system: www.pacer.gov

YOU ARE FURTHER NOTIFIED that if you object to the Motion/Application, you must file your written objection with the Clerk of this Court on or before fourteen (14) days from the date of this Notice.

If you object, you should provide an explanation for the basis of your objection. If you are a business entity, any objection must be filed by an attorney. The Court, in its discretion, may grant or deny the relief sought based on the written contents of the above−mentioned document and any filed objection, or, if an objection is filed, may set the matter for hearing upon further notice by the Clerk to affected parties. A failure to timely file a written objection may result in the entry of an order that grants the relief sought in the document without further notice or opportunity for a hearing.

Date of Issuance: 8/18/26

Clerk of Court
U.S. Bankruptcy Court
Northern District of WV
Post Office Box 70
Wheeling, WV 26003
304−233−1655