# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424−5 | User: ad | Date Created: 8/18/2026 |
| Case: 5:26−bk−00512 | Form ID: negntc | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| aty | Christopher R. Arthur | carthur@spilmanlaw.com |
| aty | Shari Lynne Collias | shari.collias@usdoj.gov |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Storj Labs Inc. 1202 W Peachtree St. NW Ste 2625 Atlanta, GA 30309−2955

Robert Nistendirk Woomer Nistendirk Associates, PLLC 231 Capital Street, Ste 400 Charleston, WV 25301

TOTAL: 2