**DECLARATION OF DR. SAYED SHUJA ALI**

Pursuant to 28 U.S.C. § 1746, I, Sayed Shuja Ali, declare that I am over the age of eighteen (18) years old and I am of sound mind and capable to testify to the matters set forth herein. I submit this declaration in support of Debtor-in-Possession Storj Labs, Inc.'s ("Storj") motion to strike documents contained in the filing located at docket number 38.

I, Dr. Sayed Shuja Ali, state the following under penalty of perjury:

1. I submit this declaration in support of Storj's motion to strike from the Court's docket the entire contents of the filing located at Docket Number 38.

2. I have reviewed the contents of Document Number 38, filed on August 17, 2026.

3. Inveniam Capital Partners ("Inveniam") contacted me and expressed their concerns that the filing contains confidential and proprietary information that is subject to a non-disclosure agreement.

4. Inveniam further requested Storj to consider taking affirmative steps in the bankruptcy to seek approval of the Court to enter an order striking from the Court's docket Inveniam's confidential and proprietary information.

5. Inveniam explained that the information contained in the filing has been derived from confidential internal documents of Inveniam; confidential discussions of the Board of Directors, and confidential presentations that could have only been disclosed under the parameters of a legally binding non-disclosure agreement.

6. Inveniam further explained that the filing included confidential and proprietary information that only could have been drawn from the confidential information contained in Document 38.

7. I personally noted that the filing portrays Inveniam in an erroneous manner which only creates turmoil and harm to Storj and Inveniam.

8. I am concerned that allowing a disgruntled individual to disclose/steal confidential documents from the DIP Lender could jeopardize the DIP agreement with the DIP Lender.

9. I am concerned that this filing could jeopardize Storj's opportunity to restructure its debt obligations and to present a successful plan to proceed in this Chapter 11 bankruptcy.

10. In addition to reduction in expenses and staff, Storj's plan includes seeking approval from this Court to sell certain non-core assets. I am confident selling certain non-core assets will generate sufficient cash proceeds to place it in its position to present a successful chapter 11 plan.

11. I am concerned and do not believe that it is appropriate to use this forum as a public forum to attack the DIP Lender, including disclosure of internal confidential information.

12. I am concerned that if this is permitted, then it may send a chilling message to any other potential DIP lenders.

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of August 2026.

*Sayed Shuja Ali*
/s/ Dr. Sayed Shuja Ali
Dr. Sayed Shuja Ali
Vice-President and Chief Restructuring Officer