**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) SETTING AN EXPEDITED HEARING ON DEBTOR'S EMERGENCY MOTION TO STRIKE IN ITS ENTIRETY DOCKET NUMBER 38, AND (II) GRANTING RELATED RELIEF**

Storj Labs, Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Case"), respectfully states as follows in support of this motion (this "Motion"):

**Background**

1. On August 2, 2026, Debtor filed a *Motion to Authorize Post-Petition Financing and Use of Cash Collateral, and Schedule Final Hearing* in which it sought interim and final approval for debtor-in-possession financing from Inveniam Capital Partners, Inc. ("Inveniam").

2. On August 17, 2026, an unknown party filed a document with the Court, docketed as Docket number 38 (the "Document"), making allegations regarding Invenium and including a slide deck purportedly regarding Inveniam.

**Jurisdiction, Venue and Statutory Predicates**

3. The United States Bankruptcy Court for the Northern District of West Virginia (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. The Debtor confirms its consent, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the entry of a final order by the Court in connection with this motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

4. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The bases for the relief requested herein are sections 102(1) and 105(a) of the Bankruptcy Code Bankruptcy Rules 2002, 9006, and 9007, and Local Rule 9013-1.

## Relief Requested

6. The Debtor seek entry of an order, substantially in the form attached hereto as **Exhibit A** (respectfully, the "Order"): (a) setting an expedited hearing (the "Hearing") at the Court's earliest convenience on the Debtor's *Emergency Motion to Strike in Its Entirety Docket Number 38 as Containing Confidential, Trade Secrets, Proprietary Information Subject to Nondisclosure Agreement or, in the Alternative, Enter an Order Sealing the Filing to Protect the Confidentiality, Trade Secrets, and Proprietary Information of the DIP Lender Inveniam Capital Partners Inc.* (the "Strike Motion"); and (b) granting related relief.

## Basis for Relief

7. Local Bankruptcy Rule 9013-1 contemplates and allows for the setting of a hearing on an expedited basis as requested herein. An expedited hearing on the Strike Motions is appropriate under the circumstances as the Document purports to contain sensitive, confidential information, does not comply with the filing requirements under the Bankruptcy Rules or Local Rules, and casts wild accusations against a party in interest for no stated purpose and with no party or person who may be held accountable.

8. Additionally, section 105(a) of the Bankruptcy Code provides this Court with the power to set an expedited Hearing on the Strike Motion. Section 105(a) states that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

## Notice

9. The Debtor will provide notice of this Motion to: (i) the Office of the U.S. Trustee; (ii) holders of the twenty (20) largest unsecured claims against the Debtor, (iii) Inveniam, and (iv) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

## No Prior Request

10. No previous request for the relief sought herein has been made by the Debtor to this or any other court.

## Conclusion

WHEREFORE, for the reasons set forth herein, the Debtor respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested in the Motion and such other and further relief as is just and proper.

Dated August 18, 2026

**STORJ LABS, INC.**

*/s/ Christopher R. Arthur*

Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com

*Proposed Debtor's Counsel*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all parties participating in the same, including:

Shari Lynne Collias, Esquire
Trial Attorney, Office of the U.S. Trustee
United States Courthouse, Room 2025
300 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 347-3417
Facsimile: (304) 347-3402
shari.collias@usdoj.gov
*Counsel for U.S. Trustee*

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**ORDER (I) SETTING AN EXPEDITED HEARING ON DEBTOR'S EMERGENCY MOTION TO STRIKE IN ITS ENTIRETY DOCKET NUMBER 38, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the above-captioned debtor in possession (the "Debtor") for entry of an order (this "Order"): (a) setting an expedited hearing at the Court's earliest convenience on the Debtor's *Emergency Motion to Strike in Its Entirety Docket Number 38 as Containing Confidential, Trade Secrets, Proprietary Information Subject to Nondisclosure Agreement or, in the Alternative, Enter an Order Sealing the Filing to Protect the Confidentiality, Trade Secrets, and Proprietary Information of the DIP Lender Inveniam Capital Partners Inc.* (the "Strike Motion"), and (b) granting related relief all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, their creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth in this Order.

2. A hearing will be held on **August ___, 2026, at ____**, prevailing Eastern Time (the "Hearing"), to hear and consider the Strike Motion.

3. The form of the Debtor's Notice of Hearing of the Strike Motion attached hereto as **Exhibit 1** (the "Notice") is approved.

4. As soon as practicable after the entry of this Order, the Debtor shall serve notice of the Motion and the Strike Motion via hand, electronic mail, overnight delivery, or facsimile to the Notice Parties.

5. The requirement of filing a written response to the Strike Motion is waived.

6. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Prepared by:

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*

(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com

# **Exhibit 1**

**Notice of Hearing**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**NOTICE OF EXPEDITED HEARING ON DEBTOR'S EMERGENCY MOTION TO STRIKE IN ITS ENTIRETY DOCKET NUMBER 38 AS CONTAINING CONFIDENTIAL, TRADE SECRETS, PROPRIETARY INFORMATION SUBJECT TO NONDISCLOSURE AGREEMENT OR, IN THE ALTERNATIVE, ENTER AN ORDER SEALING THE FILING TO PROTECT THE CONFIDENTIALITY, TRADE SECRETS, AND PROPRIETARY INFORMATION OF THE DIP LENDER INVENIAM CAPITAL PARTNERS INC.**

**PLEASE TAKE NOTICE THAT** on August ____, 2026, the above-captioned debtor and debtor in possession (the "Debtor") filed with the United States Bankruptcy Court for the Northern District of West Virginia, Wheeling Division (the "Court"), its *Emergency Motion to Strike in Its Entirety Docket Number 38 as Containing Confidential, Trade Secrets, Proprietary Information Subject to Nondisclosure Agreement or, in the Alternative, Enter an Order Sealing the Filing to Protect the Confidentiality, Trade Secrets, and Proprietary Information of the DIP Lender Inveniam Capital Partners Inc.* (the "Strike Motion") [ECF No. ___] pursuant to chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE THAT** together with its Strike Motion, the Debtor also requested an expedited hearing before the Court (the "Hearing") to consider Strike Motion.

**PLEASE TAKE FURTHER NOTICE THAT** the Court has scheduled the Hearing on **August _____ , 2026, at , ________ prevailing Eastern Time** in the United States Bankruptcy Court for the Northern District of West Virginia, Wheeling Division, U.S. Bankruptcy Court, Frederick P. Stamp, Jr. Federal Building and United States Courthouse, 1125 Chapline Street, Wheeling, WV 26003.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of each of the Strike Motion may be viewed on the Court's website at http://www.wvnb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE THAT your rights may be affected. You should carefully read the Strike Motion and discuss them with your attorney, if you have one**

**in this chapter 11 case. If you do not have an attorney, then you may wish to consult with one.**

**PLEASE TAKE FURTHER NOTICE THAT** if you do not want the Court to grant the relief requested in the Strike Motion, or if you want the Court to consider your views on the Strike Motion, then you or your attorney must attend the Hearing. If you or your attorney do not take these steps, then the Court may decide that you do not oppose the relief sought in the Strike Motion and may enter orders granting the relief requested in the Strike Motion.

Dated August 18, 2026

**STORJ LABS, INC.**

*/s/ Christopher R. Arthur*

Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com

*Proposed Debtor's Counsel*