**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| *In re:* | § | |
| | § | |
| STORJ LABS | § | CASE NO. 5:26-bk-00512 |
| | § | |
| Debtor. | § | Chapter 11 |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Spencer D. Elliott, Esq., and the law firm of Lewis Gianola PLLC will represent the interests of Inveniam Capital Partners, Inc., in the above-style bankruptcy case with respect to the matters raised in the *Debtor Storj Labs Inc.'s Emergency Motion to Strike in Its Entirety Docket Number 38 as Containing Confidential, Trade Secrets, Proprietary Information Subject to Nondisclosure Agreement, or in the Alternative, Enter an Order Sealing the Filing to Protect the Confidentiality, Trade Secrets, and Proprietary Information of the DIP Lender Inveniam Capital Partners Inc*. (Docket #45).

INVENIAM CAPITAL PARTNERS, INC.
By counsel

*/s/ Spencer D. Elliott*
Spencer D. Elliott, Esq.
(W.V. Bar No. 8064)
Lewis Gianola, PLLC
P.O. Box 1746
Charleston, WV 25326
Phone: 304-345-2000
selliott@lewisgianola.com

**CERTIFICATE OF SERVICE**

I, Spencer D. Elliott, certify that on the 19th day of August 2026, I served the "Notice of Appearance of Counsel" on all parties designated to receive ECF electronic service in the above-styled bankruptcy case.

*/s/ Spencer D. Elliott*
Spencer D. Elliott, Esq.
(W.V. Bar No. 8064)
Lewis Gianola, PLLC
P.O. Box 1746
Charleston, WV 25326
Phone: 304-345-2000
*selliott@lewisgianola.com*
*Counsel for Inveniam Capital Partners, Inc.*