**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| *In re:* | § | |
| | § | |
| STORJ LABS | § | CASE NO. 5:26-bk-00512 |
| | § | |
| Debtor. | § | Chapter 11 |

**INVENIAM CAPITAL PARTNERS INC.'S JOINDER TO DEBTOR STORJ LABS INC.'S EMERGENCY MOTION TO STRIKE IN ITS ENTIRETY DOCKET NUMBER 38 AS CONTAINING CONFIDENTIAL, TRADE SECRETS, PROPRIETARY INFORMATION SUBJECT TO NONDISCLOSURE AGREEMENT, OR IN THE ALTERNATIVE, ENTER AN ORDER SEALING THE FILING TO PROTECT THE CONFIDENTIALITY, TRADE SECRETS, AND PROPRIETARY INFORMATION OF THE DIP LENDER INVENIAM CAPITAL PARTNERS INC.**

Inveniam Capital Partners, Inc. ("Inveniam"), hereby joins and supports the *Debtor Storj Labs Inc.'s Emergency Motion to Strike in Its Entirety Docket Number 38 as Containing Confidential, Trade Secrets, Proprietary Information Subject to Nondisclosure Agreement, or in the Alternative, Enter an Order Sealing the Filing to Protect the Confidentiality, Trade Secrets, and Proprietary Information of the DIP Lender Inveniam Capital Partners Inc*. ("Motion to Strike/Seal")(Docket #45).

In support of this joinder, Inveniam directs the Court's attention to the Declaration of Robert G. Yablunsky, attached hereto as Exhibit A ("Yablunsky Declaration"). As set forth in the Yablunsky Declaration, the information set forth in Docket 38 contains confidential and proprietary information and Inveniam fully supports the Motion to Strike/Seal.

WHEREFORE Inveniam requests the Court (i) grant the Motion to Strike/Seal, (ii) enter an order prohibiting all parties with prior access to Docket 38 from publishing the contents of the same or otherwise directing removal of the same from any public

platforms, and (iii) grant such other and further relief as the Court deems appropriate.

INVENIAM CAPITAL PARTNERS, INC.
By counsel

*/s/ Spencer D. Elliott*
Spencer D. Elliott, Esq.
(W.V. Bar No. 8064)
Lewis Gianola, PLLC
P.O. Box 1746
Charleston, WV 25326
Phone: 304-345-2000
selliott@lewisgianola.com

**CERTIFICATE OF SERVICE**

I, Spencer D. Elliott, certify that on the 19th day of August 2026, I served the foregoing on all parties designated to receive ECF electronic service in the above-styled bankruptcy case.

*/s/ Spencer D. Elliott*
Spencer D. Elliott, Esq.
(W.V. Bar No. 8064)
Lewis Gianola, PLLC
P.O. Box 1746
Charleston, WV 25326
Phone: 304-345-2000
selliott@lewisgianola.com
*Counsel for Inveniam Capital Partners, Inc.*