# EXHIBIT A

INVENIAM
SMARTER MARKETS START HERE

Inveniam Capital Partners, Inc
info@inveniam.io
www.inveniam.io

39500 High Pointe Blvd., Suite 220
Novi, MI 48375, USA
+1 (248) 719-7051

August 18, 2026

**Declaration of Robert G. Yablunsky**

I, Robert G. Yablunsky, am a member of the Board of Directors of Storj Inc. I am also the Executive Vice President of Inveniam Capital Partners and a member of its Board of Directors.

I have reviewed the contents of Document 38, filed on August 17, 2026, in No. 5:26- bk 00512.

I hereby declare that the information contained herein has been derived from confidential internal documents of Inveniam Capital Partners: confidential discussions of the Board of Directors, and confidential presentations that could have only been disclosed under the parameters of a legally binding non-disclosure agreement.

I also hereby declare that the conclusions drawn from the confidential information contained in Document 38 are erroneous, harmful to Inveniam Capital Partners, and to its ongoing obligations of providing Debtor in Possession Financing in this proceeding.

Thank you for your attention to this response.

Sincerely,

Robert G. Yablunsky

Robert Yablunsky (2026-08-18 15:50:52 EDT)

Robert G. Yablunsky
EVP
Inveniam Capital Partners, Inc.