IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

In re:

STORJ LABS, INC., Case No. 5:26-bk-00512

Debtor. Chapter 11

**MOTION OF ACTING UNITED STATES TRUSTEE TO APPEAR BY TELEPHONE**

Now comes the Acting United States Trustee ("UST"), Matthew W. Cheney, by counsel, Shari Collias and moves the Court for permission to appear by telephone at the August 25, 2026 hearings that are scheduled for 1:30 p.m. in Wheeling, WV set to consider final approval of the debtor's motions to use cash collateral, employ Spilman, Thomas & Battle as counsel, for authorization to obtain DIP financing and to use existing pre-petition bank accounts. As basis for the motion, the UST states the following:

1. The debtor, Storj Labs, Inc. filed a petition for relief under of Chapter 11 of the Bankruptcy Code on July 26, 2026.

2. On August 2, 2026, the debtor filed first day motions, including a motion to employ counsel, motion to use its pre-petition bank account with Western Alliance Bank, a motion to obtain DIP financing with Inveniam Capital Partners and a motion for authorization to use cash collateral. The debtor requested expedited hearings to consider these motions. The Court held an expedited telephonic hearing to consider the debtor's first day motions on August 4, 2026 at 1:00 p.m.

3. On August 5, 2026, the Court entered an interim order approving the debtor's motion to obtain for DIP financing and to use cash collateral [ECF Doc. No. 26]. The Court entered a corrected Order granting the debtor interim authority to maintain its pre-petition bank account

with Western Alliance Bank on August 17, 2026. Both orders scheduled final in-person hearings on the debtor's motions for August 25, 2026 at 1:30 p.m. in the L. Edward Friend, II Courtroom in Wheeling, WV, *in the event an objection is received on or before August 21, 2026*.

4. The UST has no objection to final approval of the debtor's motions for DIP financing and cash collateral and to use its pre-petition bank account with Western Alliance Bank. Accordingly, the UST does not intend to present evidence or oral argument at the August 25, 2026 hearing.

5. Allowing the UST to appear at the scheduled hearing by telephone will not in any way impact the ability of the Court to move forward with consideration and final approval of the debtor's motions to approve DIP financing and to use cash collateral, or final approval of the debtor's motion to authorize it to use its pre-petition bank account with Western Alliance Bank.

**WHEREFORE**, the UST moves the Court to allow his counsel to appear by telephone to participate in the August 25, 2026 final hearing set to consider the above noted matters, should a hearing be scheduled; and for such other and further relief as the Court deems proper to grant.

Respectfully Submitted,

**MATTHEW W. CHENEY**
**ACTING UNITED STATES TRUSTEE**

By Counsel:

*/s/Shari L. Collias*
Shari L. Collias (WVSB #4997)
Trial Attorney
Office of United States Trustee
300 Virginia Street East, Rm 2025
Charleston, WV 25301
(304)347-3417
Shari.Collias@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following CM/ECF participants:

Christopher Arthur
(*Counsel for the Debtor*)

I further certify that on August 20, 2026, I mailed the foregoing document by USPS First Class Mail to the following non-CMECF participants:

Storj Labs Inc.
1201 W. Peachtree St., NW Ste 2625
Atlanta, GA 30309-2955

*/s/Shari L. Collias*
Shari L. Collias (WVSB #4997)
Trial Attorney
Office of United States Trustee
300 Virginia Street East, Rm 2025
Charleston, WV 25301
(304)347-3417
Shari.Collias@usdoj.gov