**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-00512** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**MOTION FOR LEAVE FOR DR, SAYED SHUJA ALI TO APPEAR BY TELEPHONE**

Storj Labs, Inc., ("Debtor") moves the Court for entry of an Order authorizing Dr. Sayed Shuja Ali ("Dr. Ali"), Vice-President and Chief Restructuring Officer, to appear by telephone at the August 25, 20206 hearings ("the hearings") scheduled for 1:30 p.m. in Wheeling, WV. The Court scheduled the hearings to consider the Debtor's motions to authorize debtor-in-possession financing from Inveniam Capital Partners, Inc.; to use existing pre-petition bank account; to use cash collateral, and to employ of Spilman Thomas & Battle PLLC as Debtor's counsel. In further support of the motion, the Debtor states:

1. The Court entered an interim order on August 5, 2026, approving the debtor's motion for DIP financing and the use of cash collateral [ECF Doc. No. 26]. The Court also granted the debtor's interim authority to maintain its pre-petition bank account with Western Alliance Bank [ECF Doc. No. 34]. Final in-person hearings on the Debtor's motions are set for August 25, 2026, at 1:30 p.m. in Wheeling, WV.

2. The Debtor moved the Court to employ Robert Nistendirk and the accounting firm of Woomer Nistendirk & Associates, PLLC as the Debtor's financial consultant.

3. As reflected in the motion to employ, Mr. Nistendirk will serve as the Debtor's financial consultant and will represent the Debtor at hearings, including the hearings scheduled to occur on August 25, 2026.

4. The Debtor requests the Court to allow Dr. Ali to appear via phone to testify if any questions arise that counsel and/or Mr. Nistendirk cannot address from the Court or any parties of interest.

5. The Debtor does not anticipate any such questions arising, but out of abundance of caution seeks permission for Dr. Ali to appear via phone.

6. Appearance by telephone also is requested for Dr. Ali to appear by phone because Dr. Ali resides in London, England which makes in person appearance costly to the Debtor's estate.

7. The Debtor represents that allowing Dr. Ali to appear at the hearings by telephone will not impact the ability of the Court to move forward with the hearings.

**WHEREFORE**, Storj Labs, Inc. respectfully moves the Court to enter an Order granting Dr. Ali, Vice-President and Chief Restructuring Officer, leave to appear by telephone at the hearing scheduled for August 25, 2026 at 1:30 p.m., and granting such other relief as may be appropriate.

**STORJ LABS, INC.**

*/s/ Christopher R. Arthur*

Christopher R. Arthur (WVSB #7161)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Charleston, WV 25301
(304) 531-9520
(304) 291-7979 *(facsimile)*
carthur@spilmanlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-0012** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher R. Arthur, hereby certify that on August 20, 2026, I electronically filed the foregoing **Motion for Leave for Dr. Sayed Shuja Ali to Appear by Telephone** with the Clerk of the Court using the CM/ECF system, which will send notice to all parties participating in the same, including:

Shari Lynne Collias, Esquire
Trial Attorney, Office of the U.S. Trustee
United States Courthouse, Room 2025
300 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 347-3417
Facsimile: (304) 347-3402
shari.collias@usdoj.gov
*Counsel for U.S. Trustee*

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)