**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-00512** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**ORDER GRANTING STORJ LABS, INC.'S MOTION TO APPEAR BY TELEPHONE**

The Court having considered Storj Labs' motion for Dr. Sayed Shuja Ali ("Dr. Ali") to appear by telephone ("the motion") during the August 25, 2026, hearings ("the hearings"); after due deliberation thereon; and sufficient cause appearing therefor; it is hereby **ORDERED** that:

1. The Motion to appear by telephone is granted.
2. Dr. Sayed Shuja Ali shall be permitted to appear telephonically at the hearings, which are scheduled for 1:30 p.m. on Tuesday, August 25, 2026.
3. Dr. Sayed Shuja Ali will appear telephonically via conference line number 646-828-7666. The Meeting ID will be # 161 666 5385.

Prepared by:

*/s/Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
Spilman Thomas & Battle
300 Kanawha Blvd E,
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com