**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**

**NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**ORDER GRANTING STORJ LABS, INC.'S MOTION TO APPEAR BY TELEPHONE**

The Court having considered Storj Labs' motion for Dr. Sayed Shuja Ali ("Dr. Ali") to appear by telephone ("the motion") during the August 25, 2026, hearings ("the hearings"); after due deliberation thereon; and sufficient cause appearing therefor; it is hereby

**ORDERED** that:

1. The Motion to appear by telephone is granted.
2. Dr. Sayed Shuja Ali shall be permitted to appear telephonically at the hearings, which are scheduled for 1:30 p.m. on Tuesday, August 25, 2026.
3. Counsel will be informed of the proper method to allow Dr. Sayed Shuja Ali to appear telephonically

Prepared by:

*/s/Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
Spilman Thomas & Battle

300 Kanawha Blvd E,
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com