**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

In Re: Storj Labs Inc.
Debtor

Case No.: 5:26−bk−00512
Chapter: 11

**NOTICE TO PARTIES IN INTEREST**

On August 18, 2026 the following document was filed:

***42*** **–** Application to Employ Robert Nistendirk and Accounting Firm of Woomer Nistendirk Associates, PLLC, 213 Capitol Street Ste 400, Charleston, V 25301 as Financial Consultant with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (Attachments: # 1 Exhibit Declaration of Dr Ali # 2 Exhibit Declaration of Nistendirk CPA # 3 Exhibit Engagement Letter) (Arthur, Christopher)

**It is the responsibility of the moving party to ensure adequate service of the above−mentioned document. Nothing herein excuses the moving party from their responsibility in that regard.**

Unrelatedly, you may contact the moving party for a copy of the document if you believe you are entitled to service but did not receive the document. Also, the document is on file in the Clerk's Office, and you may review it during regular business hours. You may also view the document electronically through the Public Access to Court Electronic Records system: www.pacer.gov

YOU ARE FURTHER NOTIFIED that if you object to the Motion/Application, you must file your written objection with the Clerk of this Court on or before fourteen (14) days from the date of this Notice.

If you object, you should provide an explanation for the basis of your objection. If you are a business entity, any objection must be filed by an attorney. The Court, in its discretion, may grant or deny the relief sought based on the written contents of the above−mentioned document and any filed objection, or, if an objection is filed, may set the matter for hearing upon further notice by the Clerk to affected parties. A failure to timely file a written objection may result in the entry of an order that grants the relief sought in the document without further notice or opportunity for a hearing.

Date of Issuance: 8/18/26

Clerk of Court
U.S. Bankruptcy Court
Northern District of WV
Post Office Box 70
Wheeling, WV 26003
304−233−1655

United States Bankruptcy Court
Northern District of West Virginia

In re:
Storj Labs Inc.
Debtor

Case No. 26-00512-dlb
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0424-5
Date Rcvd: Aug 18, 2026

User: ad
Form ID: negntc

Page 1 of 1
Total Noticed: 2

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | | Storj Labs Inc., 1202 W Peachtree St. NW Ste 2625, Atlanta, GA 30309-2955 |
| | + | Robert Nistendirk, Woomer Nistendirk Associates, PLLC, 231 Capital Street, Ste 400, Charleston, WV 25301-2200 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com rmoss@spilmanlaw.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 3