**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |

**PROPOSED ORDER**

Upon consideration of the of Storj Labs, Inc., debtor in possession in the above-captioned case's (the "**Debtor**") *Emergency Motion to Authorize Post-Petition Financing and Use of Cash Collateral and Schedule a Final Hearing* [ECF No. 14] (the "**DIP Motion**") and the Objection [ECF No. __] (the "**Objection**") of Michael Ward and Robert Lamb (the "**Seller Representatives**"), in their capacity as Collateral Agents, it is hereby **ORDERED** that the Final Hearing on the DIP Motion is hereby **STAYED** pending resolution of Seller Representatives' Motion to Dismiss or Transfer [ECF No. __].

Prepared by:

TUCKER ARENSBERG, P.C.

*/s/ Lauren Hutchins McCartney*
Lauren Hutchins McCartney, Esq. (WV ID No. 12304)
Judith K. Fitzgerald, Esq. (PA ID No. 18110)
*Motion for pro hac vice forthcoming*
Maribeth Thomas, Esq. (PA ID No. 208376)
*Motion for pro hac vice forthcoming*
George A. R. Balchunas, Esq. (PA ID No. 338421)
*Motion for pro hac vice forthcoming*

1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
lmccartney@tuckerlaw.com
jfitzgerald@tuckerlaw.com
mthomas@tuckerlaw.com
gbalchunas@tuckerlaw.com