Case 5:26-bk-00512 Doc 61 Filed 08/24/26 Entered 08/24/26 16:15:10 Page 1 of 1

**Fill in this information to identify the case:**

Debtor name: Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known): 5:26-bk-00512

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:**<br>Copy line 88 from *Schedule A/B*. | $ 0.00 |
| 1b. **Total personal property:**<br>Copy line 91A from *Schedule A/B*. | $ 4,500.00 |
| 1c. **Total of all property:**<br>Copy line 92 from *Schedule A/B*. | $ 4,500.00 |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)<br>Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ 0.00 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ 0.00 |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ 6,056,452.81 |
| 4. **Total liabilities**<br>Lines 2 + 3a + 3b | $ 6,056,452.81 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy