**3.5** **Nonpriority creditor's name and mailing address**
Avalara
255 S King St, Suite 1800, Seattle, WA 98104, USA
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,780.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Axiom Global Inc
1 World Trade Center, Suite 8500
New York, NY 10007
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,389.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
Cambridge Enterprise Ltd
Hauser Forum, 3 Charles Babbage Road,
Cambridge CB3 0GT, UK
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,340.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
Deel
425 Market Street, Suite 600
San Francisco, CA 94105
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$60,932.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
Gardner Law PLLC
221 Main St N, Suite 300
Stillwater, MN 55082
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
Hubspot
2 Canal Park
Cambridge, MA 02141
**Date(s) debt was incurred** 1/31/2026
**Last 4 digits of account number** 4647

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,997.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
IBC
The Brew Eagle House, 163 City Road, London
EC1V 1NR, UK
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,731.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.12 **Nonpriority creditor's name and mailing address**
Inovo Studios Llc
35 S Peachtree St,
Norcross, GA 30071
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,703.86
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
Integrated Digital Solutions Inc.
647 Wilton Grove Rd, London, ON N6N 1N7,
Canada
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $40,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
Inveniam Capital Partners, Inc.
39500 High Pointe Boulevard, Suite 220
Novi, MI 48375
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,037,963.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
iXsystems
2490 Kruse Dr, San Jose, CA 95131, USA
95131
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,833.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
Jenna Pangborn
C/O Storj Labs Inc., Heather Trowbridge,
Finance Department, 3423 Piedmont Rd NE
Atlanta, GA 30305
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,780.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
Linkedin Corporation
1000 W Maude Ave, Sunnyvale, CA 94085,
USA
Sunnyvale, CA 94085
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $17,755.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
Literate Computing, LLC
1819 Capers Ave,
Nashville, TN 37212
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.19** **Nonpriority creditor's name and mailing address**
Magickly LLP
61 Bridge Street, Kington, Herefordshire, HR5 3DJ
HR5 3DJ
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $52,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
Mauve Corporate Systems Singapore Ltd
10 Anson Road, #33-03 International Plaza, Singapore 079903
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $49,234.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
Mauve Malta Ltd.
Office 7, 2nd Floor, Airways House, High Street, Sliema SLM 1549, Malta
SLM 1549
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $66,622.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
Mauve UK Ltd
1 Royal Exchange Avenue, London EC3V 3LT, United Kingdom
EC3V 3LT
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $270,121.21
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $875.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
NPE Ihnatiuk Viktor Vladimirovich
Kaunasska 12/1, Kyiv, Kyiv, 2160, UKR
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $56,431.68
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
Oktay Technology LLC
350 Main St, Suite 9, Bedminster
Bedminster, NJ 07921
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $10,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Perkins Coie<br>1201 Third Avenue, Suite 4900, Seattle, WA 98101, USA<br>98101<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $20,876.50 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Rafael Antonio Ribeiro Gomes<br>Rua Monte Alegre 90, Uberaba, Minas Gerais, 38020380, BRA<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $11,651.33 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Ramp Business Corporation<br>28 West 23rd Street, Floor 2<br>New York, NY 10010<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $94,500.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Schwell Wimpfheimer & Associates LLP<br>551 Fifth Avenue, Suite 1600<br>New York, NY 10176<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $7,630.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Segment.io, Inc.<br>100 California St<br>San Francisco, CA 94111<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,100.00 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Sellnet LLC<br>30 N Gould St, Suite R, Sheridan, WY 82801, USA<br>Sheridan, WY 82801<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,659.40 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Shadow Magic Studios<br>5 South Charlotte Street, Edinburgh EH2 4AN, United Kingdom<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,000.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>SNO liability<br>C/O Storj Labs Inc., Heather Trowbridge, Finance Department, 3423 Piedmont Rd NE<br>Atlanta, GA 30305<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $296,316.79 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Tada Technologies<br>4700 Millenia Blvd, Suite 500<br>Orlando, FL 32839<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $20,748.00 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>TIMETOEXIT LIMITED<br>71?75 Shelton Street, Covent Garden, London WC2H 9JQ, United Kingdom<br>WC2H 9JQ<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $70,875.00 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Up and Running Software, Inc.<br>535 Mission Street, 14th Floor, San Francisco, CA 94105, USA<br>San Francisco, CA 94105<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $25,210.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Utropicmedia, LLC<br>8 The Green, Suite B<br>Dover, DE 19901<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $36,000.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Verady, Inc.<br>3423 Piedmont Road NE, Suite 320<br>Atlanta, GA 30305<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,499.97 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>White Coral Consulting DMCC<br>DMCC Free Zone, Jumeirah Lakes Towers, Dubai, UAE<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $41,071.65 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Workman Nydegger<br>60 E South Temple, Suite 1000<br>Salt Lake City, UT 84111<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $55,323.08 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>WorkRamp, Inc.<br>548 Market Street, PMB 57274<br>San Francisco, CA 94104-5401<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $19,680.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>WywCorp - Michal Niewrzal<br>Os Slaskie 23B/2, Zielona G?ra, lubuskie,<br>65-547, POL<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,916.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 6,056,452.81 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,056,452.81 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy