**Fill in this information to identify the case:**

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) 5:26-bk-00512

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Google Cloud | 66degrees Holdings, LLC<br>550 W. Adams, Suite 910<br>Chicago, IL 60661 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Workspaces for UK Employees | Cambridge Enterprise Idea Space<br>University of Cambridge<br>Hauser Forum<br>3 Charles Babbage Rd, Cambridge CB3 0GT UK |
| State the term remaining | Monthly | |
| List the contract number of any government contract | STORJ LA | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Marketing Enterprise | Hubspot<br>2 Canal Park<br>Cambridge, MA 02141 |
| State the term remaining | 1/30/2029 | |
| List the contract number of any government contract | 2134647 | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Media, Marketing | IBC<br>The Brew Eagle House<br>163 City Road<br>London, EC1V 1NR |
| State the term remaining | 9/14/2026 | |
| List the contract number of any government contract | 10790 | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy