# United States Bankruptcy Court
## Northern District of West Virginia

In re Storj Labs Inc. Debtor(s)

Case No. 5:26-bk-00512
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Inveniam Capital Partners, Inc.<br>39500 High Pointe Boulevard, Suite 220<br>Novi, MI 48375 | | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy