**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |

**ORDER**

AND NOW, this ____ day of ________________________, 2026 upon consideration of the *Motion of Collateral Agents to Dismiss Debtor's Chapter 11 Case Pursuant to 11 U.S.C. 1112(b)(1) or, in the Alternative, Change Venue* (the "**Motion**") filed by Michael Ward and Robert Lamb (the "**Collateral Agents**"), in their capacity as Collateral Agents for certain entities with liens on shares of the Debtor (the "**Pledgees**"), it is hereby, ORDERED, ADJUDGED, and DECREED that:

1. The Court having considered the Motion and any responses and objections, and having determined that relief is warranted, NOW THEREFORE, IT IS ORDERED that the Motion is Granted in part and Denied in part as follows:

2. Pursuant to 11 U.S.C. § 1112(b)(1), 28 U.S.C. § 1406(a), and Rules 1014(a)(2) and 1017 of the Federal Rules of Bankruptcy Procedure, the Motion to Dismiss is GRANTED and the above-captioned Bankruptcy Case is DISMISSED.

3. The Motion to Transfer Venue is DENIED as moot.

4. The Clerk of Court shall close the above-captioned Bankruptcy Case.

Prepared by:

TUCKER ARENSBERG, P.C.

*/s/ Lauren Hutchins McCartney*

Lauren Hutchins McCartney, Esq. (WV ID 12304)
Judith K. Fitzgerald, Esq. (PA ID No. 18110)
*Admitted pro hac vice*
Beverly Weiss Manne, Esq. (PA ID No. 34545)
*Admitted pro hac vice*
Maribeth Thomas, Esq. (PA ID No. 208376)
*Admitted pro hac vice*
George A. R. Balchunas, Esq. (PA ID No. 338421)
*Admitted pro hac vice*
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
lmccartney@tuckerlaw.com
jfitzgerald@tuckerlaw.com
bmanne@tuckerlaw.com
mthomas@tuckerlaw.com
gbalchunas@tuckerlaw.com

*Counsel for Michael Ward and Robert Lamb, in their capacity as Collateral Agents for the Pledgees*