# United States Bankruptcy Court
## Northern District of West Virginia

In re Storj Labs Inc., Debtor(s)

Case No. 5:26-bk-00512
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Storj Labs Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Inveniam Capital Partners, Inc.
39500 High Pointe Boulevard, Suite 220
Novi, MI 48375

☐ None [*Check if applicable*]

August 24, 2026
Date

/s/ Christopher R. Arthur
Christopher R. Arthur 9192
Signature of Attorney or Litigant
Counsel for Storj Labs Inc.

Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard East
Charleston, WV 25301
(304) 340-3811x3811 Fax:
carthur@spilmanlaw.com

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com