**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-00512** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**MOTION TO CONTINUE HEARING ON FINAL POST-PETITION FINANCING, USE OF CASH COLLATERAL, TO ENTER SECOND INTERIM ORDER AUTHORIZING POST-PETITION FINANCING, TO USE CASH COLLATERAL, AND TO CONTINUE FINAL HEARING AND OBJECTION THERETO**

Storj Labs, Inc., debtor-in-possession in the above-captioned case (the Debtor") files this "Motion to Continue Hearing on Final Post-Petition Financing, Use of Cash Collateral, to Enter Second Interim Order Authorizing Post-Petition Financing, to Use Cash Collateral, and to Continue Final Hearing and Second Interim Order Authorizing Post-Petition Financing, Use of Cash Collateral, and Schedule Final Hearing" (the "Motions"). In support of the Motions, the Debtor states as follows:

The Debtor filed "Emergency Motion to Authorize Post-Petition Financing and Use of Cash Collateral and Schedule a Final Hearing" (hereinafter ("Emergency Motion") [ECF No. 14] pursuant to sections 105, 361, 362, 363, 364, and 507 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 4001, 6004, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2002-1, 4001-2, and 9013-1 of the United States Bankruptcy Court for the Northern District of West Virginia Local Rules (the "Local Rules"). The Debtor moved this Court for entry of an interim order ("Interim Order") and a final order (the "Final Order"), (the "DIP Orders"), (i) authorizing the Debtor to obtain post-petition financing from Inveniam Capital Partners, Inc., a Delaware Corporation ("DIP Lender"), on the terms described in the Emergency Motion and

in "Debtor-in-Possession Credit Agreement" ("DIP Credit Agreement"); (ii) authorizing the Debtor to use cash collateral; (iii) scheduling a final hearing with respect to the relief requested herein; and (iv) granting related relief.

On August 4, 2026, the Court held a telephonic hearing on the Emergency Motion. On August 5, 2026, the Court entered "Interim Order Authorizing Post-Petition Financing, Use of Cash Collateral, and Scheduling Final Hearing" ("Interim Order"). *See* ECF No. 26. The Interim Order scheduled a Final Hearing for August 25, 2026 in Wheeling, West Virginia at 1:30 PM, and set deadline for objections to be filed. On August 21, 2026, Michael Ward and Robert Lamb ("Objecting Party") filed "Objection and Reservation of Rights of Michael Ward and Robert Lamb to Debtor's Motion to Authorize Post-Petition Financing and Use of Cash Collateral" ("Objection"). ECF No. 58. No other party objected to the Emergency Motion. In response to the Objection, the Debtor communicated to the Objecting Party that it has payroll scheduled to occur on August 27, 2026, and it currently lacks the cash resources to fund its payroll commitment. The Objecting Party agrees that it will not object to entry of a second interim financing order authorizing Inveniam as the DIP Lender to extend an additional One Hundred Sixty Thousand Dollars and No Cents ("$160,000) as long as that second interim order preserves the Objecting Party's rights to assert that it has a senior security interest in all right, title and interests of Inveniam and its subsidiaries in and to all equity interests in, and all assets of the Debtor, including any rights Inveniam has or may have under the DIP Credit Agreement, and/or 11 U.S.C. § 364.

In exchange for the Objecting Party agreeing not to object to a second interim order, the Debtor agreed to move the Court to continue the hearing on the Final Hearing to a date after the August 31, 2026 meeting of creditors, including the Debtor further moving the Court to schedule the Objecting Party's Objection to be heard on the same date date as the Final Hearing. The Debtor

further agreed that the second interim order must contain language preserving the Objecting Party's rights to assert that it has a senior security interest in all right, title and interests of Inveniam and its subsidiaries in and to all equity interests in, and all assets of the Debtor, including any rights Inveniam has or may have under the DIP Credit Agreement, and/or 11 U.S.C. § 364. The United States Trustee and Inveniam responded to the Debtor that they have no objections to the motion.

**WHEREFORE**, the Debtor respectfully moves the Court for the following relief:

i. Authorizing the Debtor to obtain a second installment of $160,000 of the remaining $288,000 DIP Loan by granting Second Interim Order;

ii. Authorizing the Debtor to use the proceeds of the second installment of $160,000 of the remaining DIP loan as permitted by the DIP Credit Agreement, including, among other things, for (i) payment of wages; (ii) working capital and other general corporate purposes, including expenses to continue and complete ongoing development and infrastructure projects, and (iii) payment of costs and expenses, including professional fees, of administering these Chapter 11 Cases;

iii. Including in the Second Interim Order language preserving the Objecting Party's rights to assert that it has a senior security interest in all right, title and interests of Inveniam and its subsidiaries in and to all equity interests in, and all assets of the Debtor, including any rights Inveniam has or may have under the DIP Credit Agreement, and/or 11 U.S.C. § 364;

iv. Authorizing the Debtor to use Cash Collateral (as defined in the Emergency Motion) for the things listed in subsection ii above;

v. Continuing the Final Hearing on the DIP Financing scheduled for August 25, 2026 to September 3, 2026;

vi. Scheduling on September 3, 2026 the Objecting Party's Objection which may include the Objecting Party filing a motion challenging the Court's venue; and

vii. Any additional relief deemed appropriate by the Court.

Respectfully Submitted

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com

**Proposed *Counsel for Storj, Debtor-in possession***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-0012** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher R. Arthur, hereby certify that on August 24, 2026, I electronically filed the foregoing **Motion to Continue Hearing on Final Post-Petition Financing, Use of Cash Collateral, to Enter Second Interim Order Authorizing Post-Petition Financing, to Use Cash Collateral, and to Continue Final Hearing and Objection Thereto** with the Clerk of the Court using the CM/ECF system, which will send notice to all parties participating in the same.

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)