**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

# DEBTOR'S APPLICATION TO EMPLOY HEATHER TROWBRIDGE AS PROFESSIONAL BOOKKEEPER

Storj Labs, Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Case"), by counsel, requests entry of an order approving Debtor's retention and employment of Heather Trowbridge ("Ms. Trowbridge") as bookkeeper, and respectfully states as follows in support of this motion (this "Motion"):

## Background

1. On July 26, 2026, (the "Commencement Date") the Debtor commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor is authorized to operate its business and manage its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

## Jurisdiction and Venue

2. This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 327(a), 328, and 330 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(a).

## Relief Requested

3. Pursuant to sections 327(a), 328(a), 330, and 331 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016, the Debtor hereby seeks the entry of an Order authorizing it to retain and employ Heather Trowbridge as its books and records keeper in this Case to assist the Debtor with necessary functions involving bookkeeping and preparation and presentation of Debtor's records.

4. The Debtor has selected Ms. Trowbridge as its books and records keeper because her familiarity with the Debtor and its business. A Declaration of Support describing Ms. Trowbridge's experience and knowledge of the Debtor's records is attached as **Exhibit A**.

5. To the best of the Debtor's knowledge, Ms. Trowbridge has no connection with any creditor or other party in interest, or their respective attorneys.

6. Ms. Trowbridge represents no interest adverse to the Debtor or the Debtor's estate in the matters upon which she has been engaged, and the employment of Ms. Trowbridge would be in the best interest of the estate.

7. Ms. Trowbridge seeks to be paid $13,000 dollars for the period of August 1, 2026 through August 31, 2026. A copy of Ms. Trowbridge's contract with the Debtor is attached as **Exhibit B**.

## Notice

8. No trustee, examiner, or statutory creditors' committee has been appointed in this chapter 11 case. The Debtor will provide notice of this Motion to: (i) the Office of the U.S. Trustee; (ii) holders of the twenty (20) largest unsecured claims against the Debtor, and (iii) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

**No Prior Request**

9. No previous request for the relief sought herein has been made by the Debtor to this or any other court.

**Conclusion**

WHEREFORE, for the reasons set forth herein, the Debtor respectfully requests that the Court enter an order, substantially in the form attached hereto, granting the relief requested in the Application authorizing the Debtor to employ Heather Trowbridge for the period of August 1, 2026 through August 31, 2026 and such other and further relief as is just and proper.

Dated August 25, 2026

**STORJ LABS, INC.**

*/s/ Christopher R. Arthur*

Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 340-3800 *(Phone)*
carthur@spilmanlaw.com

*Debtor's Counsel*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all parties participating in the same, including:

Shari Lynne Collias, Esquire
Trial Attorney, Office of the U.S. Trustee
United States Courthouse, Room 2025
300 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 347-3417
Facsimile: (304) 347-3402
shari.collias@usdoj.gov
*Counsel for U.S. Trustee*

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)