**DECLARATION OF DR. SAYED SHUJA ALI**

Pursuant to 28 U.S.C. § 1746, I, Sayed Shuja Ali, declare that I am over the age of eighteen (18) years old and I am of sound mind and capable to testify to the matters set forth herein. I submit this declaration in support of Storj-in-Possession Storj Labs, Inc.'s ("Storj") application to employ Heather Trowbridge pursuant to 11 U.S.C. §§ 327 and 329 of the United States Bankruptcy Code and Rule 2014 of the Bankruptcy Rules of Procedure. I, Dr. Sayed Shuja Ali, state the following under penalty of perjury:

1. I submit this declaration in support of Storj's application to retain and employ Heather Trowbridge as an accountant to represent its interests in the Chapter 11 to the Petition Date.

2. I also submit this declaration in support of Storj's application to retain and employ Heather Trowbridge as Storj's internal accountant.

3. Heather Trowbridge is well suited to the type of representation required by Storj in this chapter 11 case as it has substantial bankruptcy and insolvency experience in both representation of debtors and creditors.

4. Storj anticipates that Heather Trowbridge will assist as financial consultants as follows:

   i. compiling, preparing, and presenting financial information to the Court;

   ii. preparing and presenting to the Court any proposed sales of Storj's assets;

   iii. appearing and testifying at hearings to provide testimony in support of approval from the Court to allow the sale to proceed in a formal manner which may include a public auction;

   iv. reviewing and assisting with preparation of required schedules and/or required operating reports;

**EXHIBIT A**

v. appearing and testifying at hearings to address any financial questions that the Court and/or the United States Trustee may have regarding those financial schedules.

5. Storj requires knowledgeable accountants to render these professional services. As noted above, Heather Trowbridge has substantial expertise in all of these areas. As a result, she is qualified to perform these services and represent Storj's interests in this chapter 11 case.

6. Heather Trowbridge is qualified to assist Storj with preparing and presenting to the Court any proposed sales of Storj's assets which may include approval from the Court to allow the sale to proceed in a formal manner which may include a public auction.

7. Heather Trowbridge is qualified to assist Storj with preparing and presenting to the Court any required schedules and/or required operating reports, and to address any financial questions that the Court and/or the United States Trustee may have regarding those financial schedules.

8. Heather Trowbridge is qualified to assist Storj with preparing and presenting to the Court any proposed sales of Storj's assets which may include approval from the Court to allow the sale to proceed in a formal manner which may include a public auction.

9. Heather Trowbridge is qualified to assist Storj with preparing and presenting to the Court any required schedules and/or required operating reports, and to address any financial questions that the Court and/or the United States Trustee may have regarding those financial schedules.

10. With the reduction of payroll, expenses, and certain protections afforded by the Chapter 11 bankruptcy, Storj is confident that it has a path to emerge successfully from the Chapter 11 bankruptcy. I believe Heather Trowbridge is well-qualified and uniquely able to represent Storj in this Chapter 11 Case in an efficient and timely manner.

11. Storj also needs day to day accounting assistance.

12. Storj entered into a Master Services Agreement for Consulting Services ("Agreement") on June 3, 2026 with Heather Trowbridge.

13. The agreement provided that Heather Trowbridge would handle all accounting functions, including, but not limited to, processing invoices for payment, recording receivables, overseeing payroll, assisting with the preparation and filing of tax returns, entering into financial information into the accounting software.

14. Helen Trowbridge serves an essential function for Storj to manage the Chapter 11 filing requirements and to manage the day to day accounting/bookkeeping functions.

15. I believe Helen Trowbridge to be a well-qualified professional.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of August, 2026.

/s/ Dr. Sayed Shuja Ali
Dr. Sayed Shuja Ali
Vice-President and Chief Restructuring Officer