**DECLARATION OF HEATHER TROWBRIDGE**

Pursuant to 28 U.S.C. § 1746, I, Heather Trowbridge, declare that I am over the age of eighteen (18) years old and I am of sound mind and capable to testify to the matters set forth herein. I submit this declaration in support of Debtor-in-Possession Storj Labs Inc.'s ("Debtor") application to employ Heather Trowbridge as an accountant pursuant to 11 U.S.C. §§ 327 and 329 of the United States Bankruptcy Code and Rule 2014 of the Bankruptcy Rules of Procedure. I declare as follows:

1. I am qualified to provide accounting, consulting and other financial services described in the Debtor's application, including, but not limited to, assisting the Debtor with compiling, preparing, and presenting financial information to the Court.

2. I am qualified to assist the Debtor with any and all accounting and bookkeeping needs that the Debtor may have in the presentation and preparation of its record.

3. I am qualified to assist the Debtor with preparing and presenting to the Court Any required schedules and/or required operating reports, and to address any financial questions that the Court and/or the United States Trustee may have regarding those financial schedules.

4. I am familiar and experienced with the Debtor and its business.

5. I have no connection with any creditor or other party in interest, or their respective attorneys.

6. I am not a creditor of the Debtor's bankruptcy estate.

7. I am not an equity security holder of the Debtor.

8. I do not have an interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders.

9. I have agreed to accept employment on the terms set forth in the contract attached to the application in Exhibit C. The compensation laid out in the contract includes a total of $39,000 to be paid in three equal installments of $13,000.

11. I understand that my compensation is subject to the approval of the Court and will submit a fee application seeking approval of my professional fees and expenses incurred in this bankruptcy.

The foregoing statements are made to the best of my knowledge, information, and belief. If any of the information contained herein requires correction or supplementation, I will amend this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of August, 2026.

H. Trowbridge

Heather Trowbridge
Accountant
18844 Hampstead Heath Ct
Land O Lakes, Florida 34638

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
AG7TF-ECSWH-YXKKA-TSJ7H

DOCUMENT COMPLETED BY ALL PARTIES ON
21 AUG 2026 14:40:02
AMERICA/NEW YORK

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **HEATHER TROWBRIDGE**<br>EMAIL<br>HTROWBRIDGE@STORJ.IO | SENT<br>21 AUG 2026 14:40:01<br>SIGNED<br>21 AUG 2026 14:40:02 | <br>IP ADDRESS<br>47.204.243.55<br>LOCATION<br>LUTZ, UNITED STATES |