**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**ORDER GRANTING APPLICATION TO RETAIN AND EMPLOY SPILMAN THOMAS & BATTLE, PLLC AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION EFFECTIVE AS OF JULY 26, 2026**

This matter came before the Court upon the *Application to Retain and Spilman Thomas & Battle, PLLC as Counsel for the Debtor and Debtor-in-Possession Nunc Pro Tunc to the Petition Date* (the "Application") [ECF No. 11]. The Application was filed by Storj Labs, Inc., the above-captioned debtor and debtor in possession (the "Debtor"). The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this Chapter 11 case (the "Chapter 11 Case") in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Upon due notice and no objections having been filed, and it appearing that notice of the Application was appropriate under the circumstances, and after due deliberation and cause appearing therefor; it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Application is GRANTED.

2. Pursuant to section 327(a) of the Bankruptcy Code, the Debtor is authorized to employ and retain Spilman Thomas & Battle, PLLC as counsel for the Debtor in the Chapter 11 Case, effective as of the Petition Date of July 26, 2026, on the terms set forth in the Application.

3. Spilman Thomas & Battle, PLLC shall file applications and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.

Prepared by:

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com