# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424−5 | User: ad | Date Created: 8/25/2026 |
| Case: 5:26−bk−00512 | Form ID: oamdsch | Total: 35 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| aty | Beverly Weiss Manne | BMANNE@TUCKERLAW.COM |
| aty | Christopher R. Arthur | carthur@spilmanlaw.com |
| aty | Judith K. Fitzgerald | jfitzgerald@tuckerlaw.com |
| aty | Lauren Hutchins McCartney | lmccartney@tuckerlaw.com |
| aty | Maribeth Thomas | mthomas@tuckerlaw.com |
| aty | Shari Lynne Collias | shari.collias@usdoj.gov |
| aty | Spencer D. Elliott | selliott@lewisgianola.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Storj Labs Inc. | 1202 W Peachtree St. NW Ste 2625 | Atlanta, GA 30309−2955 |
| aty | George A. R. Balchunas | 1500 One PPG Place | Pittsburgh, PA 15222 |
| 1733100 | Andi Steinke | 3063 Quartz Hill Rd | Redding, CA 96003 |
| 1733101 | Ben Golub | 4165 Old Adobe Road | Palo Alto, CA 94306 |
| 1733102 | Bryan Mangelson | 1133 N 1190 E | American Fork, UT 84003 |
| 1733103 | Christopher Rocco | 610 N Wagner Rd | Ann Arbor, MI 48103 |
| 1733104 | Colby Winegar | 788 Kamber Cv | Draper, UT 84020 |
| 1733105 | David Colantuoni | 8 Starboard Drive | Buzzards Bay, MA 02532 |
| 1733106 | DJ Shott | 2568 S Park St E | 84106 |
| 1733107 | Dominick Marino | 15941 E. Sunfllower Dr | Fountain Hills, AZ 85268 |
| 1733108 | Emily Gay | 4528 Lashley Ct | Marietta, GA 30068 |
| 1733109 | Ethan Adams | 926 Camargo Drive | Ballwin, MO 63011 |
| 1733110 | Hubspot | 2 Canal Park | Cambridge, MA 02141 |
| 1733111 | Jacob Willoughby | 352 E 1500 S | Kaysville, UT 84037 |
| 1732365 | Jeremy Wharton | 2767 Woodspring Forest Drive | Kingwood, TX 77345 |
| 1733113 | John Gleeson | 4520 Arborvitae Dr | Honor, MI 49640 |
| 1733114 | John Olio | 9995 E. Bingham Rd | Traverse City, MI 49684 |
| 1733115 | Jon Luetgers | 988 Parkview Lane | Victoria, MN 55386 |
| 1733116 | Kimberly Pashel | 76 Hillmont Ave | Decatur, GA 30030 |
| 1733117 | Mark Harvilla | 142 S El Molino Ave, Apt 2 | Pasadena, CA 91101 |
| 1733118 | Paul Cannon | 2016 Colina Cv | Cedar Park, TX 78613 |
| 1733119 | Paul Willoughby | 1343 W 2175 S | Syracuse, UT 84075 |
| 1733120 | Thomas Delaney | 1928 Willeo Creek Pt | Marietta, GA 30068 |
| 1732707 | Trisha Winter | 35915 Fredericksburg Rd | Farmington Hills, MI 48331 |
| 1731147 | Up and Running Software, Inc. | 535 Mission Street, 14th Floor | San Francisco, CA 94105 |
| | Nia Lee | 3751 Chesapeake Ave #323 | Los Angeles, CA 90016 |
| | Nikhil Jain | 3016 E. Colorado Blvd., #5216 | Pasadena, CA 91107 |

TOTAL: 27