# Notice Recipients

District/Off: 0424−5 User: ad Date Created: 8/25/2026
Case: 5:26−bk−00512 Form ID: pdfdoc Total: 96

**Recipients of Notice of Electronic Filing:**

ust United States Trustee ustpregion04.ct.ecf@usdoj.gov
aty Beverly Weiss Manne BMANNE@TUCKERLAW.COM
aty Christopher R. Arthur carthur@spilmanlaw.com
aty Judith K. Fitzgerald jfitzgerald@tuckerlaw.com
aty Lauren Hutchins McCartney lmccartney@tuckerlaw.com
aty Maribeth Thomas mthomas@tuckerlaw.com
aty Shari Lynne Collias shari.collias@usdoj.gov
aty Spencer D. Elliott selliott@lewisgianola.com

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Storj Labs Inc. 1202 W Peachtree St. NW Ste 2625 Atlanta, GA 30309−2955
aty George A. R. Balchunas 1500 One PPG Place Pittsburgh, PA 15222
1731103 Atty General Of WV BLDG 1 E−26 Ground Floor Main Unit Capitol Building Charleston WV 25301
1731104 Internal Revenue Service Post Office Box 7346 Philadelphia PA 19101−7346
1731105 Regional Bankruptcy Contact U.S. Environmental Protection Agency Region III 1650 Arch Street (3RC00) Philadelphia PA 19103
1731106 Secretary Of The Treasury 15th St & Pennsylvania Avenue Washington DC 20220
1731107 Social Security Administration 300 Spring Garden Street Philadelphia PA 19123
1731108 US Attorney Northern District of WV PO Box 591 Wheeling WV 26003
1731109 WV Dept of Tax & Revenue Bankruptcy Unit Post Office Box 766 Charleston WV 25323−0766
1731110 West Virginia Insurance Commission Legal Division − Bankruptcy Post Office Box 50540 Charleston WV 25305−0540
1731112 66Degrees LLC 425 W Randolph St, Suite 300 Chicago, IL 60606
1731113 Aleksei Aleksandrovich Leonov 144/121 Chom Thian 2 Alley Jomtien Beach
1731115 Artur Wolff Walerego Wrblewskiego 21P/99, Ldz, Ld Sunnyvale, CA
1731118 Cambridge Enterprise Ltd Hauser Forum 3 Charles Babbage Road Ca
1731120 Gardner Law PLLC 221 Main St N, Suite 300 Stillwater, MN 55082
1731123 Inovo Studios Llc 35 S Peachtree St, Norcross, GA 30071
1731141 Segment.io, Inc. 100 California St San Francisco, CA 94111
1731142 Sellnet LLC 30 N Gould St, Suite R Sheridan, WY 82801
1731116 Avalara 255 S King St, Suite 1800 Seattle, WA 98104
1731119 Deel 425 Market Street Suite 600 San Francisco, CA 94105
1731121 Georgia Department of Revenue PO Box 740392 Atlanta, GA 30374−0392
1731125 Inveniam Capital Partners, Inc. 39500 High Pointe Boulevard Suite 220 Novi, MI 48375
1731144 SNO Liability c.o. Storj Labs Inc. Heather Trowbridge, Finance Dept 3423 Piedmont Rd, NE Atlanta, GA 30305
1731147 Up and Running Software, Inc. 535 Mission Street, 14th Floor San Francisco, CA 94105
1731148 US Department of the Treasury Internal Revenue Service Kansas City, MO 64999−0012
1731149 US Department of the Treasury Internal Revenue Service Ogden, UT 84201−0012
1731150 Utropicmedia, LLC 8 The Green Suite B Dover, DE 19901
1731153 Workman Nydegger 60 E South Temple Suite 1000 Salt Lake City, UT 84111
1731117 Axiom Global Inc 1 World Trade Center Suite 8500 New York, NY 10007
1731126 iXsystems 2490 Kruse Dr San Jose, CA 95131
1731127 Jenna Pangborn C/O Storj Labs Inc. Heather Trowbridge Atlanta, GA 30305
1731128 Linkedin Corporation 1000 W Maude Ave Sunnyvale, CA 94085
1731129 Literate Computing, LLC 1819 Capers Ave Nashville, TN 37212
1731122 IBC The Brew Eagle House 163 City Road London, ON N6N 1N7 CANADA
1731114 Andril Kotko 14 Budivel'nykiv Street Apt. 79 UKRAINE
1731130 Magickly LLP 61 Bridge Street Kington, Herefordshire HR5 3DJ ENGLAND
1731124 Integrated Digital Solutions Inc. 647 Wilton Grove Rd London, ON N6N 1N7 CANADA
1731131 Mauve Corporate Systems Singapore Ltd 10 Anson Road #33−03 International Plaza Singapore 079903 SINGAPORE
1731131 Mauve Corporate Systems Singapore Ltd 10 Anson Road #33−03 International Plaza Singapore 079903
1731132 Mauve Malta Ltd. Office 7, 2nd Floor Airways House High Street Malta SLM 1549 MALTA
1731133 Mauve UK Ltd 1 Royal Exchange Avenue London EC3V 3LT UNITED KINGDOM
1731134 Morrison Cohen LLP 909 Third Avenue New York, NY 10022
1731135 NPE Ihnatiuk Viktor Vladimirovich Kaunasska 12/1 Kyiv, Kyiv, 2160 UKRAINE
1731138 Rafael Antonio Ribeiro Gomes Rua Monte Alegre 90 Uberaba, Minas Gera BRAZIL
1731135 NPE Ihnatiuk Viktor Vladimirovich Kaunasska 12/1 Kyiv, Kyiv, 2160 UKRAINE
1731136 Oktay Technology LLC 350 Main St, Suite 9 Bedminster, NJ 07921
1731143 Shadow Magic Studios 5 South Charlotte Street Edinburgh EH2 SCOTLAND
1731137 Perkins Cole 1201 Third Avenue Suite 4900 Seattle, WA 98101

| | | | | | | |
|---|---|---|---|---|---|---|
| 1731139 | Ramp Business Corporation | 28 West 23rd Street | Floor 2 | New York, NY 10010 | | |
| 1731140 | Schwell Wimpfheimer & Associates LLP | 551 Fifth Avenue | Suite 1600 | New York, NY 10176 | | |
| 1731152 | White Coral Consulting DMCC | DMCC Free Zone | Jumeirah Lakes Towers | Dubai | UAE | |
| 1731145 | Tada Technologies | 4700 Millenia Blvd | Suite 500 | Orlando, FL 32839 | | |
| 1731146 | TIMETOEXIT LIMITED | 71−75 Shelton Street | Covent Garden | London WC2H 9JQ | UNITED KINGDOM | |
| 1731151 | Verady, Inc. | 3423 Piedmont Road NE | Suite 320 | Atlanta, GA 30305 | | |
| 1731154 | WorkRamp, Inc. | 548 Market Street | PMB 57274 | San Francisco, CA 94104−5401 | | |
| 1731155 | WywCorp − Michal Niewrzal | Os Slaskie 23B/2 | Zielona Gra, lubuskie | POLAND | | |
| 1732166 | Damein Morgan | 2896 E Christopher Dr | Fresno, CA 93720 | | | |
| 1732185 | Steven D Haupt | 7127 Warner Rd | Saline, MI 48176 | | | |
| 1732263 | Jennifer Johnson | 146 Osner Dr. | Atlanta, GA 30342 | | | |
| 1732274 | Helene Emmi Karin Unland | 5052 N SANDERS RD | TUCSON, AZ 85743 | | | |
| 1732365 | Jeremy Wharton | 2767 Woodspring Forest Drive | Kingwood, TX 77345 | | | |
| 1732384 | Donald H. Shott Jr. | 2568 S Park St | Salt Lake City, UT 84106 | | | |
| 1732707 | Trisha Winter | 35915 Fredericksburg Rd | Farmington Hills, MI 48331 | | | |
| 1733100 | Andi Steinke | 3063 Quartz Hill Rd | Redding, CA 96003 | | | |
| 1733101 | Ben Golub | 4165 Old Adobe Road | Palo Alto, CA 94306 | | | |
| 1733102 | Bryan Mangelson | 1133 N 1190 E | American Fork, UT 84003 | | | |
| 1733103 | Christopher Rocco | 610 N Wagner Rd | Ann Arbor, MI 48103 | | | |
| 1733104 | Colby Winegar | 788 Kamber Cv | Draper, UT 84020 | | | |
| 1733105 | David Colantuoni | 8 Starboard Drive | Buzzards Bay, MA 02532 | | | |
| 1733106 | DJ Shott | 2568 S Park St E | 84106 | | | |
| 1733107 | Dominick Marino | 15941 E. Sunfllower Dr | Fountain Hills, AZ 85268 | | | |
| 1733108 | Emily Gay | 4528 Lashley Ct | Marietta, GA 30068 | | | |
| 1733109 | Ethan Adams | 926 Camargo Drive | Ballwin, MO 63011 | | | |
| 1733110 | Hubspot | 2 Canal Park | Cambridge, MA 02141 | | | |
| 1733111 | Jacob Willoughby | 352 E 1500 S | Kaysville, UT 84037 | | | |
| 1733112 | Jeremy Wharton | 2767 Woodspring Forest Drive | Kingwood, TX 77345 | | | |
| 1733113 | John Gleeson | 4520 Arborvitae Dr | Honor, MI 49640 | | | |
| 1733114 | John Olio | 9995 E. Bingham Rd | Traverse City, MI 49684 | | | |
| 1733115 | Jon Luetgers | 988 Parkview Lane | Victoria, MN 55386 | | | |
| 1733116 | Kimberly Pashel | 76 Hillmont Ave | Decatur, GA 30030 | | | |
| 1733117 | Mark Harvilla | 142 S El Molino Ave, Apt 2 | Pasadena, CA 91101 | | | |
| 1733118 | Paul Cannon | 2016 Colina Cv | Cedar Park, TX 78613 | | | |
| 1733119 | Paul Willoughby | 1343 W 2175 S | Syracuse, UT 84075 | | | |
| 1733120 | Thomas Delaney | 1928 Willeo Creek Pt | Marietta, GA 30068 | | | |
| 1733121 | Trisha Winter | 35915 Fredericksburg Rd | Farmington, MI 48331 | | | |
| 1733122 | Up and Running Software, Inc. | 535 Mission Street, 14th Floor | San Francisco, CA 94105 | | | |
| 1733123 | Nia Lee | 3751 Chesapeake Ave. #323 | Los Angeles, CA 90016 | | | |
| 1733124 | Nikhil Jain | 3016 E. Colorado Blvd. #5216 | Pasadena, CA 91107 | | | |

TOTAL: 88