**UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **In re:** | **Case No. 5:26-bk-00512** |
| **STORJ LABS, INC.,** | **Chapter 11** |
| **Debtor.** | **Judge David L. Bissett** |

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears for Vivint LLC and, in accordance with 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, requests that all notices given or required to be given, and all papers served or required to be served in this case be given to and served upon:

James H. Billingsley
Duane Morris LLP
200 Crescent Court, Suite 900
Dallas, Texas 75201
JBillingsley@duanemorris.com

Kevin Allen
Duane Morris LLP
625 Liberty Avenue, Suite 1000
Pittsburgh, Pennsylvania 15222-3112
KPAllen@duanemorris.com

All notices given and required to be given, and all pleadings filed in this case should be served upon the undersigned attorneys so that they may properly appear and be heard on any issues arising in this case on Vivint LLC's behalf.

Dated: August 25, 2026

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Kevin P. Allen*
Kevin P. Allen
W. Va. State Bar No. 7122
DUANE MORRIS LLP
625 Liberty Avenue, Suite 1000
Pittsburgh, Pennsylvania 15222-3112
Telephone: 412-497-1000
KPAllen@duanemorris.com

**COUNSEL TO VIVINT LLC**

**CERTIFICATE OF SERVICE**

I certify that a copy of this notice was served through the Bankruptcy Court's electronic transmission facilities on August 25, 2026, as permitted by Federal Rule of Bankruptcy Procedure 9036.

*/s/ Kevin P. Allen*
Kevin Allen