**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

IN RE:
Storj Labs Inc. )
) Case No. 5:26bk00512
)
Debtors. )
) Chapter 11

**ORDER OF ADMISSION PRO HAC VICE**

Upon consideration of the foregoing Application for Admission Pro Hac Vice of:

Beverly Weiss Manne

It is **ORDERED** that the Application for Admission Pro Hac Vice be, and hereby is APPROVED.