**EXHIBIT A**

Matters in which Tucker Arensberg, P.C. attorneys have been admitted on a limited basis:

1. In Re: JAGA, Inc., BK Case Nos. 02-51295 to 02-51298, 02-51699 and 04-02305 (Jointly Administered) (U.S. Bankruptcy Court, N.D. W.V.)
2. In re: NB Mountain Valley, DST, and NB Mountain Valley LEASECO, LLC 25-00456-DLB and 25-00457-DLB (Jointly Administered) (U.S. Bankruptcy Court, N.D. W.V.)
3. In re: Civil, LLC et al., No. 2:26v335 (U.S. Dist. S.D.W.V.)
4. KIA II, LLC v. Civil, LLC et al., No. 25:2025cv00727 (U.S. Dist. S.D.W.V.)
5. Johns v. Iqbal, no. 2:26ap2001 (U.S. Bankruptcy Court, S.D. W.V.)

Matters handled by Tucker Arensberg, P.C.'s West Virginia based attorneys:

1. Blue Bear Mining, Inc. v. Timber Resources - McDowell County; 27-2024-C-43
2. Kevin and Susan Francis v. Airco Welding Products, et al - Kanawha County; 10-C-537
3. Mark E. Ady and Theresa Ady v. Covestro, LLC, et al. - Marshall County; 23-C-102
4. Mary Ky Virden, Individually and as Executrix of the Estate of Charles E. Virden - Marshall County; 19-C-252
5. Donald Adams, et al. 04-C-3128
6. Edward Adams, et al 02-C-476-607
7. Gerald Adams, et al. 02-C-2673-2749
8. John Adams, et al. 05-C-1788-1808
9. Charles Agee, et al. 02-C-1376-1432
10. Robert Akers, et al. 04-C-1331-1363
11. Bruce Adkins, et al. 01-C-1847
12. Denver Adkins, et al. 02-C-1110
13. Adkins, Donnie 20-C-1014
14. James Adkins, et al. 08-C-1988-1994
15. Robert Akers, et al. 04-C-1331
16. Hugo Alexander, et al. 04-C-250-260
17. John Allan, et al. 03-C-609
18. Alleman, Charles (Colleen) , et al. 02-C-2788-02-C-2849
19. William Vernon Allman, Jr. , et al. 01-C-2683
20. John Alvey, et al. 03-C-1105
21. Amabile, Ralph, et al. 03-C-1626-1646
22. Arthur, William, Jr. 22-C-34
23. Ash, Matthew 23-C-24

24. Atwell, Charles (Sherry Matney) 16-C-1597
25. Michael August, et al. 03-C-3091
26. Raymond Babcock, et al. 07-C-2316
27. Bailey, Richard 03-C-2525-2672
28. Joseph Ballengee, et al. 03-C-665
29. Ballard, Tricia B. (Estate of Anne E. Belota) 24-C-20
30. Nick Banda, et al. 10-C-2247-2249
31. Barrett, Jerry, et al. 06-C-2216-2227
32. John Basil, et al. 09-C-362-373
33. Barbour, Richard 17-C-1124
34. Beckett, Jimmy (Reba) 14-C-1231
35. Lewis Beegle, et al. 05-C-2467
36. Jimmie Belcher, et al. 11-C-1346-1353
37. Belcher, Ronald (Tammy Underwood & Tina Belcher) 17-C-415
38. Lewis Bell 04-C-3231
39. Bernola, John, et al. 05-C-299-312
40. Willard Best, et al. 08-C-613-624
41. George E. Bickerstaff, et al. 12-C-8-16
42. Birdsong, Jerald 23-C-369
43. Birkel, Timothy 23-C-98
44. Bittner, Raymond 11-C-256
45. Raymond Blair, et al. 04-C-1891
46. Blankenship, Gerald Blaine 23-C-94
47. Blevins, Winnie (Carol) 23-C-112
48. Blount, Daniel (Estate of Daniel Blount) 24-C-121
49. Boggess, Sterling (Cathy Casto) 14-C-647
50. Boggess, Timothy, et al. 03-C-2584-2636
51. Boston, Lloyd V. 24-C-1197
52. Bowling, Robert (Deanna) , et al. 06-C-1227-1242
53. Bragg, Teddy 23-C-100
54. Brand, George (Karen) 24-C-120
55. Brannon, Edward (William) 06-C-1260
56. Brewer, Brian S. 13-C-596
57. Brisendine, Charles (Judy Myers) 16-C-811
58. Brown, Thomas 20-C-819
59. Buck, Ronnie (Mary) 17-C-1480
60. Bumgarner, Janet (Eddie Keith) 24-C-21
61. Burgroff, Robert, et al. 05-C-1390-1396

62. Burns, Ronald A. 04-C-2011
63. Bush, Ronald 22-C-119
64. Butler, Carl Richard (Deidra G. Hill) 11-C-2327
65. Butler, Shawn 19-C-1125
66. Byus, Donald (Debra) 23-C-1048
67. Walter Butler, et al. 03-C-48
68. Campbell, Acey (Jo Ann) , et al. 04-C-1747-1755
69. Carney, Gary (Jackie) 19-C-789
70. Campbell, Lon 19-C-1158
71. Carr, Alice (Sanford A., Jr.) 05C-1239-1247
72. Carsey, Kenneth Lewis (Kenneth R. Carsey - executor) 24-C-889
73. Caudill, Thomas, et al. 04-C-863-868
74. Caudill, William 05-C-2222 & 2224
75. Chapman, Aaron 16-C-1750
76. Cheshire, John “Tom” 21-C-1046
77. Christian, Orin (Margaret) 15-C-1368
78. Clark, Glenn E. (Ila) 03-C-53M
79. Ronald W. Cloherty, et al. 11-C-485-487-490
80. Cobb, Russell E. 21-C-824
81. Cogar, Robert (Diana) 11-C-2010
82. Junior Collins (Lillie) , et al. 09-C-1771-1776
83. Colvin, Charles, et al. 03-C-2763-2774
84. Crawford, Richard 19-C-1199
85. Coppa, Frank 10-C-1537
86. Crisp, Donald Sr. , et al. 05-C-1565-1567
87. Cronin, James, , et al. 12-C-762-769
88. Curry, Lawrence Jr. , et al. 02-C-185-02-C-203
89. Dean, Terry Dean (Linda Dean - executrix) 24-C-841
90. Dehart, Hoy, Jr. 23-C-209
91. Delong, Everett, et al. 06-C-920-930
92. Delong, Kenneth 13-C-1242
93. Deulley, Ermel, et al. 10-C-1428-1440
94. Dickel, Fern (Estate of James Dickel) 24-C-129
95. Diddle, Edward (Teresa) 22-C-28
96. Dixon, Charles 04-C-2637
97. Domer, Jean Amos 13-C-1205
98. Douglas, Shelia 24-C-886
99. Drake, Forrest Earl (Doris Drake) 23-C-823

100. Raymond O. Drake 01-C-110K
101. Durig, Donald (Todd) 22-C-898
102. Eggleston, Patrick R. , et al. 05-C-1182-1189
103. England, Jack, et al. 07-C-617-619
104. Epling, George 22-C-117
105. Evans, Gary (Betty) 16-C-406
106. Faudree, Lewis W. 23-C-1047
107. Ferguson, Larry (Virley) 18-C-897
108. Fisher, Kenneth William12-C-889
109. Fraley, Lon III 12-C-1217
110. Frey, James E. 24-C-96
111. Friend, Donald (Bonnie) 18-C-406
112. Friend, Winchell 09-C-577
113. Frye, Luster (Sharon) 22-C-686
114. Full, Clifford 21-C-859
115. Fullerton, Donald E. 12-C-2240
116. Funk, Paul (Sandra Funk) 18-C-1511
117. Gaudio, James (Gina Telek & Antonio Gaudio) 18-C-1288
118. Gibson, Howard Eugene (Brenda Gibson - Administratrix) 24-C-909
119. Gillenwater, Buel Warner 24-C-1348
120. Gillenwater, Carroll Warner 14-C-1418
121. Gillenwater, Otis Obed 24-C-502
122. Gimiliano, Nicholas (Karen) 22-C-353
123. Haines, Harold 21-C-1081
124. Handley, David 24-C-509
125. Hanson, Donald (Darrell) 14-C-284
126. Harden, Harold, et al. 01-C-3726-3732
127. Haught, Robert (Debra Lynn Thomas) 22-C-361
128. Haynes, Allen Elliott (Patricia Eileen Haynes) 24-C-1280
129. Hazelwood, Dana 23-C-106
130. Helfin, Norma (James Helfin & Sherri Carpenter) 19-C-382
131. Hendrickson, Stanley B. 24-C-470
132. Henson, Melvan (Shirley) 19-C-816
133. Hicks, Frank 14-C-779
134. Hissam, John Jr. (Ora) 16-C-316
135. Holbert, Emil 09-C-1254
136. Holder, Richard 06-C-878
137. Hollingshead, Gary (Tonya Sable) 19-C-351

138. Holmes, Mary Rosalee 13-C-811
139. Honaker, Randolph 04-C-3022
140. Hornbeck, Carlton (Richard) 21-C-54
141. Orville Hornsby 02-C-1222
142. Hoskinson, Rodney R. (Delia Mae) 23-C-678
143. Larry Hudson, Jr. 03-C-274
144. Hughes, Thomas 23-C-44
145. Hunt, Clifford H. (Maxine) 12-C-2235
146. Hurst, Jerry (Brian Hurst & Vicki McIntosh) 22-C-599
147. Hykin, Steven D. 25-C-43
148. Jenkins, Clyde F. (Lillian) 19-C-1155
149. Jewell, Doris 11-C-1271
150. Johnson, John Calvin 24-C-913
151. Franklin Johnson 05-C-262
152. Johnson, Walter 17-C-114
153. James L. Johnson, Sr. 14-C-648
154. Danny R. Johnston 10-C-75-77
155. Johnson, Richard (Gloria) 19-C-465
156. Jones, Gary R. 25-C-45
157. Jones, Ronald 21-C-87
158. Jordan, Wilbur E. (Jennie Ellen) 23-C-752
159. Kapp, Charles 21-C-548
160. Kelly, Harry 13-C-1756
161. Kitzmiller, William 22-C-345
162. Koran, Andrew (Linda) 17-C-1612
163. Lambert, James 04-C-707
164. LaCava, Robert (Linda) 18-C-859
165. Lake, Berchel (Zula) 22-C-60
166. Langdon, Raymond E. 15-C-2132
167. Lavender, William E. 04-C-3358-3359
168. LeMaster, Jimmy (Mary LeMaster - administratrix) 24-C-614
169. LeMaster, Winfield (Winfield II & Cindy LeMaster Hay) 15-C-1114
170. Lettieri, Nicholas (Paula) 21-C-270
171. Linkenhoker, James (Georgia) 24-C-97
172. Lloyd, James C. 13-C-1241
173. Lockhart, Danny 22-C-347
174. Looney, William Bruce 09-C-2091
175. Lott, Gary 23-C-676

176. Loughry, Allen Hayes Sr. 11-C-1298
177. Loughry, Charles 23-C-57
178. Lucas, Gregory (Gregory Jr.) 21-C-65
179. Lykins, Jack (Anna) 23-C-555
180. Lyons, Billy (Sharlotte) 08-C-3087
181. Marple, Franklin (Linda) 17-C-979
182. Martin, Robert N. 22-C-351
183. Marty, Ronald 23-C-230
184. Mayhew, Homer (Rita) 15-C-468
185. Meadows, Linford 19-C-1181
186. McClure, Gary 13-C-1028
187. McDermott, Thomas (Cynthia McDermott) 23-C-1126
188. McVicker, James (Barbara) 21-C-757
189. Megha, Rohit (Nayana) 17-C-76
190. William Miller 13-C-2141
191. Monway, Thomas (Tammy Baker) 22-C-186
192. Muldovan, Clarence (Kathleen Geary) 23-C-95
193. Neace, James Jr. (Tammy) 17-C-962
194. Neace, Judith 01-C-3766
195. Neal, Simeon (Shirley) 21-C-803
196. Nedeff, Michael J. 05-C-2227
197. Newell, Donald Milton (Vicki Sue Ohlinger) 14-C-1257
198. Newell, Johnny (Wesley Michael Newell - executor) 24-C-474
199. Nicholson, Bennie (Nedra) 05-C-1191
200. Null, Robert Leon 13-C-243
201. Orth, Harry T. (Sharon Boczek) 15-C-552
202. Pandocchi, Jeffrey 11-C-768
203. Parsons, Robert Eugene 24-C-467
204. Paxton, Thomas (Jeffrey) 19-C-1148
205. Perry, James V. 24-C-1262
206. Pettit, Shannon (Pamela Murphy) 17-C-384
207. Petrie, William Jr., Brigetta Del Re - Executrix 24-C-437
208. Poliseno, Johne 22-C-872
209. Pollock, Robin (Ernest) 24-C-93
210. Poole, Ted Stanley, Sr. (Dreama) 14-C-1373
211. Preston, James E. 13-C-432
212. Price, Joe (Brenda) 23-C-1098
213. Principe, Karen J. 22-C-715

214. Queen, Charles “Chuck” 21-C-1165
215. Queen, Virgil 22-C-649
216. Ratcliff, Michael 22-C-439
217. Renner, James A. 25-C-54
218. Rhodes, Ronald Lee 24-C-1278
219. John Robbins 17-C-1207
220. Roberts, Daniel 20-C-103
221. Roe, Carl Lee 16-C-1416
222. Rogers, Charles 21-C-770
223. Ross, Larry (Claudia) 17-C-623
224. Rusinovich, Robert A. (Barbara) 19-C-232
225. Russell, Edward Jr. (Lucille) 20-C-579
226. Sackett, Richard "Dick" (Alberta M.) 23-C-961
227. Salatino, Anthony 18-C-1420
228. Sands, Cynthia D. (Melissa Napalo - Administratrix) 25-C-354
229. Shamblin, Eva 22-C-118
230. Sheetz, Edward 19-C-284
231. Shelley, Jessie (David) 21-C-1167
232. Shepard, Claude 18-C-437
233. Shirley, Howard Jr. (Mildred) 16-C-1391
234. Shortridge, Larry (Martha) 18-C-52
235. Simons, Earnest 18-C-473
236. Simons, Travis 13-C-1441
237. Sisson, Frederick "Fritz" (Carmel) 17-C-89
238. Smith, Edward L. (Carrolyn) 15-C-1553
239. Kenneth Smith 21-C-627
240. Smith, Robert L. 13-C-2068
241. Smith, Samuel (Christina Henry) 18-C-409
242. Souchak, Ronald (Delores) 21-C-92
243. Spence, Rodney (Della Jean Kennedy) 22-C-754
244. Spencer, Earl (Donna Muller) 23-C-191
245. Spreaker, James (Shirley) 03-C-1601
246. Stamper, Carl Dean (Ada) 21-C-527
247. Stanley, Charles Wayne 14-C-105
248. Stanton, Martin 23-C-104
249. Starkey, Lawrence (Pamela Jackson) 24-C-94
250. Stewart, Michael 21-C-1085
251. Stone, Michael A. 24-C-1029

252. Summers, Robert E. 17-C-1125
253. Sypolt, Paul, II 24-C-483
254. Taylor, Danny E. 24-C-813
255. Taylor, John William 13-C-420
256. Taylor, Robert 19-C-1129
257. Tennant, Robert 03-C-279K
258. Tinsley, Roger 22-C-232
259. Thomas, Harold E. (Sherry) 17-C-1398
260. Thomas, Jack G. (Jack R.) 15-C-842
261. Thompson, Charles William (Anna - Executrix) 06-C-1122
262. Timko, James (Rose) 17-C-390
263. Venham, William (Teresa) 16-C-1802
264. Vicker, Leonard (Barbara) 16-C-1224
265. Dale Roger Wade 24-C-10
266. Wager, Edwin S. 22-C-702
267. Waldron, James Earl 08-C-1220
268. Wallace, Kenneth 17-C-333
269. Ward, Thomas 23-C-282
270. Warden, Bobbie E. (Kay) 15-c-558
271. Whited, Ricky 24-C-130
272. Whitt, John Wanyne Whitt, Sr. (Pamela Whitt - Executrix) 24-C-772
273. Williams, Frank d. 20-C-154
274. Wilson, David 22-C-120
275. Withrow, Roger (Fern) 24-C-280
276. Withrow, Ronald Eugene 11-C-504
277. Wolfe, Paul E. 15-C-765
278. Wolfe, Teddy (Alice) 20-C-254
279. Wolff, Michael L. 25-C-47
280. Womack, Robert C. 24-C-894
281. Workman, Charles (Jana Flynn) 23-C-99
282. Wright, Robert W. (Norma) 22-C-977
283. Young, Ralph 24-C-447
284. Zoellers, William (Margaret Sharrow) 18-C-1423
285. Mason, Chris v. CONSOL Pa. Coal Co., LLC - N.D. W.Va., 5:24-cv-148
286. Edge v. Roudpoint Mortg. Serv. Corp. - N.D. W.Va., 1:21-cv-122
287. International Painters and Allied Trades Indus. Pension Fund v. Watters Painting, Inc. - S.D.W.Va., 2:24-mc-2
288. In re Jaga, Inc. - Bankr. N.D. W.Va., 02-51295

289. EQT TGHL Exploration, LLC, as Successor in Interest to TH Exploration, LLC v. Robert L. Friedly, et al. - 17-C-169(H)
290. Heidelberg Materials US Cement, LLC v. Keystone Concrete LLC - Greenbrier County, CC-13-2024-C-61
291. Heidelberg Materials US Cement, LLC v. Keystone Concrete LLC - Greenbrier County, CC-13-2025-C-87
292. Touch of Color Flooring, Inc v. NB Mountain Valley Leaseco, LLC - Monongalia County, 22-C-40
293. Touch of Color Flooring, Inc v. Rick Martin - Hanock County, Mechanics Lien at No.202300004926
294. Touch of Color Flooring, Inc v. Book and Ladder, LLC - Monongalia County, 22-C-42
295. Touch of Color Flooring, Inc v. Book and Ladder, LLC - Monongalia County, 25-CC-33
296. Mercy Mountain v. Landover Energy, LLC et al. - S.D. W.Va., 2:23-cv-349
297. Miller v. Antero Res. Corp. - Tyler Co., 19-C-29 H
298. John E. Hutman Kanawha County - 25-C-548
299. Donna D. McConnell (Earl G. McConnell Kanawha County - 25-C-452
300. Gregory William McCullough (Kimberly K. McCullough) - Kanawha County 25- C-974
301. Carl T. Buck Kanawha County - 25-C-507
302. Randal Lee Kersey Marshall County 25-C-9
303. Ollie Watson, Jr. Kanawha County 25-C-532
304. Barbara Gardner (Marjorie A. King) Kanawha County 25-C-565
305. Don V. Kapp (Stephanie Kapp) Kanawha County 25-C-687
306. Neil E. Briley Kanawha County 25-C-877
307. Kenneth H. Cusick Kanawha County 25-C-877
308. Jerry K. Larch Kanawha County 25-C-922
309. Sharen M. Wamsley (Carl E. Wamsley) Kanawha County 25-C-946
310. Landon W. Keesee Kanawha CountyKAN 25-C-983
311. Richard Holland Kanawha County KAN 25-C-984
312. Douglas R. Bryant Kanawha County 25-C-1019
313. Russell E. Morris Kanawha County 25-C--1016
314. Frank C. Taylor Kanawha County 25-C-482
315. Jackie Eugene Lewis, Sr. Kanawha County 24-C-1377
316. Lannie M. Barnhouse (Ginger Ward) Kanawha County 25-C-566
317. Bruce W. Scritchfield Kanawha County 25-C-976
318. Naymond D. Cook (Darrell D. Cook) Kanawha County 25-C-949
319. Michael Gardill Charleston - Workers Comp. JCN2025001250
320. Lowe v. Toney; SDWV 2:22-cv-434

321. Rushton v. West Virginia Division of Corrections and Rehabilitation; Kan Co. No. 23-C-800
322. Justis v. Slider; Kanawha County Circuit Court No. 22-C-575
323. Wentz v. Jacobs; Kan Co. No. 23-C-910
324. Baisi v. Blevins (pro se); SDWV No. 3:24-cv-162
325. Moats v. Costello; NDWC No. 3:24-cv-130
326. Austin v. West Virginia Division of Corrections and Rehabilitation; SDWV No. 2:25-cv-702
327. Stutler v. West Virginia Division of Corrections and Rehabilitation (Tibbs) SDWV No. 2:25-cv-469
328. Michael v. Chapman; NDWV No. 5:24-cv-210
329. Stewart v. West Virginia Division of Corrections and Rehabilitation; SDWV No. 2:25-cv-457
330. Lee v. Justice; SDWV No. 2:23-cv-797
331. Gibson v. Tibbs; NDWV No. 5:25-cv-13
332. Rhodes v. West Virginia Division of Corrections and Rehabilitation; Kan Co. No. 24-C-537
333. Richards v. McComas; NDWV No. 3:25-cv-6
334. Foye v. Erwin; Cabell County Circuit Court No. 25-C-12
335. Hendricks v. King; SDWV No. 25-C-130
336. Piggott v. Tibbs; SDWV No. 2:25-cv-471
337. Martin v. Tibbs; SDWV No. 2:25-cv-473
338. Keiser v. Croghan; NDWV No. 5:25-cv-90
339. Thornton v. Nelson; Kanawha County Circuit Court No. 25-C-708
340. Marcum v. Daff; SDWV No. 2:24-cv-295
341. Marcum v. Dempsy; SDWV No. 2:24-cv-697
342. Hite v. Pointer; SDWV No. 2:25-cv-323
343. Marcum v. Wellman; SDWV No. 2:25-cv-343
344. Jenkins v. Tate; NDWV No. 5:25-cv-151
345. McCauiley v. Dempsey; SDWV No. 2:25-cv-517
346. Poindexter v. Coss; NDWV Np.3:25-cv-94
347. Smith, Tekola v. Keys; NDWV No. 3:25-cv-136
348. Baisi v. Erwin; SDWV No. 3:25-cv-541
349. Willis v. Hickman; Wood Co. No. 25-C-412
350. Clark v. West Virginia Division of Corrections and Rehabilitation; SDWV No. 2:25-cv-179
351. Reger v. Carter; NDWV No. 2:25-cv-458
352. Gibson v. Central Regional; Braxton Co. Magistrate Court No. 25-M04C-83

353. Marcum v. Sumpter; SDWV No. 2:25-cv-664
354. Turner v. Stringi; Kanawha Co. No. 24-C-124
355. Boyes v. West Virginia Division of Corrections and Rehabilitation; Kanawha Co. No. 22-c-1088
356. Carter, K v. West Virginia Division of Corrections and Rehabilitation; Kanawha Co. No. 24-C-1260
357. Cottrell v. Brill; NDWV No. 3:25-cv-100
358. Farley v. West Virginia Division of Corrections and Rehabilitation; Kanawha Co. 25-C-363
359. Ramsey v. West Virginia Division of Corrections and Rehabilitation; Kanawha Co. No.22-C-54
360. Romano v. Smith; Kanawha Co. No. 24-C-800
361. Tenney v. Dove; Kanawha County Circuit Court No. 25-C-128
362. Fleeson v. West Virginia Division of Corrections and Rehabilitation; NDWV No. 1:25-cv-38
363. Parker v. Keys; Kanawha County Circuit Court No. 25-C-707
364. Greene v. West Virginia Division of Corrections and Rehabilitation; Kanawha County Circuit Court No. 24-C-966
365. Valentine v. Asbury; Kanawha County Circuit Court No. 25-C-705
366. Smallwood v. Tibbs; NDWV No. 5:24-cv-70
367. McKelvey v. Coss; NDWV No. 5:25-cv-251
368. Williams v. Ramsey; SDWV No. 2:25-cv-723
369. Sanders v. Hudson; SDWV No. 5:25-cv-695
370. Smith, Teakola v. Keys (2); NDWV No. 1:25-cv-122
371. Toothman v. West Virginia Division of Corrections and Rehabilitation; Kanawha County Circuit Court No. 24-C-309
372. Adams v. Albright; SDWV No. 3:25-cv-00672
373. Alexander v. Wilson; SDWV No. 3:35-cv-000672
374. Boggs v. Lesher; SDWV No. 2:25-cv-00427
375. Marcum v. Casey; SDWV No. 2:25-cv-00681
376. Willis v. Hickman; Kanawha County Circuit Court No. 25-C-412
377. Steele v. Pack; SDWV No. 5:25-cv-00584
378. Wells v. West Virginia Division of Corrections and Rehabilitation; Kanawha Co. No. 24-C-355
379. Rosario v. Tibbs; NDWV No. 2:25-cv-00078
380. X.C. v. Marcum; SDWV No. 2:25-cv-00518
381. Likens v. Costello; NDWV No. 1:26-cv-00012
382. Marcum v. White; SDWV No. 2:25-cv-00731

383. Johnson v. Tibbs; SDWV No. 2:25-cv-223
384. Morton v. Bracken; NDWV No. 3:26-cv-30
385. Cottrill v. West Virginia Division of Corrections and Rehabilitation Kanawha Co. No. 26-c-516
386. Warren v. West Virginia Division of Corrections and Rehabilitation: NDWV No. 3:25-cv-180
387. Athens v. SCRJ; Kanawha Co. Mag. Court No. 26-M20C-1423
388. Singleton v. Costello NDWV No. 3:25-cv-137
389. Kidd v. Adkins; SDWV No. 2:26-cv-00339
390. Adams v. Brooke Co. Comm
391. Athens Building Comm. v. Mercer County Assessor's Office
392. Austin v. WVSP (AIG)
393. Barger v. Coffman/Gordon
394. Bays v. Vandevender (WVCRP)
395. Brianna's Café v. WVDOH
396. Brooks, Morgan v. Town of Alderson
397. Burgh v. Zerkle, et al.
398. Carder, Leigh v. WVDOT (AIG)
399. Carson v. Mason CC (WVCRP)
400. Casey v. Greenbrier CC
401. Chandrasekhar v. City of New Martinsville
402. Cline, et al. v. City of Bluefield
403. Coleman v. City of Dunbar (WVCRP)
404. Comer v. WVSP
405. Crites v. Hardy County Commission
406. Davis, Sharon v. Berkeley CC
407. DeHart v. Boggess 26-C-15
408. Dunfee v. Cabell Co. SD (WVCRP)
409. Durham, Haley v. Town of Rainelle
410. East v. Mercer County Comm
411. Efaw v. WVDOH
412. Ellsworth v. Baker (WVCRP)
413. Felice v. Jackson CC (WVCRP)
414. Ferrell v. Wetzel CC (WVCRP)
415. Flanagan v. WVBRIM
416. Flynn v. CCEMS (WVCRP)
417. Frazier Estate v. Nicholas CC
418. Frontier v. Gudenkauf

419. Funk v. Grant CC
420. Glover, Barry v. Town of Franklin
421. Gravely v. Hinchman (WVCRP)
422. Gray, Miranda v. Town of Alderson
423. Gray, Miranda v. Alderson VFD
424. Gray Local Media v. Wood Co. (WVCRP)
425. Hamilton v. Dreamland PooL
426. Harper Estate v. United Carrier
427. HUNTINGTON WATER QUALITY BOARD (WVCRP)
428. Jackson v. Martin (WVCRP) 25-C-23 and 25-C-24
429. Johnson v. Sheriff Zerkle as Administrator of the Estate of Charles Spurlock NDWV
430. Johnson, Richard v. Proctor
431. Justice v. Lincoln Co. PSD/Runyon
432. Kerns v. Mossor, et al.
433. Kimes v. Wirt CC & SD (WVCRP)
434. Lanier v. Nelson (WVCRP)
435. Lee, Brenda v. Cabell Co. Comm. (WVCRP)
436. Mason BOE v. Mason CC
437. Mazzella v. City of Dunbar (WVCRP)
438. McDowell County EDA v. McDowell CC
439. McMillan v. Doddridge Co. Comm. (WVCRP)
440. Mills v. Brooke Co. Comm
441. Moore v. Roger Evans
442. Nelson, Heidi v. City of Richwood
443. O'Brien v. Mayle (ND)
444. Ours, Glenn v. Grant County PSD
445. Owens v. Davis (Ritchie County)
446. Penn v. City of Chesapeake
447. Pensule v. Brayman
448. Pinkerman, Michael & Laura v. Cabell CC (WVCRP)
449. Pinkerman (Estate) v. Cabell Co. Comm. (WVCRP)
450. Poindexter, Eleanor v. DOH
451. Powers, Eric v. WVDOH
452. Pustovarh v. Summers Co. SD,/Farmer
453. Rice v. Mason CC (WVCRP)
454. Rockovich v. Town Center
455. Roush v. Bruce (WVCRP)
456. Sagady and Tazewell County EMS

457. Shanklin v. Daina Berry (AIG)
458. Shultz v. Carr
459. Slaughter v. Cabell CC
460. Smith, Elisha v. Matt Kirby
461. Smith v. Mineral CC/SD (WVCRP)
462. Spurlock, Alah v. Wayne CC 24-C-240 (WVCRP)
463. Spurlock, David v. Wayne CC 24-C-242 (WVCRP)
464. Spurlock, Jeremy v. Wayne CC 24-C-241 (WVCRP)
465. McCallister v. Wayne CC 24-C-243 (WVCRP)
466. Stevens v. Wayne CC
467. Stuart, Katrina v. WVDRS (AIG)
468. Terral (Hammond) v. Boone CC (WVCRP)
469. Trivett, Barbara v. Summers Co. Comm., et. al.
470. Van v. Cabell CC, et al
471. Walker, Danielle v. WVFL
472. Welcome, Corey v. Berkeley CC
473. Wetherholt v. Cabell CC, et al.
474. Wetherholt v. Cabell CC, et al.
475. Wilderness Land Holdings v. City of Hinton, et al.
476. Williamson v. Cabell CC
477. Williamson/Wright v. LPSD (WVCRP)
478. Wilkinson v. City of Dunbar, et al.
479. Wittkamper v. Jefferson Co. Sheriff (WVCRP)
480. Worley v. McDowell CC (WVCRP)
481. Young, Larry v. Lori Mills
482. S.R. v. WVSP (Rape)
483. S.B. v. WVSP (Rape) (23-C-407)
484. Z.V.P. v. Randolph Co. Comm., et al.