**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

IN RE:

| | | |
|---|---|---|
| Storj Labs Inc. | ) | |
| | ) | Case No. 5:26bk00512 |
| | ) | |
| Debtors. | ) | |
| | ) | Chapter 11 |

**<u>ORDER OF ADMISSION PRO HAC VICE</u>**

Upon consideration of the foregoing Application for Admission Pro Hac Vice of:

Judith K. Fitzgerald

It is **ORDERED** that the Application for Admission Pro Hac Vice be, and hereby is APPROVED.