**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

IN RE:
Storj Labs Inc. ) Case No. 5:26bk00512
)
)
Debtors. )
) Chapter 11

## APPLICATION FOR ADMISSION PRO HAC VICE

I certify that I have read LR Gen P 83.02 of the United States District Court for the Northern District of West Virginia and I will comply with its requirements; provided, however, that no fee for admission pro hac vice is payable to the Clerk of the Bankruptcy Court or Clerk of the District Court under LR Gen P 82.02(a)(2) when pro hac vice admission is sought in the Bankruptcy Court.

George A. R. Balchunas
Applicant's Name

Michael Ward and Robert Lamb in their capacities as Collateral Agents for certain entities with liens on shares of the Debtor
Representing (Party Name)

Tucker Arensberg, P. C.
Name of Applicant's Firm

One PPG Place
Suite 1500
Pittsburgh, PA 15222
Applicant's Office Address

412-566-1212
Applicant's Office Telephone Number

412-594-5619
Applicant's Office Fax Number

gbalchunas@tuckerlaw.com
Applicant's Email Address

Bar number where admitted, with name, address, and telephone of State Bars where admitted:
Pennsylvania Bar 338421
Pennsylvania Judicial Center, 601 Commonwealth Ave., Suite 5600, P.O. Box 62625, Harrisburg, PA 17106; phone: (717) 231-3380

List all matters before West Virginia tribunals or judicial bodies in which the applicant is or has been involved in the preceding twenty-four (24) months:

Johns v. Iqbal, no. 2:26ap2001 (U.S. Bankruptcy Court, S.D. W.V.)

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

All matters before West Virginia tribunals or judicial bodies in which any member of applicant's firm, partnership, or corporation is or has been involved in the preceding twenty-four (24) months:

George A. R. Balchunas respectfully requests temporary admission pro hac vice pursuant to Rule 8 of the Rules of Admission and sixty (60) days to complete this requirement. Tucker Arensberg recently expanded to Charleston, WV, and requires additional time to compile, review, and verify the extensive list of matters before West Virginia tribunals that must be disclosed under Rule 8. A preliminary list of matters (which includes all matters for which members of Tucker Arensberg have been admitted pro hac vice in the last 24 months) is attached hereto as Exhibit A.

I understand that the United States Bankruptcy Court for the Northern District of West Virginia has implemented mandatory electronic filing for all attorneys practicing before it. If I do not already have a CM/ECF log-in and password for the Bankruptcy Court's CM/ECF System, I will register for a log-in and password through the Bankruptcy Court's website: www.wvnb.uscourts.gov under the "Attorney's & E-Filers" tab. Among other things, such registration requires that I consent to notice and service by email in lieu of paper notice by first class mail pursuant to Fed. R. Bankr. P. 9036. I understand that unless specifically excused by the presiding bankruptcy judge, I must submit all case filings through local counsel.

I certify that I have paid to the West Virginia State Bar the West Virginia State Bar pro hac vice fee pursuant to Rule 8.0 of the Rules of Admission for the West Virginia State Bar.

I certify that the foregoing application is true and correct. I hereby represent that I am a member in good standing with the bar of every jurisdiction in which I am admitted and my privileges to practice law and my membership in any bar association have never been amended, modified, suspended, revoked or otherwise limited in any way in any court, district, state, commonwealth or other jurisdiction. I also certify that I have never been convicted of a felony. I agree to comply with all laws, rules, and regulations of the United States Courts where applicable.

If unable to make the above representation, please attach an explanation.

| | |
|---|---|
| Lauren Hutchins McCartney | /s/ George A.R. Balchunas |
| Name of Responsible Local Attorney | Signature of Applicant |
| 412-566-1212 | Tucker Arensberg, P.C. |
| Office Local Attorney Telephone Number | Name of Responsible Attorney's Firm |
| lmccartney@tuckerlaw.com | 500 Virginia Street East<br>Suite 1050<br>Charleston, WV 25301 |
| Responsible Attorney's Email Address | Responsible Attorney's Office Address |

Pursuant to Local Rule of General Practice and Procedure 83.02 for the District Court for the Northern District of West Virginia, I have read the foregoing application and, by my endorsement hereon, agree to be a responsible local attorney in the above-styled matter. I certify that I am an active member in good standing of the West Virginia Bar and that I maintain an

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

actual office in West Virginia from which I practice law on a daily basis. I hereby verify that the attorney moving for pro hac vice admission is a member of the bar or bars listed on page 1 of this application.

/s/ Lauren Hutchins McCartney

Signature of Responsible Local Attorney

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY