IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

In re:

STORJ LABS, INC., Case No. 5:26-bk-00512

Debtor. Chapter 11

**ORDER GRANTING MOTION OF ACTING UNITED STATES TRUSTEE TO APPEAR BY TELEPHONE**

This day the Court considered the motion of the Acting United States Trustee ("UST"), Matthew W. Cheney, by counsel, Shari Collias, for permission to appear by telephone at the September 3, 2026 hearings that are scheduled for 1:30 p.m. in Wheeling, WV to consider final approval of the debtor's motions to use cash collateral and for authorization to obtain DIP financing and the motion of Michael Ward and Robert Lamb to dismiss case, or in the alternative to change venue. It appearing good cause has been shown, it is accordingly

**ORDERED** the Motion is **GRANTED**. Counsel for the UST may participate in the September 3, 2026 hearing regarding the above noted matters by telephone by dialing in the Court's conference number, 1(646)828-7666 and entering the access code: 161 666 5385.

*/s/Shari L. Collias*
Shari L. Collias (WVSB #4997)
Trial Attorney
Office of United States Trustee
300 Virginia Street East, Rm 2025
Charleston, WV 25301
(304)347-3417
Shari.Collias@usdoj.gov