David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

IN RE:
Storj Labs Inc. ) Case No. 5:26bk00512
)
)
Debtors. )
) Chapter 11

**ORDER OF ADMISSION PRO HAC VICE**

Upon consideration of the foregoing Application for Admission Pro Hac Vice of:

George A. R. Balchunas

It is **ORDERED** that the Application for Admission Pro Hac Vice be, and hereby is APPROVED.