**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

| | | |
|---|---|---|
| In Re: | Storj Labs Inc. Debtor | Case No.: 5:26−bk−00512 |
| | | Chapter: 11 |

**ORDER**

The above−styled bankruptcy case having been filed in this Court on July 26, 2026, and the debtor herein having filed an amended Schedule adding creditors or changing addresses of already listed creditors on August 25, 2026, it is accordingly

**ORDERED** that, to the extent the debtor has not already done so, the debtor shall, as applicable, serve upon each newly added creditor a copy of the:

1. Notice of Bankruptcy Case Filing and the Meeting of Creditors
2. The amendment;
3. The order granting discharge (if any);
4. Any other document affecting the rights of a newly added creditor; and
5. In Chapter 7 and Chapter 11 cases, notice of claim's bar date, if a claim's bar date has been entered in the case.

The copy of the Notice of Bankruptcy Case Filing and the Meeting of Creditors served on the affected creditor must contain all nine digits of the debtor's social security number or all digits of the corporate debtor's tax identification number. The debtor shall file a certificate of service with the Clerk evidencing service of the above documents.

It is
**FURTHER ORDERED** that in individual Chapter 7 cases where the amendment is made after the date first set for the meeting of creditors under 11 U.S.C. §341, but before the deadline to object to entry of discharge under Fed. R. Bankr. P. 4004(a), then the newly added creditor shall, at a minimum have thirty days from the date of service of the amended schedule to object to entry of the debtor's discharge.

Dated: August 25, 2026

*David L Bissett*

United States Bankruptcy Judge

United States Bankruptcy Court
Northern District of West Virginia

In re: Case No. 26-00512-dlb
Storj Labs Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0424-5 User: ad Page 1 of 2
Date Rcvd: Aug 25, 2026 Form ID: oamdsch Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Storj Labs Inc., 1202 W Peachtree St. NW Ste 2625, Atlanta, GA 30309-2955 |
| aty | + | George A. R. Balchunas, 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| | + | Nia Lee, 3751 Chesapeake Ave #323, Los Angeles, CA 90016-5750 |
| | + | Nikhil Jain, 3016 E. Colorado Blvd., #5216, Pasadena, CA 91107-3847 |
| 1733100 | + | Andi Steinke, 3063 Quartz Hill Rd, Redding, CA 96003-1115 |
| 1733101 | + | Ben Golub, 4165 Old Adobe Road, Palo Alto, CA 94306-3724 |
| 1733102 | + | Bryan Mangelson, 1133 N 1190 E, American Fork, UT 84003-3525 |
| 1733103 | + | Christopher Rocco, 610 N Wagner Rd, Ann Arbor, MI 48103-2143 |
| 1733104 | + | Colby Winegar, 788 Kamber Cv, Draper, UT 84020-7855 |
| 1733106 | + | DJ Shott, 2568 S Park St E 84106-1308 |
| 1733105 | + | David Colantuoni, 8 Starboard Drive, Buzzards Bay, MA 02532-3669 |
| 1733107 | + | Dominick Marino, 15941 E. Sunfllower Dr, Fountain Hills, AZ 85268-3637 |
| 1733108 | #+ | Emily Gay, 4528 Lashley Ct, Marietta, GA 30068-4231 |
| 1733109 | + | Ethan Adams, 926 Camargo Drive, Ballwin, MO 63011-1507 |
| 1733110 | + | Hubspot, 2 Canal Park, Cambridge, MA 02141-2232 |
| 1733111 | + | Jacob Willoughby, 352 E 1500 S, Kaysville, UT 84037-4055 |
| 1732365 | + | Jeremy Wharton, 2767 Woodspring Forest Drive, Kingwood, TX 77345-2561 |
| 1733113 | + | John Gleeson, 4520 Arborvitae Dr, Honor, MI 49640-9463 |
| 1733114 | + | John Olio, 9995 E. Bingham Rd, Traverse City, MI 49684-7606 |
| 1733115 | + | Jon Luetgers, 988 Parkview Lane, Victoria, MN 55386-3708 |
| 1733116 | | Kimberly Pashel, 76 Hillmont Ave, Decatur, GA 30030 |
| 1733117 | + | Mark Harvilla, 142 S El Molino Ave, Apt 2, Pasadena, CA 91101-2546 |
| 1733118 | + | Paul Cannon, 2016 Colina Cv, Cedar Park, TX 78613-7867 |
| 1733119 | + | Paul Willoughby, 1343 W 2175 S, Syracuse, UT 84075-8591 |
| 1733120 | + | Thomas Delaney, 1928 Willeo Creek Pt, Marietta, GA 30068-1551 |
| 1732707 | + | Trisha Winter, 35915 Fredericksburg Rd, Farmington Hills, MI 48331-2574 |
| 1731147 | + | Up and Running Software, Inc., 535 Mission Street, 14th Floor, San Francisco, CA 94105-3253 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | on behalf of Interested Party Robert Lamb BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com rmoss@spilmanlaw.com;dweyels@spilmanlaw.com;dambrose@spilmanlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Robert Lamb jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Michael Ward lmccartney@tuckerlaw.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Robert Lamb lmccartney@tuckerlaw.com |
| Maribeth Thomas | on behalf of Interested Party Robert Lamb mthomas@tuckerlaw.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| Spencer D. Elliott | on behalf of Creditor Inveniam Capital Partners Inc. selliott@lewisgianola.com |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 9