Fill in this information to identify the case:

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) 5:26-bk-00512

☒ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
66Degrees LLC
425 W Randolph St, Suite 300
Chicago, IL 60606

**As of the petition filing date, the claim is:** *Check all that apply.* **$551,144.59**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Aleksei Aleksandrovich Leonov
144/121 Chom Thian 2 Alley Jomtien Beach
(S?tnos Guesthouse), Pattaya, Chon Buri,
20150, THA

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,677.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Andi Steinke
3063 Quartz Hill Rd
Redding, CA 96003

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,758.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Andrii Kotko
14 Budivel'nykiv street Apt. 79, Ukrainka,
Kyivs'ka, 08720, UKR

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,464.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.5** **Nonpriority creditor's name and mailing address**
Artur Wolff
Walerego Wr?blewskiego 21P/99, L?dz, L?dz
Voivodeship, 93-578, POL
Sunnyvale, CA
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,916.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Avalara
255 S King St, Suite 1800, Seattle, WA 98104,
USA
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $27,780.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
Axiom Global Inc
1 World Trade Center, Suite 8500
New York, NY 10007
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,389.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
Ben Golub
4165 Old Adobe Road
Palo Alto, CA 94306
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,230.77
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
Bryan Mangelson
1133 N 1190 E
American Fork, UT 84003
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $43,682.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
Cambridge Enterprise Ltd
Hauser Forum, 3 Charles Babbage Road,
Cambridge CB3 0GT, UK
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,340.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
Christopher Rocco
610 N Wagner Rd
Ann Arbor, MI 48103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $45,818.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
Colby Winegar
788 Kamber Cv
Draper, UT 84020
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $71,355.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.13 **Nonpriority creditor's name and mailing address**
Damein Morgan
2896 E. Christopher Dr.
Fresno, CA 93720
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $43,417.41
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
David Colantuoni
8 Starboard Drive
Buzzards Bay, MA 02532
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $28,621.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
Deel
425 Market Street, Suite 600
San Francisco, CA 94105
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $60,932.20
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
DigitalOcean LLC
101 Avenue of the Americas, 10th Floor
New York, NY 10013
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $91,950.56
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
DJ Shott
2568 S Park St E
84106
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $33,929.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
Dominick Marino
15941 E. Sunfllower Dr
Fountain Hills, AZ 85268
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $48,393.31
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
Emily Gay
4528 Lashley Ct
Marietta, GA 30068
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $11,083.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
Ethan Adams
926 Camargo Drive
Ballwin, MO 63011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $51,181.22
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Gardner Law PLLC<br>221 Main St N, Suite 300<br>Stillwater, MN 55082<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* $1,500.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Helene Unland<br>5052 N Sanders Rd<br>Tucson, AZ 85743<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* $27,383.59<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Hubspot<br>2 Canal Park<br>Cambridge, MA 02141<br>**Date(s) debt was incurred** 1/31/2026<br>**Last 4 digits of account number** 4647 | **As of the petition filing date, the claim is:** *Check all that apply.* $5,997.54<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Hydra Host Inc.<br>350 S Miami Ave, Ste-A<br>Miami, FL 33130<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* $74,635.20<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>IBC<br>The Brew Eagle House, 163 City Road, London<br>EC1V 1NR, UK<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* $12,731.06<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Idealab<br>130 W Union Street<br>Pasadena, CA 91103<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* $4,777.68<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Inovo Studios Llc<br>35 S Peachtree St,<br>Norcross, GA 30071<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* $3,703.86<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Integrated Digital Solutions Inc.<br>647 Wilton Grove Rd, London, ON N6N 1N7,<br>Canada<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* $40,500.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Inveniam Capital Partners, Inc.<br>39500 High Pointe Boulevard, Suite 220<br>Novi, MI 48375<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $4,037,963.40 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>iXsystems<br>2490 Kruse Dr, San Jose, CA 95131, USA<br>95131<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $7,833.16 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Jacob Willoughby<br>352 E 1500 S<br>Kaysville, UT 84037<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $40,727.62 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Jenna Pangborn<br>C/O Storj Labs Inc., Heather Trowbridge,<br>Finance Department, 3423 Piedmont Rd NE<br>Atlanta, GA 30305<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $4,780.33 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Jennifer Johnson<br>146 Osner Dr<br>Atlanta, GA 30342<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $22,988.64 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Jeremy Wharton<br>2767 Woodspring Forest Drive<br>Kingwood, TX 77345<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $39,395.93 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>John Gleeson<br>4520 Arborvitae Dr<br>Honor, MI 49640<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $81,314.82 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>John Olio<br>9995 E. Bingham Rd<br>Traverse City, MI 49684<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $16,098.71 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,181.82 |
|---|---|---|---|
| | Jon Luetgers<br>988 Parkview Lane<br>Victoria, MN 55386 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $296,316.79 |
|---|---|---|---|
| | July Node<br>C/O Storj Labs Inc., Heather Trowbridge<br>Finance Department, 3423 Piedmont Rd NE<br>Atlanta, GA 30305 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,891.62 |
|---|---|---|---|
| | Kimberly Pashel<br>76 Hillmont Ave<br>Decatur, GA 30030 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,755.50 |
|---|---|---|---|
| | Linkedin Corporation<br>1000 W Maude Ave, Sunnyvale, CA 94085, USA<br>Sunnyvale, CA 94085 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|
| | Literate Computing, LLC<br>1819 Capers Ave,<br>Nashville, TN 37212 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,200.00 |
|---|---|---|---|
| | Magickly LLP<br>61 Bridge Street, Kington, Herefordshire, HR5 3DJ<br>HR5 3DJ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,921.00 |
|---|---|---|---|
| | Mark Harvilla<br>142 S El Molino Ave, Apt 2<br>Pasadena, CA 91101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,234.60 |
|---|---|---|---|
| | Mauve Corporate Systems Singapore Ltd<br>10 Anson Road, #33-03 International Plaza,<br>Singapore 079903 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,622.29 |
|---|---|---|---|
| | Mauve Malta Ltd.<br>Office 7, 2nd Floor, Airways House, High Street,<br>Sliema SLM 1549, Malta<br>SLM 1549 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270,121.21 |
|---|---|---|---|
| | Mauve UK Ltd<br>1 Royal Exchange Avenue, London EC3V 3LT,<br>United Kingdom<br>EC3V 3LT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875.00 |
|---|---|---|---|
| | Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,328.73 |
|---|---|---|---|
| | Nia Lee<br>3751 Chesapeake Ave #323<br>Los Angeles, CA 90016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,454.81 |
|---|---|---|---|
| | Nikhil Jain<br>3016 E Colorado Blvd, #5216<br>Pasadena, CA 91107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,431.68 |
|---|---|---|---|
| | NPE Ihnatiuk Viktor Vladimirovich<br>Kaunasska 12/1, Kyiv, Kyiv, 2160, UKR | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | Oktay Technology LLC<br>350 Main St, Suite 9, Bedminster<br>Bedminster, NJ 07921 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,919.83 |
|---|---|---|---|
| | Paul Cannon<br>2016 Colina Cv<br>Cedar Park, TX 78613 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>Paul Willoughby<br>1343 W 2175 S<br>Syracuse, UT 84075<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $42,051.74 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>Perkins Coie<br>1201 Third Avenue, Suite 4900, Seattle, WA 98101, USA<br>98101<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $20,876.50 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>Rafael Antonio Ribeiro Gomes<br>Rua Monte Alegre 90, Uberaba, Minas Gerais, 38020380, BRA<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $11,651.33 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>Ramp Business Corporation<br>28 West 23rd Street, Floor 2<br>New York, NY 10010<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $94,500.00 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>Schwell Wimpfheimer & Associates LLP<br>551 Fifth Avenue, Suite 1600<br>New York, NY 10176<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $7,630.00 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>Segment.io, Inc.<br>100 California St<br>San Francisco, CA 94111<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,100.00 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>Sellnet LLC<br>30 N Gould St, Suite R, Sheridan, WY 82801, USA<br>Sheridan, WY 82801<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,659.40 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>Shadow Magic Studios<br>5 South Charlotte Street, Edinburgh EH2 4AN, United Kingdom<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,000.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address**<br>SNO liability<br>C/O Storj Labs Inc., Heather Trowbridge, Finance Department, 3423 Piedmont Rd NE<br>Atlanta, GA 30305<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $296,316.79 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>Steven Haupt<br>7127 Warner Rd<br>Saline, MI 48176<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $35,848.50 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>Tada Technologies<br>4700 Millenia Blvd, Suite 500<br>Orlando, FL 32839<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $20,748.00 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>Thomas Delaney<br>1928 Willeo Creek Pt<br>Marietta, GA 30068<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $23,532.69 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>TIMETOEXIT LIMITED<br>71?75 Shelton Street, Covent Garden, London<br>WC2H 9JQ, United Kingdom<br>WC2H 9JQ<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $70,875.00 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>Trisha Winter<br>35915 Fredericksburg Rd<br>Farmington, MI 48331<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $58,333.32 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>Up and Running Software, Inc.<br>535 Mission Street, 14th Floor, San Francisco, CA 94105, USA<br>San Francisco, CA 94105<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $25,210.00 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>Up and Running Software, Inc.<br>535 Mission Street, 14th Floor<br>San Francisco, CA 94105<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $25,210.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address**<br>Utropicmedia, LLC<br>8 The Green, Suite B<br>Dover, DE 19901<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* $36,000.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>Verady, Inc.<br>3423 Piedmont Road NE, Suite 320<br>Atlanta, GA 30305<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* $1,499.97<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>White Coral Consulting DMCC<br>DMCC Free Zone, Jumeirah Lakes Towers,<br>Dubai, UAE<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* $41,071.65<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>Workman Nydegger<br>60 E South Temple, Suite 1000<br>Salt Lake City, UT 84111<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* $55,323.08<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>WorkRamp, Inc.<br>548 Market Street, PMB 57274<br>San Francisco, CA 94104-5401<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* $19,680.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>WywCorp - Michal Niewrzal<br>Os Slaskie 23B/2, Zielona G?ra, lubuskie,<br>65-547, POL<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* $12,916.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 7,593,188.19 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c. $ 7,593,188.19


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) 5:26-bk-00512

☒ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | 66Degrees LLC<br>425 W Randolph St, Suite 300<br>Chicago, IL 60606<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $551,144.59 |
| 3.2 | Aleksei Aleksandrovich Leonov<br>144/121 Chom Thian 2 Alley Jomtien Beach (S?tnos Guesthouse), Pattaya, Chon Buri, 20150, THA<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $7,677.93 |
| 3.3 | Andi Steinke<br>3063 Quartz Hill Rd<br>Redding, CA 96003<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $28,758.31 |
| 3.4 | Andril Kotko<br>14 Budivel'nykiv street Apt. 79, Ukrainka, Kyivs'ka, 08720, UKR<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $10,464.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.5** **Nonpriority creditor's name and mailing address**
Artur Wolff
Walerego Wr?blewskiego 21P/99, L?dz, L?dz
Voivodeship, 93-578, POL
Sunnyvale, CA
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,916.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Avalara
255 S King St, Suite 1800, Seattle, WA 98104,
USA
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $27,780.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
Axiom Global Inc
1 World Trade Center, Suite 8500
New York, NY 10007
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,389.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
Ben Golub
4165 Old Adobe Road
Palo Alto, CA 94306
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,230.77
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
Bryan Mangelson
1133 N 1190 E
American Fork, UT 84003
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $43,682.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
Cambridge Enterprise Ltd
Hauser Forum, 3 Charles Babbage Road,
Cambridge CB3 0GT, UK
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,340.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
Christopher Rocco
610 N Wagner Rd
Ann Arbor, MI 48103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $45,818.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Colby Winegar<br>788 Kamber Cv<br>Draper, UT 84020<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $71,355.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Damein Morgan<br>2896 E. Christopher Dr.<br>Fresno, CA 93720<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $43,417.41 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>David Colantuoni<br>8 Starboard Drive<br>Buzzards Bay, MA 02532<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $28,621.80 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Deel<br>425 Market Street, Suite 600<br>San Francisco, CA 94105<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $60,932.20 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>DJ Shott<br>2568 S Park St E<br>84106<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $33,929.75 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Dominick Marino<br>15941 E. Sunfllower Dr<br>Fountain Hills, AZ 85268<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $48,393.31 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Emily Gay<br>4528 Lashley Ct<br>Marietta, GA 30068<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $11,083.33 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Ethan Adams<br>926 Camargo Drive<br>Ballwin, MO 63011<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $51,181.22 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Gardner Law PLLC<br>221 Main St N, Suite 300<br>Stillwater, MN 55082<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,500.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Helene Unland<br>5052 N Sanders Rd<br>Tucson, AZ 85743<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $27,383.59 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Hubspot<br>2 Canal Park<br>Cambridge, MA 02141<br>**Date(s) debt was incurred** 1/31/2026<br>**Last 4 digits of account number** 4647 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,997.54 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>IBC<br>The Brew Eagle House, 163 City Road, London<br>EC1V 1NR, UK<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,731.06 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Inovo Studios Llc<br>35 S Peachtree St,<br>Norcross, GA 30071<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $3,703.86 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Integrated Digital Solutions Inc.<br>647 Wilton Grove Rd, London, ON N6N 1N7,<br>Canada<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $40,500.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Inveniam Capital Partners, Inc.<br>39500 High Pointe Boulevard, Suite 220<br>Novi, MI 48375<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $4,037,963.40 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>iXsystems<br>2490 Kruse Dr, San Jose, CA 95131, USA<br>95131<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $7,833.16 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Jacob Willoughby<br>352 E 1500 S<br>Kaysville, UT 84037<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $40,727.62 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Jenna Pangborn<br>C/O Storj Labs Inc., Heather Trowbridge,<br>Finance Department, 3423 Piedmont Rd NE<br>Atlanta, GA 30305<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $4,780.33 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Jennifer Johnson<br>146 Osner Dr<br>Atlanta, GA 30342<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $22,988.64 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Jeremy Wharton<br>2767 Woodspring Forest Drive<br>Kingwood, TX 77345<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $39,395.93 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>John Gleeson<br>4520 Arborvitae Dr<br>Honor, MI 49640<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $81,314.82 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.33 **Nonpriority creditor's name and mailing address**
John Olio
9995 E. Bingham Rd
Traverse City, MI 49684
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $16,098.71
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
Jon Luetgers
988 Parkview Lane
Victoria, MN 55386
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $38,181.82
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
Kimberly Pashel
76 Hillmont Ave
Decatur, GA 30030
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,891.62
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
Linkedin Corporation
1000 W Maude Ave, Sunnyvale, CA 94085, USA
Sunnyvale, CA 94085
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $17,755.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
Literate Computing, LLC
1819 Capers Ave,
Nashville, TN 37212
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
Magickly LLP
61 Bridge Street, Kington, Herefordshire, HR5 3DJ
HR5 3DJ
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $52,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
Mark Harvilla
142 S El Molino Ave, Apt 2
Pasadena, CA 91101
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $78,921.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Mauve Corporate Systems Singapore Ltd<br>10 Anson Road, #33-03 International Plaza,<br>Singapore 079903<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $49,234.60 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>Mauve Malta Ltd.<br>Office 7, 2nd Floor, Airways House, High Street,<br>Sliema SLM 1549, Malta<br>SLM 1549<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $66,622.29 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Mauve UK Ltd<br>1 Royal Exchange Avenue, London EC3V 3LT,<br>United Kingdom<br>EC3V 3LT<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $270,121.21 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $875.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Nia Lee<br>3751 Chesapeake Ave #323<br>Los Angeles, CA 90016<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $30,328.73 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>Nikhil Jain<br>3016 E Colorado Blvd, #5216<br>Pasadena, CA 91107<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $72,454.81 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>NPE Ihnatiuk Viktor Vladimirovich<br>Kaunasska 12/1, Kyiv, Kyiv, 2160, UKR<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $56,431.68 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.47** **Nonpriority creditor's name and mailing address**
Oktay Technology LLC
350 Main St, Suite 9, Bedminster
Bedminster, NJ 07921
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $10,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**
Paul Cannon
2016 Colina Cv
Cedar Park, TX 78613
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $14,919.83
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**
Paul Willoughby
1343 W 2175 S
Syracuse, UT 84075
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $42,051.74
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**
Perkins Coie
1201 Third Avenue, Suite 4900, Seattle, WA
98101, USA
98101
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $20,876.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**
Rafael Antonio Ribeiro Gomes
Rua Monte Alegre 90, Uberaba, Minas Gerais,
38020380, BRA
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $11,651.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**
Ramp Business Corporation
28 West 23rd Street, Floor 2
New York, NY 10010
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $94,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**
Schwell Wimpfheimer & Associates LLP
551 Fifth Avenue, Suite 1600
New York, NY 10176
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,630.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.54 **Nonpriority creditor's name and mailing address**
Segment.io, Inc.
100 California St
San Francisco, CA 94111
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,100.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.55 **Nonpriority creditor's name and mailing address**
Sellnet LLC
30 N Gould St, Suite R, Sheridan, WY 82801, USA
Sheridan, WY 82801
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,659.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.56 **Nonpriority creditor's name and mailing address**
Shadow Magic Studios
5 South Charlotte Street, Edinburgh EH2 4AN, United Kingdom
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.57 **Nonpriority creditor's name and mailing address**
SNO liability
C/O Storj Labs Inc., Heather Trowbridge, Finance Department, 3423 Piedmont Rd NE
Atlanta, GA 30305
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $296,316.79
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.58 **Nonpriority creditor's name and mailing address**
Steven Haupt
7127 Warner Rd
Saline, MI 48176
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $35,848.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.59 **Nonpriority creditor's name and mailing address**
Tada Technologies
4700 Millenia Blvd, Suite 500
Orlando, FL 32839
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $20,748.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.60 **Nonpriority creditor's name and mailing address**
Thomas Delaney
1928 Willeo Creek Pt
Marietta, GA 30068
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $23,532.69
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address**<br>TIMETOEXIT LIMITED<br>71?75 Shelton Street, Covent Garden, London WC2H 9JQ, United Kingdom<br>WC2H 9JQ<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $70,875.00 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>Trisha Winter<br>35915 Fredericksburg Rd<br>Farmington, MI 48331<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $58,333.32 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>Up and Running Software, Inc.<br>535 Mission Street, 14th Floor, San Francisco, CA 94105, USA<br>San Francisco, CA 94105<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $25,210.00 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>Utropicmedia, LLC<br>8 The Green, Suite B<br>Dover, DE 19901<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $36,000.00 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>Verady, Inc.<br>3423 Piedmont Road NE, Suite 320<br>Atlanta, GA 30305<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,499.97 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>White Coral Consulting DMCC<br>DMCC Free Zone, Jumeirah Lakes Towers, Dubai, UAE<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $41,071.65 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>Workman Nydegger<br>60 E South Temple, Suite 1000<br>Salt Lake City, UT 84111<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $55,323.08 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address**<br>WorkRamp, Inc.<br>548 Market Street, PMB 57274<br>San Francisco, CA 94104-5401<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $19,680.00 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>WywCorp - Michal Niewrzal<br>Os Slaskie 23B/2, Zielona G?ra, lubuskie,<br>65-547, POL<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,916.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 7,100,297.96 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 7,100,297.96 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy