**Fill in this information to identify the case:**

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) 5:26-bk-00512

☒ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Google Cloud | 66degrees Holdings, LLC<br>550 W. Adams, Suite 910<br>Chicago, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Workspaces for UK Employees | Cambridge Enterprise Idea Space<br>University of Cambridge<br>Hauser Forum<br>3 Charles Babbage Rd, Cambridge CB3 0GT UK |
| | State the term remaining | Monthly | |
| | List the contract number of any government contract | STORJ LA | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | GPU hardware rental to Valdi customers | DigitalOcean LLC<br>101 Avenue of the Americas, 10th Floor<br>New York, NY 10013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Marketing Enterprise | Hubspot<br>2 Canal Park<br>Cambridge, MA 02141 |
| | State the term remaining | 1/30/2029 | |
| | List the contract number of any government contract | 2134647 | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | GPU hardware rental to Valdi customers | Hydra Host Inc.<br>350 S Miami Ave, Ste-A<br>Miami, FL 33130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Media, Marketing | IBC<br>The Brew Eagle House<br>163 City Road<br>London, EC1V 1NR |
| | State the term remaining | 9/14/2026 | |
| | List the contract number of any government contract | 10790 | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | GPU hardware rental to Valdi customers | Idealab<br>130 W Union Street<br>Pasadena, CA 91103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | GPU hardware rental to Valdi customers | July Node<br>C/O Storj Labs Inc., Heather Trowbridge<br>Finance Department<br>3423 Piedmont Rd NE<br>Atlanta, GA 30305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Sales Tool | LinkedIn Corporation<br>1000 W. Maude Ave<br>Sunnyvale, CA 94085 |
| | State the term remaining | 03/01/2027 | |
| | List the contract number of any government contract | FLD11447033744 | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Customer Data Platform | |
| | State the term remaining | 12/31/2026 | |
| | List the contract number of any government contract | Q-112389-3 | Segement.io<br>101 Spear St, 5th Fl<br>San Francisco, CA 94105 |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | GPU hardware rental to Valdi customers | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Up and Running Software, Inc.<br>535 Mission Street, 14th Floor<br>San Francisco, CA 94105 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | AI LMS Training Platform for employees | |
| | State the term remaining | 12/1/2026 | |
| | List the contract number of any government contract | 4165 | WorkRamp<br>440 N Barranca Ave, #3840<br>Covina, CA 91723 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy