David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |

**AMENDED ORDER GRANTING MOTION TO CONTINUE HEARING ON FINAL POST-PETITION FINANCING, USE OF CASH COLLATERAL, TO ENTER SECOND INTERIM ORDER AUTHORIZING POST-PETITION FINANCING, TO USE CASH COLLATERAL, AND TO CONTINUE FINAL HEARING AND OBJECTION THERETO**

Pursuant to sections 105, 361, 362, 363, 364, and 507 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 4001, 6004, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2002-1, 4001-2, and 9013-1 of the United States Bankruptcy Court for the Northern District of West Virginia Local Rules (the "Local Rules"), the Debtor Storj Labs, Inc., debtor-in-possession in the above-captioned case (the Debtor") filed "Motion to Continue Hearing on Final Post-Petition Financing, Use of Cash Collateral, to Enter Second Interim Order Authorizing Post-Petition Financing, to Use Cash Collateral, and to Continue Final Hearing and Second Interim Order Authorizing Post-Petition Financing, Use of Cash Collateral, and Schedule Final Hearing" (the "Motions"). See ECF No. 72.

Based on the pleadings and due and proper notice of the Motions having been given in accordance with Bankruptcy Rules 4001 and 9014; and it appearing that no other or further notice need be provided;

and no objections having been filed to the relief requested; and after due deliberation and consideration, and for good and sufficient cause appearing therefor:

**THE COURT HEREBY MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

In support of the Motions, the Debtor stated as follows:

1. On August 5, 2026, the Court entered "Interim Order Authorizing Post-Petition Financing, Use of Cash Collateral, and Scheduling Final Hearing" ("Interim Order"). See ECF No. 26.
2. The Interim Order set August 21, 2026 as the deadline for objections to be filed. *Id*.
3. On August 21, 2026, Michael Ward and Robert Lamb ("Objecting Party") filed "Objection and Reservation of Rights of Michael Ward and Robert Lamb to Debtor's Motion to Authorize Post-Petition Financing and Use of Cash Collateral" ("Objection"). ECF No. 58.
4. The Debtor asserted that it communicated to the Objecting Party that it has payroll scheduled to occur on August 27, 2026, and it currently lacks the cash resources to fund its payroll commitment. See ECF No. 72.
5. The Objecting Party agreed that it will not object to entry of a second interim financing order authorizing Inveniam as the DIP Lender to extend an additional One Hundred Sixty Thousand Dollars and No Cents ("$160,000) as long as that second interim order preserves the Objecting Party's rights to assert that it has a senior security interest in all right, title and interests of Inveniam and its subsidiaries in and to all equity interests in, and all assets of the Debtor, including any rights Inveniam has or may have under the DIP Credit Agreement, and/or 11 U.S.C. § 364. *Id*.

6. In exchange for the Objecting Party agreeing not to object to a second interim order, the Debtor agreed to move the Court to continue the hearing on the Final Hearing to a date after the August 31, 2026 meeting of creditors, including the Debtor further moving the Court to schedule the Objecting Party's Objection to be heard on the same date date as the Final Hearing. *Id*.

7. The Debtor further agreed that the second interim order must contain language preserving the Objecting Party's rights to assert that it has a senior security interest in all right, title and interests of Inveniam and its subsidiaries in and to all equity interests in, and all assets of the Debtor, including any rights Inveniam has or may have under the DIP Credit Agreement, and/or 11 U.S.C. § 364. *Id*.

Based on the representations made in the pleadings, including that the Objecting Party, United States Trustee, and the DIP Lender Inveniam do not object to the granting of the Motions, the Court **FINDS** approval of a second interim order authorizing post-petition financing in the amount of $160,000 from the DIP Credit Agreement and the Debtor's request for use of cash collateral on an interim basis is appropriate because

i. The debtor is unable to obtain unsecured credit under section 364(b), i.e., by allowing a lender only an administrative claim;

ii. The credit transaction is necessary to preserve the assets of the estate; and

iii. The terms of the transaction are fair, reasonable, and adequate, given the circumstances of the debtor-borrower and the proposed lender.

The Court further **FINDS** that the funds and liquidity to be provided by the DIP Credit Agreement is vital to enable Debtor to continue to operate during this Chapter 11 Case to allow Debtor to work towards a value-maximizing restructuring that is in the best interests of Debtor's

estate, its creditors, and other stakeholders. Failure to obtain the second interim post-petition financing in the amount of $160,000 from the DIP loan will cause Debtor to be unable to meet its post-petition operating expenses in the ordinary course of business, thereby leading to the likely wind-down of Debtor's business. Moreover, access to the DIP loan will afford Debtor's vendors and counterparties to executory contracts the necessary confidence to continue their ongoing relationships with Debtor and will be viewed favorably by Debtor's vendors and counterparties to executory contracts, thereby enhancing the prospect for a successful reorganization.

The Court also **FINDS** that the Debtor has satisfied the requirements of sections 363(c)(2) and 363(e) and should be authorized to use the Cash Collateral as defined in the Emergency Motion on an interim basis under the terms set forth the DIP Credit Agreement because the Debtor has an urgent need to use the Cash Collateral and  the proceeds of the DIP Credit Agreement, to honor obligations critical to its ongoing operations—including to pay employees, vendors, and counterparties to executory contracts—critical to Debtor's efforts to reorganize. Absent access to Cash Collateral, Debtor cannot continue to operate its businesses post petition, diminishing the value of Debtor's estate to the detriment of all stakeholders.

The Court also **FINDS** that the Objecting Party's agreement that it will not object to entry of a second interim financing order authorizing Inveniam as the DIP Lender to extend an additional One Hundred Sixty Thousand Dollars and No Cents ("$160,000) as long as that second interim order preserves the Objecting Party's rights to assert that it has a senior security interest in all right, title and interests of Inveniam and its subsidiaries in and to all equity interests in, and all assets of the Debtor, including any rights Inveniam has or may have under the DIP Credit Agreement, and/or 11 U.S.C. § 364 is reasonable and fair.

**NOW THEREFORE**, based upon the representations contained in the Motions, and good and sufficient cause appearing therefore, it is

**ORDERED** that Debtor's Motion to Continue Hearing on Final Post-Petition Financing, Use of Cash Collateral, to Enter Second Interim Order Authorizing Post-Petition Financing, to Use Cash Collateral, and to Continue Final Hearing and Objection Thereto is GRANTED; and

**ORDERED** that Final Hearing on the Emergency Motion for Authorization to Obtain DIP Financing and for use of Cash Collateral shall be held on **September 3, 2026 at 1:30 p.m**. in the L. Edward Friend, II Bankruptcy Courtroom, 1125 Chapline Street, Wheeling, West Virginia; and

**ORDRERED** that the Debtor shall file a written response to the *Motion of Collateral Agents to Dismiss Debtor's Chapter 11 Case Pursuant to 11 U.S.C. 1112(B)(1) or, in the Alternative, Change Venue* (Doc 69) on or before September 1, 2026; and

**ORDERED** that any party that expects to present evidence at the September 3rd hearing must file a list of witnesses and/or exhibits with the Court by September 1, 2026.

**ORDERED** that the Objecting Party's objection and any challenge to the Court's venue further shall be held at the same time as the final hearing on the emergency motion.

Prepared by:

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com

United States Bankruptcy Court
Northern District of West Virginia

In re: Case No. 26-00512-dlb
Storj Labs Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0424-5 User: ad 
Date Rcvd: Aug 26, 2026 Form ID: pdfdoc Total Noticed: 83

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Storj Labs Inc., 1202 W Peachtree St. NW Ste 2625, Atlanta, GA 30309-2955 |
| aty | + | George A. R. Balchunas, 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| cr | | VIVINT LLC, 1310 McKinney St., Houston, TX 77010 |
| 1731112 | + | 66Degrees LLC, 425 W Randolph St, Suite 300, Chicago, IL 60606-1530 |
| 1733100 | + | Andi Steinke, 3063 Quartz Hill Rd, Redding, CA 96003-1115 |
| 1731114 | | Andril Kotko, 14 Budivel'nykiv Street Apt. 79, UKRAINE |
| 1731115 | | Artur Wolff, Walerego Wrblewskiego 21P/99, Ldz, Ld, Sunnyvale, CA |
| 1731103 | | Atty General Of WV, BLDG 1 E-26 Ground Floor Main Unit, Capitol Building, Charleston WV 25301 |
| 1731117 | + | Axiom Global Inc, 1 World Trade Center, Suite 8500, New York, NY 10007-0089 |
| 1733101 | + | Ben Golub, 4165 Old Adobe Road, Palo Alto, CA 94306-3724 |
| 1733102 | + | Bryan Mangelson, 1133 N 1190 E, American Fork, UT 84003-3525 |
| 1733103 | + | Christopher Rocco, 610 N Wagner Rd, Ann Arbor, MI 48103-2143 |
| 1733104 | + | Colby Winegar, 788 Kamber Cv, Draper, UT 84020-7855 |
| 1733106 | + | DJ Shott, 2568 S Park St E 84106-1308 |
| 1732166 | + | Damein Morgan, 2896 E Christopher Dr, Fresno, CA 93720-4499 |
| 1733105 | + | David Colantuoni, 8 Starboard Drive, Buzzards Bay, MA 02532-3669 |
| 1731119 | + | Deel, 425 Market Street, Suite 600, San Francisco, CA 94105-5417 |
| 1733107 | + | Dominick Marino, 15941 E. Sunfllower Dr, Fountain Hills, AZ 85268-3637 |
| 1732384 | + | Donald H. Shott Jr., 2568 S Park St, Salt Lake City, UT 84106-1308 |
| 1733108 | #+ | Emily Gay, 4528 Lashley Ct, Marietta, GA 30068-4231 |
| 1733109 | + | Ethan Adams, 926 Camargo Drive, Ballwin, MO 63011-1507 |
| 1731120 | + | Gardner Law PLLC, 221 Main St N, Suite 300, Stillwater, MN 55082-6773 |
| 1732274 | + | Helene Emmi Karin Unland, 5052 N SANDERS RD, TUCSON, AZ 85743-9469 |
| 1733110 | + | Hubspot, 2 Canal Park, Cambridge, MA 02141-2232 |
| 1731122 | | IBC, The Brew Eagle House, 163 City Road, London, ON N6N 1N7, CANADA |
| 1731123 | | Inovo Studios Llc, 35 S Peachtree St, Norcross, GA 30071 |
| 1731124 | | Integrated Digital Solutions Inc., 647 Wilton Grove Rd, London, ON N6N 1N7, CANADA |
| 1731125 | + | Inveniam Capital Partners, Inc., 39500 High Pointe Boulevard, Suite 220, Novi, MI 48375-5530 |
| 1733111 | + | Jacob Willoughby, 352 E 1500 S, Kaysville, UT 84037-4055 |
| 1731127 | | Jenna Pangborn, C/O Storj Labs Inc., Heather Trowbridge, Atlanta, GA 30305 |
| 1732263 | + | Jennifer Johnson, 146 Osner Dr., Atlanta, GA 30342-2204 |
| 1732365 | + | Jeremy Wharton, 2767 Woodspring Forest Drive, Kingwood, TX 77345-2561 |
| 1733113 | + | John Gleeson, 4520 Arborvitae Dr, Honor, MI 49640-9463 |
| 1733114 | + | John Olio, 9995 E. Bingham Rd, Traverse City, MI 49684-7606 |
| 1733115 | + | Jon Luetgers, 988 Parkview Lane, Victoria, MN 55386-3708 |
| 1733146 | + | Kimberly McKay Pashel, 746 Hillmont Avenue, Decatur, GA 30030-3941 |
| 1733116 | | Kimberly Pashel, 76 Hillmont Ave, Decatur, GA 30030 |
| 1731129 | + | Literate Computing, LLC, 1819 Capers Ave, Nashville, TN 37212-3105 |
| 1731130 | | Magickly LLP, 61 Bridge Street, Kington, Herefordshire HR5 3DJ, ENGLAND |
| 1733117 | + | Mark Harvilla, 142 S El Molino Ave, Apt 2, Pasadena, CA 91101-2546 |
| 1731131 | | Mauve Corporate Systems, Singapore Ltd, 10 Anson Road, #33-03 International Plaza, Singapore 079903 SINGAPORE |

| | | |
|---|---|---|
| 1731131 | | Mauve Corporate Systems, Singapore Ltd, 10 Anson Road, #33-03 International Plaza, Singapore 079903 |
| 1731132 | | Mauve Malta Ltd., Office 7, 2nd Floor, Airways House, High Street, Malta SLM 1549 MALTA |
| 1731133 | | Mauve UK Ltd, 1 Royal Exchange Avenue, London EC3V 3LT, UNITED KINGDOM |
| 1731134 | + | Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022-4784 |
| 1731135 | | NPE Ihnatiuk, Viktor Vladimirovich, Kaunasska 12/1, Kyiv, Kyiv, 2160, UKRAINE |
| 1733123 | + | Nia Lee, 3751 Chesapeake Ave. #323, Los Angeles, CA 90016-5750 |
| 1733124 | + | Nikhil Jain, 3016 E. Colorado Blvd. #5216, Pasadena, CA 91107-3847 |
| 1731136 | + | Oktay Technology LLC, 350 Main St, Suite 9, Bedminster, NJ 07921-2689 |
| 1733118 | + | Paul Cannon, 2016 Colina Cv, Cedar Park, TX 78613-7867 |
| 1733119 | + | Paul Willoughby, 1343 W 2175 S, Syracuse, UT 84075-8591 |
| 1731137 | + | Perkins Cole, 1201 Third Avenue, Suite 4900, Seattle, WA 98101-3095 |
| 1731138 | | Rafael Antonio Ribeiro Gomes, Rua Monte Alegre 90, Uberaba, Minas Gera, BRAZIL |
| 1731144 | + | SNO Liability, c.o. Storj Labs Inc., Heather Trowbridge, Finance Dept, 3423 Piedmont Rd, NE, Atlanta, GA 30305-1751 |
| 1731140 | + | Schwell Wimpfheimer & Associates LLP, 551 Fifth Avenue, Suite 1600, New York, NY 10176-1603 |
| 1731106 | + | Secretary Of The Treasury, 15th St & Pennsylvania Avenue, Washington DC 20220-0001 |
| 1731141 | + | Segment.io, Inc., 100 California St, San Francisco, CA 94111-4505 |
| 1731142 | + | Sellnet LLC, 30 N Gould St, Suite R, Sheridan, WY 82801-6317 |
| 1731143 | | Shadow Magic Studios, 5 South Charlotte Street, Edinburgh EH2, SCOTLAND |
| 1732185 | + | Steven D Haupt, 7127 Warner Rd, Saline, MI 48176-9081 |
| 1731146 | | TIMETOEXIT LIMITED, 71-75 Shelton Street, Covent Garden, London WC2H 9JQ, UNITED KINGDOM |
| 1731145 | + | Tada Technologies, 4700 Millenia Blvd, Suite 500, Orlando, FL 32839-6019 |
| 1733120 | + | Thomas Delaney, 1928 Willeo Creek Pt, Marietta, GA 30068-1551 |
| 1732707 | + | Trisha Winter, 35915 Fredericksburg Rd, Farmington Hills, MI 48331-2574 |
| 1733121 | + | Trisha Winter, 35915 Fredericksburg Rd, Farmington, MI 48331-2574 |
| 1731147 | + | Up and Running Software, Inc., 535 Mission Street, 14th Floor, San Francisco, CA 94105-3253 |
| 1731150 | + | Utropicmedia, LLC, 8 The Green, Suite B, Dover, DE 19901-3618 |
| 1731151 | + | Verady, Inc., 3423 Piedmont Road NE, Suite 320, Atlanta, GA 30305-1751 |
| 1733127 | | Vivint LLC, 1310 McKinney St., Houston, Texas 77010 |
| 1731110 | | West Virginia Insurance Commission, Legal Division - Bankruptcy, Post Office Box 50540, Charleston WV 25305-0540 |
| 1731152 | | White Coral Consulting DMCC, DMCC Free Zone, Jumeirah Lakes Towers, Dubai, UAE |
| 1731154 | | WorkRamp, Inc., 548 Market Street, PMB 57274, San Francisco, CA 94104-5401 |
| 1731153 | + | Workman Nydegger, 60 E South Temple, Suite 1000, Salt Lake City, UT 84111-1011 |
| 1731155 | | WywCorp - Michal Niewrzal, Os Slaskie 23B/2, Zielona Gra, lubuskie, POLAND |

TOTAL: 74

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 1731116 | | Email/Text: legal@avalara.com | Aug 26 2026 19:09:00 | Avalara, 255 S King St, Suite 1800, Seattle, WA 98104 |
| 1731121 | | Email/Text: brnotices@dor.ga.gov | Aug 26 2026 19:09:00 | Georgia Department of Revenue, PO Box 740392, Atlanta, GA 30374-0392 |
| 1731104 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 26 2026 19:09:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 1731128 | | Email/Text: LCE_Mail@linkedin.com | Aug 26 2026 19:09:00 | Linkedin Corporation, 1000 W Maude Ave, Sunnyvale, CA 94085 |
| 1731139 | | Email/Text: bankruptcy@ramp.com | Aug 26 2026 19:09:00 | Ramp Business Corporation, 28 West 23rd Street, Floor 2, New York, NY 10010 |
| 1731105 | ^ | MEBN | Aug 26 2026 19:07:41 | Regional Bankruptcy Contact, U.S. Environmental Protection Agency, Region III, 1650 Arch Street (3RC00), Philadelphia PA 19103-2029 |
| 1731107 | + | Email/Text: ssa.bankruptcy@ssa.gov | Aug 26 2026 19:09:00 | Social Security Administration, 300 Spring Garden Street, Philadelphia PA 19123-2924 |
| 1731108 | ^ | MEBN | Aug 26 2026 19:07:42 | US Attorney, Northern District of WV, PO Box 591, Wheeling WV 26003-0011 |
| 1731109 | | Email/Text: TaxBankruptcy@wv.gov | Aug 26 2026 19:09:00 | WV Dept of Tax & Revenue, Bankruptcy Unit, Post Office Box 766, Charleston WV 25323-0766 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1731113 | | Aleksei Aleksandrovich Leonov, 144/121 Chom Thian, 2 Alley Jomtien Beach |
| 1731118 | | Cambridge Enterprise Ltd, Hauser Forum, 3 Charles Babbage Road, Ca |
| 1733112 | *+ | Jeremy Wharton, 2767 Woodspring Forest Drive, Kingwood, TX 77345-2561 |
| 1731135 | * | NPE Ihnatiuk, Viktor Vladimirovich, Kaunasska 12/1, Kyiv, Kyiv, 2160, UKRAINE |
| 1731149 | * | US Department of the Treasury, Internal Revenue Service, Ogden, UT 84201-0012 |
| 1731148 | * | US Department of the Treasury, Internal Revenue Service, Kansas City, MO 64999-0012 |
| 1733122 | *+ | Up and Running Software, Inc., 535 Mission Street, 14th Floor, San Francisco, CA 94105-3253 |
| 1731126 | ##+ | iXsystems, 2490 Kruse Dr, San Jose, CA 95131-1234 |

TOTAL: 2 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | on behalf of Interested Party Robert Lamb BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com rmoss@spilmanlaw.com;dweyels@spilmanlaw.com;dambrose@spilmanlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Robert Lamb jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Kevin P Allen | on behalf of Creditor VIVINT LLC kpallen@duanemorris.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Michael Ward lmccartney@tuckerlaw.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Robert Lamb lmccartney@tuckerlaw.com |
| Maribeth Thomas | on behalf of Interested Party Robert Lamb mthomas@tuckerlaw.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| Spencer D. Elliott | on behalf of Creditor Inveniam Capital Partners Inc. selliott@lewisgianola.com |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 10