David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| IN RE: | | |
| Storj Labs Inc. | ) | |
| | ) | Case No. 5:26bk00512 |
| | ) | |
| Debtors. | ) | |
| | ) | Chapter 11 |

**<u>ORDER OF ADMISSION PRO HAC VICE</u>**

Upon consideration of the foregoing Application for Admission Pro Hac Vice of:

Maribeth Thomas

It is **ORDERED** that the Application for Admission Pro Hac Vice be, and hereby is APPROVED.

United States Bankruptcy Court
Northern District of West Virginia

In re: Case No. 26-00512-dlb
Storj Labs Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0424-5 User: ad Page 1 of 2
Date Rcvd: Aug 27, 2026 Form ID: pdfdoc Total Noticed: 4

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | | Storj Labs Inc., 1202 W Peachtree St. NW Ste 2625, Atlanta, GA 30309-2955 |
| aty | + | George A. R. Balchunas, 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| aty | + | James H. Billingsley, Duane Morris LLP, 200 Crescent Court, Suite 900, Dallas, TX 75201-1514 |
| cr | | VIVINT LLC, 1310 McKinney St., Houston, TX 77010 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Beverly Weiss Manne | on behalf of Interested Party Robert Lamb BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com rmoss@spilmanlaw.com;dweyels@spilmanlaw.com;dambrose@spilmanlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Robert Lamb jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Kevin P Allen | on behalf of Creditor VIVINT LLC kpallen@duanemorris.com |

| | |
|---|---|
| Lauren Hutchins McCartney | on behalf of Interested Party Robert Lamb lmccartney@tuckerlaw.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Michael Ward lmccartney@tuckerlaw.com |
| Maribeth Thomas | on behalf of Interested Party Robert Lamb mthomas@tuckerlaw.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| Spencer D. Elliott | on behalf of Creditor Inveniam Capital Partners Inc. selliott@lewisgianola.com |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 10