**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-00512** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**MOTION TO CONTINUE SEPTEMBER 3, 2026 HEARINGS AND DEADLINES RELATED THERETO**

Storj Labs, Inc., debtor-in-possession in the above-captioned case (the Debtor"), by counsel, moves this Court to continue the hearings set for September 3, 2026, and related deadlines, to facilitate resolution of the issues and objections related thereto. In support of this Motion, the Debtor states as follows:

**JURISDICTION, VENUE, AND STATUTORY PREDICATES**

1. This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for relief are sections 105, 361, 362, 363, 364, and 507 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 4001, 6004, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2002-1, 4001-2, and 9013-1 of the United States Bankruptcy Court for the Northern District of West Virginia Local Rules (the "Local Rules").

**BACKGROUND**

3. Debtor initiated this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 26, 2026.

4. On August 2, 2026, Debtor filed its *Motion to Authorize Post-Petition Financing and Use of Cash Collateral, and Scheduling Final Hearing* (the "Financing Motion") [ECF No. 14].

5. On August 5, 2026, after an expedited hearing, the Court entered and order [ECF No. 26] approving the Financing Motion on an interim basis and setting a hearing on August 25, 2026, for approval on a final basis.

6. On August 21, 2026, Michael Ward and Robert Lamb, in their capacity as Collateral Agents for certain entities with liens on shares of the Debtor (the "Collateral Agents"), filed an *Objection and Reservation of Rights* [ECF No. 58] to the Financing Motion.

7. On August 24, 2026, the Collateral Agents filed a *Motion of Collateral Agents to Dismiss Debtor's Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)(1) or, in the Alternative, Change Venue* (the "Dismissal Motion", and together with the Financing Motion, the "Motions") [ECF No. 69].

8. On August 25, 2026, the Court entered an order [ECF No. 85] continuing the hearing on the Financing Motion to September 3, 2026.

9. On August 26, 2026, the Court entered an order [ECF No. 88] amending its August 25, 2026, order and (1) setting September 1, 2026, as the deadline to file responses to the Dismissal Motion and as the deadline to file witnesses and exhibit lists, (2) setting a September 3, 2026 hearing on the Dismissal Motion, and (3) setting September 1, 2026, as the deadline by which parties were to file witnesses and exhibits lists for the hearings on the Motions.

**RELIEF REQUESTED**

10. Counsel for the Debtor, the Collateral Agents, Inveniam Capital Partners, Inc. (the "DIP Lender"), and the United States Trustee (the "Trustee", and collectively with the Debtor, Collateral Agents, and DIP Lender, the "Parties") have engaged in extensive discussion to resolve the issues and objections related to the Motions. To facilitate further discussion and to preserve

resources, Debtor requests that the Court continue the hearing on the Motions to **September 16, 2026 at 1:30 p.m.** and extend the deadlines by which the Debtor must file a written response and by which parties must file their witnesses and exhibits lists to **September 8, 2026**.

**BASIS FOR RELIEF**

11. Section 105(a) of the Bankruptcy Code empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

12. Continuing the hearings on the Motions and related deadlines is necessary and appropriate under the circumstances. Debtor is optimistic that it will resolve the issues and objections raised by the Collateral Agents to allow Debtor to receive final financing approval that will allow Debtor to work towards confirmation of a plan of reorganization to the benefit of all parties in interest. The Parties require only a short extension of time to reach agreeable terms. Therefore, a short continuance would facilitate discussions among the Parties and preserve estate assets that would otherwise need be expended in response to the Dismissal Motion.

**WHEREFORE**, the Debtor respectfully requests that the Court enter the Proposed Order, attached hereto, (i) continuing the September 3, 2026 hearing to September 16, 2026 at 1:30 p.m.; (iii) etending the deadlines related to the Motions, and (iii) granting such other and further relief as the Court deems just and proper.

Respectfully Submitted

*<u>/s/ Christopher R. Arthur</u>*
Christopher R. Arthur (WVSB #9192)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com
***Counsel for Storj, Debtor-in possession***

Agreed to:

/s/ *Judith Fitzgerald*

Lauren Hutchins McCartney, Esquire
Judith K. Fitzgerald, Esquire.
Beverly Weiss Manne, Esquire
Maribeth Thomas, Esquire
George A. R. Balchunas, Esquire
1500 One PPG Place
Pittsburgh, PA 15222
Telephone: (412) 566-1212
lmccartney@tuckerlaw.com
jfitzgerald@tuckerlaw.com
bmanne@tuckerlaw.com
mthomas@tuckerlaw.com
gbalchunas@tuckerlaw.com
*Counsel for Collateral Agents*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-0012** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher R. Arthur, hereby certify that on August 31, 2026, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send notice to all parties participating in the same, including:

Shari Lynne Collias, Esquire
Trial Attorney, Office of the U.S. Trustee
United States Courthouse, Room 2025
300 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 347-3417
Facsimile: (304) 347-3402
shari.collias@usdoj.gov
*Counsel for U.S. Trustee*

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)