**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-00512** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**ORDER GRANTING MOTION TO CONTINUE SEPTEMBER 3, 2026 HEARINGS AND DEADLINES RELATED THERETO**

Upon the motion (the "Motion") of the debtor, Storj Labs, Inc. (the "Debtor") for entry of an order (this "Order") continuing or extending, as applicable, (i) the hearings set for Debtor's *Motion to Authorize Post-Petition Financing and Use of Cash Collateral, and Scheduling Final Hearing* (the "Financing Motion") [ECF No. 14] and the *Motion of Collateral Agents to Dismiss Debtor's Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)(1) or, in the Alternative, Change Venue* (the "Dismissal Motion", and together with the Financing Motion, the "Motions") [ECF No. 69] filed by Michael Ward and Robert Lamb, in their capacity as Collateral Agents for certain entities with liens on shares of the Debtor, and (ii) the related deadlines associated with the Motion, as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent

with Article III of the United States Constitution; and this Court having found that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Motion and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** to the extent set forth below.

2. The September 3, 2026, hearings on the Motions shall be continued to **September 16, 2026, at 1:30 p.m.**.

3. The deadline by which parties are to file witnesses and exhibit lists for the hearings on the Motions outlined in this Court's Order dated August 26, 2026, are extended to **September 8, 2026**.

4. The deadline by which the Debtor shall file a written response to the Dismissal Motion is extended to **September 8, 2026**.

5. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Prepared by:

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com
*Counsel for the Debtor*

Seen and Not Objected to:

/s/ Judith Fitzgerald
Lauren Hutchins McCartney, Esquire
Judith K. Fitzgerald, Esquire.
Beverly Weiss Manne, Esquire
Maribeth Thomas, Esquire
George A. R. Balchunas, Esquire
1500 One PPG Place
Pittsburgh, PA 15222
Telephone: (412) 566-1212
lmccartney@tuckerlaw.com
jfitzgerald@tuckerlaw.com
bmanne@tuckerlaw.com
mthomas@tuckerlaw.com
gbalchunas@tuckerlaw.com
*Counsel for Michael Ward and Robert Lamb,*
*in their capacity as Collateral Agents for certain*
*entities with liens on shares of the Debtor*