# Notice Recipients

District/Off: 0424−5 User: ad Date Created: 9/2/2026
Case: 5:26−bk−00512 Form ID: pdfdoc Total: 103

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| aty | Beverly Weiss Manne | BMANNE@TUCKERLAW.COM |
| aty | Christopher R. Arthur | carthur@spilmanlaw.com |
| aty | Judith K. Fitzgerald | jfitzgerald@tuckerlaw.com |
| aty | Kevin P Allen | kpallen@duanemorris.com |
| aty | Lauren Hutchins McCartney | lmccartney@tuckerlaw.com |
| aty | Maribeth Thomas | mthomas@tuckerlaw.com |
| aty | Shari Lynne Collias | shari.collias@usdoj.gov |
| aty | Spencer D. Elliott | selliott@lewisgianola.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Storj Labs Inc. 1870 The Exchange SE Ste 220 PMB 75268 Atlanta, GA 30339−2171 |
| cr | VIVINT LLC 1310 McKinney St. Houston, TX 77010 |
| aty | George A. R. Balchunas 1500 One PPG Place Pittsburgh, PA 15222 |
| aty | James H. Billingsley Duane Morris LLP 200 Crescent Court, Suite 900 Dallas, TX 75201 |
| 1731103 | Atty General Of WV BLDG 1 E−26 Ground Floor Main Unit Capitol Building Charleston WV 25301 |
| 1731104 | Internal Revenue Service Post Office Box 7346 Philadelphia PA 19101−7346 |
| 1731105 | Regional Bankruptcy Contact U.S. Environmental Protection Agency Region III 1650 Arch Street (3RC00) Philadelphia PA 19103 |
| 1731106 | Secretary Of The Treasury 15th St & Pennsylvania Avenue Washington DC 20220 |
| 1731107 | Social Security Administration 300 Spring Garden Street Philadelphia PA 19123 |
| 1731108 | US Attorney Northern District of WV PO Box 591 Wheeling WV 26003 |
| 1731109 | WV Dept of Tax & Revenue Bankruptcy Unit Post Office Box 766 Charleston WV 25323−0766 |
| 1731110 | West Virginia Insurance Commission Legal Division − Bankruptcy Post Office Box 50540 Charleston WV 25305−0540 |
| 1731112 | 66Degrees LLC 425 W Randolph St, Suite 300 Chicago, IL 60606 |
| 1731113 | Aleksei Aleksandrovich Leonov 144/121 Chom Thian 2 Alley Jomtien Beach |
| 1731115 | Artur Wolff Walerego Wrblewskiego 21P/99, Ldz, Ld Sunnyvale, CA |
| 1731118 | Cambridge Enterprise Ltd Hauser Forum 3 Charles Babbage Road Ca |
| 1731120 | Gardner Law PLLC 221 Main St N, Suite 300 Stillwater, MN 55082 |
| 1731123 | Inovo Studios Llc 35 S Peachtree St, Norcross, GA 30071 |
| 1731141 | Segment.io, Inc. 100 California St San Francisco, CA 94111 |
| 1731142 | Sellnet LLC 30 N Gould St, Suite R Sheridan, WY 82801 |
| 1731116 | Avalara 255 S King St, Suite 1800 Seattle, WA 98104 |
| 1731119 | Deel 425 Market Street Suite 600 San Francisco, CA 94105 |
| 1731121 | Georgia Department of Revenue PO Box 740392 Atlanta, GA 30374−0392 |
| 1731125 | Inveniam Capital Partners, Inc. 39500 High Pointe Boulevard Suite 220 Novi, MI 48375 |
| 1731144 | SNO Liability c.o. Storj Labs Inc. Heather Trowbridge, Finance Dept 3423 Piedmont Rd, NE Atlanta, GA 30305 |
| 1731147 | Up and Running Software, Inc. 535 Mission Street, 14th Floor San Francisco, CA 94105 |
| 1731148 | US Department of the Treasury Internal Revenue Service Kansas City, MO 64999−0012 |
| 1731149 | US Department of the Treasury Internal Revenue Service Ogden, UT 84201−0012 |
| 1731150 | Utropicmedia, LLC 8 The Green Suite B Dover, DE 19901 |
| 1731153 | Workman Nydegger 60 E South Temple Suite 1000 Salt Lake City, UT 84111 |
| 1731117 | Axiom Global Inc 1 World Trade Center Suite 8500 New York, NY 10007 |
| 1731126 | iXsystems 2490 Kruse Dr San Jose, CA 95131 |
| 1731127 | Jenna Pangborn C/O Storj Labs Inc. Heather Trowbridge Atlanta, GA 30305 |
| 1731128 | Linkedin Corporation 1000 W Maude Ave Sunnyvale, CA 94085 |
| 1731129 | Literate Computing, LLC 1819 Capers Ave Nashville, TN 37212 |
| 1731122 | IBC The Brew Eagle House 163 City Road London, ON N6N 1N7 CANADA |
| 1731114 | Andril Kotko 14 Budivel'nykiv Street Apt. 79 UKRAINE |
| 1731130 | Magickly LLP 61 Bridge Street Kington, Herefordshire HR5 3DJ ENGLAND |
| 1731124 | Integrated Digital Solutions Inc. 647 Wilton Grove Rd London, ON N6N 1N7 CANADA |
| 1731131 | Mauve Corporate Systems Singapore Ltd 10 Anson Road #33−03 International Plaza Singapore 079903 SINGAPORE |
| 1731131 | Mauve Corporate Systems Singapore Ltd 10 Anson Road #33−03 International Plaza Singapore 079903 |
| 1731132 | Mauve Malta Ltd. Office 7, 2nd Floor Airways House High Street Malta SLM 1549 MALTA |
| 1731133 | Mauve UK Ltd 1 Royal Exchange Avenue London EC3V 3LT UNITED KINGDOM |
| 1731134 | Morrison Cohen LLP 909 Third Avenue New York, NY 10022 |
| 1731135 | NPE Ihnatiuk Viktor Vladimirovich Kaunasska 12/1 Kyiv, Kyiv, 2160 UKRAINE |
| 1731138 | Rafael Antonio Ribeiro Gomes Rua Monte Alegre 90 Uberaba, Minas Gera BRAZIL |
| 1731135 | NPE Ihnatiuk Viktor Vladimirovich Kaunasska 12/1 Kyiv, Kyiv, 2160 UKRAINE |

1731136 Oktay Technology LLC 350 Main St, Suite 9 Bedminster, NJ 07921
1731143 Shadow Magic Studios 5 South Charlotte Street Edinburgh EH2 SCOTLAND
1731137 Perkins Cole 1201 Third Avenue Suite 4900 Seattle, WA 98101
1731139 Ramp Business Corporation 28 West 23rd Street Floor 2 New York, NY 10010
1731140 Schwell Wimpfheimer & Associates LLP 551 Fifth Avenue Suite 1600 New York, NY 10176
1731152 White Coral Consulting DMCC DMCC Free Zone Jumeirah Lakes Towers Dubai UAE
1731145 Tada Technologies 4700 Millenia Blvd Suite 500 Orlando, FL 32839
1731146 TIMETOEXIT LIMITED 71−75 Shelton Street Covent Garden London WC2H 9JQ UNITED KINGDOM
1731151 Verady, Inc. 3423 Piedmont Road NE Suite 320 Atlanta, GA 30305
1731154 WorkRamp, Inc. 548 Market Street PMB 57274 San Francisco, CA 94104−5401
1731155 WywCorp − Michal Niewrzal Os Slaskie 23B/2 Zielona Gra, lubuskie POLAND
1732166 Damein Morgan 2896 E Christopher Dr Fresno, CA 93720
1732185 Steven D Haupt 7127 Warner Rd Saline, MI 48176
1732263 Jennifer Johnson 146 Osner Dr. Atlanta, GA 30342
1732274 Helene Emmi Karin Unland 5052 N SANDERS RD TUCSON, AZ 85743
1732365 Jeremy Wharton 2767 Woodspring Forest Drive Kingwood, TX 77345
1732384 Donald H. Shott Jr. 2568 S Park St Salt Lake City, UT 84106
1732707 Trisha Winter 35915 Fredericksburg Rd Farmington Hills, MI 48331
1733100 Andi Steinke 3063 Quartz Hill Rd Redding, CA 96003
1733101 Ben Golub 4165 Old Adobe Road Palo Alto, CA 94306
1733102 Bryan Mangelson 1133 N 1190 E American Fork, UT 84003
1733103 Christopher Rocco 610 N Wagner Rd Ann Arbor, MI 48103
1733104 Colby Winegar 788 Kamber Cv Draper, UT 84020
1733105 David Colantuoni 8 Starboard Drive Buzzards Bay, MA 02532
1733106 DJ Shott 2568 S Park St E 84106
1733107 Dominick Marino 15941 E. Sunfllower Dr Fountain Hills, AZ 85268
1733108 Emily Gay 4528 Lashley Ct Marietta, GA 30068
1733109 Ethan Adams 926 Camargo Drive Ballwin, MO 63011
1733110 Hubspot 2 Canal Park Cambridge, MA 02141
1733111 Jacob Willoughby 352 E 1500 S Kaysville, UT 84037
1733112 Jeremy Wharton 2767 Woodspring Forest Drive Kingwood, TX 77345
1733113 John Gleeson 4520 Arborvitae Dr Honor, MI 49640
1733114 John Olio 9995 E. Bingham Rd Traverse City, MI 49684
1733115 Jon Luetgers 988 Parkview Lane Victoria, MN 55386
1733116 Kimberly Pashel 76 Hillmont Ave Decatur, GA 30030
1733117 Mark Harvilla 142 S El Molino Ave, Apt 2 Pasadena, CA 91101
1733118 Paul Cannon 2016 Colina Cv Cedar Park, TX 78613
1733119 Paul Willoughby 1343 W 2175 S Syracuse, UT 84075
1733120 Thomas Delaney 1928 Willeo Creek Pt Marietta, GA 30068
1733121 Trisha Winter 35915 Fredericksburg Rd Farmington, MI 48331
1733122 Up and Running Software, Inc. 535 Mission Street, 14th Floor San Francisco, CA 94105
1733123 Nia Lee 3751 Chesapeake Ave. #323 Los Angeles, CA 90016
1733124 Nikhil Jain 3016 E. Colorado Blvd. #5216 Pasadena, CA 91107
1733127 Vivint LLC 1310 McKinney St. Houston, Texas 77010
1733146 Kimberly McKay Pashel 746 Hillmont Avenue Decatur, GA 30030
1733347 Andrea Steinke 3063 Quartz Hill Rd Redding, CA 96003
1734000 Goran Mrkonjic Bukureska 14 11000 Beograd Serbia

TOTAL: 94