**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/27/26 | Edison, Sally E. | Telephone conference with C.Arthur re case status and strategy; review numerous emails re same. | 0.90 | 598.50 |
| 07/27/26 | Arthur, Christopher R. | Research and draft emergency motions to reject certain contracts that have monthly charge, including provision to withdraw monies every month. | 2.90 | 1,522.50 |
| 07/27/26 | Arthur, Christopher R. | Telephone call with trustee to go over chapter 11 start packet and to discuss issues that anticipate will require emergency action. | 0.40 | 210.00 |
| 07/27/26 | Arthur, Christopher R. | Detailed communication outlining items needed prior to creditor's meeting and detailing priorities that need addressed in next week. | 0.60 | 315.00 |
| 07/27/26 | Arthur, Christopher R. | Revise application to employ, cash management, and emergency motions to finalize for filing. | 0.60 | 315.00 |
| 07/27/26 | Arthur, Christopher R. | Telephone call to judge's deputy clerk to update regarding status of first day motions. | 0.10 | 52.50 |
| 07/27/26 | Schuler, Ronald W. | Post-petition case planning; calls with SEE. | 1.30 | 715.00 |
| 07/28/26 | Schuler, Ronald W. | Calls with internal bankruptcy team re: case administration; call with Shuja Ali and H. Trowbridge, re: financial questions; case administration matters. | 2.70 | 1,485.00 |
| 07/28/26 | Lovett, Timothy J. | Call with H. Trowbridge and lead counsel C. Arthur re: financial documents needed for first day pleadings. | 0.40 | 108.00 |
| 07/28/26 | Lovett, Timothy J. | Conferred with lead counsel C. Arthur re: documents and information needed for first day motions and preparation of Schedules. | 0.30 | 81.00 |
| 07/28/26 | Edison, Sally E. | Review and communications with Storj and STB teams re financials, RIF, application to engage counsel, first day motions. | 0.60 | 399.00 |
| 07/28/26 | Arthur, Christopher R. | Call with Dr. Ali to discuss options to obtain cash infusion through DIP financing or the sale of certain assets. | 1.20 | 630.00 |
| 07/28/26 | Arthur, Christopher R. | Call with Heather Trowbridge, accountant, to discuss priorities relating to chapter 11. | 0.80 | 420.00 |

No. 5:26-bk-00512 Doc 117-1 Filed 09/02/26 Entered 09/02/26 12:34:34 Page 2 of 4

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/28/26 | Arthur, Christopher R. | Call with Dr. Ali and Heather Trowbridge regarding preliminary matters prior to hearing with Court. | 0.50 | 262.50 |
| 07/28/26 | Arthur, Christopher R. | Research possible legal strategies to expedite potential sale of asset to assist with cash flow issues. | 0.80 | 420.00 |
| 07/28/26 | Arthur, Christopher R. | Telephone call with Sally Edison to discuss possible options to expedite sale of certain assets. | 0.40 | 210.00 |
| 07/29/26 | Arthur, Christopher R. | Outline potential emergency motions to sale certain assets and reject executory contracts. | 2.40 | 1,260.00 |
| 07/29/26 | Arthur, Christopher R. | Prepare letter notifying creditor that it violated the automatic stay. | 0.30 | 157.50 |
| 07/29/26 | Arthur, Christopher R. | Telephone call with accountant to respond to her questions relating to meeting with trustee. | 0.40 | 210.00 |
| 07/29/26 | Lovett, Timothy J. | Drafted Letter to Ramp Business re: notice of automatic stay and bankruptcy. | 0.90 | 243.00 |
| 07/29/26 | Edison, Sally E. | Telephone conference with C.Arthur re case developments and strategy; review emails regarding financials and assets sale and funding. | 1.90 | 1,263.50 |
| 07/29/26 | Arthur, Christopher R. | Telephone call with Shuja Ali to discuss possible avenues to generate cash for chapter 11 bankruptcy. | 0.90 | 472.50 |
| 07/30/26 | Lovett, Timothy J. | Call with Debtor's representative, potential asset purchaser, and lead counsel C. Arthur re: potential sale of estate assets. | 0.40 | 108.00 |
| 07/30/26 | Lovett, Timothy J. | Call with potential DIP financer and lead counsel C. Arthur re: DIP financing terms and potential agreement. | 0.40 | 108.00 |
| 07/30/26 | Lovett, Timothy J. | Drafted and sent Letter to creditor Deel, Inc. re: potential automatic stay violation and demand for return of funds. | 0.80 | 216.00 |
| 07/30/26 | Lovett, Timothy J. | Drafted Omnibus Motion to Reject Contracts. | 2.90 | 783.00 |
| 07/30/26 | Lovett, Timothy J. | Drafted and sent Letter to Ramp Business re: notice of automatic stay. | 0.60 | 162.00 |
| 07/30/26 | Arthur, Christopher R. | Prepare for call with Shuja Ali to discuss procedures to sell assets in bankruptcy. | 0.50 | 262.50 |
| 07/30/26 | Arthur, Christopher R. | Telephone call with Shuja Ali to discuss options to sell collateral and other outstanding issues to prepare for emergency motions. | 0.70 | 367.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/30/26 | Arthur, Christopher R. | Prepare for call with potential purchaser of certain assets. | 0.20 | 105.00 |
| 07/30/26 | Arthur, Christopher R. | Research DIP financing terms to incorporate into motion to approve DIP financing. | 1.50 | 787.50 |
| 07/30/26 | Arthur, Christopher R. | Call with Dr. Ali and employee of Starfish to discuss potential sale of Storj assets. | 0.50 | 262.50 |
| 07/31/26 | Arthur, Christopher R. | Draft DIP agreement between Storj and Invendiam. | 1.90 | 997.50 |
| 07/31/26 | Arthur, Christopher R. | Respond to string of e-mails from the accountant regarding priorities. | 0.30 | 157.50 |
| 07/31/26 | Arthur, Christopher R. | Analyze various questions from Shuja Ali to respond regarding process to file motion for emergency relief and DIP financing. | 0.80 | 420.00 |
| 07/31/26 | Jacobs, Bruce M. | Communications with Mr. Arthur and client regarding provisions of the proposed DIP financing and necessity of needing the terms of the DIP financing and the budget broken down to include within the motion. | 0.20 | 120.00 |
| 07/31/26 | Jacobs, Bruce M. | Communications relating to the application to employ CPA. | 0.10 | 60.00 |
| 07/31/26 | Lovett, Timothy J. | Drafted Motion for Interim and Final Approval of DIP Financing. | 4.70 | 1,269.00 |
| 07/31/26 | Jacobs, Bruce M. | Reviewing bankruptcy filing in relation to assistance to Mr. Arthur regarding DIP application and first day orders. | 0.60 | 360.00 |
| 07/31/26 | Jacobs, Bruce M. | Reviewing cash flow analysis for the budget and for the DIP financing motion provided by Dr. Ali. | 0.20 | 120.00 |
| 07/31/26 | Jacobs, Bruce M. | Reviewing financing effort outlined from Dr. Ali. | 0.20 | 120.00 |
| 07/31/26 | Arthur, Christopher R. | Analyze section 363 of the bankruptcy code to determine if statute allows expedited sale of piece of a company. | 1.10 | 577.50 |
| 07/31/26 | Arthur, Christopher R. | Telephone call with Robert Nistendirk regarding possibility of him acting as professional CPA during bankruptcy. | 0.30 | 157.50 |
| 07/31/26 | Arthur, Christopher R. | Telephone call with Shuja Ali to go over details for the DIP motion. | 0.70 | 367.50 |
| 07/31/26 | Arthur, Christopher R. | Telephone call with the bankruptcy court requesting if emergency hearing could be added to scheduling conference on the 4th. | 0.30 | 157.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/31/26 | Arthur, Christopher R. | Draft emergency motions and revise application to employ law firm, cash management, and debtor in financing motion. | 3.20 | 1,680.00 |
| 07/31/26 | Arthur, Christopher R. | Telephone call with counsel for potential creditors of Storj who claim client has employment contract requiring certain payments. | 0.20 | 105.00 |
| | | **Total** | **44.60** | **$21,181.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edison, Sally E. | Member | 3.40 | 665.00 | 2,261.00 |
| Jacobs, Bruce M. | Member | 1.30 | 600.00 | 780.00 |
| Schuler, Ronald W. | Member | 4.00 | 550.00 | 2,200.00 |
| Lovett, Timothy J. | Associate | 11.40 | 270.00 | 3,078.00 |
| Arthur, Christopher R. | Counsel | 24.50 | 525.00 | 12,862.50 |
| | **Total** | **44.60** | | **$21,181.50** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/24/26 | Best Case, LLC - BKO Monthly Subscription | 1.00 | 99.00 |
| 07/26/26 | Best Case, LLC - BKO Monthly Subscription | 1.00 | 89.42 |
| 07/27/26 | CT Lien Solutions - State lien search - all available liens - DE Secretary of State; Re: StorJ Labs, Inc. | 1.00 | 170.00 |
| | **Total** | | **$358.42** |