**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **In re:** | |
| **STORJ LABS INC.,** | **Case No. 5:26-bk-00512** |
| **Debtor.** | **Chapter 11 Reorganization** |

**Declaration of Christopher R. Arthur**

I, Christopher R. Arthur, declare under penalty of perjury:

1. I am an attorney in the Charleston office of Spilman Thomas & Battle PLLC.

2. I have read the First Monthly Fee Application of Spilman Thomas & Battle PLLC for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from July 27, 2026 through July 31, 2026.

3. In addition, I have reviewed the United States Bankruptcy Court for the Northern District of West Virginia Local Rules (the "Local Rules"), and believe this Application complies with Rule 2016-1 of the Local Rules and with the Guidelines for Reviewing Applications for Compensation Filed Under 11 U.S.C. § 330, effective May 17, 1996 (the "Guidelines").

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 2, 2026

*/s/ Christopher R. Arthur*

Christopher R. Arthur (WVSB #9192)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com
***Counsel for Storj, Debtor-in possession***