**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-00512** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**NOTICE OF FIRST MONTHLY APPLICATION OF SPILMAN THOMAS & BATTLE PLLC, ATTORNEYS FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES DURING THE PERIOD FROM JULY 27, 2026 THROUGH JULY 31, 2026**

PLEASE TAKE NOTICE that on September 1, 2026, Spilman Thomas & Battle PLLC, counsel to Storj Labs Inc. ("Debtor") filed the attached First Monthly Application of Spilman Thomas & Battle, PLLC, Attorneys for the Debtor, for Allowance of Compensation for Services and Reimbursement of Expenses During the Period from July 27, 2026 through July 31, 2026 ("Application") seeking an allowance of fees in the amount of $21,181.50 and reimbursement of expenses in the amount of $358.42.

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be filed on or before September 23, 2026 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the Northern District of West Virginia, 324 West Main Street, Clarksburg, WV 26301 (the "Court").

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any objection so as to be received by the following parties on or before the Objection Deadline: (i) the counsel to the Debtor, (a) Spilman Thomas & Battle, Christopher R. Arthur, 300 Kanawha Blvd. Charleston, West Virginia 25301, (carthur@spilmanlaw.com).

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Application are timely filed, served, and received, a hearing on the Application may be held at the convenience of the Court. Only those objections made in writing and timely filed and received in accordance with the procedures described herein will be considered by the Court at such hearing.

PLEASE TAKE FURTHER NOTICE if no objections are filed by the deadline of September 23, 2026 and served in accordance with the above procedure, the Debtor will be authorized to pay the requested interim fees and expenses without further order from the Court.

Dated: September 2, 2026

Respectfully Submitted

*/s/ Christopher R. Arthur*

Christopher R. Arthur (WVSB #9192)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com
***Counsel for Storj, Debtor-in possession***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-0012** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher R. Arthur, hereby certify that on September 2, 2026, I electronically filed the foregoing **Notice of First Monthly Application of Spilman Thomas & Battle PLLC, Attorneys for the Debtors, for Allowance of Compensation for Services and Reimbursement of Expenses During the Period From July 27, 2026 Through July 31, 2026** with the Clerk of the Court using the CM/ECF system, which will send notice to all parties participating in the same, including:

Shari Lynne Collias, Esquire
Trial Attorney, Office of the U.S. Trustee
United States Courthouse, Room 2025
300 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 347-3417
Facsimile: (304) 347-3402
shari.collias@usdoj.gov
*Counsel for U.S. Trustee*

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)