**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-00512** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**ORDER GRANTING FIRST MONTHLY APPLICATION OF SPILMAN THOMAS & BATTLE PLLC, ATTORNEYS FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES RENDERED DURING THE PERIOD FROM JULY 27, 2026 THROUGH JULY 31, 2026**

On September 2, 2026, Spilman Thomas & Battle PLLC ("Spilman"), counsel to the debtor and debtor in possession, Storj Labs Inc. ("Debtor"), filed an Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor incurred from July 27, 2026 through July 31, 2026 [Dkt. No. 118] (the "First Monthly Fee Application");

For good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the First Monthly Fee Application is hereby APPROVED in its entirety.

IT IS HEREBY ORDERED, ADJUDED, AND DECREED, that Spilman is authorized to release from its trust the $18,050 held in its trust and apply the same to the First Monthly Fee Application.

It is further ORDERED that the Debtor is authorized and directed to pay Spilman the entirety of the fees and expenses requested in the First Monthly Fee Application, including the additional amount of $3,131.50 that is in excess of the initial retainer paid by the Debtor.

Prepared by:

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com
***Counsel for Storj, Debtor-in possession***