David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-00512** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**ORDER GRANTING MOTION TO CONTINUE SEPTEMBER 3, 2026**
**HEARINGS AND DEADLINES RELATED THERETO**

Upon the motion (the "Motion") of the debtor, Storj Labs, Inc. (the "Debtor") for entry of an order (this "Order") continuing or extending, as applicable, (i) the hearings set for Debtor's *Motion to Authorize Post-Petition Financing and Use of Cash Collateral, and Scheduling Final Hearing* (the "Financing Motion") [ECF No. 14] and the *Motion of Collateral Agents to Dismiss Debtor's Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)(1) or, in the Alternative, Change Venue* (the "Dismissal Motion", and together with the Financing Motion, the "Motions") [ECF No. 69] filed by Michael Ward and Robert Lamb, in their capacity as Collateral Agents for certain entities with liens on shares of the Debtor, and (ii) the related deadlines associated with the Motion, as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under

the circumstances and that no other notice need be provided; and this Court having reviewed the Motion and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** to the extent set forth below.

2. The September 3, 2026, hearings on the Motions shall be continued to **September 16, 2026, at 1:30 p.m.** in the L. Edward Friend II Bankruptcy Courtroom, 1125 Chapline Street, Wheeling, West Virginia.

3. The deadline by which parties are to file witnesses and exhibit lists for the hearings on the Motions outlined in this Court's Order dated August 26, 2026, are extended to **September 8, 2026**.

4. The deadline by which the Debtor shall file a written response to the Dismissal Motion is extended to **September 8, 2026**.

5. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Prepared by:

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com
*Counsel for the Debtor*

Seen and Not Objected to:

/s/ Judith Fitzgerald
Lauren Hutchins McCartney, Esquire
Judith K. Fitzgerald, Esquire.
Beverly Weiss Manne, Esquire
Maribeth Thomas, Esquire
George A. R. Balchunas, Esquire
1500 One PPG Place
Pittsburgh, PA 15222
Telephone: (412) 566-1212
lmccartney@tuckerlaw.com
jfitzgerald@tuckerlaw.com
bmanne@tuckerlaw.com
mthomas@tuckerlaw.com
gbalchunas@tuckerlaw.com
*Counsel for Michael Ward and Robert Lamb,*
*in their capacity as Collateral Agents for certain*
*entities with liens on shares of the Debtor*

United States Bankruptcy Court
Northern District of West Virginia

In re: Case No. 26-00512-dlb
Storj Labs Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0424-5 User: ad Page 1 of 4
Date Rcvd: Sep 02, 2026 Form ID: pdfdoc Total Noticed: 85

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Storj Labs Inc., 1870 The Exchange SE, Ste 220 PMB 75268, Atlanta, GA 30339-2171 |
| aty | + | George A. R. Balchunas, 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| aty | + | James H. Billingsley, Duane Morris LLP, 200 Crescent Court, Suite 900, Dallas, TX 75201-1514 |
| cr | | VIVINT LLC, 1310 McKinney St., Houston, TX 77010 |
| 1731112 | + | 66Degrees LLC, 425 W Randolph St, Suite 300, Chicago, IL 60606-1530 |
| 1733100 | + | Andi Steinke, 3063 Quartz Hill Rd, Redding, CA 96003-1115 |
| 1733347 | + | Andrea Steinke, 3063 Quartz Hill Rd, Redding, CA 96003-1115 |
| 1731114 | | Andril Kotko, 14 Budivel'nykiv Street Apt. 79, UKRAINE |
| 1731115 | | Artur Wolff, Walerego Wrblewskiego 21P/99, Ldz, Ld, Sunnyvale, CA |
| 1731103 | | Atty General Of WV, BLDG 1 E-26 Ground Floor Main Unit, Capitol Building, Charleston WV 25301 |
| 1731117 | + | Axiom Global Inc, 1 World Trade Center, Suite 8500, New York, NY 10007-0089 |
| 1733101 | + | Ben Golub, 4165 Old Adobe Road, Palo Alto, CA 94306-3724 |
| 1733102 | + | Bryan Mangelson, 1133 N 1190 E, American Fork, UT 84003-3525 |
| 1733103 | + | Christopher Rocco, 610 N Wagner Rd, Ann Arbor, MI 48103-2143 |
| 1733104 | + | Colby Winegar, 788 Kamber Cv, Draper, UT 84020-7855 |
| 1733106 | + | DJ Shott, 2568 S Park St E 84106-1308 |
| 1732166 | + | Damein Morgan, 2896 E Christopher Dr, Fresno, CA 93720-4499 |
| 1733105 | + | David Colantuoni, 8 Starboard Drive, Buzzards Bay, MA 02532-3669 |
| 1731119 | + | Deel, 425 Market Street, Suite 600, San Francisco, CA 94105-5417 |
| 1733107 | + | Dominick Marino, 15941 E. Sunfllower Dr, Fountain Hills, AZ 85268-3637 |
| 1732384 | + | Donald H. Shott Jr., 2568 S Park St, Salt Lake City, UT 84106-1308 |
| 1733108 | #+ | Emily Gay, 4528 Lashley Ct, Marietta, GA 30068-4231 |
| 1733109 | + | Ethan Adams, 926 Camargo Drive, Ballwin, MO 63011-1507 |
| 1731120 | + | Gardner Law PLLC, 221 Main St N, Suite 300, Stillwater, MN 55082-6773 |
| 1732274 | + | Helene Emmi Karin Unland, 5052 N SANDERS RD, TUCSON, AZ 85743-9469 |
| 1733110 | + | Hubspot, 2 Canal Park, Cambridge, MA 02141-2232 |
| 1731122 | | IBC, The Brew Eagle House, 163 City Road, London, ON N6N 1N7, CANADA |
| 1731123 | | Inovo Studios Llc, 35 S Peachtree St, Norcross, GA 30071 |
| 1731124 | | Integrated Digital Solutions Inc., 647 Wilton Grove Rd, London, ON N6N 1N7, CANADA |
| 1731125 | + | Inveniam Capital Partners, Inc., 39500 High Pointe Boulevard, Suite 220, Novi, MI 48375-5530 |
| 1733111 | + | Jacob Willoughby, 352 E 1500 S, Kaysville, UT 84037-4055 |
| 1731127 | | Jenna Pangborn, C/O Storj Labs Inc., Heather Trowbridge, Atlanta, GA 30305 |
| 1732263 | + | Jennifer Johnson, 146 Osner Dr., Atlanta, GA 30342-2204 |
| 1732365 | + | Jeremy Wharton, 2767 Woodspring Forest Drive, Kingwood, TX 77345-2561 |
| 1733113 | + | John Gleeson, 4520 Arborvitae Dr, Honor, MI 49640-9463 |
| 1733114 | + | John Olio, 9995 E. Bingham Rd, Traverse City, MI 49684-7606 |
| 1733115 | + | Jon Luetgers, 988 Parkview Lane, Victoria, MN 55386-3708 |
| 1733146 | + | Kimberly McKay Pashel, 746 Hillmont Avenue, Decatur, GA 30030-3941 |
| 1733116 | | Kimberly Pashel, 76 Hillmont Ave, Decatur, GA 30030 |
| 1731129 | + | Literate Computing, LLC, 1819 Capers Ave, Nashville, TN 37212-3105 |
| 1731130 | | Magickly LLP, 61 Bridge Street, Kington, Herefordshire HR5 3DJ, ENGLAND |

| | | |
|---|---|---|
| 1733117 | + | Mark Harvilla, 142 S El Molino Ave, Apt 2, Pasadena, CA 91101-2546 |
| 1731131 | | Mauve Corporate Systems, Singapore Ltd, 10 Anson Road, #33-03 International Plaza, Singapore 079903 SINGAPORE |
| 1731131 | | Mauve Corporate Systems, Singapore Ltd, 10 Anson Road, #33-03 International Plaza, Singapore 079903 |
| 1731132 | | Mauve Malta Ltd., Office 7, 2nd Floor, Airways House, High Street, Malta SLM 1549 MALTA |
| 1731133 | | Mauve UK Ltd, 1 Royal Exchange Avenue, London EC3V 3LT, UNITED KINGDOM |
| 1731134 | + | Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022-4784 |
| 1731135 | | NPE Ihnatiuk, Viktor Vladimirovich, Kaunasska 12/1, Kyiv, Kyiv, 2160, UKRAINE |
| 1733123 | + | Nia Lee, 3751 Chesapeake Ave. #323, Los Angeles, CA 90016-5750 |
| 1733124 | + | Nikhil Jain, 3016 E. Colorado Blvd. #5216, Pasadena, CA 91107-3847 |
| 1731136 | + | Oktay Technology LLC, 350 Main St, Suite 9, Bedminster, NJ 07921-2689 |
| 1733118 | + | Paul Cannon, 2016 Colina Cv, Cedar Park, TX 78613-7867 |
| 1733119 | + | Paul Willoughby, 1343 W 2175 S, Syracuse, UT 84075-8591 |
| 1731137 | + | Perkins Cole, 1201 Third Avenue, Suite 4900, Seattle, WA 98101-3095 |
| 1731138 | | Rafael Antonio Ribeiro Gomes, Rua Monte Alegre 90, Uberaba, Minas Gera, BRAZIL |
| 1731144 | + | SNO Liability, c.o. Storj Labs Inc., Heather Trowbridge, Finance Dept, 3423 Piedmont Rd, NE, Atlanta, GA 30305-1751 |
| 1731140 | + | Schwell Wimpfheimer & Associates LLP, 551 Fifth Avenue, Suite 1600, New York, NY 10176-1603 |
| 1731106 | + | Secretary Of The Treasury, 15th St & Pennsylvania Avenue, Washington DC 20220-0001 |
| 1731141 | + | Segment.io, Inc., 100 California St, San Francisco, CA 94111-4505 |
| 1731142 | + | Sellnet LLC, 30 N Gould St, Suite R, Sheridan, WY 82801-6317 |
| 1731143 | | Shadow Magic Studios, 5 South Charlotte Street, Edinburgh EH2, SCOTLAND |
| 1732185 | + | Steven D Haupt, 7127 Warner Rd, Saline, MI 48176-9081 |
| 1731146 | | TIMETOEXIT LIMITED, 71-75 Shelton Street, Covent Garden, London WC2H 9JQ, UNITED KINGDOM |
| 1731145 | + | Tada Technologies, 4700 Millenia Blvd, Suite 500, Orlando, FL 32839-6019 |
| 1733120 | + | Thomas Delaney, 1928 Willeo Creek Pt, Marietta, GA 30068-1551 |
| 1732707 | + | Trisha Winter, 35915 Fredericksburg Rd, Farmington Hills, MI 48331-2574 |
| 1733121 | + | Trisha Winter, 35915 Fredericksburg Rd, Farmington, MI 48331-2574 |
| 1731147 | + | Up and Running Software, Inc., 535 Mission Street, 14th Floor, San Francisco, CA 94105-3253 |
| 1731150 | + | Utropicmedia, LLC, 8 The Green, Suite B, Dover, DE 19901-3618 |
| 1731151 | + | Verady, Inc., 3423 Piedmont Road NE, Suite 320, Atlanta, GA 30305-1751 |
| 1733127 | | Vivint LLC, 1310 McKinney St., Houston, Texas 77010 |
| 1731110 | | West Virginia Insurance Commission, Legal Division - Bankruptcy, Post Office Box 50540, Charleston WV 25305-0540 |
| 1731152 | | White Coral Consulting DMCC, DMCC Free Zone, Jumeirah Lakes Towers, Dubai, UAE |
| 1731154 | | WorkRamp, Inc., 548 Market Street, PMB 57274, San Francisco, CA 94104-5401 |
| 1731153 | + | Workman Nydegger, 60 E South Temple, Suite 1000, Salt Lake City, UT 84111-1011 |
| 1731155 | | WywCorp - Michal Niewrzal, Os Slaskie 23B/2, Zielona Gra, lubuskie, POLAND |

TOTAL: 76

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 1731116 | | Email/Text: legal@avalara.com | Sep 02 2026 19:18:00 | Avalara, 255 S King St, Suite 1800, Seattle, WA 98104 |
| 1731121 | | Email/Text: brnotices@dor.ga.gov | Sep 02 2026 19:18:00 | Georgia Department of Revenue, PO Box 740392, Atlanta, GA 30374-0392 |
| 1731104 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 02 2026 19:18:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 1731128 | | Email/Text: LCE_Mail@linkedin.com | Sep 02 2026 19:18:00 | Linkedin Corporation, 1000 W Maude Ave, Sunnyvale, CA 94085 |
| 1731139 | | Email/Text: bankruptcy@ramp.com | Sep 02 2026 19:18:00 | Ramp Business Corporation, 28 West 23rd Street, Floor 2, New York, NY 10010 |
| 1731105 | ^ | MEBN | Sep 02 2026 19:16:40 | Regional Bankruptcy Contact, U.S. Environmental Protection Agency, Region III, 1650 Arch Street (3RC00), Philadelphia PA 19103-2029 |
| 1731107 | + | Email/Text: ssa.bankruptcy@ssa.gov | Sep 02 2026 19:18:00 | Social Security Administration, 300 Spring Garden Street, Philadelphia PA 19123-2924 |
| 1731108 | ^ | MEBN | Sep 02 2026 19:16:42 | US Attorney, Northern District of WV, PO Box 591, Wheeling WV 26003-0011 |
| 1731109 | | Email/Text: TaxBankruptcy@wv.gov | | |

| | |
|---|---|
| Sep 02 2026 19:18:00 | WV Dept of Tax & Revenue, Bankruptcy Unit, Post Office Box 766, Charleston WV 25323-0766 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1731113 | | Aleksei Aleksandrovich Leonov, 144/121 Chom Thian, 2 Alley Jomtien Beach |
| 1731118 | | Cambridge Enterprise Ltd, Hauser Forum, 3 Charles Babbage Road, Ca |
| 1734000 | | Goran Mrkonjic, Bukureska 14, 11000 Beograd, Serbia |
| 1733112 | *+ | Jeremy Wharton, 2767 Woodspring Forest Drive, Kingwood, TX 77345-2561 |
| 1731135 | * | NPE Ihnatiuk, Viktor Vladimirovich, Kaunasska 12/1, Kyiv, Kyiv, 2160, UKRAINE |
| 1731149 | * | US Department of the Treasury, Internal Revenue Service, Ogden, UT 84201-0012 |
| 1731148 | * | US Department of the Treasury, Internal Revenue Service, Kansas City, MO 64999-0012 |
| 1733122 | *+ | Up and Running Software, Inc., 535 Mission Street, 14th Floor, San Francisco, CA 94105-3253 |
| 1731126 | ##+ | iXsystems, 2490 Kruse Dr, San Jose, CA 95131-1234 |

TOTAL: 3 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | on behalf of Interested Party Michael Ward BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Robert Lamb BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com rmoss@spilmanlaw.com;dweyels@spilmanlaw.com;dambrose@spilmanlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Robert Lamb jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Michael Ward jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Kevin P Allen | on behalf of Creditor VIVINT LLC kpallen@duanemorris.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Michael Ward lmccartney@tuckerlaw.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Robert Lamb lmccartney@tuckerlaw.com |
| Maribeth Thomas | |

on behalf of Interested Party Robert Lamb mthomas@tuckerlaw.com

Maribeth Thomas
on behalf of Interested Party Michael Ward mthomas@tuckerlaw.com

Shari Lynne Collias
on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov

Spencer D. Elliott
on behalf of Creditor Inveniam Capital Partners Inc. selliott@lewisgianola.com

United States Trustee
ustpregion04.ct.ecf@usdoj.gov

TOTAL: 13