**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**In re: Storj Labs, Inc.** **Case No. 5:26-bk-512**

**Corrected Motion to Dismiss for Lack of Venue,**
**or in the alternative to Transfer Case to a Proper Venue,**
**such as the Northern District of Georgia**

Now come, Mark Harvilla, and Nikhil Jain, by their attorneys, Martin P. Sheehan, Esq., and Sheehan & Associates, PLLC and move the Court to dismiss this case for lack of venue or in the alternative to transfer this case to the Northern District of Georgia. To the extent other creditors have moved to dismiss and/or for a change of venue (See docket entry 69) Mr. Harvilla and Mr. Jain join and support that motion.

In support of this motion, the bankruptcy petition fails to identify a basis for venue in the United States District Court for the Northern District of West Virginia.

Instead the petition indicates this entity has its principal place of business in Atlanta, Georgia, which is in the Northern District of Georgia.. See Petition at Question 4.

Question 11 of the Petition asks "Why is the case filed in this district?" This question was not answered.

A review of Schedules A/B (Docket Entry 62) fail to identify any property which establishes venue in this Court.

Venue is limited by 28 U.S.C. § 1408. Debtor has failed to identify any basis for venue in this district. On the other hand given that the Debtor's principal place of business is Atlanta, Georgia, venue would be proper in the United States Bankruptcy Court for the Northern District of Georgia.

Nikhil Jain has filed proof of claim no. 10 and has standing as a creditor to file this

motion. Mr. Harvilla has filed proof of claim no. 12 and also has standing to file this motion.

WHEREFORE, Mr. Harvilla and Mr. Jain moved to dismiss the above captioned case for lack of venue and/or to transfer this case to the United States Bankruptcy Court for the Northern District of Georgia.

Respectfully submittted,

s/ *Martin P. Sheehan*

Martin P. Sheehan, Esq.

W.Va. Bar No. 4812

Sheehan & Associates, PLLC
1140 Main St.
Suite 333
Wheeling, WV 26003
(304) 232-1064
martin@msheehanlaw.net
paralegal@msheehanlaw.net

**Certificate of Service**

I, Martin P. Sheehan, do hereby certify that a copy of the foregoing motion was filed by CM/ECF this 8th day of September, 2026 and in accordance with said filing electronic service was made on all parties registered for such service, including but not limited to Christopher R. Arthur, counsel for the Debtor, and Shari Lynne Collins, counsel for the US Trustee.

s/ *Martin P. Sheehan*