# United States Bankruptcy Court
## Northern District of West Virginia

In re Storj Labs Inc.
Debtor(s)

Case No. 5:26-bk-00512
Chapter 11

## Notice of Change of Address

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV

SEP 08 2026

Time: 12:00 AD am/pm

**My (Our) Former Mailing Address and Telephone Number was:**

Name: Storj Labs Inc.

Street: 1201 W Peachtree St. NW Ste 2625

City, State and Zip: Atlanta, GA 30309-2955

Telephone #:

**Please be advised that effective August 31 , 20 26 ,**
**my (our) new Mailing Address and Physical Address is:**

Name: Storj Labs Inc.

Mailing: 1870 The Exchange SE Ste 220 PMB 75268,

City, State and Zip: Atlanta, GA 30339-2171

Telephone #:

/s/ Dr Sayed Shuja Ali
Dr Sayed Shuja Ali/Vice President-Chief Restructuring Officer
Authorized Signer/Title

spilman
thomas & battle

Spilman Thomas & Battle, PLLC
301 Grant Street, Suite 3440
Pittsburgh, PA 15219

PITTSBURGH PA 150
4 SEP 2026 PM 6

quadient
FIRST-CLASS MAIL
IMI
$000.78º
09/01/2026 ZIP 15219
043M30295964
US POSTAGE

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV

SEP 08 2026

Time: 12:00 AD am/pm

US Bankruptcy Court
Frederick P. Stamp, Jr. Federal Building and United States
Courthouse
P.O. Box 70
Wheeling, WV 26003

26003-000870