**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re: | : |
| | : Case No. 5:26-bk-00512 |
| STORJ LABS, INC., | : |
| | : Chapter 11 |
| Debtor. | : |
| | : |

**WITNESS AND EXHIBIT LIST OF COLLATERAL AGENTS**

Michael Ward and Robert Lamb (together, the "**Collateral Agents**"), in their capacity as Collateral Agents for certain entities with liens on shares of the Debtor (the "**Pledgees**"), by and through their undersigned counsel, Tucker Arensberg, P.C., file this *Witness and Exhibit List* regarding the evidentiary hearing on the Collateral Agents' *Motion to Dismiss Case Pursuant to 11 U.S.C. 1112(b)(1) or, in the Alternative, Change Venue* scheduled for September 16, 2026, at 1:30 p.m. (the "**Evidentiary Hearing**").

**A. Witness List[1]**

**1. Dr. Sayed Shuja Ali**
***Address Unknown***

Dr. Ali will be asked to testify to the Debtor's bankruptcy filing, including, among other things, the circumstances that led to the bankruptcy filing, the assets of the Debtor, the liabilities of the Debtor, the operations of the Debtor, the connections of the Debtor to the state of Georgia, the connections of the Debtor to the state of West Virginia, and the connections of the Debtor to the state of Delaware. He will be asked to explain who holds, and has held since Dr. Ali became aware of Storj, the officer/director/member positions (including but not limited to Robert G. Yablunsky and Patrick Meara) within Storj, Inveniam Capital Partners, Inc. as parent of the Debtor and of Inveniam IO as parent of Inveniam Capital.

[1] The Collateral Agents and the Debtor mutually agree that the Witnesses may appear at the Evidentiary Hearing via Zoom due to their current location in London, England and the cost that would be incurred if the Witnesses were required to travel to the Court to testify in person.

2. **Michael Ward**
**14 Park Place Villas**
**London W2 1SP**
**United Kingdom**

Michael Ward will testify to the contractual relationship and how it arose between the Collateral Agents and Inveniam Capital Partners Inc. He will testify to and identify the Collateral Agents' forbearance agreement and security agreement with Inveniam Capital Partners, Inc. and the certified copy of a financing statement filed by the Collateral Agents to perfect the pledge by Invenian Capital Partners, Inc. to the Collateral Agent. He will identify the documents that establish Inveniam Captial Partners, Inc.'s pledge of all of its interests and shares in Storj by virtue of Inveniam Capital Partners, Inc.'s default under a promissory note. He will testify to Inveniam Capital Partners, Inc.'s subsequent default under the Forbearance Agreement and UCC-1 Financing Statement.

3. **The Collateral Agents reserve the right to call any witnesses disclosed by the Debtor.**

**B. <u>Exhibit List</u>**

1. **Forbearance Agreement dated May 12, 2026, by and between the Collateral Agents and Inveniam Capital Partners, Inc. with attached Security Agreement conveyed by Inveniam Capital Partners, Inc. to the Collateral Agents.**

2. **UCC-1 Financing Statement No. 20262956248, filed May 27, 2026, with the Delaware Department of State**

3. **Default Notice dated September 8, 2026**

4. **Debtor's Chapter 11 Voluntary Petition [Doc. No. 1, filed July 26, 2026]**

5. **Debtor's Schedules, Statement of Financial Affairs, and List of Equity Security Holders [Doc. Nos. 61 through 68, filed August 24, 2026]**

6. **Debtor's Statement of Corporate Ownership [Doc. No. 71, filed August 24, 2026]**

7. **Debtor's Amended Schedules E/F [Doc. No. 80, filed August 25, 2026]**

8. **Debtor's Corporate Resolution Approving Bankruptcy Filing and Dr. Ali as Representative [Doc. No. 103, filed August 28, 2026]**

**9. Debtor's Amended Schedule A/B [Doc. No. 104, filed August 28, 2026]**

**10. Debtor's Amended Schedule G [Doc. No. 105, filed August 28, 2026]**

Respectfully submitted,

Dated: September 8, 2026

TUCKER ARENSBERG, P.C.

*/s/ Lauren Hutchins McCartney*
Lauren Hutchins McCartney, Esq. (WV ID 12304)
Judith K. Fitzgerald, Esq. (PA ID No. 18110)
*(admitted pro hac vice)*
Beverly Weiss Manne, Esq. (PA ID No. 34545)
*(admitted pro hac vice)*
Maribeth Thomas, Esq. (PA ID No. 208376)
*(admitted pro hac vice)*
George A. R. Balchunas, Esq. (PA ID No. 338421)
*(admitted pro hac vice)*
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
lmccartney@tuckerlaw.com
jfitzgerald@tuckerlaw.com
bmanne@tuckerlaw.com
mthomas@tuckerlaw.com
gbalchunas@tuckerlaw.com

*Counsel for Michael Ward and Robert Lamb, in their capacity as Collateral Agents for the Pledgees*