**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 5:26-bk-00512 |
| STORJ LABS, INC., | : | |
| | : | Chapter 11 |
| Debtor. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Maribeth Thomas, hereby certify that, on the 8th day of September, I served or caused to be served a true and correct copy of the Witness and Exhibit List upon all parties in interest via the Court's CM/ECF electronic notification system and upon the below parties via email at the addresses listed below.

Christopher R. Arthur, Esq.
Spilman Thomas & Battle
Email: carthur@spilmanlaw.com

*Debtor's Counsel*

Spencer D. Elliott, Esq.
Lewis Gianola, PLLC
Email: selliott@lewisgianola.com

*Counsel for Inveniam Capital Partners, Inc.*

*/s/ Maribeth Thomas*
Maribeth Thomas, Esq.