David L. Bissett
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: Storj Labs Inc. | BK Case No. 5:26-bk-512 |
| Debtor. | Chapter 11 Reorganization |

# ORDER AND NOTICE

Upon consideration of the Debtor's *Motion to Strike Objection and Motion To Dismiss Because Ward and Lamb Lack Standing and Lack Standing and the Courts Lack of Subject Matter Jurisdiction* (Doc 130), the Court does hereby

**ORDER AND NOTICE IS GIVEN** that the Motion is scheduled for hearing on September 16, 2026, at 1:30 p.m. in the L. Edward Friend II Bankruptcy Courtroom, 1125 Chapline Street, Wheeling, West Virginia. It is further

**ORDERED** that any objection or other response to the motion must be filed by September 14, 2026.