**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

| | |
|---|---|
| In Re: Storj Labs Inc. Debtor | Bankruptcy Proceeding No.: 5:26−bk−00512<br>Chapter: 11<br>Judge: David L Bissett |

## NOTICE OF HEARING

The hearing will be held

on 9/16/26 at 01:30 PM at L. Edward Friend II Bankruptcy Courtroom, Federal/Post Office Building (3rd Floor), 12th & Chapline Streets, Wheeling, WV 26003

to consider and act upon the following:

***128*** − Corrective Motion to Dismiss for Lack of Venue, or in the alternative to Transfer Case to Proper Venue such as the Northern District of Georgia Filed by Martin P. Sheehan on behalf of Nikhil Jain , Mark Harvilla (trs)

Dated: 9/10/26

Clerk of Court
U.S. Bankruptcy Court
Northern District of WV
Post Office Box 70
Wheeling, WV 26003
304−233−1655