David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY HEATHER TROWBRIDGE AS PROFESSIONAL BOOKKEEPER**

Upon the application (the "Application") of Storj Labs, Inc. (the "Debtor"), for entry of an order, pursuant to sections 327(a), 329, 330, 331, and 1107(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), authorizing the Debtor to retain Heather Trowbridge ("Ms. Trowbridge") as its bookkeeper and record keeper in its Chapter 11 case; and due and adequate notice of the Application having been given; and it appearing that no other or further notice need be provided; and the Court being satisfied that Ms. Trowbridge is a "disinterested person" as such term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b); and it appearing that no other or further notice need be provided; and it appearing that the relief requested in the Application is in the best interests of the estate, its

creditors, and other parties-in-interest; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. Pursuant to sections 327(a) and 1107(b) of the Bankruptcy Code, the Debtor is hereby authorized to retain and employ Ms. Trowbridge as its bookkeeper and records keeper in this Chapter 11 case and Ms. Trowbridge is authorized to perform the services set forth in the Application.

2. Ms. Trowbridge shall be compensated in accordance with the contract attached to the Application for the period of August 1, 2026 through August 31, 2026.

3. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry, and any applicable stay of this Order is waived.

4. The Debtor is empowered to take all actions necessary to effectuate the relief granted pursuant to this Order and in accordance with the Application.

5. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

Prepared by:

*<u>/s/ Christopher R. Arthur</u>*
Christopher R. Arthur (WVSB #9192)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com