# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424−5 | User: ad | Date Created: 9/10/2026 |
| Case: 5:26−bk−00512 | Form ID: pdfdoc | Total: 17 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| consult | Robert L Nistendirk | rnistendirk@wnacpas.com |
| aty | Beverly Weiss Manne | BMANNE@TUCKERLAW.COM |
| aty | Christopher R. Arthur | carthur@spilmanlaw.com |
| aty | Judith K. Fitzgerald | jfitzgerald@tuckerlaw.com |
| aty | Kevin P Allen | kpallen@duanemorris.com |
| aty | Lauren Hutchins McCartney | lmccartney@tuckerlaw.com |
| aty | Maribeth Thomas | mthomas@tuckerlaw.com |
| aty | Martin P. Sheehan | martin@msheehanlaw.net |
| aty | Shari Lynne Collias | shari.collias@usdoj.gov |
| aty | Spencer D. Elliott | selliott@lewisgianola.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Storj Labs Inc. | 1870 The Exchange SE | Ste 220 PMB 75268 | Atlanta, GA 30339−2171 |
| cr | VIVINT LLC | 1310 McKinney St. | Houston, TX 77010 | |
| cr | Nikhil Jain | 3016 E. Colorado Blvd. #5216 | Pasadena, CA 91107−3847 | |
| acc | Heather Trowbridge | 18844 Hampstead Heath Ct | Land O Lakes, FL 34638 | |
| aty | George A. R. Balchunas | 1500 One PPG Place | Pittsburgh, PA 15222 | |
| aty | James H. Billingsley | Duane Morris LLP | 200 Crescent Court, Suite 900 | Dallas, TX 75201 |

TOTAL: 6