**Fill in this information to identify the case:**

Debtor name: Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known): 5:26-bk-00512

☒ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Andi Steinke<br>3063 Quartz Hill Rd<br>Redding, CA 96003 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,758.31 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Ben Golub<br>4165 Old Adobe Road<br>Palo Alto, CA 94306 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,230.77 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.3 | Bryan Mangelson<br>1133 N 1190 E<br>American Fork, UT 84003 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $43,682.70 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

2.4 Priority creditor's name and mailing address
Christopher Rocco
610 N Wagner Rd
Ann Arbor, MI 48103

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$45,818.18 Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.5 Priority creditor's name and mailing address
Colby Winegar
788 E Kamber Cv
Draper, UT 84020

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$71,355.00 Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.6 Priority creditor's name and mailing address
Damein Morgan
2896 E. Christopher Dr.
Fresno, CA 93720

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,417.41 Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.7 Priority creditor's name and mailing address
David Colantuoni
8 Starboard Drive
Buzzards Bay, MA 02532

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28,621.80 Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.8 Priority creditor's name and mailing address
DJ Shott
2568 S Park St E
Salt Lake City, UT 84106

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33,929.75 Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 2.9 | Priority creditor's name and mailing address<br>Dominick Marino<br>15941 E. Sunflower Dr<br>Fountain Hills, AZ 85268 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48,393.31 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>Emily Gay<br>4528 Lashley Ct NE<br>Marietta, GA 30068 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,083.33 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.11 | Priority creditor's name and mailing address<br>Ethan Adams<br>926 Camargo Drive<br>Ballwin, MO 63011 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $51,181.22 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>Helene Unland<br>5052 N Sanders Rd<br>Tucson, AZ 85743 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,383.59 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>Jacob Willoughby<br>352 E 1500 S<br>Kaysville, UT 84037 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,727.62 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 2.14 | Priority creditor's name and mailing address<br>Jennifer Johnson<br>146 Osner Dr<br>Atlanta, GA 30342 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,988.64 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.15 | Priority creditor's name and mailing address<br>Jeremy Wharton<br>2767 Woodspring Forest Drive<br>Kingwood, TX 77345 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39,395.93 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>John Gleeson<br>4520 Arborvitae Dr<br>Honor, MI 49640 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $81,314.82 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>John Olio<br>9995 E. Bingham Rd<br>Traverse City, MI 49684 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,098.71 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>Jon Luetgers<br>988 Parkview Lane<br>Victoria, MN 55386 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38,181.82 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address<br>Kimberly Pashel<br>746 Hillmont Ave<br>Decatur, GA 30030 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,891.62 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.20 | Priority creditor's name and mailing address<br>Mark Harvilla<br>142 S El Molino Avenue, Apt 2<br>Pasadena, CA 91101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $78,921.00 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.21 | Priority creditor's name and mailing address<br>Michal Niewrzal<br>Os Slaskie 23B/2, Zielona Gora,<br>Lubuskie, 65-547, POL | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,748.77 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.22 | Priority creditor's name and mailing address<br>Nia Lee<br>3751 Chesapeake Ave #323<br>Los Angeles, CA 90016 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30,328.73 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.23 | Priority creditor's name and mailing address<br>Nikhil Jain<br>3016 E Colorado Blvd, #5216<br>Pasadena, CA 91107 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $72,454.81 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 2.24 | Priority creditor's name and mailing address<br>Paul Cannon<br>2016 Colina Cv<br>Cedar Park, TX 78613 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,919.83 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.25 | Priority creditor's name and mailing address<br>Paul Willoughby<br>1343 W 2175 S<br>Syracuse, UT 84075 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42,051.74 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.26 | Priority creditor's name and mailing address<br>Steven Haupt<br>7127 Warner Rd<br>Saline, MI 48176 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35,848.50 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.27 | Priority creditor's name and mailing address<br>Thomas Delaney<br>1928 Willeo Creek Pt<br>Marietta, GA 30068 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,532.69 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.28 | Priority creditor's name and mailing address<br>Trisha Winter<br>35915 Fredericksburg Rd<br>Farmington Hills, MI 48331 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58,333.32 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
66Degrees LLC
550 W Adams St. STE 910
Chicago, IL 60661
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $591,329.86
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.2 **Nonpriority creditor's name and mailing address**
Aleksei Aleksandrovich Leonov
Krtsanisi district, Ponichala 3, Bl. 5, entrance hall 2, floor 4, auxiliary storage room Tbilisi GE
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $11,080.03
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.3 **Nonpriority creditor's name and mailing address**
Altrove
25 Rue de Ponthieu Paris 75008 FR
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $54,673.92
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.4 **Nonpriority creditor's name and mailing address**
Andril Kotko
14 Budivel'nykiv street Apt. 79, Ukrainka, Kyivs'ka, 08720, UKR
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $10,464.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.5 **Nonpriority creditor's name and mailing address**
Artur Wolff
gen. Jaroslawa Dabrowskiego 64/79 L?dz
93-208 POL
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $12,916.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.6 **Nonpriority creditor's name and mailing address**
Avalara
512 S Magnum St Suite 100
Durham, NC 27701
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $27,780.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.7 **Nonpriority creditor's name and mailing address**
Axiom Global Inc
PO Box 8439
Pasadena, CA 91109-8439
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $8,389.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Cambridge Enterprise Ltd<br>Hauser Forum, 3 Charles Babbage Road,<br>Cambridge CB3 0GT, UK<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,267.04 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Credit Group Corp<br>1693 65th Street<br>Brooklyn, NY 11204<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $67,718.01 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>DataCamp Limited<br>9 Coldbath Square London EC1R 5HL GB<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,653.10 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Deel<br>425 1st St<br>San Francisco, CA 94105<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $22,103.58 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Denvr<br>1325 Avenue of the Americas Floor 20<br>New York, NY 10019<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $10,305.06 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>DigitalOcean LLC<br>105 Edgeview Drive Suite 425<br>Broomfield, CO 80021<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $169,889.66 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Fidelity Workplace Services LLC<br>P.O. Box 73307<br>Chicago, IL 60673<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $482.03 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Gardner Law PLLC<br>423 Main St So, Suite 421-F1<br>Stillwater, MN 55082<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,500.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Hedgehog Invest Limited<br>Unit A, 82 James Carter Road,<br>Mildenhall, Suffolk, IP28 7DE<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 6465 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $80,888.21 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Hetzner Online<br>Industriestr. 25 Gunzenhausen 91710 DE<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $333.99 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Hubspot<br>PO Box 419842<br>Boston, MA 02241<br>**Date(s) debt was incurred** 1/31/2026<br>**Last 4 digits of account number** 4647 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $11,027.73 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Hydra Host Inc.<br>3824 Cedar Springs Rd Box 801-2463 Dallas<br>TX 75219 US<br>Dallas, TX 75219<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $66,820.90 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>IBC<br>The Brew Eagle House, 163 City Road, London<br>EC1V 1NR, UK<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,925.66 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Idealab<br>130 W Union Street<br>Pasadena, CA 91103<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $4,777.68 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Inovo Studios Llc<br>3716 Winters Hill Drive<br>Atlanta, GA 30360<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $3,703.86 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Integrated Digital Solutions Inc.<br>611 Wilshire 9 1027 Blvd<br>Los Angeles, CA 90017<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $40,500.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.24 **Nonpriority creditor's name and mailing address**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1104

**As of the petition filing date, the claim is:** *Check all that apply.* $4,020,052.02
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.25 **Nonpriority creditor's name and mailing address**
Inveniam Capital Partners, Inc.
39500 High Pointe Boulevard, Suite 220
Novi, MI 48375
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,037,963.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.26 **Nonpriority creditor's name and mailing address**
iXsystems
2490 Kruse Dr
San Jose, CA 95131
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $9,636.22
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.27 **Nonpriority creditor's name and mailing address**
Jenna Pangborn
4623 Woodland Avenue
Royal Oak, MI 48073
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,780.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.28 **Nonpriority creditor's name and mailing address**
July Node
C/O Storj Labs Inc. 1870 The Exchange SE Ste 220, PMB 75268
Atlanta, GA 30339-2171
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $89,365.48
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.29 **Nonpriority creditor's name and mailing address**
Linkedin Corporation
1000 W Maude Ave, Sunnyvale, CA 94085, USA
Sunnyvale, CA 94085
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $17,755.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.30 **Nonpriority creditor's name and mailing address**
Literate Computing, LLC
1819 Capers Ave,
Nashville, TN 37212
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $419.35
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.31 **Nonpriority creditor's name and mailing address**
Magickly LLP
61 Bridge Street, Kington, Herefordshire, HR5 3DJ
HR5 3DJ
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $52,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Mauve Corporate Systems Singapore Ltd<br>36 Robinson Road #20-01 City House<br>Singapore 068877 SG<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $63,128.61 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Mauve Malta Ltd.<br>Tower Gate, Tal-Qroqq Street MSIDA<br>MSD1703 MT<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $84,863.45 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Mauve UK Ltd<br>Blake House 18 Blake Street York YO1 8QG<br>GB<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $322,541.58 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $875.00 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>NPE Ihnatiuk Viktor Vladimirovich<br>Kaunasska 12/1, Kyiv, Kyiv, 2160, UKR<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $56,431.68 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Oktay Technology LLC<br>301 South State Street N002 Street N002<br>Newtown, PA 18940<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $20,000.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Perkins Coie<br>1301 Second Ave Ste 4200<br>Seattle, WA 98101<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $20,876.50 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>Rafael Antonio Ribeiro Gomes<br>Rua Monte Alegre 90, Uberaba, Minas Gerais,<br>38020380, BRA<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ☒ No ☐ Yes | $11,651.33 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.40** **Nonpriority creditor's name and mailing address**
Ramp Business Corporation
28 West 23rd Street, Floor 2
New York, NY 10010
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $129,655.69
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.41** **Nonpriority creditor's name and mailing address**
Schwell Wimpfheimer & Associates LLP
37 West 39th Street
New York, NY 10018
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,630.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**
Segment.io, Inc.
100 California St101 Spear Street Floor 1 Suite 700
San Francisco, CA 94105-1580
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,100.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.43** **Nonpriority creditor's name and mailing address**
Shadow Magic Studios LLC
5 South Charlotte Street, Edinburgh EH2 4AN, United Kingdom
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**
Tada Technologies
14 Bukure?ka 11000 Beograd RS
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $25,688.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.45** **Nonpriority creditor's name and mailing address**
TIMETOEXIT LIMITED
82 James Carter Road Mildenhall, Bury St. Edmunds IP28 7DE UNITED KINGDOM
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $70,875.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
Up and Running Software, Inc.
6200 Prairie Ridge Road
Ames, IA 50014
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $25,210.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
Utropicmedia, LLC
PO Box 161
Lake Orion, MI 48361
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $46,064.52
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.48 **Nonpriority creditor's name and mailing address**
Verady, Inc.
75 5th St NW STE 2195
Atlanta, GA 30308
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,419.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
White Coral Consulting DMCC
Unit F29, DMC Business Centre Level 13, AG
Tower Dubai AE
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $52,554.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.50 **Nonpriority creditor's name and mailing address**
Workman Nydegger
60 E South Temple, Suite 1000
Salt Lake City, UT 84111
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $55,323.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
WorkRamp, Inc.
440 N Barranca Ave #3840
Covina, CA 91723
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $19,680.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | IRS<br>400 North 8th Street, Box 76, M/S Rm 898<br>Richmond, VA 23219 | Line 3.24<br>☐ Not listed. Explain ____ | 1104 |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,067,593.92 |
| **5b. Total claims from Part 2** | 5b. + | $ 10,476,270.64 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 11,543,864.56 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) 5:26-bk-00512

☒ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
66Degrees LLC
425 W Randolph St, Suite 300
Chicago, IL 60606

**As of the petition filing date, the claim is:** *Check all that apply.* — **$551,144.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Aleksei Aleksandrovich Leonov
144/121 Chom Thian 2 Alley Jomtien Beach
(S?tnos Guesthouse), Pattaya, Chon Buri,
20150, THA

**As of the petition filing date, the claim is:** *Check all that apply.* — **$7,677.93**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Andi Steinke
3063 Quartz Hill Rd
Redding, CA 96003

**As of the petition filing date, the claim is:** *Check all that apply.* — **$28,758.31**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Andril Kotko
14 Budivel'nykiv street Apt. 79, Ukrainka,
Kyivs'ka, 08720, UKR

**As of the petition filing date, the claim is:** *Check all that apply.* — **$10,464.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Artur Wolff<br>Walerego Wr?blewskiego 21P/99, L?dz, L?dz Voivodeship, 93-578, POL<br>Sunnyvale, CA<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,916.67 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Avalara<br>255 S King St, Suite 1800, Seattle, WA 98104, USA<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $27,780.53 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Axiom Global Inc<br>1 World Trade Center, Suite 8500<br>New York, NY 10007<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $8,389.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Ben Golub<br>4165 Old Adobe Road<br>Palo Alto, CA 94306<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,230.77 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Bryan Mangelson<br>1133 N 1190 E<br>American Fork, UT 84003<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $43,682.70 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Cambridge Enterprise Ltd<br>Hauser Forum, 3 Charles Babbage Road, Cambridge CB3 0GT, UK<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,340.54 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Christopher Rocco<br>610 N Wagner Rd<br>Ann Arbor, MI 48103<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $45,818.18 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.12 **Nonpriority creditor's name and mailing address**
Colby Winegar
788 Kamber Cv
Draper, UT 84020
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $71,355.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
Damein Morgan
2896 E. Christopher Dr.
Fresno, CA 93720
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $43,417.41
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
David Colantuoni
8 Starboard Drive
Buzzards Bay, MA 02532
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $28,621.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
Deel
425 Market Street, Suite 600
San Francisco, CA 94105
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $60,932.20
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
DJ Shott
2568 S Park St E
84106
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $33,929.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
Dominick Marino
15941 E. Sunflower Dr
Fountain Hills, AZ 85268
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $48,393.31
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
Emily Gay
4528 Lashley Ct
Marietta, GA 30068
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $11,083.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.19 **Nonpriority creditor's name and mailing address**
Ethan Adams
926 Camargo Drive
Ballwin, MO 63011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $51,181.22
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
Gardner Law PLLC
221 Main St N, Suite 300
Stillwater, MN 55082
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
Helene Unland
5052 N Sanders Rd
Tucson, AZ 85743
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $27,383.59
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
Hubspot
2 Canal Park
Cambridge, MA 02141
**Date(s) debt was incurred** 1/31/2026
**Last 4 digits of account number** 4647

**As of the petition filing date, the claim is:** *Check all that apply.* $5,997.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
IBC
The Brew Eagle House, 163 City Road, London
EC1V 1NR, UK
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,731.06
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
Inovo Studios Llc
35 S Peachtree St,
Norcross, GA 30071
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,703.86
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
Integrated Digital Solutions Inc.
647 Wilton Grove Rd, London, ON N6N 1N7,
Canada
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $40,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Inveniam Capital Partners, Inc.<br>39500 High Pointe Boulevard, Suite 220<br>Novi, MI 48375<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $4,037,963.40 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>iXsystems<br>2490 Kruse Dr, San Jose, CA 95131, USA<br>95131<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $7,833.16 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Jacob Willoughby<br>352 E 1500 S<br>Kaysville, UT 84037<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $40,727.62 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Jenna Pangborn<br>C/O Storj Labs Inc., Heather Trowbridge,<br>Finance Department, 3423 Piedmont Rd NE<br>Atlanta, GA 30305<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $4,780.33 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Jennifer Johnson<br>146 Osner Dr<br>Atlanta, GA 30342<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $22,988.64 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Jeremy Wharton<br>2767 Woodspring Forest Drive<br>Kingwood, TX 77345<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $39,395.93 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>John Gleeson<br>4520 Arborvitae Dr<br>Honor, MI 49640<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $81,314.82 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.33 **Nonpriority creditor's name and mailing address**
John Olio
9995 E. Bingham Rd
Traverse City, MI 49684
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$16,098.71

3.34 **Nonpriority creditor's name and mailing address**
Jon Luetgers
988 Parkview Lane
Victoria, MN 55386
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$38,181.82

3.35 **Nonpriority creditor's name and mailing address**
Kimberly Pashel
76 Hillmont Ave
Decatur, GA 30030
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$12,891.62

3.36 **Nonpriority creditor's name and mailing address**
Linkedin Corporation
1000 W Maude Ave, Sunnyvale, CA 94085, USA
Sunnyvale, CA 94085
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$17,755.50

3.37 **Nonpriority creditor's name and mailing address**
Literate Computing, LLC
1819 Capers Ave,
Nashville, TN 37212
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$500.00

3.38 **Nonpriority creditor's name and mailing address**
Magickly LLP
61 Bridge Street, Kington, Herefordshire, HR5 3DJ
HR5 3DJ
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$52,200.00

3.39 **Nonpriority creditor's name and mailing address**
Mark Harvilla
142 S El Molino Ave, Apt 2
Pasadena, CA 91101
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$78,921.00


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Mauve Corporate Systems Singapore Ltd<br>10 Anson Road, #33-03 International Plaza,<br>Singapore 079903<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $49,234.60 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>Mauve Malta Ltd.<br>Office 7, 2nd Floor, Airways House, High Street,<br>Sliema SLM 1549, Malta<br>SLM 1549<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $66,622.29 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Mauve UK Ltd<br>1 Royal Exchange Avenue, London EC3V 3LT,<br>United Kingdom<br>EC3V 3LT<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $270,121.21 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $875.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Nia Lee<br>3751 Chesapeake Ave #323<br>Los Angeles, CA 90016<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $30,328.73 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>Nikhil Jain<br>3016 E Colorado Blvd, #5216<br>Pasadena, CA 91107<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $72,454.81 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>NPE Ihnatiuk Viktor Vladimirovich<br>Kaunasska 12/1, Kyiv, Kyiv, 2160, UKR<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $56,431.68 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Oktay Technology LLC<br>350 Main St, Suite 9, Bedminster<br>Bedminster, NJ 07921<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $10,000.00 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>Paul Cannon<br>2016 Colina Cv<br>Cedar Park, TX 78613<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $14,919.83 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>Paul Willoughby<br>1343 W 2175 S<br>Syracuse, UT 84075<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $42,051.74 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>Perkins Coie<br>1201 Third Avenue, Suite 4900, Seattle, WA<br>98101, USA<br>98101<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $20,876.50 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>Rafael Antonio Ribeiro Gomes<br>Rua Monte Alegre 90, Uberaba, Minas Gerais,<br>38020380, BRA<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $11,651.33 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>Ramp Business Corporation<br>28 West 23rd Street, Floor 2<br>New York, NY 10010<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $94,500.00 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>Schwell Wimpfheimer & Associates LLP<br>551 Fifth Avenue, Suite 1600<br>New York, NY 10176<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $7,630.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>Segment.io, Inc.<br>100 California St<br>San Francisco, CA 94111<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,100.00 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>Sellnet LLC<br>30 N Gould St, Suite R, Sheridan, WY 82801, USA<br>Sheridan, WY 82801<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,659.40 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>Shadow Magic Studios<br>5 South Charlotte Street, Edinburgh EH2 4AN, United Kingdom<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,000.00 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>SNO liability<br>C/O Storj Labs Inc., Heather Trowbridge, Finance Department, 3423 Piedmont Rd NE<br>Atlanta, GA 30305<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $296,316.79 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>Steven Haupt<br>7127 Warner Rd<br>Saline, MI 48176<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $35,848.50 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>Tada Technologies<br>4700 Millenia Blvd, Suite 500<br>Orlando, FL 32839<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $20,748.00 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>Thomas Delaney<br>1928 Willeo Creek Pt<br>Marietta, GA 30068<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $23,532.69 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address**<br>TIMETOEXIT LIMITED<br>71?75 Shelton Street, Covent Garden, London<br>WC2H 9JQ, United Kingdom<br>WC2H 9JQ<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $70,875.00 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>Trisha Winter<br>35915 Fredericksburg Rd<br>Farmington, MI 48331<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $58,333.32 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>Up and Running Software, Inc.<br>535 Mission Street, 14th Floor, San Francisco,<br>CA 94105, USA<br>San Francisco, CA 94105<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $25,210.00 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>Utropicmedia, LLC<br>8 The Green, Suite B<br>Dover, DE 19901<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $36,000.00 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>Verady, Inc.<br>3423 Piedmont Road NE, Suite 320<br>Atlanta, GA 30305<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,499.97 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>White Coral Consulting DMCC<br>DMCC Free Zone, Jumeirah Lakes Towers,<br>Dubai, UAE<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $41,071.65 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>Workman Nydegger<br>60 E South Temple, Suite 1000<br>Salt Lake City, UT 84111<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $55,323.08 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address**<br>WorkRamp, Inc.<br>548 Market Street, PMB 57274<br>San Francisco, CA 94104-5401<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $19,680.00 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>WywCorp - Michal Niewrzal<br>Os Slaskie 23B/2, Zielona G?ra, lubuskie,<br>65-547, POL<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,916.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 7,100,297.96 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 7,100,297.96 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy