David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY <u>HEATHER TROWBRIDGE AS PROFESSIONAL BOOKKEEPER</u>**

Upon the application (the "<u>Application</u>") of Storj Labs, Inc. (the "<u>Debtor</u>"), for entry of an order, pursuant to sections 327(a), 329, 330, 331, and 1107(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "<u>Bankruptcy Code</u>"), authorizing the Debtor to retain Heather Trowbridge ("<u>Ms. Trowbridge</u>") as its bookkeeper and record keeper in its Chapter 11 case; and due and adequate notice of the Application having been given; and it appearing that no other or further notice need be provided; and the Court being satisfied that Ms. Trowbridge is a "disinterested person" as such term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b); and it appearing that no other or further notice need be provided; and it appearing that the relief requested in the Application is in the best interests of the estate, its

creditors, and other parties-in-interest; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. Pursuant to sections 327(a) and 1107(b) of the Bankruptcy Code, the Debtor is hereby authorized to retain and employ Ms. Trowbridge as its bookkeeper and records keeper in this Chapter 11 case and Ms. Trowbridge is authorized to perform the services set forth in the Application.

2. Ms. Trowbridge shall be compensated in accordance with the contract attached to the Application for the period of August 1, 2026 through August 31, 2026.

3. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry, and any applicable stay of this Order is waived.

4. The Debtor is empowered to take all actions necessary to effectuate the relief granted pursuant to this Order and in accordance with the Application.

5. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

Prepared by:

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com

United States Bankruptcy Court
Northern District of West Virginia

In re:
Storj Labs Inc.
Debtor

Case No. 26-00512-dlb
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0424-5 | User: ad | Page 1 of 2
Date Rcvd: Sep 10, 2026 | Form ID: pdfdoc | Total Noticed: 6

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | | Storj Labs Inc., 1870 The Exchange SE, Ste 220 PMB 75268, Atlanta, GA 30339-2171 |
| aty | + | George A. R. Balchunas, 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| aty | + | James H. Billingsley, Duane Morris LLP, 200 Crescent Court, Suite 900, Dallas, TX 75201-1514 |
| acc | + | Heather Trowbridge, 18844 Hampstead Heath Ct, Land O Lakes, FL 34638-0027 |
| cr | | Nikhil Jain, 3016 E. Colorado Blvd. #5216, Pasadena, CA 91107-3847 |
| cr | | VIVINT LLC, 1310 McKinney St., Houston, TX 77010 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Beverly Weiss Manne | on behalf of Interested Party Michael Ward BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Robert Lamb BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com rmoss@spilmanlaw.com;dweyels@spilmanlaw.com;dambrose@spilmanlaw.com |
| Judith K. Fitzgerald | |

| | |
|---|---|
| | on behalf of Interested Party Michael Ward jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Robert Lamb jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Kevin P Allen | on behalf of Creditor VIVINT LLC kpallen@duanemorris.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Robert Lamb lmccartney@tuckerlaw.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Michael Ward lmccartney@tuckerlaw.com |
| Maribeth Thomas | on behalf of Interested Party Michael Ward mthomas@tuckerlaw.com |
| Maribeth Thomas | on behalf of Interested Party Robert Lamb mthomas@tuckerlaw.com |
| Martin P. Sheehan | on behalf of Creditor Nikhil Jain martin@msheehanlaw.net r56857@notify.bestcase.com;Paralegal@Msheehanlaw.net;Sheehan.MartinP.B145388@notify.bestcase.com |
| Martin P. Sheehan | on behalf of Creditor Mark Harvilla martin@msheehanlaw.net r56857@notify.bestcase.com;Paralegal@Msheehanlaw.net;Sheehan.MartinP.B145388@notify.bestcase.com |
| Robert L Nistendirk | rnistendirk@wnacpas.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| Spencer D. Elliott | on behalf of Creditor Inveniam Capital Partners Inc. selliott@lewisgianola.com |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 16