**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-00512** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**MOTION TO APPROVE WITNESSES WHO RESIDE OUTSIDE THE UNITED STATES TO APPEAR VIA ZOOM AT THE HEARING ON SEPTERMBER 16, 2026**

Storj Labs, Inc., debtor-in-possession in the above-captioned case (the Debtor") moves this Court to approve Debtor's witness Dr. Shuja Ali who resides outside of the United States of America to appear via zoom at the hearing scheduled for September 16, 2026. In support of this Motion, the Debtor states as follows:

1. On August 2, 2026, Debtor filed its *Motion to Authorize Post-Petition Financing and Use of Cash Collateral, and Scheduling Final Hearing* (the "Financing Motion") [ECF No. 14].

2. On August 5, 2026, after an expedited hearing, the Court entered and order [ECF No. 26] approving the Financing Motion on an interim basis and setting a hearing on August 25, 2026, for approval on a final basis.

3. On August 21, 2026, Collateral Agents filed an *Objection and Reservation of Rights* [ECF No. 58] to the Financing Motion.

4. On August 24, 2026, the Collateral Agents filed a *Motion of Collateral Agents to Dismiss Debtor's Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)(1) or, in the Alternative, Change Venue* (the "Dismissal Motion", and together with the Financing Motion, the "Motions") [ECF No. 69].

5. On August 25, 2026, the Court entered an order [ECF No. 85] continuing the hearing on the Financing Motion to September 3, 2026.

6. On August 26, 2026, the Court entered an order [ECF No. 88] amending its August 25, 2026, order and (1) setting September 1, 2026, as the deadline to file responses to the Dismissal Motion and as the deadline to file witnesses and exhibit lists, (2) setting a September 3, 2026 hearing on the Dismissal Motion, and (3) setting September 1, 2026, as the deadline by which parties were to file witnesses and exhibits lists for the hearings on the Motions.

7. Debtor and Collateral Agents have witnesses who reside out of the United States.

8. Due to the cost of requiring the out of country witnesses to appear in person, the Debtor requests the Court to allow these out of country witnesses to appear via Zoom.

9. Creditors Harvilla and Jain ("Creditors") filed a motion to dismiss for lack of venue or in the alternative for change of venue.

10. Creditors and Collateral Agents do not object to the Debtor's witness Dr. Ali who resides out of the United States to appear via ZOOM. Debtor does not object to Collateral Agents' witness appearing via Zoom.

**WHEREFORE,** Debtor moves the Court to allow Dr. Ali who resides out of the Untied States to appear via Zoom at the hearing on September 16, 2026.

Respectfully Submitted

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com
***Counsel for Storj, Debtor-in possession***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-0012** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher R. Arthur, hereby certify that on September 14, 2026, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send notice to all parties participating in the same, including:

Shari Lynne Collias, Esquire
Trial Attorney, Office of the U.S. Trustee
United States Courthouse, Room 2025
300 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 347-3417
Facsimile: (304) 347-3402
shari.collias@usdoj.gov
*Counsel for U.S. Trustee*

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)