**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-00512** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**DEBTOR STORJ LABS, INC.'S AMENDED NOTICE OF WITNESSES AND EXHIBITS**

Debtor Storj Labs, Inc. ("Debtor") does not intend to call witnesses at the hearing on Michael Ward ("Ward") and Robert Lamb's ("Lamb") (collectively "Ward Lamb") "Motion of Collateral Agents to Dismiss Debtor's Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)(1) or, in the Alternative, Change Venue" ("Ward Lamb Motion").

Debtor intends to call Dr. Shuja Ali as a witness who will be prepared to testify in support of the Motion for final post-petition financing and cash collateral. Dr. Ali also will testify regarding his role with the Debtor; the reasons the Debtor filed for Chapter 11; and the Debtor's intended plan of reorganization. Dr. Ali also will be prepared to testify regarding the schedules filed and the proposed budget going forward.

Debtor reserves the right to call Robert Nistendirk, C.P.A. who will be prepared to testify regarding the viability of the Debtor and the Debtor's financial status, and financial information filed with the Court.

Debtor reserves the right to call any witnesses disclosed by Ward Lamb.

Debtor discloses as Exhibits any and all documents filed as part of the Debtor's bankruptcy, including, but not limited to, the following: voluntary petition, schedules, amended schedules, initial operating report.

WHEREFORE, the Debtor respectfully files this notice of witness(es) and exhibits pursuant to "Order Granting Motion to Continue September 3, 2026 Hearings and Deadlines Related Thereto".

**STORJ LABS, INC.**

**By Counsel:**

*/s/ Christopher R. Arthur*
Bruce Jacobs (WV Bar No. )
Christopher R. Arthur (WV Bar No. 9192)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, E. (25301)
P. O. Box 273
Charleston, WV 25321
304.340.3800; 304.340.3801 (*facsimile*)
carthur@spilmanlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 5:26-bk-00512** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 Reorganization** |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher R. Arthur, counsel for debtor Storj Labs, Inc., do hereby certify that on September 14, 2026, I filed the foregoing ***Debtor Storj Labs, Inc.'s Amended Notice of Witnesses and Exhibits"*** with the Clerk of the Court using the CM/ECF system, which will send notice to all parties participating in the same, including:

Shari Lynne Collias, Esquire
Trial Attorney, Office of the U.S. Trustee
United States Courthouse, Room 2025
300 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 347-3417
Facsimile: (304) 347-3402
shari.collias@usdoj.gov
*Counsel for U.S. Trustee*

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WV Bar No. 9192)