**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |

**MOTION FOR PERMISSION FOR WITNESS TO APPEAR REMOTELY**

Michael Ward and Robert Lamb (together, the "**Collateral Agents**"), in their capacity as Collateral Agents for certain entities with liens on shares of the Debtor (the "**Pledgees**"), respectfully request permission from the Court for witness Michael Ward ("**Ward**") to testify via Zoom at the evidentiary hearing on the Collateral Agents' *Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112(b)(1) or, in the Alternative, Change Venue* [ECF No. 69] scheduled for September 16, 2026, at 1:30 p.m. (the "**Evidentiary Hearing**"). The Collateral Agents also request that Ward be permitted to submit direct testimony by written declaration, and that the Court and other parties shall have the opportunity to cross-examine Ward on the Declaration.

The Collateral Agents request permission for the Ward to testify via Zoom at the Evidentiary Hearing because Ward is currently located in London, England and the Collateral Agents and Storj Labs, Inc. have mutually agreed that Ward may appear the Evidentiary Hearing via Zoom due to the costs that would be incurred if the Ward were required to travel to the Court to testify in person. A proposed order granting the relief requested in this motion is attached hereto as Exhibit A.

Respectfully submitted,

Dated: September 14, 2026

TUCKER ARENSBERG, P.C.

/s/ Lauren Hutchins McCartney
Lauren Hutchins McCartney, Esq. (WV ID 12304)
Judith K. Fitzgerald, Esq. (PA ID No. 18110)
*Admitted pro hac vice*
Beverly Weiss Manne, Esq. (PA ID No. 34545)
*Admitted pro hac vice*
Maribeth Thomas, Esq. (PA ID No. 208376)
*Admitted pro hac vice*
George A. R. Balchunas, Esq. (PA ID No. 338421)
*Admitted pro hac vice*
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
lmccartney@tuckerlaw.com
jfitzgerald@tuckerlaw.com
bmanne@tuckerlaw.com
mthomas@tuckerlaw.com
gbalchunas@tuckerlaw.com

*Counsel for Michael Ward and Robert Lamb, in their capacity as Collateral Agents for the Pledgees*

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on September 14, 2026, a true and correct copy of the foregoing *Motion for Witness to Appear Remotely* filed by Michael Ward and Robert Lamb, in their capacity as Collateral Agents for certain entities with liens on shares of the Debtor, was served on all parties requesting electronic notice via the Court's CM/ECF System and upon the below parties via email at the addresses listed below.

Christopher R. Arthur, Esq.
Spilman Thomas & Battle
Email: carthur@spilmanlaw.com

*Debtor's Counsel*

Spencer D. Elliott, Esq.
Lewis Gianola, PLLC
Email: selliott@lewisgianola.com

*Counsel for Inveniam Capital Partners, Inc.*

*/s/ George A. R. Balchunas*
George A.R. Balchunas, Esq.