**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |

**OBJECTION TO DEBTOR'S MOTION TO STRIKE**
**DIP OBJECTION AND MOTION TO DISMISS/TRANSFER**

Michael Ward and Robert Lamb (together, the "**Collateral Agents**"), in their capacity as Collateral Agents for certain entities with liens on shares of the Debtor (the "**Pledgees**"), file this Objection (the "**Objection**") to Debtor's *Motion to Strike Objection and Motion to Dismiss* [ECF No. 131] (the "**Motion to Stike**"). The arguments of the Collateral Agents are more fully set forth in the memorandum of law in support of this Objection filed contemporaneously herewith, which memorandum of law is incorporated herein and made part of this Objection.

The Collateral Agents assert that they are parties in interest under 11 U.S.C. § 1109(b) and have standing to object to the Debtor's *Motion to Authorize Post-Petition Financing and Use of Cash Collateral, and Schedule Final Hearing* [ECF No. 14] (the "**DIP Motion**") and to move to dismiss or transfer this proceeding pursuant to 11 U.S.C. §§ 105(a) and 1112(b), 28 U.S.C. §§ 1406(a) and 1412, and Rules 1014, 1017(f)(1) and 9014 of the Federal Rules of Bankruptcy Procedure.

Accordingly, the Court has subject-matter jurisdiction with respect to their *Objection and Reservation of Rights to the DIP Motion* [ECF No. 58] (the "**DIP Objection**") and *Motion to Dismiss Debtor's Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)(1), or, in the Alternative, Change Venue* [ECF No. 69] (the "**Motion to Dismiss/Transfer**") pursuant to 28 U.S.C. 1334.

WHEREFORE, Michael Ward and Robert Lamb, in their capacity as Collateral Agents for the Pledgees, respectfully request that the Court deny the Debtor's Motion to Strike.

Respectfully submitted,

Dated: September 14, 2026

TUCKER ARENSBERG, P.C.

*/s/ Lauren Hutchins McCartney*

Lauren Hutchins McCartney, Esq. (WV ID 12304)
Judith K. Fitzgerald, Esq. (PA ID No. 18110)
*Admitted pro hac vice*
Beverly Weiss Manne, Esq. (PA ID No. 34545)
*Admitted pro hac vice*
Maribeth Thomas, Esq. (PA ID No. 208376)
*Admitted pro hac vice*
George A. R. Balchunas, Esq. (PA ID No. 338421)
*Admitted pro hac vice*
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
lmccartney@tuckerlaw.com
jfitzgerald@tuckerlaw.com
bmanne@tuckerlaw.com
mthomas@tuckerlaw.com
gbalchunas@tuckerlaw.com

*Counsel for Michael Ward and Robert Lamb, in their capacity as Collateral Agents for the Pledgees*

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on September 14, 2026, a true and correct copy of the foregoing *Objection to Debtor's Motion to Strike DIP Objection and Motion to Dismiss/Transfer* filed by Michael Ward and Robert Lamb, in their capacity as Collateral Agents for certain entities with liens on shares of the Debtor, was served on all parties requesting electronic notice via the Court's CM/ECF System and upon the below parties via email at the addresses listed below.

Christopher R. Arthur, Esq.
Spilman Thomas & Battle
Email: carthur@spilmanlaw.com

*Debtor's Counsel*

Spencer D. Elliott, Esq.
Lewis Gianola, PLLC
Email: selliott@lewisgianola.com

*Counsel for Inveniam Capital Partners, Inc.*

*/s/ George A. R. Balchunas*
George A.R. Balchunas, Esq.