David L. Bissett
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

In re:

STORJ LABS, INC., Case No. 5:26-bk-00512

Debtor. Chapter 11

**<u>ORDER GRANTING MOTION OF ACTING UNITED STATES TRUSTEE TO APPEAR BY TELEPHONE</u>**

This day the Court considered the motion of the Acting United States Trustee ("UST"), Matthew W. Cheney, by counsel, Shari Collias, for permission to appear by telephone at the September 16, 2026 hearings that are scheduled for 1:30 p.m. in Wheeling, WV to consider final approval of the debtor's motions to use cash collateral and for authorization to obtain DIP financing and the motions of Michael Ward and Robert Lamb and Creditors Mark Harvilla and Nikhil Jain to dismiss case, or in the alternative to change venue and the debtor's responses thereto. It appearing good cause has been shown, it is accordingly

**ORDERED** the Motion is **GRANTED.** Counsel for the UST may participate in the September 16, 2026 hearings regarding the above noted matters at 1:30 p.m. by telephone by dialing into the Court's conference number, 1(646)828-7666 and entering the access code: 161 666 5385.

*<u>/s/Shari L. Collias</u>*
Shari L. Collias (WVSB #4997)
Office of United States Trustee
300 Virginia Street East, Rm 2025
Charleston, WV 25301
(304)347-3417
<u>Shari.Collias@usdoj.gov</u>