David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |
| | ) | |

**ORDER GRANTING MOTION TO APPROVE DEBTOR STORJ LABS, INC.'S WITNESS, DR. ALI, WHO RESIDES OUTSIDE OF THE UNITED STATES TO APPEAR AT THE HEARING ON SEPTEMBER 16, 2026 VIA ZOOM**

Upon the motion (the "Motion") of the debtor, Storj Labs, Inc. (the "Debtor") for entry of an order (this "Order") allowing the Debtor's witness, Dr. Ali, who resides outside the United States to appear via Zoom. After due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that Debtor's witness, Dr. Ali, who resides outside the United States can appear at the hearing on **September 16, 2026** via Zoom.

Prepared by:

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #7161)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 531-9520 *(Phone)*
(304) 291-7979 *(Facsimile)*
carthur@spilmanlaw.com
*Counsel for the Debtor*