David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |

**ORDER**

AND NOW, this 15th day of September 2026, upon consideration of the *Motion for Permission for Witness to Appear Remotely* (the "**Motion**") filed by Michael Ward and Robert Lamb (together, the "**Collateral Agents**"), in their capacity as Collateral Agents for certain entities with liens on shares of the Debtor (the "**Pledgees**"), it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Witness Michael Ward ("**Ward**") may testify via Zoom at the evidentiary hearing on the Collateral Agents' *Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112(b)(1) or, in the Alternative, Change Venue* [ECF No. 69] scheduled for September 16, 2026, at 1:30 p.m. (the "**Evidentiary Hearing**").

3. Prior to the Evidentiary Hearing, the Collateral Agents shall submit a written declaration (the "**Declaration**") on behalf of Ward, which Declaration shall be treated as Ward's direct testimony at the Evidentiary Hearing.

4. The Court and other parties shall have the opportunity to cross-examine Ward on the Declaration at the Evidentiary Hearing.

Prepared by:

TUCKER ARENSBERG, P.C.

*/s/ Lauren Hutchins McCartney*
Lauren Hutchins McCartney, Esq. (WV ID 12304)
Judith K. Fitzgerald, Esq. (PA ID No. 18110)
*Admitted pro hac vice*
Beverly Weiss Manne, Esq. (PA ID No. 34545)
*Admitted pro hac vice*
Maribeth Thomas, Esq. (PA ID No. 208376)
*Admitted pro hac vice*
George A. R. Balchunas, Esq. (PA ID No. 338421)
*Admitted pro hac vice*
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
lmccartney@tuckerlaw.com
jfitzgerald@tuckerlaw.com
bmanne@tuckerlaw.com
mthomas@tuckerlaw.com
gbalchunas@tuckerlaw.com

*Counsel for Michael Ward and Robert Lamb, in their capacity as Collateral Agents for the Pledgees*