**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

In re:

**STORJ LABS, INC.**, Case No. 5:26-bk-00512

*Debtor*. Chapter 11 Reorganization

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that, in accordance with 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, Raymond S. Franks II and David R. Pogue of the law firm Carey Douglas Kessler & Ruby PLLC of Charleston, West Virginia, hereby enter their appearances as counsel for creditors Mauve Corporate Systems Singapore Pte Ltd., Mauve Malta Ltd., and Mauve Corporate Systems UK Ltd., *see* ECF 64 at 3, 3.20–3.22. Notices given and papers served other than those filed or served through the Court's CM/ECF system should be delivered to the attention of the undersigned at the address indicated below.

DATED: September 15, 2026

*/s/ Raymond S. Franks II*
Raymond S. Franks II (WVSB #6523)
David R. Pogue (WVSB #10752)
CAREY DOUGLAS KESSLER & RUBY PLLC
707 Virginia Street East, Suite 901
Charleston, WV 25301
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
rfranks@cdkrlaw.com
***Counsel for Creditors Mauve Corporate Systems Singapore Pte Ltd., Mauve Malta Ltd. and Mauve Corporate Systems UK Ltd.***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, the foregoing ***Notice of Appearance of Counsel*** was served electronically via the Court's CM/ECF system, providing notice of the filing to counsel and parties designated to receive service.

*/s/ Raymond S. Franks II*
Raymond S. Franks II (WVSB #6523)