Arnall Golden Gregory LLP

171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031
Direct phone: 404.873.8762
E-mail: Andrew.Ellis@agg.com

September 8, 2026

**Via E-Mail**

Inveniam Capital Partners, Inc.
39500 High Pointe Blvd., Suite 200
Novi, Michigan 48375
Attention: Robert G. Yablunsky, Executive Vice President
Email: byablunsky@inveniam.io

**Re: Demand Letter and Default Notice**

Dear Mr. Yablunsky:

Reference is made to that certain Forbearance Agreement, dated as of May 12, 2026 (the "Forbearance Agreement"), by and among Inveniam Capital Partners, Inc. ("Borrower"), and the Sellers' Representatives party thereto, acting in their capacities as the duly authorized representatives of the former shareholders of Hedgehog Invest Limited (collectively, the "Lenders"). Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Forbearance Agreement.

As attorneys for the Sellers' Representatives (acting on behalf of the Lenders, including in their capacity as Collateral Agents), we hereby notify Borrower of its Forbearance Default Events under Section 7.1(a) of the Forbearance Agreement due to Borrower's failure to pay in full on or before July 31, 2026 (i) the Initial Payment of One Million Dollars ($1,000,000) pursuant to Section 4.1(a) of the Forbearance Agreement, and (ii) all costs, fees, and expenses of the Sellers' Representatives incurred through the Effective Date in connection with the negotiation, preparation, execution, and delivery of the Forbearance Agreement and the other Loan Documents pursuant to Section 11.10 of the Forbearance Agreement (the "Expense Reimbursement"). We hereby make demand upon Borrower for payment in full of the foregoing in the aggregate

amount of not less than Nine Hundred Eighty Eight Thousand Eight Hundred Nineteen and 3/100 Dollars ($988,819.03)[1] within seven (7) days following the date of this demand letter and notice of default.

Such payment is to be made in full by wire transfer of immediately available funds to the Lenders and to the Sellers' Representatives' counsel in the amounts and pursuant to the wire instructions previously provided to Borrower by the Sellers' Representatives via email on July 24, 2026.

The Lenders will only accept such payment from Borrower, will not accept partial payments, and will not accept payments (partial or otherwise) from any other party.

In the event that Borrower fails to cure such Forbearance Default Events as demanded herein, the Sellers' Representatives (acting on behalf of the Lenders, including in their capacity as Collateral Agents) hereby demand that the entire unpaid principal amount under the Note and all accrued interest thereon (including Default Interest), and all other obligations arising under the Note, the Forbearance Agreement, and the other Loan Documents, shall immediately become due and payable upon the eighth (8th) day following the date of this demand letter and notice of default.

The Sellers' Representatives (acting on behalf of the Lenders, including in their capacity as Collateral Agents) hereby expressly reserve all of their and the Lenders' respective rights, powers, claims, defenses and remedies in all respects provided for in the Note, the Forbearance Agreement, and the other Loan Documents, at law, in equity, and otherwise, whether now or hereafter existing, in respect of the matters addressed herein.

(*Remainder of page intentionally blank.*)

[1] Such amount is based on (i) the unpaid portion of the Initial Payment, in the aggregate amount of $976,319.03, and (ii) the unpaid portion of the Expense Reimbursement, in the aggregate amount of $12,500.

Should you have any questions regarding the Sellers' Representatives' position, please contact me.

Sincerely,

ARNALL GOLDEN GREGORY LLP

Andrew Hamilton Ellis, Esq.

cc: Michael Ward, Sellers' Representative (wardmj89@gmail.com)
Robert Lamb, Sellers' Representative (roblamb1981@gmail.com)
Hannah Elliott, Fox Williams LLP (helliott@foxwilliams.com)
Chien-Wei Lui, Fox Williams LLP (clui@foxwilliams.com)
Patrick O'Meara, Inveniam Capital Partners, Inc. (pomeara@inveniam.io)
Daniel E. Baron, Inveniam Capital Partners, Inc. (legal@inveniam.io)
David Weber, Hassans (David.Weber@hassans.gi)
Ivan Gomez, Hassans (ivan.gomez@hassans.gi)