**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

In Re: Storj Labs Inc.
Debtor

Case No.: 5:26−bk−00512

Chapter: 11

**ORDER**

The above−styled bankruptcy case having been filed in this Court on July 26, 2026, and the debtor herein having filed an amended Schedule adding creditors or changing addresses of already listed creditors on 09/11/2026, it is accordingly

**ORDERED** that, to the extent the debtor has not already done so, the debtor shall, as applicable, serve upon each newly added creditor a copy of the:

1. Notice of Bankruptcy Case Filing and the Meeting of Creditors
2. The amendment;
3. The order granting discharge (if any);
4. Any other document affecting the rights of a newly added creditor; and
5. In Chapter 7 and Chapter 11 cases, notice of claim's bar date, if a claim's bar date has been entered in the case.

The copy of the Notice of Bankruptcy Case Filing and the Meeting of Creditors served on the affected creditor must contain all nine digits of the debtor's social security number or all digits of the corporate debtor's tax identification number. The debtor shall file a certificate of service with the Clerk evidencing service of the above documents.

It is
**FURTHER ORDERED** that in individual Chapter 7 cases where the amendment is made after the date first set for the meeting of creditors under 11 U.S.C. §341, but before the deadline to object to entry of discharge under Fed. R. Bankr. P. 4004(a), then the newly added creditor shall, at a minimum have thirty days from the date of service of the amended schedule to object to entry of the debtor's discharge.

Dated: September 16, 2026

*David L Bissett*

United States Bankruptcy Judge