# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424−5 | User: ad | Date Created: 9/16/2026 |
| Case: 5:26−bk−00512 | Form ID: pdfdoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| 1731106 | Secretary Of The Treasury | 15th St & Pennsylvania Avenue | Washington DC 20220 |

TOTAL: 1