David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |

## ORDER AND NOTICE

On September 16, 2026, a hearing was held in the above-styled bankruptcy case to consider the following motions:

> 14 Motion to Authorize Post-Petition Financing and Use of Cash Collateral and Schedule Final Hearing with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc.
>
> 69 Motion to Dismiss Case Pursuant to 11 U.S.C. 1112(B)(1) or, in the Alternative, Change Venue filed by Lauren Hutchins McCartney on behalf of Robert Lamb, Michael Ward.
>
> 128 Corrective Motion to Dismiss for Lack of Venue, or in the alternative to Transfer Case to Proper Venue such as the Northern District of Georgia Filed by Martin P. Sheehan on behalf of Nikhil Jain , Mark Harvilla.
>
> 130 Motion to Strike Objection and Motion To Dismiss Because Ward and Lamb Lack Standing and Lack Standing and the Courts Lack of Subject matter Jurisdiction with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc.

Upon consideration of the written submissions, oral argument of counsel and for reasons fully stated on the record, the Court FOUND that the moving parties do have standing to bring the motions to dismiss and that venue in the Northern District of West Virginia is improper. The parties requested that the Court continue consideration of the continued use of cash collateral and transfer/dismissal of the case to allow further discussion of possible resolution of these issues. Accordingly, it is hereby

**ORDERED** that the Motion to Strike (Doc #130) is DENIED. It is further

**ORDERED** that venue is inappropriate in the Northern District of West Virginia. It is further

**ORDERED AND NOTICE IS GIVEN** that a continued hearing is scheduled for September 18, 2026, at 10:00 a.m. by video conference ("Zoom") to consider continued use of cash collateral and transfer/dismissal of the case. Parties shall participate in the hearing by video conference as instructed below:

**Click the link below**:
https://www.zoomgov.com/j/1616665385?pwd=dHVFdEJ2SWdoL3poQkQwdHNqN2JCdz09
**OR**
**GO TO ZOOMGOV.COM AND ENTER**:
Meeting ID: 161 666 5385
**THEN ENTER**
Passcode: 5466