David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |

**ORDER**

AND NOW, this 15th day of September 2026, upon consideration of the *Motion for Permission for Witness to Appear Remotely* (the "**Motion**") filed by Michael Ward and Robert Lamb (together, the "**Collateral Agents**"), in their capacity as Collateral Agents for certain entities with liens on shares of the Debtor (the "**Pledgees**"), it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Witness Michael Ward ("**Ward**") may testify via Zoom at the evidentiary hearing on the Collateral Agents' *Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112(b)(1) or, in the Alternative, Change Venue* [ECF No. 69] scheduled for September 16, 2026, at 1:30 p.m. (the "**Evidentiary Hearing**").

3. Prior to the Evidentiary Hearing, the Collateral Agents shall submit a written declaration (the "**Declaration**") on behalf of Ward, which Declaration shall be treated as Ward's direct testimony at the Evidentiary Hearing.

4. The Court and other parties shall have the opportunity to cross-examine Ward on the Declaration at the Evidentiary Hearing.

Prepared by:

TUCKER ARENSBERG, P.C.

*/s/ Lauren Hutchins McCartney*
Lauren Hutchins McCartney, Esq. (WV ID 12304)
Judith K. Fitzgerald, Esq. (PA ID No. 18110)
*Admitted pro hac vice*
Beverly Weiss Manne, Esq. (PA ID No. 34545)
*Admitted pro hac vice*
Maribeth Thomas, Esq. (PA ID No. 208376)
*Admitted pro hac vice*
George A. R. Balchunas, Esq. (PA ID No. 338421)
*Admitted pro hac vice*
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
lmccartney@tuckerlaw.com
jfitzgerald@tuckerlaw.com
bmanne@tuckerlaw.com
mthomas@tuckerlaw.com
gbalchunas@tuckerlaw.com

*Counsel for Michael Ward and Robert Lamb, in their capacity as Collateral Agents for the Pledgees*

United States Bankruptcy Court
Northern District of West Virginia

In re: Storj Labs Inc.
Debtor

Case No. 26-00512-dlb
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0424-5 | User: ad | Page 1 of 2
Date Rcvd: Sep 15, 2026 | Form ID: pdfdoc | Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Storj Labs Inc., 1870 The Exchange SE, Ste 220 PMB 75268, Atlanta, GA 30339-2171 |
| aty | + | George A. R. Balchunas, 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| aty | + | James H. Billingsley, Duane Morris LLP, 200 Crescent Court, Suite 900, Dallas, TX 75201-1514 |
| acc | + | Heather Trowbridge, 18844 Hampstead Heath Ct, Land O Lakes, FL 34638-0027 |
| cr | | Nikhil Jain, 3016 E. Colorado Blvd. #5216, Pasadena, CA 91107-3847 |
| cr | | VIVINT LLC, 1310 McKinney St., Houston, TX 77010 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | on behalf of Interested Party Robert Lamb BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Michael Ward BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Bruce Michael Jacobs | on behalf of Debtor Storj Labs Inc. bjacobs@spilmanlaw.com rmoss@spilmanlaw.com |
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com |

| | |
|---|---|
| | rmoss@spilmanlaw.com;dweyels@spilmanlaw.com;dambrose@spilmanlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Michael Ward jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Robert Lamb jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Kevin P Allen | on behalf of Creditor VIVINT LLC kpallen@duanemorris.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Michael Ward lmccartney@tuckerlaw.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Robert Lamb lmccartney@tuckerlaw.com |
| Maribeth Thomas | on behalf of Interested Party Robert Lamb mthomas@tuckerlaw.com |
| Maribeth Thomas | on behalf of Interested Party Michael Ward mthomas@tuckerlaw.com |
| Martin P. Sheehan | on behalf of Creditor Mark Harvilla martin@msheehanlaw.net r56857@notify.bestcase.com;Paralegal@Msheehanlaw.net;Sheehan.MartinP.B145388@notify.bestcase.com |
| Martin P. Sheehan | on behalf of Creditor Nikhil Jain martin@msheehanlaw.net r56857@notify.bestcase.com;Paralegal@Msheehanlaw.net;Sheehan.MartinP.B145388@notify.bestcase.com |
| Robert L Nistendirk | rnistendirk@wnacpas.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| Spencer D. Elliott | on behalf of Creditor Inveniam Capital Partners Inc. selliott@lewisgianola.com |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 17