David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |

**ORDER TRANSFERRING CASE**

At the hearing held on September 16, 2026, the Court found that the venue in the Northern District of West Virginia is improper and the case should be transferred, but adjourned the hearing, to September 18, 2026, at the request of the parties, to give the them an opportunity to negotiate a cash collateral agreement so the Debtor could make its next payroll.

On September 18, 2026, counsel for the Debtor advised the Court that an agreement could not be reached and requested the case be transferred to the Northern District of Georgia. The Court concludes it is in the interest of justice to transfer the case to the Bankruptcy Court for the Northern District of Georgia, and does hereby

**ORDER** that the *Motion of Collateral Agents to Dismiss Debtor's Chapter 11 Case Pursuant to 11 U.S.C. §1112(b)(1) or, in the Alternative, Change Venue* (Doc 68) and the *Motion to Dismiss for Lack of Venue, or in the Alternative to Transfer Case to Proper Venue such as the Northern District of Georgia* filed by Nikhil Jain , Mark Harvilla (Doc. No. 128), are GRANTED. And it is

**FURTHER ORDERED** that the Clerk of the Bankruptcy Court for the Northern District of West Virginia transfer the case to the Bankruptcy Court for the Northern District of Georgia.