# Notice Recipients

District/Off: 0424−5 User: ad Date Created: 9/18/2026
Case: 5:26−bk−00512 Form ID: pdfdoc Total: 151

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| consult | Robert L Nistendirk | rnistendirk@wnacpas.com |
| aty | Beverly Weiss Manne | BMANNE@TUCKERLAW.COM |
| aty | Bruce Michael Jacobs | bjacobs@spilmanlaw.com |
| aty | Christopher R. Arthur | carthur@spilmanlaw.com |
| aty | Judith K. Fitzgerald | jfitzgerald@tuckerlaw.com |
| aty | Kevin P Allen | kpallen@duanemorris.com |
| aty | Lauren Hutchins McCartney | lmccartney@tuckerlaw.com |
| aty | Maribeth Thomas | mthomas@tuckerlaw.com |
| aty | Martin P. Sheehan | martin@msheehanlaw.net |
| aty | Raymond S. Franks, II | rfranks@cdkrlaw.com |
| aty | Shari Lynne Collias | shari.collias@usdoj.gov |
| aty | Spencer D. Elliott | selliott@lewisgianola.com |

TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Storj Labs Inc. 1870 The Exchange SE Ste 220 PMB 75268 Atlanta, GA 30339−2171 |
| cr | VIVINT LLC 1310 McKinney St. Houston, TX 77010 |
| cr | Nikhil Jain 3016 E. Colorado Blvd. #5216 Pasadena, CA 91107−3847 |
| acc | Heather Trowbridge 18844 Hampstead Heath Ct Land O Lakes, FL 34638 |
| aty | David R. Pogue CAREY DOUGLAS KESSLER & RUBY PLLC 707 Virginia Street East, Suite 901 Charleston, WV 25301 |
| aty | George A. R. Balchunas 1500 One PPG Place Pittsburgh, PA 15222 |
| aty | James H. Billingsley Duane Morris LLP 200 Crescent Court, Suite 900 Dallas, TX 75201 |
| 1731103 | Atty General Of WV BLDG 1 E−26 Ground Floor Main Unit Capitol Building Charleston WV 25301 |
| 1731104 | Internal Revenue Service Post Office Box 7346 Philadelphia PA 19101−7346 |
| 1731105 | Regional Bankruptcy Contact U.S. Environmental Protection Agency Region III 1650 Arch Street (3RC00) Philadelphia PA 19103 |
| 1731106 | Secretary Of The Treasury 15th St & Pennsylvania Avenue Washington DC 20220 |
| 1731107 | Social Security Administration 300 Spring Garden Street Philadelphia PA 19123 |
| 1731108 | US Attorney Northern District of WV PO Box 591 Wheeling WV 26003 |
| 1731109 | WV Dept of Tax & Revenue Bankruptcy Unit Post Office Box 766 Charleston WV 25323−0766 |
| 1731110 | West Virginia Insurance Commission Legal Division − Bankruptcy Post Office Box 50540 Charleston WV 25305−0540 |
| 1731112 | 66Degrees LLC 425 W Randolph St, Suite 300 Chicago, IL 60606 |
| 1731113 | Aleksei Aleksandrovich Leonov 144/121 Chom Thian 2 Alley Jomtien Beach |
| 1731115 | Artur Wolff Walerego Wrblewskiego 21P/99, Ldz, Ld Sunnyvale, CA |
| 1731120 | Gardner Law PLLC 221 Main St N, Suite 300 Stillwater, MN 55082 |
| 1731141 | Segment.io, Inc. 100 California St San Francisco, CA 94111 |
| 1731142 | Sellnet LLC 30 N Gould St, Suite R Sheridan, WY 82801 |
| 1731116 | Avalara 255 S King St, Suite 1800 Seattle, WA 98104 |
| 1731119 | Deel 425 Market Street Suite 600 San Francisco, CA 94105 |
| 1731121 | Georgia Department of Revenue PO Box 740392 Atlanta, GA 30374−0392 |
| 1731125 | Inveniam Capital Partners, Inc. 39500 High Pointe Boulevard Suite 220 Novi, MI 48375 |
| 1731144 | SNO Liability c.o. Storj Labs Inc. Heather Trowbridge, Finance Dept 3423 Piedmont Rd, NE Atlanta, GA 30305 |
| 1731147 | Up and Running Software, Inc. 535 Mission Street, 14th Floor San Francisco, CA 94105 |
| 1731148 | US Department of the Treasury Internal Revenue Service Kansas City, MO 64999−0012 |
| 1731149 | US Department of the Treasury Internal Revenue Service Ogden, UT 84201−0012 |
| 1731150 | Utropicmedia, LLC 8 The Green Suite B Dover, DE 19901 |
| 1731153 | Workman Nydegger 60 E South Temple Suite 1000 Salt Lake City, UT 84111 |
| 1731117 | Axiom Global Inc 1 World Trade Center Suite 8500 New York, NY 10007 |
| 1731126 | iXsystems 2490 Kruse Dr San Jose, CA 95131 |
| 1731127 | Jenna Pangborn C/O Storj Labs Inc. Heather Trowbridge Atlanta, GA 30305 |
| 1731128 | Linkedin Corporation 1000 W Maude Ave Sunnyvale, CA 94085 |
| 1731129 | Literate Computing, LLC 1819 Capers Ave Nashville, TN 37212 |
| 1731122 | IBC The Brew Eagle House 163 City Road London, ON N6N 1N7 CANADA |
| 1731114 | Andril Kotko 14 Budivel'nykiv Street Apt. 79 UKRAINE |
| 1731130 | Magickly LLP 61 Bridge Street Kington, Herefordshire HR5 3DJ ENGLAND |
| 1731124 | Integrated Digital Solutions Inc. 647 Wilton Grove Rd London, ON N6N 1N7 CANADA |
| 1731131 | Mauve Corporate Systems Singapore Ltd 10 Anson Road #33−03 International Plaza Singapore 079903 SINGAPORE |
| 1731131 | Mauve Corporate Systems Singapore Ltd 10 Anson Road #33−03 International Plaza Singapore 079903 |

1731132 Mauve Malta Ltd Office 7, 2nd Floor Airways House High Street Malta SLM 1549 MALTA
1731133 Mauve UK Ltd 1 Royal Exchange Avenue London EC3V 3LT UNITED KINGDOM
1731134 Morrison Cohen LLP 909 Third Avenue New York, NY 10022
1731135 NPE Ihnatiuk Viktor Vladimirovich Kaunasska 12/1 Kyiv, Kyiv, 2160 UKRAINE
1731138 Rafael Antonio Ribeiro Gomes Rua Monte Alegre 90 Uberaba, Minas Gera BRAZIL
1731135 NPE Ihnatiuk Viktor Vladimirovich Kaunasska 12/1 Kyiv, Kyiv, 2160 UKRAINE
1731136 Oktay Technology LLC 350 Main St, Suite 9 Bedminster, NJ 07921
1731143 Shadow Magic Studios 5 South Charlotte Street Edinburgh EH2 SCOTLAND
1731137 Perkins Cole 1201 Third Avenue Suite 4900 Seattle, WA 98101
1731139 Ramp Business Corporation 28 West 23rd Street Floor 2 New York, NY 10010
1731140 Schwell Wimpfheimer & Associates LLP 551 Fifth Avenue Suite 1600 New York, NY 10176
1731152 White Coral Consulting DMCC DMCC Free Zone Jumeirah Lakes Towers Dubai UAE
1731145 Tada Technologies 4700 Millenia Blvd Suite 500 Orlando, FL 32839
1731146 TIMETOEXIT LIMITED 71−75 Shelton Street Covent Garden London WC2H 9JQ UNITED KINGDOM
1731151 Verady, Inc. 3423 Piedmont Road NE Suite 320 Atlanta, GA 30305
1731154 WorkRamp, Inc. 548 Market Street PMB 57274 San Francisco, CA 94104−5401
1731155 WywCorp − Michal Niewrzal Os Slaskie 23B/2 Zielona Gra, lubuskie POLAND
1732166 Damein Morgan 2896 E Christopher Dr Fresno, CA 93720
1732185 Steven D Haupt 7127 Warner Rd Saline, MI 48176
1732263 Jennifer Johnson 146 Osner Dr. Atlanta, GA 30342
1732274 Helene Emmi Karin Unland 5052 N SANDERS RD TUCSON, AZ 85743
1732365 Jeremy Wharton 2767 Woodspring Forest Drive Kingwood, TX 77345
1732384 Donald H. Shott Jr. 2568 S Park St Salt Lake City, UT 84106
1732707 Trisha Winter 35915 Fredericksburg Rd Farmington Hills, MI 48331
1733100 Andi Steinke 3063 Quartz Hill Rd Redding, CA 96003
1733101 Ben Golub 4165 Old Adobe Road Palo Alto, CA 94306
1733102 Bryan Mangelson 1133 N 1190 E American Fork, UT 84003
1733103 Christopher Rocco 610 N Wagner Rd Ann Arbor, MI 48103
1733104 Colby Winegar 788 Kamber Cv Draper, UT 84020
1733105 David Colantuoni 8 Starboard Drive Buzzards Bay, MA 02532
1733106 DJ Shott 2568 S Park St E 84106
1733107 Dominick Marino 15941 E. Sunfllower Dr Fountain Hills, AZ 85268
1733108 Emily Gay 4528 Lashley Ct Marietta, GA 30068
1733109 Ethan Adams 926 Camargo Drive Ballwin, MO 63011
1733110 Hubspot 2 Canal Park Cambridge, MA 02141
1733111 Jacob Willoughby 352 E 1500 S Kaysville, UT 84037
1733112 Jeremy Wharton 2767 Woodspring Forest Drive Kingwood, TX 77345
1733113 John Gleeson 4520 Arborvitae Dr Honor, MI 49640
1733114 John Olio 9995 E. Bingham Rd Traverse City, MI 49684
1733115 Jon Luetgers 988 Parkview Lane Victoria, MN 55386
1733116 Kimberly Pashel 76 Hillmont Ave Decatur, GA 30030
1733117 Mark Harvilla 142 S El Molino Ave, Apt 2 Pasadena, CA 91101
1733118 Paul Cannon 2016 Colina Cv Cedar Park, TX 78613
1733119 Paul Willoughby 1343 W 2175 S Syracuse, UT 84075
1733120 Thomas Delaney 1928 Willeo Creek Pt Marietta, GA 30068
1733121 Trisha Winter 35915 Fredericksburg Rd Farmington, MI 48331
1733122 Up and Running Software, Inc. 535 Mission Street, 14th Floor San Francisco, CA 94105
1733123 Nia Lee 3751 Chesapeake Ave. #323 Los Angeles, CA 90016
1733124 Nikhil Jain 3016 E. Colorado Blvd. #5216 Pasadena, CA 91107
1733127 Vivint LLC 1310 McKinney St. Houston, Texas 77010
1733146 Kimberly McKay Pashel 746 Hillmont Avenue Decatur, GA 30030
1733347 Andrea Steinke 3063 Quartz Hill Rd Redding, CA 96003
1734000 Goran Mrkonjic Bukureska 14 11000 Beograd Serbia
1734349 Matthew Vicari 125 Ocean Pkwy Apt 3F Brooklyn, NY 11218
1734748 DigitalOcean LLC 101 Avenue of the Americas 10th Floor New York, NY 10013
1734749 Hydra Host Inc 350 South Miami Ave Suite A Miami, FL 33130
1734750 Idealab 130 West Union St Pasadena, CA 91103
1734751 July Node co Storj Lab Inc, Heather Trowbridge Finance Dept, 3423 Piedmont Rd NE Atlanta, GA 30305
1734752 Michal Niewrzal Os Slaskie 23B/2, Zielona Gora Lubuskie, 65−547 POL
1734753 66Degrees LLC 550 West Adams St Suite 910 Chicago, IL 60661
1734754 Altrove 25 Rue de Ponthieu Paris, 75008 FR
1734755 Artur Wolff gen. Jaroslawa Dabrowskiego 64/79 L?dz 93−208 POL
1734756 Axiom Global Inc PO Box 8439 Pasadena, CA 91109−8439
1731118 Cambridge Enterprise Ltd Hauser Forum 3 Charles Babbage Road Cambridge, CB3 0GT UK
1734758 Credit Group Corp 1693 65th St Brooklyn, NY 11204
1734759 DataCamp Limited 9 Coldbath Square London EC1R 5HL GB
1734760 Deel 425 1st St San Francisco, CA 94105
1734761 Denvr 1325 Avenue of the Americas Floor 20 New York, NY 10019
1734762 DigitalOcean LLC 105 Edgeview Dr Suite 425 Broomfield, CO 80021
1734763 Fidelity Workplace Services LLC PO Box 73307 Chicago, IL 60673
1734764 Gardner Law PLLC 423 Main Street So Suite 421−F1 Stillwater, MN 55082
1734765 Hedgehog Invest Limited Unit A, 82 James Carter Road Mildenhall, Suffolk, IP28 7DE
1734766 Hetzner Online Industriestr. 25 Gunzenhausen 91710 DE
1734767 Hubstop PO Box 419842 Boston, MA 02241

1734768 Hydra Host Inc 3824 Cedar Springs Rd Box 891−2463 Dallas, TX 75219
1734769 IBC The Brew Eagle House 163 City Road London, EC 1V 1NR UK
1734770 Inovo Studios LLC 3716 Winters Hill Drive Atlanta, GA 30360
1734771 Integrated Digital Solutions, Inc 611 Wilshire 9 1027 Boulevard Los Angeles, CA 90017
1734772 Jenna Pangborn 4623 Woodland Ave Royal Oak, MI 48073
1734773 July Node c.o. Storj Labs Inc 1870 The Exchange St Suite 220, PMB 75268 Atlanta, GA 30339−2171
1734775 Mauve Corporate Systems Singapore Ltd 36 Robinson Road, #20−01 City House Singapore 068877 SG
1734776 Mauve Malta Ltd Tower Gate, Tal−Qroqq St MSIDA MSD1703 MT
1734777 Mauve UK Ltd Blake House 18 Blake Street York YO1 8QG GB
1734778 Oktay Technology LLC 301 South State St N002 Newtown, PA 18940
1734779 Perkins Coie 1301 Second Ave Suite 4200 Seattle, WA 98101
1734780 Schwell Wimpfheimer and Associates LLP 37 West 39th St New York, NY 10018
1734781 Segment.io, Inc. 101 Spear St Floor 1, Suite 700 San Francisco, CA 94105−1580
1734782 Tada Technologies 14 Bukure?ka 11000 Beograd RS
1734783 TimeToExit Limited 82 James Carter Road Mildenhall, Bury Street Edmunds IP28 7DE UNITED KINGDOM
1734784 Up and Running Software, Inc. 6200 Prairie Ridge Road Ames, IA 50014
1734785 Utropicmedia, LLC PO Box 161 Lake Orion, MI 48361
1734786 Verady, Inc 75 5th Street NW Suite 2195 Atlanta, GA 30308
1734787 White Coral Consulting DMCC Unit F29, DMC Business Centre Level 13, AG Tower Dubai AE
1734788 WorkRamp, Inc 440 North Barranca Ave #3840 Covina, CA 91723
1734789 Jenna Pangborn C/O Storj Labs Inc. Heather Trowbridge Finance Dept 3423 Piedmont Rd, NE Atlanta, GA 30305
1731123 Inovo Studios Llc 35 S Peachtree St Norcross, GA 30071

TOTAL: 138