# Interdistrict Case Transfer - Extract Case for Transfer

**Extracting case 5:26-bk-00512: Storj Labs Inc. ...**

Processing *answer* table ... Done!
Processing *attorney* table ... Done!
Processing *case* table ... Done!
Processing *claims* table ... Done!
Processing *claimtext* table ... Done!
Processing *corporate_parent* table ... Done!
Processing *creditor* table ... Done!
Processing *dktentry* table ... Done!
Processing *dktpart* table ... Done!
Processing *dkttext* table ... Done!
Processing *filer* table ... Done!
Processing *order_claim* table ... Done!
Processing *party* table ... Done!
Processing *party_tin* table ... Done!
Processing *proffee* table ... Done!
Processing *transfer* table ... Done!
Processing *person* table ... Done!
Processing *person_tin* table ... Done!
Processing *statistic information* table ... Done!
Processing *motion* table ... Done!
Processing *schedule* table ... Done!
Processing *document* table ... Done!
Generating public docket report ... Done!
Sending email to ganb_InterDistrictTransfer@ganb.uscourts.gov ... Done!

**Extraction Completed for case 5:26-bk-00512.**