**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Storj Labs Inc.** (Name) | EIN **47−3146506** |
| United States Bankruptcy Court | **Northern District of West Virginia** | Date case filed for chapter **11** **7/26/26** |
| Case number: | **5:26−bk−00512** | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

**12/1/2024**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Storj Labs Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1202 W Peachtree St. NW Ste 2625<br>Atlanta, GA 30309−2955 | |
| 4. | **Debtor's attorney**<br>Name and address | Christopher R. Arthur<br>Spilman Thomas & Battle<br>300 Kanawha Blvd E<br>Charleston, WV 25301 | Contact phone 304−531−9520<br><br>Email: carthur@spilmanlaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | U.S. Bankruptcy Court<br>Northern District Of West Virginia<br>P.O. Box 70 − 12th and Chapline Streets<br>Wheeling, WV 26003−0008 | Hours open:<br>Monday − Friday<br>8:30 AM − 5:00 PM<br><br>Contact phone 304−233−1655<br><br>Date: 8/6/26 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **August 31, 2026 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting, Go to Zoom.us/join, Meeting ID 165 6949 6480, Passcode 1523832042, OR Call 1−646−828−7666**<br>For additional meeting information go to www.justice.gov/ust/moc |

**For more information, see page 2 >**

**7. Deadlines**

**Deadline for filing proof of claim:**

**For all creditors (except a governmental unit):** 10/5/26

**For a governmental unit:** 1/22/27

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:

- your claim is designated as *disputed*, *contingent*, or *unliquidated;*
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to venue:** **Filing deadline:** Within 21 days after the meeting of creditors

**8. Exception to discharge deadline**

The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.

If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.

**Deadline for filing the complaint:** 10/30/26

**9. Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**10. Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

**11. Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

United States Bankruptcy Court
Northern District of West Virginia

In re: Case No. 26-00512-dlb
Storj Labs Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0424-5 User: ad Page 1 of 5
Date Rcvd: Sep 16, 2026 Form ID: pdfdoc Total Noticed: 121

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Storj Labs Inc., 1870 The Exchange SE, Ste 220 PMB 75268, Atlanta, GA 30339-2171 |
| aty | + | David R. Pogue, CAREY DOUGLAS KESSLER & RUBY PLLC, 707 Virginia Street East, Suite 901, Charleston, WV 25301-2716 |
| aty | + | George A. R. Balchunas, 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| aty | + | James H. Billingsley, Duane Morris LLP, 200 Crescent Court, Suite 900, Dallas, TX 75201-1514 |
| acc | + | Heather Trowbridge, 18844 Hampstead Heath Ct, Land O Lakes, FL 34638-0027 |
| cr | | VIVINT LLC, 1310 McKinney St., Houston, TX 77010 |
| 1731112 | + | 66Degrees LLC, 425 W Randolph St, Suite 300, Chicago, IL 60606-1530 |
| 1734753 | + | 66Degrees LLC, 550 West Adams St, Suite 910, Chicago, IL 60661-3706 |
| 1734754 | | Altrove, 25 Rue de Ponthieu, Paris, 75008, FR |
| 1733100 | + | Andi Steinke, 3063 Quartz Hill Rd, Redding, CA 96003-1115 |
| 1733347 | + | Andrea Steinke, 3063 Quartz Hill Rd, Redding, CA 96003-1115 |
| 1731114 | | Andril Kotko, 14 Budivel'nykiv Street Apt. 79, UKRAINE |
| 1731115 | | Artur Wolff, Walerego Wrblewskiego 21P/99, Ldz, Ld, Sunnyvale, CA |
| 1731103 | | Atty General Of WV, BLDG 1 E-26 Ground Floor Main Unit, Capitol Building, Charleston WV 25301 |
| 1731117 | + | Axiom Global Inc, 1 World Trade Center, Suite 8500, New York, NY 10007-0089 |
| 1734756 | | Axiom Global Inc, PO Box 8439, Pasadena, CA 91109-8439 |
| 1733101 | + | Ben Golub, 4165 Old Adobe Road, Palo Alto, CA 94306-3724 |
| 1733102 | + | Bryan Mangelson, 1133 N 1190 E, American Fork, UT 84003-3525 |
| 1731118 | | Cambridge Enterprise Ltd, Hauser Forum, 3 Charles Babbage Road, Cambridge, CB3 0GT, UK |
| 1733103 | + | Christopher Rocco, 610 N Wagner Rd, Ann Arbor, MI 48103-2143 |
| 1733104 | + | Colby Winegar, 788 Kamber Cv, Draper, UT 84020-7855 |
| 1734758 | + | Credit Group Corp, 1693 65th St, Brooklyn, NY 11204-3660 |
| 1733106 | + | DJ Shott, 2568 S Park St E 84106-1308 |
| 1732166 | + | Damein Morgan, 2896 E Christopher Dr, Fresno, CA 93720-4499 |
| 1733105 | + | David Colantuoni, 8 Starboard Drive, Buzzards Bay, MA 02532-3669 |
| 1734760 | + | Deel, 425 1st St, San Francisco, CA 94105-4621 |
| 1731119 | + | Deel, 425 Market Street, Suite 600, San Francisco, CA 94105-5417 |
| 1734761 | + | Denvr, 1325 Avenue of the Americas, Floor 20, New York, NY 10019-6026 |
| 1734762 | + | DigitalOcean LLC, 105 Edgeview Dr, Suite 425, Broomfield, CO 80021-8700 |
| 1733107 | + | Dominick Marino, 15941 E. Sunfllower Dr, Fountain Hills, AZ 85268-3637 |
| 1732384 | + | Donald H. Shott Jr., 2568 S Park St, Salt Lake City, UT 84106-1308 |
| 1733108 | #+ | Emily Gay, 4528 Lashley Ct, Marietta, GA 30068-4231 |
| 1733109 | + | Ethan Adams, 926 Camargo Drive, Ballwin, MO 63011-1507 |
| 1734763 | + | Fidelity Workplace Services LLC, PO Box 73307, Chicago, IL 60673-7307 |
| 1731120 | + | Gardner Law PLLC, 221 Main St N, Suite 300, Stillwater, MN 55082-6773 |
| 1734764 | + | Gardner Law PLLC, 423 Main Street So, Suite 421-F1, Stillwater, MN 55082-5177 |
| 1732274 | + | Helene Emmi Karin Unland, 5052 N SANDERS RD, TUCSON, AZ 85743-9469 |
| 1734766 | | Hetzner Online, Industriestr. 25 Gunzenhausen 91710, DE |
| 1733110 | + | Hubspot, 2 Canal Park, Cambridge, MA 02141-2232 |
| 1734767 | + | Hubstop, PO Box 419842, Boston, MA 02241-9842 |
| 1734749 | + | Hydra Host Inc, 350 South Miami Ave, Suite A, Miami, FL 33130-1914 |

1734768 + Hydra Host Inc, 3824 Cedar Springs Rd, Box 801-2463, Dallas, TX 75219-4136
1734769 IBC, The Brew Eagle House, 163 City Road, London, EC 1V 1NR, UK
1731122 IBC, The Brew Eagle House, 163 City Road, London, ON N6N 1N7, CANADA
1734750 + Idealab, 130 West Union St, Pasadena, CA 91103-3628
1734770 + Inovo Studios LLC, 3716 Winters Hill Drive, Atlanta, GA 30360-1329
1731123 Inovo Studios Llc, 35 S Peachtree St, Norcross, GA 30071
1731124 Integrated Digital Solutions Inc., 647 Wilton Grove Rd, London, ON N6N 1N7, CANADA
1734771 Integrated Digital Solutions, Inc, 611 Wilshire 9 1027 Boulevard, Los Angeles, CA 90017
1731125 + Inveniam Capital Partners, Inc., 39500 High Pointe Boulevard, Suite 220, Novi, MI 48375-5530
1733111 + Jacob Willoughby, 352 E 1500 S, Kaysville, UT 84037-4055
1731127 Jenna Pangborn, C/O Storj Labs Inc., Heather Trowbridge, Atlanta, GA 30305
1734789 + Jenna Pangborn, C/O Storj Labs Inc., Heather Trowbridge, Finance Dept, 3423 Piedmont Rd, NE Atlanta, GA 30305-1751
1734772 + Jenna Pangborn, 4623 Woodland Ave, Royal Oak, MI 48073-1752
1732263 + Jennifer Johnson, 146 Osner Dr., Atlanta, GA 30342-2204
1732365 + Jeremy Wharton, 2767 Woodspring Forest Drive, Kingwood, TX 77345-2561
1733113 + John Gleeson, 4520 Arborvitae Dr, Honor, MI 49640-9463
1733114 + John Olio, 9995 E. Bingham Rd, Traverse City, MI 49684-7606
1733115 + Jon Luetgers, 988 Parkview Lane, Victoria, MN 55386-3708
1734751 + July Node, co Storj Lab Inc, Heather Trowbridge, Finance Dept,, 3423 Piedmont Rd NE, Atlanta, GA 30305-1751
1734773 July Node, c.o. Storj Labs Inc, 1870 The Exchange St, Suite 220, PMB 75268, Atlanta, GA 30339-2171
1733146 + Kimberly McKay Pashel, 746 Hillmont Avenue, Decatur, GA 30030-3941
1733116 Kimberly Pashel, 76 Hillmont Ave, Decatur, GA 30030
1731129 + Literate Computing, LLC, 1819 Capers Ave, Nashville, TN 37212-3105
1731130 Magickly LLP, 61 Bridge Street, Kington, Herefordshire HR5 3DJ, ENGLAND
1733117 + Mark Harvilla, 142 S El Molino Ave, Apt 2, Pasadena, CA 91101-2546
1734349 + Matthew Vicari, 125 Ocean Pkwy, Apt 3F, Brooklyn, NY 11218-2574
1731131 Mauve Corporate Systems, Singapore Ltd, 10 Anson Road, #33-03 International Plaza, Singapore 079903 SINGAPORE
1731131 Mauve Corporate Systems, Singapore Ltd, 10 Anson Road, #33-03 International Plaza, Singapore 079903
1734775 Mauve Corporate Systems Singapore Ltd, 36 Robinson Road, #20-01, City House, Singapore 068877, SG
1731132 Mauve Malta Ltd., Office 7, 2nd Floor, Airways House, High Street, Malta SLM 1549 MALTA
1731133 Mauve UK Ltd, 1 Royal Exchange Avenue, London EC3V 3LT, UNITED KINGDOM
1731134 + Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022-4784
1731135 NPE Ihnatiuk, Viktor Vladimirovich, Kaunasska 12/1, Kyiv, Kyiv, 2160, UKRAINE
1733123 + Nia Lee, 3751 Chesapeake Ave. #323, Los Angeles, CA 90016-5750
1733124 + Nikhil Jain, 3016 E. Colorado Blvd. #5216, Pasadena, CA 91107-3847
1731136 + Oktay Technology LLC, 350 Main St, Suite 9, Bedminster, NJ 07921-2689
1734778 + Oktay Technology LLC, 301 South State St N002, Newtown, PA 18940-3529
1733118 + Paul Cannon, 2016 Colina Cv, Cedar Park, TX 78613-7867
1733119 + Paul Willoughby, 1343 W 2175 S, Syracuse, UT 84075-8591
1734779 + Perkins Coie, 1301 Second Ave, Suite 4200, Seattle, WA 98101-3804
1731137 + Perkins Cole, 1201 Third Avenue, Suite 4900, Seattle, WA 98101-3095
1731138 Rafael Antonio Ribeiro Gomes, Rua Monte Alegre 90, Uberaba, Minas Gera, BRAZIL
1731144 + SNO Liability, c.o. Storj Labs Inc., Heather Trowbridge, Finance Dept, 3423 Piedmont Rd, NE, Atlanta, GA 30305-1751
1731140 + Schwell Wimpfheimer & Associates LLP, 551 Fifth Avenue, Suite 1600, New York, NY 10176-1603
1734780 + Schwell Wimpfheimer and Associates LLP, 37 West 39th St, New York, NY 10018-0600
1731106 + Secretary Of The Treasury, 15th St & Pennsylvania Avenue, Washington DC 20220-0001
1734781 Segment.io, Inc., 101 Spear St, Floor 1, Suite 700, San Francisco, CA 94105-1580
1731141 + Segment.io, Inc., 100 California St, San Francisco, CA 94111-4505
1731142 + Sellnet LLC, 30 N Gould St, Suite R, Sheridan, WY 82801-6317
1731143 Shadow Magic Studios, 5 South Charlotte Street, Edinburgh EH2, SCOTLAND
1732185 + Steven D Haupt, 7127 Warner Rd, Saline, MI 48176-9081
1731146 TIMETOEXIT LIMITED, 71-75 Shelton Street, Covent Garden, London WC2H 9JQ, UNITED KINGDOM
1731145 + Tada Technologies, 4700 Millenia Blvd, Suite 500, Orlando, FL 32839-6019
1733120 + Thomas Delaney, 1928 Willeo Creek Pt, Marietta, GA 30068-1551
1734783 TimeToExit Limited, 82 James Carter Road, Mildenhall, Bury Street, Edmunds IP28 7DE, UNITED KINGDOM
1732707 + Trisha Winter, 35915 Fredericksburg Rd, Farmington Hills, MI 48331-2574
1733121 + Trisha Winter, 35915 Fredericksburg Rd, Farmington, MI 48331-2574
1734784 + Up and Running Software, Inc., 6200 Prairie Ridge Road, Ames, IA 50014-9441
1731147 + Up and Running Software, Inc., 535 Mission Street, 14th Floor, San Francisco, CA 94105-3253
1731150 + Utropicmedia, LLC, 8 The Green, Suite B, Dover, DE 19901-3618
1734785 + Utropicmedia, LLC, PO Box 161, Lake Orion, MI 48361-0161
1734786 + Verady, Inc, 75 5th Street NW, Suite 2195, Atlanta, GA 30308-1038
1731151 + Verady, Inc., 3423 Piedmont Road NE, Suite 320, Atlanta, GA 30305-1751

| | | |
|---|---|---|
| 1733127 | | Vivint LLC, 1310 McKinney St., Houston, Texas 77010 |
| 1731110 | | West Virginia Insurance Commission, Legal Division - Bankruptcy, Post Office Box 50540, Charleston WV 25305-0540 |
| 1734787 | | White Coral Consulting DMCC, Unit F29, DMC Business Centre, Level 13, AG Tower, Dubai, AE |
| 1731152 | | White Coral Consulting DMCC, DMCC Free Zone, Jumeirah Lakes Towers, Dubai, UAE |
| 1734788 | + | WorkRamp, Inc, 440 North Barranca Ave, #3840, Covina, CA 91723-1722 |
| 1731154 | | WorkRamp, Inc., 548 Market Street, PMB 57274, San Francisco, CA 94104-5401 |
| 1731153 | + | Workman Nydegger, 60 E South Temple, Suite 1000, Salt Lake City, UT 84111-1011 |
| 1731155 | | WywCorp - Michal Niewrzal, Os Slaskie 23B/2, Zielona Gra, lubuskie, POLAND |

TOTAL: 112

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 1731116 | | Email/Text: legal@avalara.com | Sep 16 2026 19:07:00 | Avalara, 255 S King St, Suite 1800, Seattle, WA 98104 |
| 1731121 | | Email/Text: brnotices@dor.ga.gov | Sep 16 2026 19:07:00 | Georgia Department of Revenue, PO Box 740392, Atlanta, GA 30374-0392 |
| 1731104 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 16 2026 19:07:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 1731128 | | Email/Text: LCE_Mail@linkedin.com | Sep 16 2026 19:07:00 | Linkedin Corporation, 1000 W Maude Ave, Sunnyvale, CA 94085 |
| 1731139 | | Email/Text: bankruptcy@ramp.com | Sep 16 2026 19:07:00 | Ramp Business Corporation, 28 West 23rd Street, Floor 2, New York, NY 10010 |
| 1731105 | ^ | MEBN | Sep 16 2026 19:02:35 | Regional Bankruptcy Contact, U.S. Environmental Protection Agency, Region III, 1650 Arch Street (3RC00), Philadelphia PA 19103-2029 |
| 1731107 | + | Email/Text: ssa.bankruptcy@ssa.gov | Sep 16 2026 19:07:00 | Social Security Administration, 300 Spring Garden Street, Philadelphia PA 19123-2924 |
| 1731108 | ^ | MEBN | Sep 16 2026 19:02:36 | US Attorney, Northern District of WV, PO Box 591, Wheeling WV 26003-0011 |
| 1731109 | | Email/Text: TaxBankruptcy@wv.gov | Sep 16 2026 19:07:00 | WV Dept of Tax & Revenue, Bankruptcy Unit, Post Office Box 766, Charleston WV 25323-0766 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1731113 | | Aleksei Aleksandrovich Leonov, 144/121 Chom Thian, 2 Alley Jomtien Beach |
| 1734755 | | Artur Wolff, gen. Jaroslawa Dabrowskiego, 64/79 L?dz, 93-208, POL |
| 1734759 | | DataCamp Limited, 9 Coldbath Square, London EC1R 5HL, GB |
| 1734000 | | Goran Mrkonjic, Bukureska 14, 11000 Beograd, Serbia |
| 1734765 | | Hedgehog Invest Limited, Unit A, 82 James Carter Road, Mildenhall, Suffolk, IP28 7DE |
| 1734776 | | Mauve Malta Ltd, Tower Gate, Tal-Qroqq St MSIDA, MSD1703 MT |
| 1734777 | | Mauve UK Ltd, Blake House, 18 Blake Street York, YO1 8QG, GB |
| 1734752 | | Michal Niewrzal, Os Slaskie 23B/2, Zielona Gora, Lubuskie, 65-547, POL |
| 1734782 | | Tada Technologies, 14 Bukure?ka 11000 Beograd, RS |
| cr | * | Nikhil Jain, 3016 E. Colorado Blvd. #5216, Pasadena, CA 91107-3847 |
| 1733112 | *+ | Jeremy Wharton, 2767 Woodspring Forest Drive, Kingwood, TX 77345-2561 |
| 1731135 | * | NPE Ihnatiuk, Viktor Vladimirovich, Kaunasska 12/1, Kyiv, Kyiv, 2160, UKRAINE |
| 1731149 | * | US Department of the Treasury, Internal Revenue Service, Ogden, UT 84201-0012 |
| 1731148 | * | US Department of the Treasury, Internal Revenue Service, Kansas City, MO 64999-0012 |
| 1733122 | *+ | Up and Running Software, Inc., 535 Mission Street, 14th Floor, San Francisco, CA 94105-3253 |
| 1734748 | ##+ | DigitalOcean LLC, 101 Avenue of the Americas, 10th Floor, New York, NY 10013-1905 |
| 1731126 | ##+ | iXsystems, 2490 Kruse Dr, San Jose, CA 95131-1234 |

TOTAL: 9 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | on behalf of Interested Party Michael Ward BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Robert Lamb BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Bruce Michael Jacobs | on behalf of Debtor Storj Labs Inc. bjacobs@spilmanlaw.com rmoss@spilmanlaw.com |
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com rmoss@spilmanlaw.com;dweyels@spilmanlaw.com;dambrose@spilmanlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Robert Lamb jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Michael Ward jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Kevin P Allen | on behalf of Creditor VIVINT LLC kpallen@duanemorris.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Robert Lamb lmccartney@tuckerlaw.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Michael Ward lmccartney@tuckerlaw.com |
| Maribeth Thomas | on behalf of Interested Party Michael Ward mthomas@tuckerlaw.com |
| Maribeth Thomas | on behalf of Interested Party Robert Lamb mthomas@tuckerlaw.com |
| Martin P. Sheehan | on behalf of Creditor Mark Harvilla martin@msheehanlaw.net r56857@notify.bestcase.com;Paralegal@Msheehanlaw.net;Sheehan.MartinP.B145388@notify.bestcase.com |
| Martin P. Sheehan | on behalf of Creditor Nikhil Jain martin@msheehanlaw.net r56857@notify.bestcase.com;Paralegal@Msheehanlaw.net;Sheehan.MartinP.B145388@notify.bestcase.com |
| Raymond S. Franks, II | on behalf of Creditor Mauve Malta Ltd. rfranks@cdkrlaw.com |
| Raymond S. Franks, II | on behalf of Creditor Mauve Corporate Systems Singapore Pte Ltd. rfranks@cdkrlaw.com |
| Raymond S. Franks, II | on behalf of Creditor Mauve Corporate Systems UK Ltd. rfranks@cdkrlaw.com |
| Robert L Nistendirk | |

| | |
|---|---|
| | rnistendirk@wnacpas.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| Spencer D. Elliott | on behalf of Creditor Inveniam Capital Partners Inc. selliott@lewisgianola.com |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 20