**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Storj Labs Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-3146506 |
| 4. | **Debtor's address** | **Principal place of business**<br>1201 W Peachtree St. NW Ste 2625<br>Atlanta, GA 30309-2955<br>Number, Street, City, State & ZIP Code<br>Fulton<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____

Contact name ____

Phone ____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2026
MM / DD / YYYY

**X** /s/ Dr Sayed Shuja Ali
Signature of authorized representative of debtor

Dr Sayed Shuja Ali
Printed name

Title Vice President-Chief Restructuring Officer

**18. Signature of attorney**

**X** /s/ Christopher Arthur
Signature of attorney for debtor

Date July 26, 2026
MM / DD / YYYY

Christopher Arthur 9192
Printed name

Spilman Thomas & Battle, PLLC
Firm name

300 Kanawha Boulevard East
Charleston, WV 25301
Number, Street, City, State & ZIP Code

Contact phone

Email address carthur@spilmanlaw.com

WV
Bar number and State

**Fill in this information to identify the case:**

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2026

*X* /s/ Dr Sayed Shuja Ali
Signature of individual signing on behalf of debtor

Dr Sayed Shuja Ali
Printed name

Vice President-Chief Restructuring Officer
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name: Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 66Degrees LLC<br>425 W Randolph St, Suite 300<br>Chicago, IL 60606 | | | | | | $551,144.59 |
| Avalara<br>255 S King St, Suite 1800, Seattle, WA 98104, USA | | | | | | $27,780.53 |
| Deel<br>425 Market Street, Suite 600<br>San Francisco, CA 94105 | | | | | | $60,932.20 |
| Georgia Department of Revenue<br>PO Box 740392, Atlanta, GA 30374-0392<br>Atlanta, GA 30374-0392 | | | | | | $121,642.00 |
| Integrated Digital Solutions Inc.<br>647 Wilton Grove Rd, London, ON N6N 1N7, Canada | | | | | | $40,500.00 |
| Inveniam Capital Partners, Inc.<br>39500 High Pointe Boulevard, Suite 220<br>Novi, MI 48375 | | | | | | $4,037,963.40 |
| Magickly LLP<br>61 Bridge Street, Kington, Herefordshire, HR5 3DJ<br>HR5 3DJ | | | | | | $52,200.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Storj Labs Inc.
Name

Case number (*if known*)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mauve Corporate Systems Singapore Ltd<br>10 Anson Road, #33-03 International Plaza, Singapore 079903 | | | | | | $49,234.60 |
| Mauve Malta Ltd.<br>Office 7, 2nd Floor, Airways House, High Street, Sliema SLM 1549, Malta<br>SLM 1549 | | | | | | $66,622.29 |
| Mauve UK Ltd<br>1 Royal Exchange Avenue, London EC3V 3LT, United Kingdom<br>EC3V 3LT | | | | | | $270,121.21 |
| NPE Ihnatiuk Viktor Vladimirovich<br>Kaunasska 12/1, Kyiv, Kyiv, 2160, UKR | | | | | | $56,431.68 |
| Perkins Coie<br>1201 Third Avenue, Suite 4900, Seattle, WA 98101, USA<br>98101 | | | | | | $20,876.50 |
| Ramp Business Corporation<br>28 West 23rd Street, Floor 2<br>New York, NY 10010 | | | | | | $94,500.00 |
| SNO liability<br>C/O Storj Labs Inc., Heather Trowbridge, Finance Department, 3423 Piedmont Rd NE<br>Atlanta, GA 30305 | | | | | | $296,316.79 |
| TIMETOEXIT LIMITED<br>71?75 Shelton Street, Covent Garden, London WC2H 9JQ, United Kingdom<br>WC2H 9JQ | | | | | | $70,875.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Storj Labs Inc.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Up and Running Software, Inc.<br>535 Mission Street, 14th Floor, San Francisco, CA 94105, USA<br>San Francisco, CA 94105 | | | | | | $25,210.00 |
| US Department of the Treasury, Internal<br>Kansas City, MO 64999-0012<br>Ogden, UT 84201-0012 | | | | | | $3,741,537.00 |
| Utropicmedia, LLC<br>8 The Green, Suite B<br>Dover, DE 19901 | | | | | | $36,000.00 |
| White Coral Consulting DMCC<br>DMCC Free Zone, Jumeirah Lakes Towers, Dubai, UAE | | | | | | $41,071.65 |
| Workman Nydegger<br>60 E South Temple, Suite 1000<br>Salt Lake City, UT 84111 | | | | | | $55,323.08 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

66Degrees LLC
425 W Randolph St, Suite 300
Chicago, IL 60606

Aleksei Aleksandrovich Leonov
144/121 Chom Thian 2 Alley Jomtien Beach

Andril Kotko
14 Budivel'nykiv street Apt. 79, Ukraink

Artur Wolff
Walerego Wróblewskiego 21P/99, Lódz, Lód
Sunnyvale, CA

Avalara
255 S King St, Suite 1800, Seattle, WA 9

Axiom Global Inc
1 World Trade Center, Suite 8500
New York, NY 10007

Cambridge Enterprise Ltd
Hauser Forum, 3 Charles Babbage Road, Ca

Deel
425 Market Street, Suite 600
San Francisco, CA 94105

Gardner Law PLLC
221 Main St N, Suite 300
Stillwater, MN 55082

Georgia Department of Revenue
PO Box 740392, Atlanta, GA 30374-0392
Atlanta, GA 30374-0392

IBC
The Brew Eagle House, 163 City Road, Lon

Inovo Studios Llc
35 S Peachtree St,
Norcross, GA 30071

Integrated Digital Solutions Inc.
647 Wilton Grove Rd, London, ON N6N 1N7,

Inveniam Capital Partners, Inc.
39500 High Pointe Boulevard, Suite 220
Novi, MI 48375

iXsystems
2490 Kruse Dr, San Jose, CA 95131, USA
95131

Jenna Pangborn
C/O Storj Labs Inc., Heather Trowbridge,
Atlanta, GA 30305

Linkedin Corporation
1000 W Maude Ave, Sunnyvale, CA 94085, U
Sunnyvale, CA 94085

Literate Computing, LLC
1819 Capers Ave,
Nashville, TN 37212

Magickly LLP
61 Bridge Street, Kington, Herefordshire
HR5 3DJ

Mauve Corporate Systems Singapore Ltd
10 Anson Road, #33-03 International Plaz

Mauve Malta Ltd.
Office 7, 2nd Floor, Airways House, High
SLM 1549

Mauve UK Ltd
1 Royal Exchange Avenue, London EC3V 3LT
EC3V 3LT

Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

NPE Ihnatiuk Viktor Vladimirovich
Kaunasska 12/1, Kyiv, Kyiv, 2160, UKR

Oktay Technology LLC
350 Main St, Suite 9, Bedminster
Bedminster, NJ 07921

Perkins Coie
1201 Third Avenue, Suite 4900, Seattle,
98101

Rafael Antonio Ribeiro Gomes
Rua Monte Alegre 90, Uberaba, Minas Gera

Ramp Business Corporation
28 West 23rd Street, Floor 2
New York, NY 10010

Schwell Wimpfheimer & Associates LLP
551 Fifth Avenue, Suite 1600
New York, NY 10176

Segment.io, Inc.
100 California St
San Francisco, CA 94111

Sellnet LLC
30 N Gould St, Suite R, Sheridan, WY 828
Sheridan, WY 82801

Shadow Magic Studios
5 South Charlotte Street, Edinburgh EH2

SNO liability
C/O Storj Labs Inc., Heather Trowbridge,
Atlanta, GA 30305

Tada Technologies
4700 Millenia Blvd, Suite 500
Orlando, FL 32839

TIMETOEXIT LIMITED
71-75 Shelton Street, Covent Garden, Lon
WC2H 9JQ

Up and Running Software, Inc.
535 Mission Street, 14th Floor, San Fran
San Francisco, CA 94105

US Department of the Treasury, Internal
Kansas City, MO 64999-0012
Ogden, UT 84201-0012

Utropicmedia, LLC
8 The Green, Suite B
Dover, DE 19901

Verady, Inc.
3423 Piedmont Road NE, Suite 320
Atlanta, GA 30305

White Coral Consulting DMCC
DMCC Free Zone, Jumeirah Lakes Towers, D

Workman Nydegger
60 E South Temple, Suite 1000
Salt Lake City, UT 84111

WorkRamp, Inc.
548 Market Street, PMB 57274
San Francisco, CA 94104-5401

WywCorp - Michal Niewrzal
Os Slaskie 23B/2, Zielona Góra, lubuskie

# United States Bankruptcy Court
## Northern District of West Virginia

In re Storj Labs Inc. Debtor(s)

Case No.

Chapter 11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Storj Labs Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Inveniam Capital Partners, Inc.
39500 High Pointe Boulevard, Suite 220
Novi, MI 48375

☐ None [*Check if applicable*]

July 26, 2026
Date

/s/ Christopher Arthur
Christopher Arthur 9192
Signature of Attorney or Litigant
Counsel for Storj Labs Inc.
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard East
Charleston, WV 25301
Fax:
carthur@spilmanlaw.com

Fill in this information to identify the case:

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) 5:26-bk-00512

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.............................. $ 0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.............................. $ 4,500.00

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.............................. $ 4,500.00

### Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................. $ 0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

**3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................. $ 0.00

**3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 6,056,452.81

4. **Total liabilities** ..............................
Lines 2 + 3a + 3b

$ 6,056,452.81



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) 5:26-bk-00512

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | 8 Apple Mac Book Laptops and related computer accessories ( Docks, mice, keyboards) | $3,899.06 | | $4,500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $4,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Storj Labs Inc.
Name

Case number (If known) 5:26-bk-00512

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,500.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................................> | | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $4,500.00 | + 91b. | $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 — $4,500.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) 5:26-bk-00512

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) 5:26-bk-00512

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Google Cloud | 66degrees Holdings, LLC<br>550 W. Adams, Suite 910<br>Chicago, IL 60661 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Workspaces for UK Employees | Cambridge Enterprise Idea Space<br>University of Cambridge<br>Hauser Forum<br>3 Charles Babbage Rd, Cambridge CB3 0GT UK |
| State the term remaining | Monthly | |
| List the contract number of any government contract | STORJ LA | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Marketing Enterprise | Hubspot<br>2 Canal Park<br>Cambridge, MA 02141 |
| State the term remaining | 1/30/2029 | |
| List the contract number of any government contract | 2134647 | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Media, Marketing | IBC<br>The Brew Eagle House<br>163 City Road<br>London, EC1V 1NR |
| State the term remaining | 9/14/2026 | |
| List the contract number of any government contract | 10790 | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) 5:26-bk-00512

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Ramp Business Corporation | 28 West 23rd Street, Fl 2<br>New York, NY 10010 | WorkRamp | ☐ D<br>☐ E/F<br>☒ G 2.7 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) 5:26-bk-00512

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2026 to Filing Date | ☒ Operating a business<br>☐ Other | $2,558,400.00 |
| For prior year: From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other | Unknown |
| For year before that: From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $19,939,851.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒ None

| Name and address | Date of service From-To |
| --- | --- |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of West Virginia

In re Storj Labs Inc. Debtor(s)

Case No. 5:26-bk-00512
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Inveniam Capital Partners, Inc.<br>39500 High Pointe Boulevard, Suite 220<br>Novi, MI 48375 | | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of West Virginia

In re Storj Labs Inc.
Debtor(s)

Case No. 5:26-bk-00512
Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☒ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 24, 2026
*Date*

/s/ Christopher R. Arthur

Christopher R. Arthur 9192
*Signature of Attorney*
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard East
Charleston, WV 25301
(304) 340-3811x3811 Fax:
carthur@spilmanlaw.com
*Name of law firm*

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Northern District of West Virginia

In re Storj Labs Inc. Debtor(s)

Case No. 5:26-bk-00512
Chapter 11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Storj Labs Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Inveniam Capital Partners, Inc.
39500 High Pointe Boulevard, Suite 220
Novi, MI 48375

☐ None [*Check if applicable*]

August 24, 2026
Date

/s/ Christopher R. Arthur
Christopher R. Arthur 9192
Signature of Attorney or Litigant
Counsel for Storj Labs Inc.
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard East
Charleston, WV 25301
(304) 340-3811x3811 Fax:
carthur@spilmanlaw.com

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) 5:26-bk-00512

☒ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
66Degrees LLC
425 W Randolph St, Suite 300
Chicago, IL 60606
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$551,144.59

**3.2** **Nonpriority creditor's name and mailing address**
Aleksei Aleksandrovich Leonov
144/121 Chom Thian 2 Alley Jomtien Beach
(S?tnos Guesthouse), Pattaya, Chon Buri,
20150, THA
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$7,677.93

**3.3** **Nonpriority creditor's name and mailing address**
Andi Steinke
3063 Quartz Hill Rd
Redding, CA 96003
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$28,758.31

**3.4** **Nonpriority creditor's name and mailing address**
Andril Kotko
14 Budivel'nykiv street Apt. 79, Ukrainka,
Kyivs'ka, 08720, UKR
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$10,464.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.5 **Nonpriority creditor's name and mailing address**
Artur Wolff
Walerego Wr?blewskiego 21P/99, L?dz, L?dz
Voivodeship, 93-578, POL
Sunnyvale, CA
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,916.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
Avalara
255 S King St, Suite 1800, Seattle, WA 98104,
USA
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $27,780.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
Axiom Global Inc
1 World Trade Center, Suite 8500
New York, NY 10007
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,389.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
Ben Golub
4165 Old Adobe Road
Palo Alto, CA 94306
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,230.77
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
Bryan Mangelson
1133 N 1190 E
American Fork, UT 84003
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $43,682.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
Cambridge Enterprise Ltd
Hauser Forum, 3 Charles Babbage Road,
Cambridge CB3 0GT, UK
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,340.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
Christopher Rocco
610 N Wagner Rd
Ann Arbor, MI 48103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $45,818.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.12 **Nonpriority creditor's name and mailing address**
Colby Winegar
788 Kamber Cv
Draper, UT 84020
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$71,355.00

---

3.13 **Nonpriority creditor's name and mailing address**
Damein Morgan
2896 E. Christopher Dr.
Fresno, CA 93720
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$43,417.41

---

3.14 **Nonpriority creditor's name and mailing address**
David Colantuoni
8 Starboard Drive
Buzzards Bay, MA 02532
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$28,621.80

---

3.15 **Nonpriority creditor's name and mailing address**
Deel
425 Market Street, Suite 600
San Francisco, CA 94105
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$60,932.20

---

3.16 **Nonpriority creditor's name and mailing address**
DJ Shott
2568 S Park St E
84106
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$33,929.75

---

3.17 **Nonpriority creditor's name and mailing address**
Dominick Marino
15941 E. Sunfllower Dr
Fountain Hills, AZ 85268
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$48,393.31

---

3.18 **Nonpriority creditor's name and mailing address**
Emily Gay
4528 Lashley Ct
Marietta, GA 30068
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$11,083.33

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Ethan Adams<br>926 Camargo Drive<br>Ballwin, MO 63011<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $51,181.22 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Gardner Law PLLC<br>221 Main St N, Suite 300<br>Stillwater, MN 55082<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,500.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Helene Unland<br>5052 N Sanders Rd<br>Tucson, AZ 85743<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $27,383.59 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Hubspot<br>2 Canal Park<br>Cambridge, MA 02141<br>**Date(s) debt was incurred** 1/31/2026<br>**Last 4 digits of account number** 4647 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,997.54 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>IBC<br>The Brew Eagle House, 163 City Road, London<br>EC1V 1NR, UK<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,731.06 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Inovo Studios Llc<br>35 S Peachtree St,<br>Norcross, GA 30071<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $3,703.86 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Integrated Digital Solutions Inc.<br>647 Wilton Grove Rd, London, ON N6N 1N7,<br>Canada<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $40,500.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.26 **Nonpriority creditor's name and mailing address**
Inveniam Capital Partners, Inc.
39500 High Pointe Boulevard, Suite 220
Novi, MI 48375
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,037,963.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.27 **Nonpriority creditor's name and mailing address**
iXsystems
2490 Kruse Dr, San Jose, CA 95131, USA
95131
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,833.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
Jacob Willoughby
352 E 1500 S
Kaysville, UT 84037
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $40,727.62
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
Jenna Pangborn
C/O Storj Labs Inc., Heather Trowbridge,
Finance Department, 3423 Piedmont Rd NE
Atlanta, GA 30305
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,780.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
Jennifer Johnson
146 Osner Dr
Atlanta, GA 30342
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $22,988.64
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
Jeremy Wharton
2767 Woodspring Forest Drive
Kingwood, TX 77345
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $39,395.93
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
John Gleeson
4520 Arborvitae Dr
Honor, MI 49640
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $81,314.82
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.33 **Nonpriority creditor's name and mailing address**
John Olio
9995 E. Bingham Rd
Traverse City, MI 49684
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $16,098.71
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
Jon Luetgers
988 Parkview Lane
Victoria, MN 55386
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $38,181.82
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
Kimberly Pashel
76 Hillmont Ave
Decatur, GA 30030
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $12,891.62
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
Linkedin Corporation
1000 W Maude Ave, Sunnyvale, CA 94085, USA
Sunnyvale, CA 94085
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $17,755.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
Literate Computing, LLC
1819 Capers Ave,
Nashville, TN 37212
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
Magickly LLP
61 Bridge Street, Kington, Herefordshire, HR5 3DJ
HR5 3DJ
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $52,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
Mark Harvilla
142 S El Molino Ave, Apt 2
Pasadena, CA 91101
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $78,921.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.40 **Nonpriority creditor's name and mailing address**
Mauve Corporate Systems Singapore Ltd
10 Anson Road, #33-03 International Plaza,
Singapore 079903
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $49,234.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.41 **Nonpriority creditor's name and mailing address**
Mauve Malta Ltd.
Office 7, 2nd Floor, Airways House, High Street,
Sliema SLM 1549, Malta
SLM 1549
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $66,622.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.42 **Nonpriority creditor's name and mailing address**
Mauve UK Ltd
1 Royal Exchange Avenue, London EC3V 3LT,
United Kingdom
EC3V 3LT
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $270,121.21
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.43 **Nonpriority creditor's name and mailing address**
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $875.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.44 **Nonpriority creditor's name and mailing address**
Nia Lee
3751 Chesapeake Ave #323
Los Angeles, CA 90016
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $30,328.73
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.45 **Nonpriority creditor's name and mailing address**
Nikhil Jain
3016 E Colorado Blvd, #5216
Pasadena, CA 91107
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $72,454.81
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.46 **Nonpriority creditor's name and mailing address**
NPE Ihnatiuk Viktor Vladimirovich
Kaunasska 12/1, Kyiv, Kyiv, 2160, UKR
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $56,431.68
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | Oktay Technology LLC<br>350 Main St, Suite 9, Bedminster<br>Bedminster, NJ 07921 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,919.83 |
|---|---|---|---|
| | Paul Cannon<br>2016 Colina Cv<br>Cedar Park, TX 78613 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,051.74 |
|---|---|---|---|
| | Paul Willoughby<br>1343 W 2175 S<br>Syracuse, UT 84075 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,876.50 |
|---|---|---|---|
| | Perkins Coie<br>1201 Third Avenue, Suite 4900, Seattle, WA<br>98101, USA<br>98101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,651.33 |
|---|---|---|---|
| | Rafael Antonio Ribeiro Gomes<br>Rua Monte Alegre 90, Uberaba, Minas Gerais,<br>38020380, BRA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,500.00 |
|---|---|---|---|
| | Ramp Business Corporation<br>28 West 23rd Street, Floor 2<br>New York, NY 10010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,630.00 |
|---|---|---|---|
| | Schwell Wimpfheimer & Associates LLP<br>551 Fifth Avenue, Suite 1600<br>New York, NY 10176 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>Segment.io, Inc.<br>100 California St<br>San Francisco, CA 94111<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,100.00 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>Sellnet LLC<br>30 N Gould St, Suite R, Sheridan, WY 82801, USA<br>Sheridan, WY 82801<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,659.40 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>Shadow Magic Studios<br>5 South Charlotte Street, Edinburgh EH2 4AN, United Kingdom<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,000.00 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>SNO liability<br>C/O Storj Labs Inc., Heather Trowbridge, Finance Department, 3423 Piedmont Rd NE<br>Atlanta, GA 30305<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $296,316.79 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>Steven Haupt<br>7127 Warner Rd<br>Saline, MI 48176<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $35,848.50 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>Tada Technologies<br>4700 Millenia Blvd, Suite 500<br>Orlando, FL 32839<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $20,748.00 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>Thomas Delaney<br>1928 Willeo Creek Pt<br>Marietta, GA 30068<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $23,532.69 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.61 **Nonpriority creditor's name and mailing address**
TIMETOEXIT LIMITED
71?75 Shelton Street, Covent Garden, London
WC2H 9JQ, United Kingdom
WC2H 9JQ
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $70,875.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.62 **Nonpriority creditor's name and mailing address**
Trisha Winter
35915 Fredericksburg Rd
Farmington, MI 48331
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $58,333.32
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**
Up and Running Software, Inc.
535 Mission Street, 14th Floor, San Francisco,
CA 94105, USA
San Francisco, CA 94105
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $25,210.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.64 **Nonpriority creditor's name and mailing address**
Utropicmedia, LLC
8 The Green, Suite B
Dover, DE 19901
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $36,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.65 **Nonpriority creditor's name and mailing address**
Verady, Inc.
3423 Piedmont Road NE, Suite 320
Atlanta, GA 30305
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,499.97
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.66 **Nonpriority creditor's name and mailing address**
White Coral Consulting DMCC
DMCC Free Zone, Jumeirah Lakes Towers,
Dubai, UAE
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $41,071.65
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.67 **Nonpriority creditor's name and mailing address**
Workman Nydegger
60 E South Temple, Suite 1000
Salt Lake City, UT 84111
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $55,323.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address**<br>WorkRamp, Inc.<br>548 Market Street, PMB 57274<br>San Francisco, CA 94104-5401<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $19,680.00 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>WywCorp - Michal Niewrzal<br>Os Slaskie 23B/2, Zielona G?ra, lubuskie,<br>65-547, POL<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,916.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 7,100,297.96 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 7,100,297.96 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**STORJ LABS, INC.**
**SECRETARY'S CERTIFICATE**
**JULY 25, 2026**

The undersigned Secretary of Storj Labs, Inc., a corporation organized and existing under the laws the State of Delaware (the "Company"), hereby certifies as follows:

1. I am the duly qualified, elected and acting Secretary of the Company.

2. Attached hereto as Exhibit A is a true, correct, and complete copy of resolutions (the "Resolutions") duly adopted by the Board of Directors of the Company (the "Board") at a meeting on July 24, 2026 concerning the filing by the Company of a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code and certain actions in connection therewith.

3. The Resolutions are the only resolutions adopted by the Board relating to the subject matter thereof.

4. The Resolutions have not in any way been amended, modified, revoked or rescinded, and have been in full force and effect since their adoption up to and including the date hereof and are now in full force and effect.

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of the first date above written.

**Storj Labs, Inc.**

Robert G. Yablunsky
(Robert Yablun... (2026-07-25 15:08:01 EDT)

By: ______________________________
Name: Robert G. Yablunsky
Title: Secretary

**EXHIBIT A**

**STORJ LABS, INC.**
**RESOLUTIONS OF THE BOARD OF DIRECTORS**

WHEREAS, the Board of Directors (the "Board") of Storj Labs, Inc. (the "Company") has reviewed and considered the materials presented and the reports made by the management of and the financial and legal advisors to the Company regarding the obligations and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's assets, business and operations.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees and other parties in interests that the Company file a voluntary petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

RESOLVED FURTHER, that each of Shuja Ali and Kaloyan Raev (each, an "Authorized Person") be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition and amendments thereto for relief under Chapter 11 of the Bankruptcy Code (the "Case") and to cause the same to be filed at such time and in such jurisdiction as such Authorized Person executing same shall determine; and

RESOLVED FURTHER, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which such Authorized Person deems necessary, proper or desirable in connection with the Case; and

RESOLVED FURTHER, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to take any and all actions necessary and appropriate to pursue and further the marketing and competitive sale process with respect to the Company's assets on an expedited basis, including without limitation negotiating any and all proposed purchase agreements and other ancillary documents in connection therewith; and

RESOLVED FURTHER, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to effect the retention of Spilman Thomas & Battle PLLC as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and satisfy the Company's obligations, including filing any pleadings or other papers, in connection with the Case, and to file an application with the bankruptcy court for approval of such retention; and

RESOLVED FURTHER, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to retain such other professionals to assist the Company with carrying out its duties under the Bankruptcy Code and in furtherance of the Case as such Authorized Person deems necessary, proper or desirable in connection with the Case; and

RESOLVED FURTHER, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to negotiate for and obtain post-petition financing

on such terms as such Authorized Person deems necessary or appropriate to assist the Company in carrying out its duties under the Bankruptcy Code and to consummate such transactions in connection with the Case as may be in the best interests of the Company, its creditors and employees, including without limitation one or more super-priority debtor-in-possession financing facilities secured by such assets and with such covenants and guarantees as may be contemplated or required under the terms of such post-petition financing; and in connection therewith to execute and deliver such loan agreements, guarantees, mortgages, pledge agreements and any and all other documents or instruments as such Authorized Person may deem to be necessary or appropriate to facilitate the execution of and entry into such post-petition financing arrangement; and

RESOLVED FURTHER, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, the Authorized Officers are hereby authorized, directed, and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, consents; and other documents, and to pay all expenses, including filing fees in each case as in such officer's or officers' judgment shall.be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

RESOLVED FURTHER, that any acts of any officer of the Company and of any person or persons designated and authorized to act by any officer of the Company taken prior to the adoption of the foregoing resolutions, but taken in accordance with and to accomplish the purposes of these resolutions, are hereby severally ratified, confirmed, and approved; and

RESOLVED FURTHER, that the omission from these resolutions of any action, agreement or other arrangement contemplated by the foregoing resolutions or any action to be taken in accordance with any requirement of any of the foregoing resolutions shall in no manner derogate from the authority of the Authorized Officers of the Company to take all actions necessary, desirable, advisable, or appropriate to consummate, effectuate, carry out, or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions.

# 2026_07_25_Storj Labs Inc_Secretary's Certificate and Board Resolutions

Final Audit Report 2026-07-25

| | |
|---|---|
| Created: | 2026-07-25 (Eastern Daylight Time) |
| By: | Carol Havis (chavis@inveniam.io) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_nGb3fJPkLnMylZa9eT2zfGvPYGe7hBw |

## "2026_07_25_Storj Labs Inc_Secretary's Certificate and Board Resolutions" History

Document created by Carol Havis (chavis@inveniam.io)
2026-07-25 - 2:50:49 PM EDT

Document emailed to Robert Yablunsky (byablunsky@inveniam.io) for signature
2026-07-25 - 2:51:33 PM EDT

Email viewed by Robert Yablunsky (byablunsky@inveniam.io)
2026-07-25 - 3:07:49 PM EDT

Document e-signed by Robert Yablunsky (byablunsky@inveniam.io)
Signature Date: 2026-07-25 - 3:08:01 PM EDT - Time Source: server - Signature Appearance Selected: DRAW

Agreement completed.
2026-07-25 - 3:08:01 PM EDT

United States Bankruptcy Court
Northern District of West Virginia

In re:
Storj Labs Inc.
Debtor

Case No. 26-00512-dlb
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0424-5 User: ad Page 1 of 2
Date Rcvd: Sep 16, 2026 Form ID: pdfdoc Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| 1731106 | + | Secretary Of The Treasury, 15th St & Pennsylvania Avenue, Washington DC 20220-0001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Beverly Weiss Manne | on behalf of Interested Party Michael Ward BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Robert Lamb BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Bruce Michael Jacobs | on behalf of Debtor Storj Labs Inc. bjacobs@spilmanlaw.com rmoss@spilmanlaw.com |
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com rmoss@spilmanlaw.com;dweyels@spilmanlaw.com;dambrose@spilmanlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Michael Ward jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Judith K. Fitzgerald | |

| | |
|---|---|
| | on behalf of Interested Party Robert Lamb jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Kevin P Allen | on behalf of Creditor VIVINT LLC kpallen@duanemorris.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Robert Lamb lmccartney@tuckerlaw.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Michael Ward lmccartney@tuckerlaw.com |
| Maribeth Thomas | on behalf of Interested Party Robert Lamb mthomas@tuckerlaw.com |
| Maribeth Thomas | on behalf of Interested Party Michael Ward mthomas@tuckerlaw.com |
| Martin P. Sheehan | on behalf of Creditor Mark Harvilla martin@msheehanlaw.net r56857@notify.bestcase.com;Paralegal@Msheehanlaw.net;Sheehan.MartinP.B145388@notify.bestcase.com |
| Martin P. Sheehan | on behalf of Creditor Nikhil Jain martin@msheehanlaw.net r56857@notify.bestcase.com;Paralegal@Msheehanlaw.net;Sheehan.MartinP.B145388@notify.bestcase.com |
| Raymond S. Franks, II | on behalf of Creditor Mauve Corporate Systems Singapore Pte Ltd. rfranks@cdkrlaw.com |
| Raymond S. Franks, II | on behalf of Creditor Mauve Malta Ltd. rfranks@cdkrlaw.com |
| Raymond S. Franks, II | on behalf of Creditor Mauve Corporate Systems UK Ltd. rfranks@cdkrlaw.com |
| Robert L Nistendirk | rnistendirk@wnacpas.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| Spencer D. Elliott | on behalf of Creditor Inveniam Capital Partners Inc. selliott@lewisgianola.com |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 20