David L. Bissett
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 5:26-bk-00512 |
| | ) | |
| STORJ LABS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge David L. Bissett |

**<u>ORDER AND NOTICE</u>**

On September 16, 2026, a hearing was held in the above-styled bankruptcy case to consider the following motions:

> 14 Motion to Authorize Post-Petition Financing and Use of Cash Collateral and Schedule Final Hearing with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc.
>
> 69 Motion to Dismiss Case Pursuant to 11 U.S.C. 1112(B)(1) or, in the Alternative, Change Venue filed by Lauren Hutchins McCartney on behalf of Robert Lamb, Michael Ward.
>
> 128 Corrective Motion to Dismiss for Lack of Venue, or in the alternative to Transfer Case to Proper Venue such as the Northern District of Georgia Filed by Martin P. Sheehan on behalf of Nikhil Jain , Mark Harvilla.
>
> 130 Motion to Strike Objection and Motion To Dismiss Because Ward and Lamb Lack Standing and Lack Standing and the Courts Lack of Subject matter Jurisdiction with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc.

Upon consideration of the written submissions, oral argument of counsel and for reasons fully stated on the record, the Court FOUND that the moving parties do have standing to bring the motions to dismiss and that venue in the Northern District of West Virginia is improper. The parties requested that the Court continue consideration of the continued use of cash collateral and transfer/dismissal of the case to allow further discussion of possible resolution of these issues. Accordingly, it is hereby

**ORDERED** that the Motion to Strike (Doc #130) is DENIED. It is further

**ORDERED** that venue is inappropriate in the Northern District of West Virginia. It is further

**ORDERED AND NOTICE IS GIVEN** that a continued hearing is scheduled for September 18, 2026, at 10:00 a.m. by video conference ("Zoom") to consider continued use of cash collateral and transfer/dismissal of the case. Parties shall participate in the hearing by video conference as instructed below:

**Click the link below**:
https://www.zoomgov.com/j/1616665385?pwd=dHVFdEJ2SWdoL3poQkQwdHNqN2JCdz09
**OR**
**GO TO ZOOMGOV.COM AND ENTER**:
Meeting ID: 161 666 5385
**THEN ENTER**
Passcode: 5466

United States Bankruptcy Court
Northern District of West Virginia

| | |
|---|---|
| In re: | Case No. 26-00512-dlb |
| Storj Labs Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0424-5 | User: ad | Page 1 of 2 |
| Date Rcvd: Sep 17, 2026 | Form ID: pdfdoc | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Storj Labs Inc., 1870 The Exchange SE, Ste 220 PMB 75268, Atlanta, GA 30339-2171 |
| aty | + | David R. Pogue, CAREY DOUGLAS KESSLER & RUBY PLLC, 707 Virginia Street East, Suite 901, Charleston, WV 25301-2716 |
| aty | + | George A. R. Balchunas, 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| aty | + | James H. Billingsley, Duane Morris LLP, 200 Crescent Court, Suite 900, Dallas, TX 75201-1514 |
| acc | + | Heather Trowbridge, 18844 Hampstead Heath Ct, Land O Lakes, FL 34638-0027 |
| cr | | Nikhil Jain, 3016 E. Colorado Blvd. #5216, Pasadena, CA 91107-3847 |
| cr | | VIVINT LLC, 1310 McKinney St., Houston, TX 77010 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | on behalf of Interested Party Robert Lamb BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Michael Ward BMANNE@TUCKERLAW.COM bewmanne@aol.com;jfitzgerald@tuckerlaw.com |
| Bruce Michael Jacobs | on behalf of Debtor Storj Labs Inc. bjacobs@spilmanlaw.com rmoss@spilmanlaw.com |

| | |
|---|---|
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com rmoss@spilmanlaw.com;dweyels@spilmanlaw.com;dambrose@spilmanlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Robert Lamb jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Michael Ward jfitzgerald@tuckerlaw.com npetroy@tuckerlaw.com |
| Kevin P Allen | on behalf of Creditor VIVINT LLC kpallen@duanemorris.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Michael Ward lmccartney@tuckerlaw.com |
| Lauren Hutchins McCartney | on behalf of Interested Party Robert Lamb lmccartney@tuckerlaw.com |
| Maribeth Thomas | on behalf of Interested Party Michael Ward mthomas@tuckerlaw.com |
| Maribeth Thomas | on behalf of Interested Party Robert Lamb mthomas@tuckerlaw.com |
| Martin P. Sheehan | on behalf of Creditor Mark Harvilla martin@msheehanlaw.net r56857@notify.bestcase.com;Paralegal@Msheehanlaw.net;Sheehan.MartinP.B145388@notify.bestcase.com |
| Martin P. Sheehan | on behalf of Creditor Nikhil Jain martin@msheehanlaw.net r56857@notify.bestcase.com;Paralegal@Msheehanlaw.net;Sheehan.MartinP.B145388@notify.bestcase.com |
| Raymond S. Franks, II | on behalf of Creditor Mauve Corporate Systems Singapore Pte Ltd. rfranks@cdkrlaw.com |
| Raymond S. Franks, II | on behalf of Creditor Mauve Malta Ltd. rfranks@cdkrlaw.com |
| Raymond S. Franks, II | on behalf of Creditor Mauve Corporate Systems UK Ltd. rfranks@cdkrlaw.com |
| Robert L Nistendirk | rnistendirk@wnacpas.com |
| Shari Lynne Collias | on behalf of U.S. Trustee United States Trustee shari.collias@usdoj.gov |
| Spencer D. Elliott | on behalf of Creditor Inveniam Capital Partners Inc. selliott@lewisgianola.com |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 20