**From:** no-reply-notices@ganb.uscourts.gov
**To:** wvnb_InterDistrictTransfer
**Subject:** Transferred case 5:26-bk-00512 has been opened.
**Date:** Monday, September 21, 2026 2:24:19 PM

DETAILS: Case transferred from West Virginia Northern has been opened in Northern District of Georgia as case 26-62642, filed on 07/26/2026.

Edit the original case, 5:26-bk-00512, and save the following statistical case number in the "destination case number" field: 113E1266264200t